

David L. Harris
Member of the Firm
Tel  973 597 2378
Fax  973 597 2379
dharris@lowenstein.com

July 9, 2010

**VIA ECF AND FACSIMILE**

Honorable Madeline Cox Arleo
United States Magistrate Judge
United States District Court
Martin Luther King, Jr. Federal Building and
United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re:  Aerogroup International, Inc. v. Ozburn-Hessey Logistics, LLC, et al. v. Distribution Management Group, Inc. (Civil Action No. 2:08-cv-04217)**

Dear Judge Arleo:

We represent Ozburn-Hessey Logistics, LLC and Ozburn-Hessey Holding Company, LLC (collectively, "OHL") in the above-referenced matter.

I am writing to confirm that the Court has granted OHL's July 8, 2010 request for an additional week, to July 16, 2010, for submission of its fee application to the Court.

Thank you for the Court's courtesy.

Respectfully submitted,

s/ David L. Harris

David L. Harris

23014/2
07/09/10 14713962.1

cc:     All Counsel (via e-mail)