

**Peter L. Skolnik**
Member of the Firm
Tel  973 597 2508
Fax  973 597 2509
pskolnik@lowenstein.com

May 11, 2011

**VIA ECF**

Honorable Mark Falk, U.S.M.J.
United States District Court
United States Post Office & Courthouse, Room 457
1 Federal Square
Newark, NJ 07102

    Re:    NXIVM v. The Ross Institute, et al.;
           Docket No. 06-cv-01051 (DMC) (MF)

Dear Judge Falk:

As I advised the Court and counsel during yesterday's telephonic conference, while I firmly oppose NXIVM's April 25, 2011 Motion to Seal, I do not intend to file papers in opposition. I believe the Court is fully conversant with the governing law, and can evaluate the merits *vel non* of this application without further submissions.

Accordingly, although the return date of NXIVM's motion is June 6, 2011 – fully seven weeks after entry of the temporary sealing order – I respectfully request that the Court rule at the earliest possible opportunity. To facilitate the Court's review, I will have delivered to chambers tomorrow the transcript page from the April 15 conference containing the challenged comments (TR 22: 7-24).

Respectfully submitted,


s/s Peter L. Skolnik


Peter L. Skolnik

PLS:nvl

    cc:    All Counsel (via ECF)

17316-3
05/11/2011 8813982.1

Lowenstein Sandler PC    In California, Lowenstein Sandler LLP                         www.lowenstein.com
65 Livingston Avenue  Roseland, New Jersey 07068  Tel 973 597 2500  Fax 973 597 2400
1251 Avenue of the Americas  New York, New York 10020  Tel 212 262 6700  Fax 212 262 7402