

**Peter L. Skolnik**
Member of the Firm
Tel  973 597 2508
Fax  973 597 2509
pskolnik@lowenstein.com

May 13, 2011

**VIA ECF**

Honorable Mark Falk, U.S.M.J.
United States District Court
United States Post Office & Courthouse, Room 457
1 Federal Square
Newark, NJ 07102

Re:  NXIVM v. The Ross Institute, et al.;
     Docket No. 06-cv-01051 (DMC) (MF)

Dear Judge Falk:

If further evidence were required to demonstrate –

- that NXIVM's litigation tactics abuse the legal system;
- that it uses the courts as a tool to conduct personal vendettas against all perceived "enemies"; and
- that it consistently uses discovery in one matter to collect intelligence for use in others

attached to this letter are (1) NXIVM's most recent Supplemental Disclosures, filed in its aggressive interference in Susan Dones's bankruptcy case, which publicly, scurrilously and contemptibly accuse me of the "unauthorized practice of law"; and (2) my e-mail to the NXIVM lawyers who filed this absurd paper, demanding a retraction for their defamatory and unethical assertion.  Note, of course, that Mr. Crockett – who despite all protestations to the contrary is in fact the Grand Puppetmaster of NXIVM's abusive, nationwide litigation strategy – is a signatory to the paper.

For the moment, I seek no specific relief from this Court.  But it is long past time for Mr. McGuire (i) to stop feigning ignorance of NXIVM's out-of-state conduct, and (ii) to moderate the conduct of "his" client, NXIVM, and of Mr. Crockett – whose *pro hac vice* admission to this Court he sponsored.

Lowenstein Sandler PC   In California, Lowenstein Sandler LLP                            www.lowenstein.com
65 Livingston Avenue  Roseland, New Jersey 07068  Tel 973 597 2500  Fax 973 597 2400
1251 Avenue of the Americas  New York, New York 10020  Tel 212 262 6700  Fax 212 262 7402

The Hon. Mark Falk, U.S.M.J.  May 13, 2011
Page 2

Respectfully submitted,

<u>s/s Peter L. Skolnik</u>

Peter L. Skolnik

PLS:nvl

cc:	All Counsel (via ECF)

17316-3
05/13/2011 8813982.1