THE HONORABLE BRIAN D. LYNCH
Chapter 7

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| In Re:<br><br>SUSAN FAYE DONES<br>　　　　　　　　　Debtor. | Bankruptcy No. 10-45608-BDL<br><br>Adversary No. 10-04338-BDL |
| NXIVM CORPORATION, a Delaware corporation,<br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>SUSAN FAYE DONES<br>　　　　Defendant. | **PLAINTIFF NXIVM CORPORATION'S SUPPLEMENTAL DISCLOSURES PURSUANT TO FRCP 26(a)(1) AND BR 7026** |
| NXIVM CORPORATION, a Delaware corporation,<br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>KIM MARIE WOOLHOUSE<br>　　　　Defendant. | Adversary No. 10-04339-BDL |

NXIVM SUPPLEMENTAL DISCLOSURES - 1

125305.0001/5068915.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

Plaintiff NXIVM Corporation ("NXIVM") provides the following supplemental disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and BR 7026. NXIVM reserves the right to amend and supplement these initial disclosures as necessary or appropriate.

A. **<u>Individuals Likely to Have Discoverable Information.</u>**

The following individuals are likely to have discoverable information that NXIVM may use to support its claims in this case:

| Witness Name | Address/Phone | Information/Knowledge |
|---|---|---|
| Joyce Anastasia | 3 El Quanito Way<br>Burlingame, CA 94010-6025<br><br>May have a separate apartment at:<br>503 Pineo Ave #2<br>Mill Valley, CA 94941-3703 | Upon information and belief, Joyce Anastasia is an advisor to the "NXIVM 9" and is knowledgeable about the history leading up to this dispute; and Dones' and Woolhouse's conspiratorial scheme to maliciously and willfully damage NXIVM's business reputation and prospects. |
| Geoff Johnson | 7076 NE 163rd St<br>Kenmore, WA 98028<br>425-482-2077<br>206-463-3930 | Upon information and belief, Geoff Johnson was a member of NXIVM's Tacoma Center and is knowledgeable about the history leading up to this dispute; NXIVM's procedures for keeping information confidential and proprietary, the value of NXIVM's confidential and proprietary business information and teaching methods; and Dones' and Woolhouse's conspiratorial scheme to maliciously and willfully damage NXIVM's business reputation and prospects. |
| Andrew Dallow | 38303 62nd Ave Ct<br>Eatonville, WA 98328-9229 | Upon information and belief, Andrew Dallow was a member of NXIVM's Tacoma Center and is knowledgeable about the history leading up to this dispute; NXIVM's procedures for keeping information confidential and proprietary, the value of NXIVM's confidential and proprietary business information and teaching methods; and Dones' and Woolhouse's conspiratorial scheme to maliciously and willfully damage NXIVM's business reputation and prospects. |

NXIVM SUPPLEMENTAL DISCLOSURES - 2

| Peter Skolnick | 65 Livingston Avenue<br>Roseland, New Jersey<br>07068<br>973-597-2500 | On information and belief, Peter Skolnick is an attorney in New Jersey and is knowledgeable about whether he is improperly advising Dones and Woolhouse in the above-captioned proceedings and thereby engaging in the unauthorized practice of law. |
|---|---|---|

In addition to the above, NXIVM reserves the right to call any witness identified by any other party, and to call any other witnesses identified pursuant to further investigation and ongoing discovery.

DATED: May 10, 2011.

                                                        LANE POWELL PC

By /s/Tiffany Scott
Paul D. Swanson, WSBA No. 13656
Tiffany Scott, WSBA No. 41740
Attorneys for NXIVM Corporation

Robert D. Crockett, admitted *pro hac vice*
Latham & Watkins, LLP
355 S. Grand Avenue
Los Angeles, CA  90071-1560

Richard H. Weiskopf, admitted *pro hac vice*
O'Connell & Aronowitz PC
54 State Street
Albany, NY 12207

NXIVM SUPPLEMENTAL DISCLOSURES - 3

125305.0001/5068915.1

# CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2011, I caused to be served a copy of the foregoing **PLAINTIFF NXIVM CORPORATION'S SUPPLEMENTAL DISCLOSURES** on the following person(s) in the manner indicated below at the following address(es):

| Recipient | | Method |
|---|---|---|
| Susan Faye Dones<br>616 9th Avenue SW<br>Puyallup, WA 98271<br>Email: call2action@msn.com | ☐<br>☑<br>☐<br>☑<br>☐<br>☐ | by **CM/ECF**<br>by **Electronic Mail**<br>by **Facsimile Transmission**<br>by **First Class Mail**<br>by **Hand Delivery**<br>by **Overnight Delivery** |
| Kim Marie Woolhouse<br>616 9th Avenue SW<br>Puyallup, WA 98271<br>Email: kimwoolhouse@msn.com | ☐<br>☑<br>☐<br>☑<br>☐<br>☐ | by **CM/ECF**<br>by **Electronic Mail**<br>by **Facsimile Transmission**<br>by **First Class Mail**<br>by **Hand Delivery**<br>by **Overnight Delivery** |
| Richard H. Weiskopf<br>O'Connell & Aronowitz PC<br>54 State Street<br>Albany, NY 12207<br>rweiskopf@Oala.com | ☐<br>☑<br>☐<br>☐<br>☐<br>☐ | by **CM/ECF**<br>by **Electronic Mail**<br>by **Facsimile Transmission**<br>by **First Class Mail**<br>by **Hand Delivery**<br>by **Overnight Delivery** |
| Robert D. Crockett<br>Latham & Watkins, LLP<br>355 S. Grand Avenue<br>Los Angeles, CA 90071-1560<br>Bob.crockett@lw.com | ☐<br>☑<br>☐<br>☐<br>☐<br>☐ | by **CM/ECF**<br>by **Electronic Mail**<br>by **Facsimile Transmission**<br>by **First Class Mail**<br>by **Hand Delivery**<br>by **Overnight Delivery** |

/s/Julie Kelly
Julie Kelly

NXIVM SUPPLEMENTAL DISCLOSURES - 4

125305.0001/5068915.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107