

Peter L. Skolnik
Member of the Firm
Tel 973 597 2508
Fax 973 597 2509
pskolnik@lowenstein.com

May 23, 2011

**VIA ECF**

Honorable Mark Falk, U.S.M.J.
United States District Court
United States Post Office & Courthouse, Room 457
1 Federal Square
Newark, NJ 07102

Re:   NXIVM v. The Ross Institute, et al.;
      Docket No. 06-cv-01051 (DMC) (MF)

Dear Judge Falk:

The annexed document – a request to subpoena me for testimony and documents in the Dones/Woolhouse bankruptcy adversary proceedings in Tacoma, Washington – was filed on May 20 by Mr. Crockett and his lackeys.

It is another example – but only the latest of many – of the result when Mr. Crockett and Mr. Raniere's other well-paid minions are permitted, through lack of judicial restraint, to pursue their abusive, vexatious, nationwide litigation campaigns, grinning like Cheshire cats as they squander the unlimited financial resources of the naïve Bronfman sisters.

Put aside that the subpoena is absurd on its face,[1] rest assured that if Judge Lynch permits it to be served, I will move to quash it in this Court.

Respectfully submitted,

s/s Peter L. Skolnik

Peter L. Skolnik

PLS:nvl

cc:   All Counsel (via ECF)

17316-3
05/24/2011 8813982.1

---

[1]   Prior to April 2009, I had never *heard* of Susan Dones or Kim Woolhouse.

Lowenstein Sandler PC   In California, Lowenstein Sandler LLP                               www.lowenstein.com
65 Livingston Avenue  Roseland, New Jersey 07068  Tel 973 597 2500 Fax 973 597 2400
1251 Avenue of the Americas  New York, New York 10020  Tel 212 262 6700  Fax 212 262 7402