

**Peter L. Skolnik**
Member of the Firm
Tel  973 597 2508
Fax  973 597 2509
pskolnik@lowenstein.com

October 17, 2011

**VIA ECF**

Honorable Mark Falk, U.S.M.J.
United States District Court
United States Post Office & Courthouse, Room 457
1 Federal Square
Newark, NJ 07102

    Re:    NXIVM v. The Ross Institute, et al.;
            Docket No. 06-cv-01051 (DMC) (MF)

Dear Judge Falk:

I write to correct a misleading statement in Mr. McGuire's letter dated October 13, 2011. In that letter, he stated that "the Ross parties . . . refused to confirm their telephone numbers, claiming NXIVM already had this information and that there had been no contact with Ms. Bouchey."

More accurately – and notwithstanding that NXIVM had previously subpoenaed all of Mr. Ross's phone carriers – on September 28, I wrote to Mr. McGuire that "I have previously advised you, and I now repeat, ROSS HAS NEVER SPOKEN TO BOUCHEY [emphasis in original]. *I will be happy to provide his certification to that fact"* (emphasis added). Mr. Elberg has similarly confirmed with Ms. Bouchey that she has never spoken to Ross.

Under these circumstances, there can be no doubt that NXIVM continues to seek Mr. Ross's phone numbers for reasons having nothing to do with this lawsuit. It is an abusive tactic that NXIVM has used repeatedly in other jurisdictions to obtain information it then uses to harass its perceived "enemies."

Respectfully submitted,

s/s Peter L. Skolnik

Peter L. Skolnik

PLS:njd

cc:    All Counsel (via ECF)

10/17/2011 8813982.1

Lowenstein Sandler PC   In California, Lowenstein Sandler LLP                                            www.lowenstein.com
65 Livingston Avenue  Roseland, New Jersey 07068  Tel 973 597 2500  Fax 973 597 2400
1251 Avenue of the Americas  New York, New York 10020  Tel 212 262 6700  Fax 212 262 7402