```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        MINUTES OF PROCEEDINGS
```

NEWARK                                    DATE: 23 January 2012

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan


Title of Case:                            Docket # 2:6cv1051

 Nxivm Corp.   V. Ross Institute, et al

Appearances:

P-   William McGuire & Robert Leonard
D-   Robert Lack, Robert Landy & Anthony Sylvester

Nature of proceedings:

status conference.
Deft. Interfor objects to Mediation, and wishes to proceed with it's Partial Summary Judgment motion filed on January 13, 2012.
Court placed case into mediation and stays litigation pending Mediation.
Motion for Partial SJ (pleading #449) administratively termed pending mediation
Court Ordered 2 Mediators to be appointed.
Former Judges Alfred M. Wolin and Judge William Wertheimer
ORDERED Mediation papers due by the end of February.


Time Commenced    9:30
Time Adjourned    10:30


cc: chambers                              Scott P. Creegan
                                          Deputy Clerk