SHERMAN WELLS SYLVESTER & STAMELMAN LLP
210 Park Avenue, 2nd Floor
Florham Park, New Jersey 07932
(973) 302-9700

Attorneys for Defendants
Estate of Morris Sutton, Rochelle Sutton and Stephanie Franco

| | |
|---|---|
| NXIVM CORPORATION, f/k/a EXECUTIVE SUCCESS PROGRAMS INC., and FIRST PRINCIPLES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ESTATE OF MORRIS SUTTON, ROCHELLE SUTTON, THE ROSS INSTITUTE, RICK ROSS, PAUL MARTIN, WELLSPRING RETREAT, INC., STEPHANIE FRANCO and INTERFOR INC., <br><br> Defendants. | **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY** <br><br> CIVIL ACTION NO. 2:06-cv-1051(KSH)(MF) <br><br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Anthony C. Valenziano, Esq., of the law firm of Sherman, Wells, Sylvester & Stamelman LLP, enters an appearance on behalf of Defendants Estate of Morris Sutton, Rochelle Sutton and Stephanie Franco in the above-captioned matter and requests that all Notices of Electronic Filing and other papers required to be served in this action be served upon the undersigned at avalenziano@shermanwells.com.

Respectfully Submitted,

By:   /s/Anthony C. Valenziano
          Anthony C. Valenziano

DATED: August 5, 2014

## CERTIFICATION OF SERVICE

I hereby certify that on August 5, 2014, a copy of this Notice of Appearance was served *via* ECF upon all counsel of record.

DATED: August 5, 2014

By:   /s/Anthony C. Valenziano
        Anthony C. Valenziano

4850-0006-1724, v. 1

4452834v1