

Matthew J. Fedor
973-549-7329 Direct
973-360-9831 Fax
matthew.fedor@dbr.com

*Law Offices*

600 Campus Drive
Florham Park, NJ
07932-1047

(973) 549-7000
(973) 360-9831 fax
www.drinkerbiddle.com

*A Delaware Limited
Liability Partnership*

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON D.C.
WISCONSIN

August 5, 2014

**VIA ECF**

Hon. Katharine S. Hayden, U.S.D.J.
Hon. Mark Falk, U.S.M.J.
Frank R. Lautenberg U.S.P.O. & Courthouse
Newark, New Jersey 07101

    Re:    NXIVM Corp. v. Sutton, et al. Civil No. 06-1051

Dear Judge Hayden and Judge Falk:

    This firm represents Keith Raniere in the above-captioned matter. Per Judge Falk's July 29 letter to the parties, we write to report on the status of the claims involving Mr. Raniere. Mr. Raniere has not asserted any affirmative claims in this case against any of the parties. Rick Ross has asserted a counterclaim against Mr. Raniere [ECF Doc. No. 70], which is the subject of Mr. Raniere's pending motion for summary judgment [ECF Doc. No. 522].

                                                        Respectfully,

                                                        */s/ Matthew J. Fedor*

                                                        Matthew J. Fedor

cc:    All counsel of record via ECF

*Andrew B. Joseph
Partner responsible for
Florham Park Office*

*Established* 1849