# TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP

*Counselors at Law*

FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NEW JERSEY 07102-4056
Newark (973) 622-3000
New York (212) 714-1720
Fax (973) 623-7780
www.tompkinsmcguire.com

William B. McGuire
*Senior Partner*

Tel: (973) 623-7750
E-Fax: (973) 623-7744
wmcguire@tompkinsmcguire.com

August 5, 2014

**Via ECF and Hand Delivery**

Hon. Mark Falk, U.S.M.J.
United States District Court
District of New Jersey
Frank R. Lautenberg U.S. Post Office
& Courthouse, Rm. 457
1 Federal Square
Newark, New Jersey 07102

    Re:    **NXIVM Corporation, *et al.* v. Sutton, *et al.***
                **Docket No. 06-CV-1051**

Dear Judge Falk:

This firm represents the Plaintiffs in the above-referenced matter. Please accept this letter in response to the instructions contained in Your Honor's July 29, 2014 letter to all counsel.

Plaintiffs still assert the following active claims in their Amended and Consolidated Complaint:

    Count One  –    Misappropriation of Trade Secrets Against:

        The Ross Institute
        Rick Ross
        Stephanie Franco
        Paul Martin, Ph.D.
        Wellspring Retreat, Inc.

TOMPKINS, McGUIRE, WACHENFELD & BARRY

2

Count Three –   Breach of Contract/Confidentiality Agreement Against:

Stephanie Franco

Count Four –   Interference With Contractual Relations In Urging Breach of Confidentiality Agreement Against:

Estate of Morris Sutton
Rochelle Sutton
Rick Ross
The Ross Institute

Count Seven –   Copyright Infringement Against:

Rick Ross
The Ross Institute
Paul Martin, Ph.D.
Wellspring Retreat, Inc.

We thank the Court for your consideration of this matter.

Respectfully submitted,

William B. McGuire
For   TOMPKINS, McGUIRE, WACHENFELD & BARRY

cc:   All Counsel (Via ECF)