Robert J. Lack
Robert S. Landy (*pro hac vice*)
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
One Gateway Center, 25th Floor
Newark, NJ 07102-5311
(973) 877-6400
*Attorneys for Crossclaimants Interfor, Inc. and Juval Aviv*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NXIVM CORPORATION, formerly known as       :
EXECUTIVE SUCCESS PROGRAMS, INC. and FIRST :
PRINCIPLES, INC.,                          :   No. 2:06-cv-01051 (DMC/MF) KSH
                                           :
                  Plaintiffs,              :   **STIPULATION DISMISSING**
                                           :   **COUNTS II AND III OF**
          - against -                      :   **INTERFOR'S AND AVIV'S**
                                           :   **CROSSCLAIM AND**
ESTATE OF MORRIS SUTTON, ROCHELLE SUTTON,  :   **WITHDRAWING CERTAIN**
THE ROSS INSTITUTE, RICK ROSS a/k/a "RICKY":   **MOTIONS**
ROSS, STEPHANIE FRANCO, PAUL MARTIN, Ph.D.,:
and WELLSPRING RETREAT, INC.,              :
                                           :
                  Defendants.              :
-------------------------------------------x
RICK ROSS,                                 :
                                           :
                  Counterclaim Plaintiff,  :
                                           :
          - against -                      :
                                           :
KEITH RANIERE, NANCY SALZMAN,              :
KRISTIN KEEFFE, JANE DOE                   :
and JOHN DOES 1-10,                        :
                                           :
                  Counterclaim Defendants. :
-------------------------------------------x
INTERFOR, INC. and JUVAL AVIV,             :
                                           :
                  Crossclaimants,          :
                                           :
          - against -                      :
                                           :
NXIVM CORPORATION, KEITH RANIERE,          :
NANCY SALZMAN and KRISTIN KEEFFE,          :
                                           :
                  Crossclaim Defendants.   :
-------------------------------------------x

IT IS HEREBY STIPULATED, by and among the undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1), that Count II (common law indemnification) and Count III (contribution) of the crossclaim of Interfor, Inc. ("Interfor") and Juval Aviv against NXIVM Corporation ("NXIVM"), Nancy Salzman, Keith Raniere, and Kristin Keeffe are dismissed with prejudice and without costs.

IT IS FURTHER STIPULATED that the motions for summary judgment and partial summary judgment brought by crossclaim defendants NXIVM, Salzman, Raniere, and Keeffe against Interfor and Aviv (Docket Nos. 521, 523, and 524) are hereby withdrawn.

Dated: Newark, New Jersey
January 17, 2014

s/ Robert J. Lack
Robert J. Lack
FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
One Gateway Center, 25th Floor
Newark, NJ 07102-5311
(973) 877-6400

*Attorneys for Crossclaimants Interfor, Inc. and Juval Aviv*

William McGuire /RSL w. th permission
William B. McGuire
Brian M. English
TOMPKINS MCGUIRE WACHENFELD
& BARRY LLP
4 Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

*Attorneys for Crossclaim Defendants NXIVM Corp. and Nancy Salzman*

Matthew Fedor
DRINKER BIDDLE & REATH LLP
500 Campus Drive
Florham Park, NJ 07932-1047

*Attorneys for Crossclaim Defendant Keith Raniere*

John Falzone /RSL (with permission)
John Falzone
PARKER IBRAHIM & BERG LLC
270 Davidson Avenue
Somerset, NJ 08873

*Attorneys for Crossclaim Defendant Kristin Keeffe*

2

SO ORDERED: _____