Peter L. Skolnik
**LOWENSTEIN SANDLER** PC
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: 973.597.2500
Facsimile: 973.597.2400
Attorneys for Defendants
The Ross Institute, Rick Ross, Paul Martin, and Wellspring Retreat, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NXIVM CORPORATION, f/k/a EXECUTIVE SUCCESS PROGRAMS, INC., and FIRST PRINCIPLES, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> MORRIS SUTTON, ROCHELLE SUTTON, THE ROSS INSTITUTE, RICK ROSS a/k/a "RICKY" ROSS,  STEPHANIE FRANCO, PAUL MARTIN, Ph. D., and WELLSPRING RETREAT, INC., <br><br> Defendants. <br><br> RICK ROSS, <br><br> Counterclaim-Plaintiff, <br><br> -against- <br><br> KEITH RANIERE, NANCY SALZMAN, KRISTIN KEEFFE, INTERFOR, INC., JUVAL AVIV, ANNA MOODY, JANE DOE and JOHN DOES 1-10, <br><br> Counterclaim-Defendants | Civil Action Index <br> No. 2:06-cv-01051-KSH-MF <br><br> *Document Electronically Filed* <br><br> Honorable Katherine S. Hayden, U.S.D.J <br> Honorable Mark Falk, U.S.M.J <br><br> **▉▉▉▉▉▉   ORDER DISMISSING RICK ROSS'S CLAIM AGAINST KRISTIN KEEFFE** |

INTERFOR, INC., JUVAL AVIV and ANNA MOODY,

        Cross-Claimants,

        -against-

NXIVM CORPORATION, KEITH RANIERE, NANCY SALZMAN and KRISTIN KEEFFE,

        Cross-Claim Defendants.

**THIS MATTER** having been brought before the Court on application by Lowenstein Sandler PC, attorneys for Rick Ross ("Ross") for an Order pursuant to Fed. R. Civ. P. 41(a)(2) dismissing Ross's January 11, 2007 third-party complaint (Docket #70; denominated a counterclaim) solely against Kristin Keeffe ("Keeffe"); and the Court having considered the application filed on behalf of Ross, and good cause appearing;

        **IT IS** on this ___8th___ day of _December_, 2014;

        **ORDERED** that the January 11, 2007 third-party complaint (Docket #70; denominated a counterclaim) solely against Kristin Keeffe is hereby **DISMISSED** with prejudice.

_Katharine Hayden_
Katharine S. Hayden, USDJ