United States District Court
for the District of New Jersey

| | |
|---|---|
| NXIVM CORPORATION, formerly known as EXECUIVE SUCCESS PROGRAMS, INC. and FIRST PRINCIPLES, INC., <br><br>    Plaintiffs, <br>   v. <br>ESTATE OF MORRIS SUTTON, ROCHELLE SUTTON, THE ROSS INSTITUTE, RICK ROSS a/k/a "RICKY" ROSS, STEPHANIE FRANCO, PAUL MARTIN, Ph.D., and WELLSPRING RETREAT, INC. <br><br>    Respondents. | Civil No.: 06-1051 (KSH) <br><br> **ORDER** |

Upon review of its docket and finding good cause insofar as the parties have undertaken mediation, the Court administratively terminates the following pending motions <u>without prejudice</u> to the parties' applying for permission to reinstate them on an appropriate schedule: D.E. 520, NXIVM's and Salzman's motion for summary judgment against Rick Ross, and D.E. 522, Keith Rainere's motion for summary judgment against Rick Ross.

**SO ORDERED** this 8th day of December, 2014.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.