

**Tompkins, McGuire, Wachenfeld & Barry LLP**

**Attorneys at Law**

|  | **Grant W. McGuire | Partner** |  |
|---|---|---|
| Reply to: | **3 Becker Farm Road Suite 402** | **Gateway One Center** |
|  | **Roseland, New Jersey 07068-1726** | **Suite 615** |
|  | **T: 973.623.7495 | F: 973.623.7780** | **Newark, N. J. 07102** |
|  | **gmcguire@tompkinsmcguire.com** | **T: 973.622.3000** |

January 5, 2017

<u>**Via ECF**</u>

The Honorable Katharine S. Hayden
United States District Judge
Frank R. Lautenberg U.S. Post Office & Courthouse
Courtroom PO 05
1 Federal Square
Newark, NJ 07101

> Re: <u>**NXIVM Corporation, et. al. v. The Ross Institute, et. al.**</u>
> **[NXIVM v. Franco Bifurcated Trial]**
> **Civil Action No.: 06-cv-1051 (KSH/CLW)**
> **Our File No.: 4472-1**

Dear Judge Hayden:

The attached declaration and notice is submitted at the request of the author of same, Robert D. Crockett, Esq.

> Respectfully submitted,
>
> /s/ Grant W. McGuire
> Grant W. McGuire
> For TOMPKINS, MCGUIRE, WACHENFELD & BARRY, LLP

GWM
cc:   Anthony Sylvester, Esq.
        (Via ECF and e-mail)