

## Tompkins, McGuire, Wachenfeld & Barry LLP
### Attorneys at Law

|  | **Grant W. McGuire | Partner** |  |
|---|---|---|
| Reply to: | 3 Becker Farm Road Suite 402 | Gateway One Center |
|  | Roseland, New Jersey  07068-1726 | Suite 615 |
|  | T: 973.623.7495 | F: 973.623.7780 | Newark, N. J. 07102 |
|  | gmcguire@tompkinsmcguire.com | T: 973.622.3000 |

January 15, 2017

**Via ECF**
The Honorable Katharine S. Hayden
United States District Judge
Frank R. Lautenberg U.S. Post Office & Courthouse
Courtroom PO 05
1 Federal Square
Newark, NJ  07101

      Re:    **NXIVM Corporation, et. al. v. The Ross Institute, et. al.**
                **[NXIVM v. Franco Bifurcated Trial]**
                **Civil Action No.: 06-cv-1051 (KSH/CLW)**
                **Our File No.:   4472-1**

Dear Judge Hayden:

      By way of follow up to proceedings before this Court on January 11, 2018, the attached affidavit is submitted on behalf of Nancy Salzman.

                      Respectfully submitted,

                      /s/ Grant W. McGuire
                      Grant W. McGuire
          For    TOMPKINS, MCGUIRE, WACHENFELD & BARRY, LLP

GWM
cc:    Anthony Sylvester, Esq.
        (Via ECF and e-mail)