

September 17, 2019

**VIA ECF**

Hon. Katharine S. Hayden, U.S.D.J.
Hon. Cathy L. Waldor, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
Newark, NJ 07102

Re: *NXIVM Corp., et al. v. Ross Institute, et al.*, **Civil No. 06-1051**

Dear Judges Hayden and Waldor:

Further to my letter of September 12, 2019 [Docket #845], I note that no further comments or objections to the filing of the Keith Raniere deposition transcripts have been submitted to the Court although Mr. Raniere's current counsel were put on notice of the intended filing (*see* Mr. Fedor's letter of September 11, 2019 [Docket #844]). I therefore respectfully renew my request that the Court authorize the filing, in accordance with the terms of Paragraph 9 of the March 2007 Discovery Confidentiality Order [Docket 81].

Respectfully submitted,

Peter L. Skolnik
Peter L. Skolnik, LLC
963 Belvidere Avenue
Plainfield, NJ 07060
*Attorney for Rick Ross and the Ross Institute*

cc: All counsel via ECF