**PETER L. SKOLNIK, LLC**
963 Belvidere Avenue
Plainfield, New Jersey 07060
Telephone: 973.476-5625
*Attorney for Defendants*
*The Ross Institute, Rick Ross, Paul Martin, and Wellspring Retreat, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NXIVM CORPORATION, f/k/a EXECUTIVE SUCCESS PROGRAMS, INC., FIRST PRINCIPLES,<br><br>Plaintiffs,<br><br>-against-<br><br>THE ROSS INSTITUTE, RICK ROSS, PAUL MARTIN, WELLSPRING RETREAT, INC., STEPHANIE FRANCO, MORRIS AND ROCHELLE SUTTON,<br><br>Defendants. | Civil Action Index No. 2:06-cv-01051-KSH/CLW<br><br><br><br><br>**CERTIFICATION OF PETER L. SKOLNIK** |

I, **PETER L. SKOLNIK**, do hereby certify:

1. I am the owner of Peter L. Skolnik, LLC, counsel for Defendants THE ROSS INSTITUTE, RICK ROSS, PAUL MARTIN, and WELLSPRING RETREAT in this matter.

2. Pursuant to the Court's authorization by text order on September 20, 2019 [Docket #851], and in compliance with Paragraph 9 of the March 9, 2007 Discovery Confidentiality Order [Docket ECF 81], annexed hereto are the transcripts of the depositions of Keith Raniere taken on March 11, 2009, March 12, 2009 and May 13, 2009.

I certify under penalty of perjury that the foregoing is true and correct.

                                                  /s/ Peter L. Skolnik  
                                                  Peter L. Skolnik (PLS 4876)

Executed on: September 20, 2019