## Page 165

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

----------------------------------*

NXIVM CORPORATION, formerly known as
EXECUTIVE SUCCESS PROGRAMS, INC. And
FIRST PRINCIPLES, INC.,

              No. 2:06-cv-01051
   Plaintiffs,     (DMC/MF)

vs.

MORRIS SUTTON, ROCHELLE SUTTON, THE
ROSS INSTITUTE, RICK ROSS a/k/a "RICKY"
ROSS, STEPHANIE FRANCO, PAUL MARTIN,
Ph.D., and WELLSPRING RETREAT, INC.,
   Defendants.

----------------------------------*

RICK ROSS,
   Counterclaim-Plaintiff,
      vs.
KEITH RANIERE, NANCY SALZMAN,
KRISTIN KEEFFE INTERFOR, INC.,
JUVAL AVIV, ANNA MOODY, JANE DOE
and JOHN DOES 1-10,

   Counterclaim-Defendants.

----------------------------------*

(Caption continued on following page)

CONFIDENTIAL
VIDEOTAPED DEPOSITION OF:  KEITH A. RANIERE
(Volume II)
DATE TAKEN:  THURSDAY, MARCH 12, 2009


COMPUTER-AIDED TRANSCRIPT PREPARED BY:
FITZSIMMONS REPORTING & VIDEOCONFERENCE CENTER
570 West Mount Pleasant Avenue
Livingston, New Jersey 07039
PHONE:  (973) 994-3510
FAX:  (973) 994-3621

## Page 166

1  (Continued)
2
3  INTERFOR, INC., JUVAL AVIV, and
   ANNA MOODY,
4
     Cross-Claimants,
5
      vs.
6
  NXIVM CORPORATION, KEITH RANIERE,
7  NANCY SALZMAN and KRISTIN KEEFFE,
8     Cross-Claim Defendants.
  ----------------------------------*
9
10
11     T R A N S C R I P T of the stenographic
12  notes of the proceedings in the above-entitled
13  matter, as taken by and before CHERYL McGANN, a
14  Certified Court Reporter and Certified Realtime
15  Reporter of the State of New Jersey, held
16  at the offices of DRINKER BIDDLE & REATH LLP,
17  500 Campus Drive, Florham Park, New Jersey, on
18  Thursday, March 12, 2009, commencing at
19  9:44 a.m.
20  A P P E A R A N C E S :
21    TOMPKINS McGUIRE WACHENFELD & BARRY LLP
22    BY:  WILLIAM B. McGUIRE, ESQ.
       4 Gateway Center
       100 Mulberry Street
23       Newark, New Jersey  07102
    Attorneys for Plaintiffs and Cross-Claim
24    Defendants, NXIVM Corp., Nancy Salzman
    and Kristin Keeffe
25

## Page 167

1  A P P E A R A N C E S (Continued) :
2
    DRINKER BIDDLE & REATH LLP
3    BY:  ROBERT M. LEONARD, ESQ.
       -and-
4    THOMAS F. CAMPION, ESQ.
      500 Campus Drive
5      Florham Park, New Jersey 07932-1047
      (973) 549-7370
6    Attorneys for Keith Raniere
7    RIKER DANZIG SCHERER HYLAND PERRETTI LLP
8    BY:  HAROLD L. KOFMAN, ESQ.
      Headquarters Plaza
      One Speedwell Avenue
9      Morristown, New Jersey  07962-1981
      (973) 538-0800
10    Attorneys for Morris Sutton and
    Rochelle Sutton
11
    LOWENSTEIN SANDLER PC
12    BY:  PETER L. SKOLNIK, ESQ.
       -and-
13    THOMAS S. DOLAN, ESQ.
      65 Livingston Avenue
14      Roseland, New Jersey 07068
      (973) 597-2508
15    Attorneys for The Ross Institute, Rick Ross,
    Paul Martin and Wellspring Retreat, Inc.
16
    FRIEDMAN KAPLAN SEILER & ADELMAN LLP
17    BY:  ROBERT S. LANDY, ESQ.
      1633 Broadway
18      New York, New York  10019-6708
      (212) 833-1100
19    Attorneys for Interfor, Inc., Juval Aviv
20
21  ALSO PRESENT:
22    Nancy Salzman
    Rick Ross
23    Karl Petry, Videographer
24
25

## Page 168

1         I N D E X
2  WITNESS    DIRECT   CROSS   REDIRECT
            (Continued)
3  KEITH ALAN RANIERE
    By Mr. Kofman:  169
4    By Mr. Landy:   285
    By Mr. Skolnik:  345
5
         E X H I B I T S
6
  Exhibit    Description    For Identification
7
  Raniere-11  Affidavit of Keith Raniere signed
8      August 22, 2003, with Exhibits  208
9  Raniere-12  First Principles' Third Amended
      Responses to Defendant Stephanie
10      Franco's Second Set of Interrogatories
      to First Principles   239
11
  Raniere-13  12 Point Mission Statement Bates
12      stamped SF 00329   245
13  Raniere-14  3/1/04 five-page memorandum to K.
      Raniere, N. Salzman from J. O'Hara 251
14
  Raniere-15  Student Enrollment Application for
15      Aaron Kassin   264
16  Raniere-16  Keith Raniere's Responses to Defendant
      Rick Ross' First Amended Set of
17      Interrogatories to NXIVM  324
18  Raniere-17  Excerpt From Audio Recording of Meeting
19      Among Rick Ross, Juval Aviv, and Lynne
      Friedman on November 23, 2004  330
20    *    *    *
21    (Exhibits attached.)
22    INFORMATION REQUESTED
23  (Request.)    Page 215
  (Request.)    Page 221
24  (Request.)    Page 222
  (Request.)    Page 278
25  (Request.)    Page 281

Page 169

1    THE VIDEOGRAPHER:  Today's date is March 12, 2009.
2    This is the start of Tape 1 of the second day of the
3    continuing deposition of Keith Raniere. The time is
4    9:44, and we are now on the record.
5
6    K E I T H   A L A N   R A N I E R E, residing at
7    3 Flintlock Lane, Clifton Park, New York 12065,
8    is duly sworn and testifies on his oath as follows:
9
10   CONTINUED DIRECT EXAMINATION BY MR. KOFMAN:
11       Q. Good morning, Mr. Raniere.  The rules that I
12   told you at the beginning of the deposition
13   yesterday are still in effect.
14       Do you need me to repeat those for you?
15       A. No.
16       Q. Okay.  Mr. Raniere, has Morris Sutton taken
17   any action since the filing of the lawsuit to
18   discredit NXIVM?
19       A. I don't know.
20       Q. Okay.  Has Rochelle Sutton taken any action
21   since the filing of the lawsuit to discredit NXIVM?
22       A. I don't know.
23       Q. Has Stephanie Franco taken any action
24   subsequent to the filing of the lawsuit in August
25   2003 to discredit NXIVM?

Page 170

1        A. Um, I'm not sure.
2        Q. Yesterday before we broke you had -- I had
3    asked you to mark up the article that we've marked
4    as Raniere-8, Critical Analysis of the Executive
5    Success Programs Inc., to identify everything that
6    you considered a trade secret of NXIVM.
7        Have you done that?
8        A. Yes, with a comment.
9        Q. What's the comment?
10       A. As I was doing it, I am having a different, I
11   would say deeper understanding of the issue, so I
12   can't say that on the previous articles that I
13   marked up that I've yet marked them appropriately
14   ultimately.  I think to do a -- this full justice, I
15   would need to not only think about it but go through
16   each one very carefully over time.  And I can give
17   you specifics of why.
18       Q. If you can give me a specific as to why you
19   would have to do that.
20       A. Because when you have -- if I have some sort
21   of a trade secret -- let's say it's some sort of a
22   math formula involving A, B and C, and I go and I
23   give that trade secret formula to several people,
24   and I have one person reveal A and another -- all
25   the things relating to A -- and another person

Page 171

1    reveal all the things relating to B and all the
2    things relating to B -- C.  Certainly as a group we
3    can reveal a trade secret.  Certainly as an essay,
4    although a trade secret may not be contained in any
5    one segment, it provides more and more of a window
6    so it's something that I would have to think about
7    in each case.
8        Q. Do you think that your marking up of
9    Raniere-5 and Raniere-6 you identified things that
10   you now believe are not trade secrets, or is it the
11   case that you --
12       A. Did not mark enough --
13       Q. -- didn't mark up things that you consider
14   are trade secrets?
15       A. Probably did not mark enough, maybe should
16   have marked more.  Each of the things have to be
17   weighed very carefully, so I may have marked some
18   things that are not.
19       I will give you an example.  There are quotes
20   in these articles from other people, other things.
21   The question is can you use a quote from another
22   person to reveal a secret.  Can I -- if I have a
23   math equation, can I use an equation from another
24   mathematician to reveal a secret; and the answer is
25   yes.  So I have to weigh specifically how each of

Page 172

1    these quotes are used, and it starts to become more
2    than just sitting casually or at a deposition
3    formally and quickly marking off.  For me, it is --
4    it is a thought process.
5        Q. How long do you think it would take you to
6    identify all of the trade secrets that are disclosed
7    in Raniere-5?
8        A. I think it depends how motivated I was.  If I
9    was a motivated competitor, it might take me a year,
10   but I'd figure it out.
11       Q. You would be able to replicate the Rational
12   Inquiry -- the NXIVM courses from simply this one
13   article?
14       A. I might be able to replicate a trade secret
15   from one or more of the articles, and I can't tell
16   you that, per se.
17       Q. So you might be able to replicate a single
18   trade secret from one of the articles if you took a
19   year?
20       A. Or more.  Or more.
21       Q. But it might take a year if you were
22   motivated?
23       A. Or it might take a night.  I don't know.
24   What I'm saying is it's a far deeper process than
25   my on reading the article just checking off yes, no,

Page 173

1    yes, no, yes, no.
2       Q.  Okay.  How long would it take you, Keith
3    Raniere, to perform a more detailed analysis to
4    identify each and every trade secret disclosed in
5    Raniere-5?
6       A.  I have no way of knowing that.
7       Q.  Hours, days?
8       A.  You're asking how long it would take me to
9    solve a problem that I don't know the solution of.
10   I don't know.
11      Q.  It's a three-page article, Mr. Raniere.  How
12   long would it take you to identify each trade
13   secret?
14      A.  It's a three-page article that provides a
15   window into 30 years of my life of work.  I don't
16   know.
17      Q.  You understand in this case NXIVM is going to
18   have to identify each trade secret?
19      A.  Yes, but not necessarily how the trade secret
20   is specifically represented in the article.  I
21   believe it's do the articles/article, however you
22   look at them, release the trade secrets to
23   competitors.  Do they -- or are those trade secrets
24   used to damage NXIVM.  And I don't understand the
25   level -- that's my understanding of it, and that's a

Page 174

1    different question than does this sentence contain
2    a trade secret, at least in my mind.  So I went
3    through this, and I apologize that it may not be as
4    complete.
5       Q.  Okay.  But to the extent it's not complete,
6    it's more likely underinclusive than overinclusive
7    of trade secrets?
8       A.  More likely.
9       Q.  How about the third article?  Did you -- does
10   that identify -- and this is what you did last
11   night, Raniere-8.
12      A.  That's the one I'm speaking of, yes.
13      Q.  Does that identify each and every trade
14   secret that's contained in the article?
15      A.  No.  It just starts with an overview.  I
16   spent, I don't know, 15 minutes, a half hour going
17   through, as I did the other articles with about the
18   same level of precision; but even with this article
19   I learned more as I was doing it.
20      Q.  Did anyone assist you in marking up or
21   identifying trade secrets in Raniere-8?
22      A.  No.
23      Q.  Mr. Raniere, is any entire trade secret of
24   NXIVM, as you define the term, disclosed in these
25   articles -- in any one of these articles?

Page 175

1       A.  I don't know.
2       Q.  And that's after having spent some time
3    yesterday reviewing the articles?
4       A.  Yes.
5       Q.  Let's go back to Raniere-5.
6       A.  (Witness complies.)
7       Q.  The next to last paragraph there you say
8    "Participants are told to promise not to tell non-
9    participants of what they learn in the Intensive, as
10   well as its methods," and you underlined that.
11      A.  You have to show me that.  It's the very last
12   page where --
13      Q.  No.  It's the first page of Raniere-5, next
14   to last paragraph, under the heading "Limitations in
15   ability to get feedback from friends and family."
16      A.  Uh-huh.
17      Q.  And it says, "Participants are told to
18   promise not to tell non-participants of what they
19   learn in the Intensive, as well as its methods."
20          What is unique to NXIVM about that concept?
21      A.  Please repeat the concept.  I'm having
22   trouble finding.
23      Q.  Okay.  It's -- the heading is "Limitations in
24   ability to get feedback from friends and family."
25      A.  I'm not seeing -- it's Page 1?

Page 176

1       Q.  Page 1.
2       A.  I see.  So it's the paragraph above the last.
3       Q.  And you underlined part of the sentence,
4    "Participants are told to promise not to tell
5    non-participants of what they learn in the
6    Intensive, as well as its methods."
7       A.  Uh-huh.
8       Q.  What about that sentence is unique to NXIVM?
9       A.  "Methods" right off.
10      Q.  The word methods is unique?
11      A.  No, NXIVM's methods; and this brings the
12   methods not only into question but starts to carve
13   out aspects of or not of the methods.
14      Q.  Does it disclose any of the methods?
15      A.  I believe indirectly it does.  It starts to.
16      Q.  How?
17      A.  I think when you have a trade secret, as
18   Mr. Hochman did, you are in a different position
19   than if you don't.  And if I start to say things
20   about the trade secret that I have and I have the
21   trade secret, so to speak, everything starts to
22   either hint or directly say.
23          Now, he's talking about the methods, the
24   trade secrets that he has in his hand.  He's
25   starting to go and say, all right, well, it's sort

Page 177

1   of like this, sort of not like this.  So I find it
2   related to our methods, and I find our methods trade
3   secrets.
4       Q.  Could --
5       A.  I'm sorry.
6       Q.  Could a competitor take that sentence and
7   replicate or discover any of your trade secrets?
8       A.  Utilizing that sentence in combination with
9   other things, I believe so.
10      Q.  Doesn't that sentence merely say that you
11  have methods?
12      A.  No.  It says actually more than that, too.
13  It talks about a promise.  It talks about an
14  Intensive and that the Intensive does have methods,
15  which sometimes methods are not trade secret;
16  sometimes they are.
17      Q.  Is the promise to keep things secret unique
18  -- to keep information secret unique to NXIVM?
19      A.  No.
20      Q.  Is there anything about the existence of that
21  promise to -- strike that.
22          Are you aware of any competitors who have
23  similar promises?
24      A.  Not directly, but I'm sure they do.
25      Q.  Uh-huh.  Does disclosure of the fact that

Page 178

1   NXIVM requires its information to be kept secret --
2   strike that.
3          Would disclosure to a competitor of the fact
4   that NXIVM requires its methods to be kept secret
5   work a competitive disadvantage on NXIVM?
6       A.  It may, depending on the context.
7       Q.  A competitor learns that NXIVM won't --
8   doesn't allow its participants to reveal the trade
9   secrets.  How does that work a competitive
10  disadvantage on you?
11      A.  If I am a person that is looking to find the
12  trade secrets of an organization or if I am a person
13  that is a competitor of the organization and has the
14  trade secrets, I could use those trade secrets to,
15  in fact, take business away from NXIVM, to cause
16  harm to NXIVM or I could use the hints in part to
17  derive.
18      Q.  How does learning that NXIVM prohibits
19  disclosure of its trade secrets benefit a
20  competitor?
21      A.  I don't know off the top of my head.  I --
22  you know, it's similar -- if the equation is A plus
23  B plus C, that is my trade secret, and many
24  competitors have A in their equation.  Any formula,
25  a chemical formula, say, has carbon in it.  Many

Page 179

1   trade secret formulas probably have carbon in it.
2   To say that the formula has carbon in it, a lot of
3   competitors have carbon in their formula, but it is
4   significant when I know the trade secret and I say
5   the formula has carbon in it.  It starts to craft
6   out information.
7          And can I contemplate what every person,
8   every competitor looking at this will be able to
9   derive from it?  That would take a lot of time, and
10  I don't know if I could even necessarily do that.
11      Q.  Let's assume that your trade secret was a
12  cake.  Is -- somebody saying that the cake contains
13  eggs, is that a disclosure of a trade secret?
14      A.  It can be partway to one, especially if the
15  eggs are in the recipe.
16      Q.  If the eggs are in the recipe, okay.
17          By the way, is there anything that's
18  contained in the NXIVM Intensive, any of the modules
19  that have been created for the NXIVM Intensive that
20  are not trade secrets?
21      A.  The modules is a combination of the product
22  of the tool and the tool itself.  Are there any
23  modules in NXIVM that do not -- are not related in
24  any way to the trade secret?  I don't think so.
25      Q.  Is there anything within an individual module

Page 180

1   that -- any part of an individual module that's not
2   a trade secret?
3       A.  Do you know, I can't say that off the top of
4   my head.  I can't think of one.  Part of the
5   philosophy is we wouldn't create the modules;
6   someone else would.
7       Q.  I'm sorry.  Could you repeat that?
8       A.  Part of the philosophy of it is if they
9   weren't valuable to us, we wouldn't create them;
10  someone else would.
11      Q.  On the last paragraph of this page, it says
12  "Participants are mislead" -- you underlined,
13  "Participants are mislead into feeling guilty for
14  being a 'promise breaker.'"
15      A.  Uh-huh.
16      Q.  What's unique to NXIVM about that concept?
17      A.  Well, it does raise a question.  Are
18  participants made to feel guilty?  I think the way
19  we understand guilt is unique.  I think the way it
20  is handled within the curriculum is unique and
21  important and secret, and also I believe the
22  statement is untrue and I think raises the question
23  that either it makes us look bad or we have to start
24  to reveal a trade secret, which is an interesting
25  thing when you don't get to publish.

1    Q. Consid -- is there something in that sentence
2  that would tell a competitor what your ideas of
3  guilt are?
4    A. I think there are things in that sentence
5  that, one, a competitor would understand that
6  certain characteristics relating to the NXIVM trade
7  secrets and relating to NXIVM; and, two, it would
8  put a potential client and other competitors in a
9  position where either -- especially when you talk
10  about our clients -- either they believe something
11  wrongfully about us by someone who has the authority
12  of having our trade secret or we have to reveal a
13  trade secret to explain.
14    You see, we do not have the right to first
15  publication in this case. So although it may seem
16  like a criticism, this particular article, it's
17  criticizing something that doesn't exist for the
18  public yet so we're -- it's a type of forced
19  publication almost or a damage.
20    Q. You said it doesn't exist for the public yet.
21  Is there a plan to have this -- eventually have the
22  modules made public?
23    A. I don't know.
24    Q. Would a -- would some potential student who
25  read these articles be able to say, I don't need to

1  take the course now because I learned everything I
2  need from these three articles?
3    A. They might say that.
4    Q. Would they get the gist of NXIVM's programs
5  from reading these three articles?
6    A. I don't know.
7    Q. Top of the second page, under Effect of
8  idiosyncratic vocabulary on communications, you
9  underlined the phrase --
10    A. Hold on. I'm trying to find it.
11    Second page. What paragraph? Effect -- oh,
12  it's the first paragraph.
13    Q. First full paragraph.
14    A. Thank you.
15    Q. You underlined the phrase, "English words are
16  redefined to fit the peculiar meanings of group
17  leaders."
18    A. Uh-huh.
19    Q. "The result is communications that are near
20  incomprehensible to outsiders."
21    Does that sentence -- that sentence doesn't
22  appear in any of NXIVM's modules, does it?
23    A. One of our important things is to understand
24  the meanings of words going from surface structure
25  to deep structure, and the way we do that is

1  important, and understanding comprehensibility is
2  important. I think this starts to say what trade
3  secrets are. That's a part. That's not the whole
4  thing. The whole trade secret isn't there, no.
5    Q. Is any trade secret there?
6    A. I believe that there is part of a trade
7  secret there, the beginnings. I think that that,
8  if used in an appropriate context, could ascertain
9  trade secrets.
10    This is a person who has our trade secret.
11  They're writing from that perspective with a group
12  of other people.
13    Q. So somebody saying I've read the materials,
14  they're gibberish, reveals a trade secret?
15    A. Well, it either reveals part of a trade
16  secret if it's true or if it's false it puts it in
17  a position where either have to reveal the trade
18  secret to capture whatever market we want or be
19  damaged by it.
20    Q. But that's a difference between whether it's
21  true or false, as opposed to whether it discloses a
22  trade secret. The fact that somebody says it's
23  gibberish may be true, may be false, may be
24  somebody's opinion but how does -- how does saying
25  that it's a bunch of nonsense allow anyone to get a

1  competitive advantage over NXIVM?
2    A. As I -- well, maybe I wasn't clear.
3    If the statement is true, it gives them a
4  competitive advantage by the theory of it starts
5  to give or it may give all of the trade secret,
6  depending on the statement or part of the trade
7  secret away, especially if it's with a group of
8  people who have taken the trade secrets and are
9  bringing them out to the public.
10    If the statement is false, it has the same
11  effect in a different way. Assuming that the
12  statement is either true or false, both bringing the
13  trade secrets either out to the public or hurt us
14  with the very trade secrets.
15    Q. Okay. Looking at the idea of a competitor,
16  is it your understanding that a competitor would
17  read this and say, boy, if I could spew nonsense, I
18  could be as successful as NXIVM?
19    A. Can -- would you mind defining what you mean
20  by a competitor?
21    Q. Somebody who wanted to -- well, how do you
22  define competitor?
23    A. I didn't use it in the question.
24    Q. Okay. Would somebody who was looking to do
25  human potential training -- what would you say is

Page 185

1    the business of NXIVM?
2        A.  I would say the business of NXIVM is
3    increasing joy.
4        Q.  Okay.  Would somebody else who's looking to
5    increase joy say to themselves after reading this
6    article -- strike that.
7        So is any compe -- is a competitor of NXIVM
8    any other group that looks to increase joy?
9        A.  I'm not a -- a lawyer.  I would think that in
10   a broad sense, that could be, because the reason why
11   people come to NXIVM it is my belief is to increase
12   joy either very directly or ultimately.  So that's a
13   quick definition.
14       Q.  Okay.  Would somebody -- another group that's
15   looking to make money by increasing joy be able to
16   say to themselves after reading that sentence, if I
17   spout gibberish, I can take some of NXIVM's business
18   away?
19       A.  I think they might say, if I spout gibberish,
20   utilizing the other things in these articles, I
21   might be able to or I might be able -- because NXIVM
22   is spouting gibberish and they're doing that, but
23   second of all, if I have the trade secret -- and
24   maybe I am a competitor -- it is using the trade
25   secret against us to take business away.

Page 186

1        Q.  Next paragraph, "Pre-emptive neutralization
2    of criticism of the group by participants and their
3    family/friends early on."
4        You -- about halfway through that you --
5    the sentence is, "Since it is likely that group
6    outsiders will perceive aspects of the group's
7    activities as 'manipulative' or as a 'cult,' these
8    two words are used as the sole examples of 'abstract
9    terms' that a Shifter will use."
10       How is that a trade secret under your
11   definition?
12       A.  Well, things relating to what we term as
13   shifter strategies or a person who uses them may be
14   called a shifter; and things like manipulative and
15   cult, amongst other things, are discussed.  This is
16   beginning to say what is discussed, beginning to say
17   how it is discussed.  I suspect that with a few
18   other sentences, there could be more trade secrets
19   revealed or more of the trade secrets revealed.
20       Q.  Mr. Raniere, can someone make an informed
21   criticism of NXIVM without revealing its trade
22   secrets?
23       A.  Absolutely.
24       Q.  How could that be done?  Somebody who is
25   taking the course, can they make a criticism without

Page 187

1    revealing the trade secrets?
2        A.  Yes.  Otherwise, I would have not only
3    underlined every paragraph here, but you have to
4    assume that the people that take NXIVM for the most
5    part are not competitors and they are -- they won't
6    compete with NXIVM.  There is a noncompete, and
7    given that they're noncompetitors and given that
8    they don't have all of the trade secrets or even if
9    they did have all of the trade secrets, if they
10   wrote certain criticisms, it could be fine.
11       Q.  Let's say I took a 16-day Intensive, didn't
12   like it, wrote an article or posted a blog entry
13   that said, you know, "I took this class called NXIVM
14   and I read the materials that they gave me; and it
15   was just gibberish.  They redefine words in their
16   own idiosyncratic ways."
17       A.  Uh-huh.
18       Q.  Does that reveal a trade secret?
19       A.  Are you a competitor, first of all?
20       Q.  I'm writing an arti -- I'm putting an article
21   on the Internet or in a newspaper where anyone can
22   see it.
23       A.  Well, it may or may not start to reveal the
24   trade secrets.
25       Q.  And if I write in the article, "Go look for

Page 188

1    joy somewhere else 'cause this program really
2    stinks.  The words are gibberish," is that -- that
3    might start to reveal a trade secret?
4        A.  It may start to.  The reason why I'm being
5    hesitant is I'm not -- as I said, I would have to
6    think about this even more.  I know that through
7    these articles and many of these statements, there
8    is a constructive revealing of the trade secrets.
9        You asked me to take each statement and
10   assess it and what I would say assess it
11   superficially and underline it or not, and I assumed
12   you wanted me to underline generously as opposed to
13   leaving out.  Part of what you asked is which way it
14   went, and I did so.  But, you know, just like with
15   anything, it needs to be thought out.
16       Q.  If I were to put in my blog entry, "You know,
17   I took this NXIVM class and you know what?  I know a
18   way of increasing your joy.  Save your $7500 and
19   don't take this nonsense," does that make me a
20   competitor?
21       A.  No, not necessarily.  I'm not sure.  It
22   depends.  Are you selling that?  Are you earning
23   money from that?
24       Q.  I'm just warning people off.
25       A.  Well, you're probably not a competitor, but

Page 189

1    I'm not sure.  I mean, competitors can warn other
2    people off of other competitors and still earn
3    position that way.  I mean, I think a competitor
4    can destroy another competitor before they even come
5    into the market.  You know, I suspect if you did
6    something like that and maybe you did it so
7    effectively that you stopped all people from coming
8    to NXIVM; and NXIVM, you know, was moribund, had no
9    business, and then you hung a shingle and opened up
10   a business just like NXIVM, I would suspect I would
11   think you were a competitor even though at the time
12   you were doing it you weren't earning from it.
13       Q.  Could I disclose a trade secret if I'm not a
14   competitor?
15       A.  Yes, I think so.
16       Q.  So if I were to write, "Don't take NXIVM's
17   classes.  They make you bow down to this guy named
18   Vanguard," is that disclosing a trade secret?
19       A.  Repeat the sentence.  You're asking me to
20   evaluate on a sentence-by-sentence basis and,
21   honestly, I don't feel capable of giving you a
22   complete evaluation.  You know, our competitors who
23   look to take our trade secrets just don't take a
24   single sentence and sit and say, oh, yeah; oh, no.
25   They'll think about it, maybe think about it for

Page 190

1    years.  I believe our noncompete clause is three or
2    five years or something like that.
3        Q.  Do you know of any competitors who are
4    looking to take your trade secrets?
5        A.  I believe so.
6        Q.  Who?
7        A.  It depends how you define competitor.
8        Q.  Well, how do you define competitors who are
9    looking to take your trade secrets?
10       A.  Well, I believe Rick Ross is a competitor.
11   I believe John Hochman is a competitor.  I believe
12   Paul Martin is a competitor.  I believe that Tony
13   Robbins is a competitor.  As a matter of fact, if
14   someone is, for example, a therapist or a
15   psychiatrist, they go through a different entrance;
16   and we do treat them as a competitor.
17           John Hochman is a psychiatrist.
18       Q.  Is Tony Robbins trying to take your trade
19   secrets?
20       A.  I don't know if he's trying to take our trade
21   secrets.  I suspect if he thought they were valuable
22   he would -- you know, I don't want to make an
23   evaluation on Tony Robbins' honesty or dishonesty.
24   I don't think he is out to steal trade secrets, but
25   he may not even realize they're trade secrets if

Page 191

1    they were given to him, and he may use them.
2        Q.  Do you know one way or the other whether he
3    knows you exist?
4        A.  I think he does know we exist, but I'm not
5    sure.  Yeah.
6        Q.  Did you ever take any classes with Tony
7    Robbins?
8        A.  No.
9        Q.  Okay.  Next to the last page, carrying over
10   to the last page of this article --
11       A.  Yeah.
12       Q.  -- says -- you underlined the sentence, "All
13   of this is soft peddled to participants as analogous
14   to calling your dentist (who finished a universally
15   recognized course of study) by the title 'doctor.'"
16       A.  Uh-huh.
17       Q.  What makes that -- what trade secret is being
18   disclosed by that sentence?
19       A.  That's relating to certain things I think
20   within Rules and Rituals.  Again, it is a fragment.
21   I need to clarify that.  You know, I think it's a
22   highly effective strategy.  If someone is
23   malintended, if I'm a competitor of you and I have
24   your trade secrets, instead of using the trade
25   secrets myself I just release them to another one of

Page 192

1    your competitors and let them destroy you, and I
2    never use them.  So when you release things or
3    parts of things, it can be very damaging.
4        Q.  Okay.  Let's put Raniere-5 aside for now and
5    go on to Raniere-6, which is Robert Jay Lifton's
6    eight criteria of thought reform as applied to
7    Executive Success Programs.
8            You highlighted the next to last paragraph
9    concerning phone tree.
10               MR. McGUIRE:  Page 1.
11       A.  Page 1.
12       Q.  Page 1.  I'm sorry.
13       A.  Yes.
14       Q.  Is the idea of having a phone tree unique to
15   NXIVM?
16       A.  I'm not sure.  This is a quote right out of
17   one of the manuals it appears.
18       Q.  Uh-huh, but is the concept of a phone tree
19   unique to NXIVM?
20       A.  I think potentially the way NXIVM does it
21   maybe.  If --
22       Q.  Just the fact that there's a phone tree that
23   NXIVM uses, you're not claiming that that's unique,
24   since, after all, my son has a phone tree when his
25   school is cancelled.

Page 193

1    A. Uh-huh, that's true. I am in part, and the
2  reason why I put this, this is a quote out of the
3  manual. This particular author, Paul Martin, took
4  the only thing that I wrote which was the Mission
5  Statement and copied 55 percent of it in parts.
6        I think I could copy a whole confidential
7  manual if you just give me enough article space and
8  I keep on releasing quote after quote. I think if I
9  released the whole manual, I could give away the
10  trade secrets. So every quote in here out of our
11  manual released from someone who has our trade
12  secret manual, and when that information is not
13  supposed to be released potentially leads to the
14  release of a trade secret. There are a lot of
15  quotes in here.
16    Q. If I read this paragraph, would I be able to
17  say -- and I'm a competitor, Tony Robbins, let's
18  say -- I say, oh, they've got a phone tree and each
19  -- whatever the paragraph says, would I be able to
20  say, Aha, I've got it? I can replicate NXIVM?
21    A. You start to have an understanding, and
22  depending on what other information you have, this
23  paragraph might be the final piece, certainly.
24    Q. Okay. The paragraph after that the only word
25  you underlined is "leased."

Page 194

1        Does that paragraph contain a trade secret?
2    A. It probably does. It is in quotes, and I
3  wasn't sure if that was a quote. I think it was a
4  quote off the application; and in that case it's not
5  a problem because it's not from the trade secret
6  secretive material, but I was unsure, so I lightly
7  did that.
8    Q. By the way, just going quickly back to
9  Raniere-5, is there anything from there -- any of
10  the trade secrets that are -- you claim are
11  disclosed in that article that are from the
12  Facilitator materials that were given to Stephanie
13  Franco?
14    A. Hard to tell.
15    Q. And that's because he doesn't cite where
16  different things came from?
17    A. Well, it's also hard to tell how these pieces
18  will add together as someone is unraveling what the
19  trade secrets are.
20    Q. Okay. Looking back at Raniere-6, sir, you
21  have the statement about halfway down -- the quote
22  is from the section Money.
23    A. The direct -- well, halfway down which -- I'm
24  sorry, which page?
25    Q. Page 2?

Page 195

1    A. Page 2.
2    Q. Yeah.
3    A. And this is Raniere-6?
4    Q. Yes.
5    A. Okay. Money, yes.
6    Q. And it's your understanding that those
7  concepts there are unique to NXIVM?
8    A. There's more than the concepts here. First
9  of all, this is a quote. Second of all, this is not
10  only each of the concepts but their specific order
11  and as that order integrates together, and these are
12  some of the things that are -- this may be even all
13  of the things in that portion of the module.
14    Q. Then looking at Number 8 under or in the
15  quote from Money, it says, "Having money brings out
16  the true nature of people."
17    A. Uh-huh.
18    Q. Is that an idea that's unique to NXIVM?
19    A. Do you believe that that idea has to be
20  unique to NXIVM to be a trade secret?
21    Q. I'm -- your definition of trade secret used
22  the word unique.
23    A. Uh-huh. I believe that's part of a unique
24  idea. I believe the order of these concepts is
25  unique, and I believe just like any message -- you

Page 196

1  know, I can give you a trade secret and suppose I
2  have a formula in organic chemistry, I can of course
3  look at the formula and say is the letter C unique,
4  and you would have to say no; say is carbon unique,
5  and you'd have to say no. But this gives not only
6  carbon and it does say that carbon is in the formula
7  which is starting to give away the trade secret that
8  starts to give the order and the nature, and part of
9  the trade secrets are not just the information
10  presented. It's the order. It's sometimes the
11  order of the words within a question specifically.
12  Sometimes it's the orders of the questions within a
13  module. It is definitely those things and the order
14  of module within a curriculum and the order of
15  curriculum within a whole. This comes down to how
16  surface structure and deep structure are understood
17  in the human mind.
18    Q. Let's say the only thing quoted there was the
19  last -- was Number 8, "Having money brings out the
20  true nature of people."
21    A. Uh-huh.
22    Q. Would that be disclosure of a trade secret?
23    A. In itself, no.
24    Q. Okay, since you'd agree that's a fairly banal
25  idea?

1    A.  Well, I would -- just like every trade secret
2  is made of common letters, I would say most trade
3  secrets are made of banal ideas.
4    Q.  Next paragraph under "Mystical Manipulation,"
5  you drew on the side lines, "The claim of divine
6  authority or spiritual advancement that allows the
7  leader to reinterpret events as he or she wishes, or
8  make prophesies or pronouncements at will, all for
9  the purpose of control" -- "at will, all for the
10  purpose of controlling group members."
11    A.  Uh-huh.
12    Q.  Were you indicating that that's a trade
13  secret of NXIVM's?
14    A.  One of the important things of NXIVM is that
15  we are what you might call anti-mysticism.  We are
16  critical thinkers.  We use scientific model.  We
17  take things down to assumptions.  We go beyond
18  assumptions, breaking those down further.
19       To speak of these sort of things starts to go
20  towards those trade secrets.  Again, in itself, no;
21  and that's why I asked you.  Here is a -- a
22  situation where in the middle of this paragraph you
23  have Lifton being quoted.
24    Q.  Uh-huh.
25    A.  Now, the question is can I use quotes from

1  other authors to reveal a trade secret?  Well,
2  certainly I could quote sentences from many, many
3  authors, put those sentences together and tell you
4  anything about any trade secret.  So that's why I
5  put a little sort of arrow.  I didn't underline it
6  specifically, but this -- this starts to beg the
7  question, not only talking about certain subject
8  matters but utilizing other authors and quoting them
9  to bring concepts across.  When you have improperly
10  -- when you improperly have trade secrets, that can
11  be used to not only reveal them but utilize them to
12  your own benefit, especially if you're a competitor.
13    Q.  But standing alone, that sentence would not
14  reveal a trade secret of NXIVM's?
15    A.  It may if it were the final piece in a
16  puzzle.
17    Q.  Do these three articles taken together
18  provide the whole puzzle?
19    A.  Hard to tell.
20    Q.  Are you saying that 30 years of your life's
21  work might be captured by three articles?
22    A.  Well, I have more than one trade secret.  I
23  think we probably have hundreds of them.  I think
24  that in -- it's hard to say how astute someone is in
25  reading the articles.  I also think that the people

1  that wrote the articles may well have acted together
2  as competitors.  It's -- there are a lot of issues
3  here.
4    Q.  You're saying -- and who are the people who
5  you understand wrote the articles?
6    A.  I think Paul Martin wrote this article.  Is
7  that correct?
8    Q.  Right.
9    A.  John Hochman wrote the other article, and
10  Paul Martin wrote two articles so two by Paul Martin
11  and one by John Hochman.
12    Q.  What evidence do you have that they acted
13  together in writing the articles?
14    A.  There's fingerprints.
15    Q.  I'm not asking for detective work.  What
16  evidence do you have?
17    A.  Okay.  We've had about 8,000 students come
18  through our course, and we've had many people from
19  the outside world look at it or whatever.  There are
20  some mistakes that people can make looking at our
21  information, but then there are some errors that are
22  not just random.  They're -- they're very
23  unprobablistic oversights.
24       In the John Hochman article he mentions
25  that we've had over 400,000 people through the

1  organization.  That is, especially for someone who
2  is studying the material, probably derived from the
3  website where it mentions in my past company there
4  were over 400,000 people.  John Hochman made a
5  pretty strange error -- no one's made this error
6  before that we know of -- that somehow ESP has had
7  400,000 people through it.  It struck me when I read
8  this article last night that Paul Martin also
9  mentions that we've had 400,000 people through ESP,
10  which means to me that there's a likelihood that
11  either John Hochman got this from Paul Martin, Paul
12  Martin got this from John Hochman or they both got
13  it from Rick Ross, but there is a -- if you give me
14  a few seconds, I can find where he mentions it.  It
15  may not be in this article.  It may be -- which is
16  the one I read last night?
17       Do you have the Exhibit Number of what I read
18  last night?
19       MR. CAMPION:  8.
20    A.  8.
21    Q.  It should be up --
22    A.  I'm in 6.  Wait a few seconds.  8.
23       On Page 5 he starts to talk, "Keith Raniere
24  who has trained" -- or about halfway down, I put a
25  little dot for you, actually.  "Keith Raniere who

Page 201

1    has trained over 400,000 followers who are now
2    rapidly accumulating most of the world's wealth."
3         We've had a number of people on blogs and
4    things like that, you know, say all sorts of things.
5    People don't make that error.  That's a pretty what
6    you might call careless, unprobable error.  Both
7    Hochman and Martin make the same error.
8         Q.  So you find it improbable that it's a
9    coincidence?
10        A.  I find that there is a likelihood it's not a
11   coincidence.
12        I think that with -- if you read, for
13   example, the Hochman settlement and some of the
14   other issues involved, make it a very reasonable
15   hypothesis, also, that it's not just a coincidence.
16        Q.  When you say "the Hochman settlement," what
17   are you referring to?
18        A.  There is a settlement that John Hochman has
19   with NXIVM.
20        Q.  And what does he say in that settlement
21   document that leads you to believe --
22        A.  Well, there is --
23        Q.  -- that his errors were not honest?
24        A.  It's not that his errors were not honest.
25   It's that it appears that he does not view his

Page 202

1    article as a scientific study.  It appears that he
2    incorporated what he saw as Rick Ross' negative view
3    into his study.  If that be the case, he has some
4    reason for believing Rick Ross has a negative view
5    through some sort of a communication.  It's also
6    possible to assume that such a communication
7    occurred with Paul Martin.
8         Q.  What is the Rick Ross --
9         MR. SKOLNIK:  Harold, one moment.
10        Mr. Raniere has just testified about a
11   settlement agreement that has not be produced in
12   this case; and I call for its production, please.
13        MR. McGUIRE:  It's confidential.
14        MR. SKOLNIK:  We'll take it under our
15   confidentiality order.
16        MR. McGUIRE:  We'll see.
17   BY MR. KOFMAN:
18        Q.  What in the Hochman settlement documents
19   indicates that he did not view his article as a
20   scientific method?
21        A.  I -- I only -- I did not see the full thing.
22   There is an affidavit of sorts, testimony.  I
23   believe he said that it was not meant as a
24   scientific study.  Had he done the normal process
25   of a peer-reviewed scientific report that the

Page 203

1    results may well have been different.  I -- I don't
2    have the settlement in front of me to quote, and I
3    only saw it briefly.
4         Q.  Is it your understanding that the District
5    Court in that case dismissed NXIVM's claims against
6    Mr. Hochman?
7         A.  It is my understanding that NXIVM had a
8    court case against Hochman.  They were dismissed, so
9    Hochman had won that; and although it was dismissed
10   and Hochman had won, he still settled instead of
11   going to the Court of Appeals, and it seemed like he
12   made some -- for someone who has won a court case
13   made some pretty strong statements.
14        Q.  Are you aware of any favorable articles that
15   have been published concerning NXIVM?
16        A.  I don't -- I don't think so.  I'm trying to
17   think.  I don't think so.
18        Q.  Getting back to Raniere-6, I'd like you to
19   take a look at the third from last page.
20        A.  Raniere-6, third from last.  Can you give me
21   a --
22        Q.  The Bates stamp number is P3658.
23        A.  Oh, thank you.
24        THE WITNESS:  I'm sorry.  I said thank
25   you.

Page 204

1         MR. SKOLNIK:  Harold, where are you?
2         MR. KOFMAN:  P3658 on Raniere-6.
3         A.  Uh-huh.
4         Q.  Do you see that the third from the bottom is
5    the -- is a quote from Work and Value.
6         A.  Uh-huh.
7         Q.  And the quote is, "This practice session will
8    give you a clear definition of work, an appreciation
9    of civilization and what it has given us,
10   humankind's purpose, and our own value in the
11   world."
12        Does that statement standing alone constitute
13   a trade secret of NXIVM?
14        A.  Again, what I see on this page are a series
15   -- the whole page is quotes.  As a matter of fact,
16   on the bottom, I probably forgot to mark one because
17   there is a quote here out of Tribute - 5th
18   Integration which not only gives the quote of the
19   module but the place in the curriculum.
20        Could you mark that, that that also --
21        Q.  If you'd mark it on that --
22        A.  Okay.
23        Q.  -- the Exhibit copy.
24        THE WITNESS:  And anyone else who has
25   copies.

Page 205

1   Continuing...
2       A. So each of these are quotes directly out of
3   the trade secret protected module -- the manual. I
4   do believe that the concepts behind this and the
5   order of the concepts behind this certainly are
6   trade secrets. I think that this potentially
7   provides a window, certainly provides a small window
8   into the manual. This page is all quotes from the
9   manual. It may as well just have quoted the manual
10  and asked me if each quote out of the manual reveals
11  a trade secret.
12      Q. Is there any trade -- do any of these quotes
13  standing alone reveal a trade secret of NXIVM in it
14  -- in its entirety?
15      A. I don't know.
16      Q. Are any trade secrets in their entirety
17  revealed anywhere in this article?
18      A. I don't know.
19      Q. How about in the previous article, A Forensic
20  Psych -- Raniere-5?
21      A. I don't know.
22      Q. Okay. Let's turn to Raniere Number 8, which
23  is the document that you looked at last night.
24      Are any trade secrets in their entirety
25  revealed in this article?

Page 206

1       A. You're -- you know, I'd like to answer your
2   question other than "I don't know," but just like if
3   you've ever seen a mystery movie or whatever, it is
4   quite possible for people to deduce absolutely
5   solutions and possibly trade secrets that I haven't
6   deduced.
7       Q. Are you aware of any trade secrets that are
8   revealed -- strike that -- that are disclosed in
9   their entirety in this article?
10          MR. McGUIRE: Object to the form of the
11  question.
12      Q. Are you aware of any trade secrets that are
13  disclosed in their entirety in this article?
14          MR. McGUIRE: Same objection.
15      A. Is that the same question? I'm not
16  understanding the difference.
17      Q. You can answer. He's just preserving an
18  objection.
19      A. Oh, I'm not sure.
20      Q. Okay. Paragraph -- on this document, looking
21  at P3677. It's about -- I think it's the fourth
22  page.
23      A. Yes.
24      Q. It says there, "Number five, maintains that
25  'There are no ultimate victims.'"

Page 207

1       A. Uh-huh.
2       Q. What does that phrase mean?
3       A. Well, I think that's something that is
4   answered with more examination. You have to
5   understand what a victim is and then what you mean
6   in the ultimate sense, what is a victim.
7           I mean, do you want a brief explanation?
8       Q. Yes.
9       A. I mean, I hate to go to extremes; but if you
10  have two people being tortured, one person can have
11  tremendous suffering and the other not. What the
12  person ultimately has as their emotional state is
13  personal and private to them and is independent of
14  -- it is not, if you will, an objective state, as in
15  humankind right now, we don't know of any objective
16  external circumstances that can inspire a specific
17  objective experience of emotion within you which
18  means there is a certain voluntary capacity that you
19  have for joy. So by saying there are no ultimate
20  victims it says that ultimately, no matter how bad
21  the circumstances are, you can have different
22  amounts of joy that are independent to some degree
23  of those circumstances and it holds a promise if --
24  if you believe there are no ultimate victims, then
25  you believe, I believe that humans can increase

Page 208

1   their capacity to have joy even in adverse
2   situations.
3       Q. Have you ever read an article that Stephanie
4   Franco wrote -- strike that.
5           Have you ever read anything that Stephanie
6   Franco has written?
7       A. Not in the entirety.
8       Q. What have you read from Stephanie Franco?
9       A. I saw an ad of hers for -- I think it was for
10  her therapy services or her website. I saw her
11  business card and I think -- I don't know if she --
12  I'm not sure if I saw her business card. I -- I
13  have a memory of that.
14          MR. KOFMAN: Okay. Let's take a
15  two-minute break, and then I'm going to go into
16  another area.
17          MR. CAMPION: Sure.
18          THE VIDEOGRAPHER: We're going off the
19  record at 10:40.
20          (At this point, there was a short
21  recess.)
22          (Affidavit of Keith Raniere signed
23  August 22, 2003, with attached Exhibits was received
24  and marked Defendant's Exhibit Raniere-11 for
25  Identification.)

Page 209

1        THE VIDEOGRAPHER:  This is the beginning
2   of Tape Number 2.  The time is 10:56.  We're on.
3   BY MR. KOFMAN:
4        Q.  Okay.  Mr. Raniere, I'm going to show you a
5   document that's been marked as Raniere-11 and ask if
6   you can take a look at that, please.
7        A.  (Witness complies.)
8        Q.  Do you recognize that document?
9        A.  Yes.
10       Q.  What is the document?
11       A.  It appears to be my Affidavit, and I checked
12   and it has my signature on the back, so I assume it
13   is so.
14       Q.  Okay.  That was going to be my next question.
15           Did you draft the Affidavit?
16       A.  I was certainly involved in the drafting.
17       Q.  Did you review the Affidavit before you
18   signed it?
19       A.  Yes.
20       Q.  And did you determine that the statements
21   there were accurate?
22       A.  Yes.
23       Q.  Okay.  Do you recall if you made any changes
24   to the Affidavit before signing it?
25       A.  No.  This was very -- this was quite long

Page 210

1   ago.
2        Q.  You don't recall?
3        A.  I don't recall.
4        Q.  I'd like you to turn your attention to
5   Paragraph 4.
6        A.  Uh-huh.
7        Q.  The first sentence says, "Three of the
8   copyrighted materials currently posted on the
9   internet, 12-Point Mission Statement, Work and Value
10   and Face of the Universe, reveal the content and
11   methodologies that are critical to the heart of the
12   entire coursework."
13          Is it your contention that 12 point Mission
14   Statement, Work and Value and Face of the Universe
15   were ever posted on the internet in their entirety?
16       A.  I don't -- I don't know if they were posted
17   in their entirety.  Certainly key important
18   elements, and I don't think any portion of them was
19   supposed to be posted.
20       Q.  Okay.  Did it ever come to your attention
21   that the entire documents were posted on the
22   internet?
23       A.  No, it has not.
24       Q.  Okay.  Getting down a little further in that
25   same paragraph, it says "Consumers that read the

Page 211

1   passages may no longer desire to attend a course
2   wherein the material has been freely given to them."
3           Has any consumer ever told you that they
4   didn't take a NXIVM course because the information
5   was available for free on the internet?
6        A.  That may have been so.  I believe people in
7   the least have said, "I have read these articles.  I
8   have no need to take your course."
9           But, you know, there have been so many
10   instances, thousands, I believe, of incident --
11   instances like that, I don't know specifically.
12       Q.  Well, let's talk about conversations that
13   you've had.
14          Has anyone said to you, I don't have any need
15   to take this course because of these articles?
16       A.  No, not that I recall.
17       Q.  Okay, and has anyone said to you -- strike
18   that.
19          Paragraph 5 of your Affidavit under the
20   heading "Mail and email."
21       A.  Uh-huh.
22       Q.  The first sentence, it says, "An information
23   pack has been sent to key people interfacing with
24   our organization containing these false facts and
25   our copyrighted material."

Page 212

1           Did you ever see a copy of the information
2   pack that you refer to in that paragraph?
3        A.  I'm not sure.  I have seen several
4   "information packs."
5           I do remember seeing a pack that was sent to
6   a person.  I'm trying to think of when it was 'cause
7   when I wrote this statement I had -- I believe I had
8   a specific pack in mind, but I can't recall what it
9   is.
10       Q.  Did you -- did you ever see that pack?
11       A.  From reading this, I may -- well may have.
12   I've seen a number of information packs sent around,
13   so to speak, even recently at universities and
14   things like that.
15       Q.  Do you know who sent the information pack
16   that you're referring to in Paragraph 5?
17       A.  No, not off the top of my head.  No, I don't.
18       Q.  Do you know what it contained?
19       A.  Probably copies of the articles; the Hochman
20   report, the Martin articles.  That's my guess.
21       Q.  Is that -- well, I'd ask you not to guess.
22   Did you ever -- do you know one way or the other
23   what was in that information pack?
24       A.  No.
25       Q.  Do you know who received it?

Page 213

1    A. No, I don't remember at the time -- right
2  now.
3    Q. So it's the case that you don't remember much
4  -- recall much about that information pack?
5    A. Correct.
6    Q. At least as to that subject, I guess your
7  recall isn't total or even partial?
8    A. Well, there have been many information packs.
9    Q. Okay. Going a little further in that
10 sentence, "I have received messages and a
11 threatening e-mail addressed from a neighbor."
12   A. Uh-huh.
13   Q. When you say you've received messages, what
14 are you referring to?
15   A. Phone messages, written messages put on the
16 car, people driving up and threatening verbally;
17 things like that.
18   Q. Did you save any of the written messages?
19   A. I may -- there may be, but I'm not sure.
20 It's an ongoing thing.
21   Q. Did you turn any of those over to a lawyer?
22   A. I'm not sure. I don't know what went through
23 discovery. I tend not to keep -- if there are like
24 tapes or whatever, I tend not to keep them. Papers
25 that I have are either filed or if I write something

Page 214

1  or I'm involved with something else, often I don't
2  have the paper.
3    Q. Let's go back. When you say "tapes," what do
4  you mean, tapes that you don't keep?
5    A. In other words, if I go and I'm, for example,
6  giving a forum, I will go and give a forum. They
7  will tape what I say in the forum, what goes on in
8  the forum; but I don't have those tapes.
9    Q. How about tapes of any threatening messages
10 that you got?
11   A. I am not sure if such a tape exists. There
12 is a possibility that there is one.
13   Q. Did it ever exist -- okay. What makes you
14 believe that there may be a tape?
15   A. Because once when I was on a walk -- and I
16 walk -- I used to walk daily 8 to 12 miles, and what
17 I would do in the walks at times were have meetings
18 with people. People would tape those meetings.
19 There were a number of occasions where people drove
20 up in cars, threw things, screamed, cursed. Several
21 neighbors came down and said very hostile things. I
22 think there might have been at least
23 one occasion where such an interaction was taped;
24 but, as I said, it happens frequently; and I've
25 walked quite a bit, but I think there might be a

Page 215

1  tape.
2    Q. Did your lawyers ever -- after you put this
3  in the Affidavit, did your lawyers ever ask to hear
4  the tape?
5    A. I don't know. I don't keep track -- I don't
6  keep possession of the tapes.
7    Q. Did your lawyers ever ask you to hear the
8  tape?
9        THE VIDEOGRAPHER: BlackBerries, turn
10 them off.
11       MR. KOFMAN: Are we off the record?
12       THE VIDEOGRAPHER: No, we're still on.
13 Continuing...
14   A. No.
15   Q. Okay.
16   A. I never mentioned it to them.
17       MR. KOFMAN: I'd like to make a request
18 for copies of any tapes, conversations.
19       Mark the record.
20       MR. CAMPION: You'll include that
21 in the letter you described yesterday?
22       MR. KOFMAN: Absolutely.
23       MR. CAMPION: Thank you.
24       (Request.)
25

Page 216

1  BY MR. KOFMAN:
2    Q. What were some of the things -- who were the
3  neighbors who yelled things at you?
4    A. I don't know their names and some of them
5  might -- people who appear not to live necessarily
6  where I walk waiting to run into me or whatever
7  so --
8    Q. So there were people who were waiting for you
9  on your walk?
10   A. Uh-huh.
11   Q. Do you walk the same time every day?
12   A. Sometimes. I walk quite a bit, 8 to 12 -- I
13 don't now. In the past year, I have not walked that
14 much -- two years even -- but certainly before a
15 year or before two years I was walking 8 to 12 miles
16 a day.
17   Q. Anybody yell anything at you before August
18 2003?
19   A. No.
20   Q. What did they yell at you that -- that's
21 referenced in this paragraph?
22   A. Well, "You're a cult. You're killing people.
23 You should be killed."
24       Nancy had her house being built. It was --
25 the picture of it was in the paper, and there was a

Page 217

1    security system being installed so one person came
2    up and said and also said to other people, "Oh, they
3    better have a security system in there.  You guys
4    are going to need it.  I hope you get killed."
5        Q.  Did they say that to you, or was that to
6    Nancy?
7        A.  To me.
8        Q.  Okay.
9        A.  And I believe they might have said that to
10   Nancy.  Although Nancy's not under deposition right
11   now, you may want to ask her.
12       Q.  Did you report anything to the police?
13       A.  We have tried at times to report things to
14   police or have actions done like the indictment of
15   Joe O'Hara.  Most of the time we are ignored.
16       Q.  Did you report any of these instances where
17   people have yelled threatening things to you to the
18   police?
19       A.  No.  It's -- I haven't had too many occasions
20   where there's a threat from a person -- a given
21   individual more than once or it's a chronic thing.
22       Q.  And you didn't feel any of these threats were
23   credible?
24       A.  I feel they're credible.  I feel there's
25   nothing I can do about them.

Page 218

1        Q.  So you didn't report any of those threats to
2    the police?
3        A.  Correct.
4        Q.  Okay.  It says here that you received a
5    threatening e-mail addressed from a neighbor.
6        A.  Yes.
7        Q.  What did the e-mail say?
8        A.  I don't remember offhand.  There have
9    actually been a number of threatening e-mails from
10   neighbors.  Normally they say things like, you know,
11   "You're a cult.  You're evil.  We know where you
12   live."  They -- they make a lot of threats.  "You
13   better watch where you go," things like that.
14          They're normally nothing direct like, "We're
15   going to kill you," although sometimes the verbal
16   threats are that way.
17          There was a church in our area that I had
18   also heard rumor made announcements to that effect.
19       Q.  Made announcements to what effect?
20       A.  That there was a cult in the area and that
21   all the parishioners should be careful and watch out
22   and -- a warning.
23       Q.  What was the name of the church?
24       A.  I don't remember.  I know it was -- I could
25   probably find out if I questioned.

Page 219

1        Q.  How did you hear about that?
2        A.  There was a friend who had, I believe a
3    janitor that worked not only in the church but was
4    part of the parish.
5            And this is -- this is several levels of
6    information.
7        Q.  The e-mails, how do you know they were from
8    neighbors?  Did people give their names?
9        A.  Sometimes.
10       Q.  And the names you recognized as being
11   neighbors?
12       A.  Sometimes.
13       Q.  What did you do with the e-mails?
14       A.  They're on some computer, some hard drive
15   that's probably long gone.  When I did a search
16   through my e-mails, I think that would have been
17   something I would have turned over.  I know that was
18   something that would have been relevant, and they're
19   not in my e-mails currently.
20       Q.  Did you download any of these e-mails.
21       A.  They automatically download if they're on the
22   Kunterre account.  On the NXIVM account, they would
23   have been held on the server except we had a virus
24   attack the -- there was a time when a group was
25   attacking Scientology, and it was claimed because of

Page 220

1    Rick Ross' site -- but I don't know if this is
2    true -- that we were viewed as a Scientology front
3    so they attacked our server, and we had to change
4    all of our hard drives and so a lot was lost.
5        Q.  When was that?
6        A.  I don't know.  When was the date that there
7    was -- it was -- it made major news, and it shut
8    down our server.  It was probably like a
9    year-and-a-half ago.
10       Q.  Did you print out any of the e-mails that
11   were sent to -- any of the threatening e-mails?
12       A.  Not for myself, but I believe some of them
13   were printed out.
14       Q.  By who?
15       A.  Well, if they're sent on the NXIVM server,
16   they're probab -- they were printed out by NXIVM.  I
17   didn't print out any of the e-mails that came to my
18   personal e-mail.
19       Q.  Did you consider them evidence in connection
20   with this case?
21       A.  No.
22       Q.  You've been in litigation before, haven't
23   you?
24       A.  Yeah.
25       Q.  Have you ever been instructed to preserve

Page 221

1  documents?
2      A. I think relevant documents.  Something where
3  someone says you better watch out or whatever, it
4  seems to me like a silly document especially if you
5  -- you present a hundred of those documents when you
6  have things that are far more egregious and far more
7  demonstrable.
8      Q. It was relevant enough for you to put in this
9  Affidavit, wasn't it?
10     A. Yes.
11     Q. But not relevant enough for you to save?
12     A. Because there are many of them.
13     Q. Did you save one of them?
14     A. There might be.  I'm -- I'm not positive.  I
15  know it is not on my computer.  There may be a
16  printout.
17         MR. KOFMAN:  I would make a request for
18  one of those documents.
19         (Request.)
20     Q. 'Cause you understand that without actually
21  seeing that document, it's just your word that you
22  received these?
23     A. Uh-huh.
24     Q. You have to respond verbally.
25     A. Oh, yes.  I suspect because it is in this

Page 222

1  Affidavit there is probably a copy of it.  I doubt I
2  would want it -- I would mention it if there wasn't
3  such a thing.
4         MR. KOFMAN:  It's been -- I'll put on
5  the record that that's already -- that's been
6  requested previously in this litigation as has the
7  information pack and never been produced.  I'll
8  repeat the request now and follow up with a letter.
9         (Request.)
10 BY MR. KOFMAN:
11     Q. You said at some point things have been
12  thrown at you?
13     A. Uh-huh.
14     Q. You report those instances --
15         You have to answer with a "yes" or a "no."
16     A. Oh, yes.
17     Q. You report those instances to the police?
18     A. No.
19     Q. Same paragraph, Paragraph 5, under "Loss of
20  key people."
21     A. Yes.
22     Q. It says, "We have even lost a 4 year veteran
23  Principal Coach."
24     A. Yeah.
25     Q. Who are you referring to?

Page 223

1      A. Peter Fallon.
2      Q. What was Mr. Fallon's rank in the group?
3      A. I believe he was a four-stripe coach.
4      Q. Okay.  Is he a friend of yours?
5      A. Yes, he was.
6      Q. Did Mr. Fallon tell you why he was leaving?
7      A. Because I believe he said his wife had phone
8  conversations with Rick Ross.  His wife became very
9  negative on the organization, and he did not want
10 that conflict in his life.
11     Q. Did he indicate anything about the trade
12 secrets being disclosed as a reason for him leaving?
13 Strike that.
14        Back up.  Was that a conversation he had
15 with you or with someone else that was reported to
16 you?
17     A. He said some of that to me, I believe, and I
18 think he had numerous conversations with other
19 people.  I used to play volleyball with him.
20     Q. Did he -- have you had any contact with him
21 since 2003?
22     A. Yes.
23     Q. Did NXIVM ever make an effort to have him
24 come back?
25     A. Could you please define what you mean by

Page 224

1  effort to come back?
2      Q. Did you ever ask him to come back to the
3  program?
4      A. You mean take other courses?  Do you mean
5  come to a volleyball game?  Do you mean --
6      Q. Come take courses.
7      A. I don't -- I don't think so.  It may be
8  possible because at times he's wanted to be informed
9  of things and at times not.
10     Q. Okay.  When he left, did he return any course
11 materials to NXIVM?
12     A. I think he did.  I'm not sure.
13     Q. Do you know one way or the other?
14     A. I don't know one way or the other.
15     Q. Did you ask him to return any materials?
16     A. I don't know.  I -- do you consider him --
17 you know, he is not an active coach; and we lost him
18 in that way in that function.  He is someone who is
19 still friendly to us, and I'm not sure what his
20 level of involvement is with respect to interfacing
21 with the organization.
22     Q. Did Mr. Fallon indicate -- strike that.
23        So Mr. Fallon indicated the reason he was
24 leaving was because of his wife and negative things
25 she had heard about NXIVM?

Page 225

1    A.  And the negative press, I believe.
2    Q.  Okay.  Next in this "Loss of key people" it
3  says, "Goldie Hawn cancelled her engagement with us
4  next week because of the false press."
5    A.  Yes.
6    Q.  Did you ever speak to Ms. Hawn?
7    A.  No.
8    Q.  Do you know who in the organization was
9  dealing with her?
10    A.  I'm trying to think who was dealing with her
11  agent.  I believe it was Barbara Bouchey.
12    Q.  Did NXIVM suffer any monetary loss as a
13  result of Goldie Hawn not coming to Vanguard Week?
14    A.  Yes.
15    Q.  How so?
16    A.  We had paid Goldie Hawn's agent $50,000,
17  and Goldie Hawn's agent did not return the $50,000
18  for something like two years.  Goldie Hawn was very
19  upset by this, did not think it was appropriate.  It
20  might have been an oversight.
21       If you call not having $50,000 for two years
22  some sort of a damage, then yes.  There's also the
23  damage of this being publicized because we keep most
24  of our people except people who give us permission
25  to say they're involved with the organization

Page 226

1  secret.  So when it came out that Goldie Hawn was
2  coming, which we would never advertise, people
3  became fearful that they might be known or their
4  identities might be revealed 'cause we hold those
5  as secret, so we did have a good degree of damage
6  from that.
7    Q.  Looking at Paragraph 5 where it says a
8  billionaire network founder left, is that referring
9  to Sheila Johnson?
10    A.  Probably.
11    Q.  Did you have a conversation with Ms. Johnson
12  about her leaving?
13    A.  No.
14    Q.  Did she ever return to take NXIVM classes
15  after this?
16    A.  I'm not sure.
17    Q.  Okay.  Looking at Paragraph 8 of your
18  Affidavit, what year did you graduate from RPI?
19    A.  I think officially it was '82.
20    Q.  Why do you say "officially"?
21    A.  Because I have three different degrees and
22  they -- I think they consider the first degree --
23  degree accruing in 1980.  It's -- when I look and
24  they -- like on yearbooks or alumni sites, they say
25  that like I got a degree in '80, and then I think

Page 227

1  they might say one in '81 or '82.
2    Q.  Okay.  And those -- were those all Bachelor
3  of Science degrees?
4    A.  Yes.
5    Q.  Do you hold any advance -- any Master's
6  degrees?
7    A.  No.
8    Q.  Have you ever taken any classes for a
9  Master's degree?
10    A.  Yes.
11    Q.  When?
12    A.  Starting when I first went to college when I
13  was 17.
14    Q.  Did you decide not to pursue a Master's
15  degree?
16    A.  No.  I -- I haven't made a decision yet.
17    Q.  So you may still go back and get your
18  Master's?
19    A.  Sometime.
20    Q.  Okay.  And what were you taking class --
21  Master's classes in?
22    A.  Well, they were actually -- they're Ph.D.
23  classes.
24    Q.  Okay.
25    A.  In mathematics and physics.

Page 228

1    Q.  Okay.  Paragraph 11 you have -- the second
2  sentence -- third sentence says, "To my knowledge I
3  was the first 17 year old to take advanced 600 level
4  mathematics courses in RPI's then 153 year history."
5    A.  Yes.
6    Q.  What's the basis for that knowledge?
7    A.  Well, RPI has not only a registrar's office
8  but has -- at the time, they had an organization
9  called IPAC which was a student-run information
10  service that would do research on odd questions.
11  So when I was going through depositions with my
12  other company with the State Corporation Commission
13  and things like that, I needed to verify all of
14  these different things.  I needed to verify that I
15  was in the Guinness Book of World Records.  I needed
16  to verify that I had three degrees from RPI.  I
17  needed to verify each of these claims.  And we tried
18  with respect to the claim of were there any other
19  triple majors; and at that point, RPI had come back
20  with no, that I was the first and that this, in
21  fact, was true.
22    Q.  Have you ever learned anything different?
23    A.  No.
24    Q.  Okay.  How long did you work at MIT Bates
25  Laboratory?

Page 229

1    A. On and off for maybe a year.
2    Q. What was your title there?
3    A. I was a research -- I was a research
4  physicist and a systems programmer.
5    Q. Why did you leave MIT?
6    A. I never went to MIT.
7    Q. Why did you leave MIT Bates Laboratory?
8    A. Oh, because the physics group that I was
9  working with discontinued their project there. We
10 were renting time on the accelerator to measure
11 particle instances.
12   Q. Were you employed by MIT --
13   A. No.
14   Q. -- by the Bates Laboratory, or were you a
15 contractor?
16   A. I was through RPI, and I was on a work-study
17 program. I'm not sure how that was funded, although
18 I do know that it was a joint project between MIT
19 and RPI so the funding for my student item or
20 whatever it is may have come from there. I don't
21 know.
22   Q. In Paragraph 13 of your Affidavit you refer
23 to something called "The Life Learning Institute."
24   A. Yeah.
25   Q. Was that ever founded?

Page 230

1    A. How do you define "founded"?
2    Q. Did you ever -- did the Life ever -- Learning
3  Institute ever become operational?
4    A. No.
5    Q. Okay. What did you do for a living between
6  1984 and 1987?
7    A. I worked for the State of New York.
8    Q. In what capacity?
9    A. Well, I started out in the Department of
10 Labor as a computer programmer analyst; and then I
11 moved over to the Division of Parole as their head
12 of microcomputer services, which is the same item
13 level but different responsibilities.
14   Q. In Paragraph 18 of your Affidavit it says you
15 became an independent contractor for marketing and
16 sales organizations. What were the names of those
17 organizations?
18   A. Well, I think the one -- I mean, there were a
19 number of them.
20      Do you want me to go through the ones that I
21 remember?
22   Q. Why don't you? Yeah.
23   A. There was Prepaid Legal, there was TVC
24 Marketing. Let me see. Which thing was it saying
25 in here?

Page 231

1      There was Matol International. There was a
2  company called Nashika, I believe.
3    Q. Did you have a supervisor or someone you
4  reported to in that -- as a contractor?
5    A. No. Most of these things are very loose
6  structures.
7    Q. Looking at Paragraph 30 (sic), you refer to
8  the founding of Consumers' Buyline. Who were the
9  four friends with whom you started Consumers'
10 Buyline?
11        MR. McGUIRE: What Paragraph?
12        MR. KOFMAN: Paragraph 30.
13        MR. McGUIRE: Thank you.
14 Continuing...
15   A. Kristin Keeffe was one of them, a gentleman
16 named Dave Bush was another, a woman named Pam
17 Cafritz was another and a woman named Linda Smith.
18   Q. Okay. Are all of those individuals in --
19 were all of those individuals involved in the
20 founding of Executive Success Programs?
21   A. No.
22   Q. Who was not?
23   A. Dave Bush was not, Linda Smith was not --
24 when you say "involved in the founding" --
25   Q. Were all of those individuals -- did all of

Page 232

1  those individuals take classes with NXIVM?
2    A. No, only two of them.
3    Q. Kristin Keeffe and Ms. Cafritz?
4    A. Oh, I'm sorry. Linda Smith has also taken
5  classes, so that's three.
6    Q. Okay. Paragraph 28, I'm just going back a
7  little bit, you refer to a paper that you wrote that
8  "was circulated throughout my industry."
9    A. Uh-huh.
10   Q. What was the name of the paper?
11   A. It didn't have a name. People at times
12 referred to it as the White Paper.
13   Q. Was it published anywhere?
14   A. No.
15   Q. How was it circulated?
16   A. People photocopied it.
17   Q. Did you distribute it?
18   A. No.
19   Q. Did you write it? What did you write -- what
20 was the purpose of you writing the paper?
21   A. I wrote the paper as an essay to give to
22 certain reps so they would understand the way it
23 worked. And they, unfortunately, took the liberty
24 of copying it; and it was circulated, and it had an
25 impact.

Page 233

1   Q.  Who were the people that you claim in
2  Paragraph 28 threatened you?
3       THE WITNESS:  This is a person who --
4       MR. CAMPION:  Answer the question.
5   A.  He was the person at the time who was head of
6  Main Street Alliance.  He was a major distributor
7  with a company called Fund America at one point.
8  Howard Ruff his name is.
9   Q.  Okay.  What did he say to you?
10   A.  Well, he gave -- he actually gave me two
11  separate phone calls.  The first phone call was sort
12  of nice before the paper and before our growth.
13  When he received the paper he said, "I don't know
14  who you think you are.  This industry sticks
15  together.  You need to watch your step.  Your
16  company is growing now, but you'll be history."
17       He was right.
18   Q.  Okay.  I see you've attached to your or you
19  attach to your Affidavit various Exhibits, and I'm
20  going to look at those.
21       Actually, before we do that, let's get back
22  to Paragraph 43.  How many months must one be
23  observed in order to be a facilitator?
24   A.  I don't know.
25   Q.  Is it more than two?

Page 234

1   A.  It depends on the person.  Normally, yes.
2  There are some people that show a special aptitude
3  or are motivated.
4   Q.  Paragraph 44 on Page 14 you say that Mr. --
5   A.  Paragraph 44 appears on Page 12 on my copy.
6   Q.  And it continues through Page 14 --
7   A.  Oh.
8   Q.  -- so I'm looking at a portion that's on
9  Page 14.
10   A.  Oh, okay.
11   Q.  You say that Mr. Martin incorrectly states
12  that orange sash is the highest rank.
13   A.  Correct.
14   Q.  What ranks -- what sashes are higher in rank
15  than orange sash?
16   A.  There is a green sash, there is a blue sash,
17  there is a purple sash, there is a brown plain sash,
18  then there's a brown sash that has a black trim.
19   Q.  Uh-huh.
20   A.  And then there is a brown sash that has like
21  a checkerboard, and then there is a brown sash that
22  has a brown top with black tails.  Then there's a
23  black sash.
24       Do you want me to go -- there are probably --
25  there are more, a lot more.

Page 235

1   Q.  Does NXIVM have documents that explain all of
2  these gradations?
3   A.  I don't know if they have documents that
4  explain all of the gradations.  Some of them we have
5  no one up at those ranks yet.
6   Q.  And you said -- I think you said you had the
7  highest sash rank.  It was double white, was that --
8   A.  Right.
9   Q.  What sash rank is Ms. Salzman?
10   A.  She is what's called a prefect.  All the
11  ranks, which the ranks I hadn't gotten to above what
12  are called the black sash or the mentor sash, are
13  more academic ranks.  They are -- you go from mentor
14  to a senior mentor to a chancellor which oversees
15  schools to a -- what's called a prime and then
16  ultimately to a prefect, which oversees all of the
17  schools, and then you have senior prefects and
18  things like that which we don't have yet.
19   Q.  So it's somewhat similar to the robes that ac
20  -- universities?
21   A.  Academic.
22   Q.  -- academic facilities would use?
23   A.  The whole program was modeled after
24  academics.
25   Q.  Looking at Appendix D or Exhibit D, what I

Page 236

1  want you to look at, the very last sentence on
2  Page 21.
3   A.  Uh-huh.
4   Q.  It says, "We have spent hundreds of thousands
5  of dollars to protect themselves and this very
6  valuable technology that is the culmination of
7  thirty years of my life."
8       How did you determine that you had spent
9  hundreds of thousands of dollars to protect trade --
10  trade secrets?
11   A.  Well, I mean, at this point, we've spent tens
12  of millions.
13   Q.  Would that include litigation costs?
14   A.  I think, yeah, but I believe in this
15  particular case I had heard some things about the
16  losses.  I certainly knew directly of some of the
17  losses.  I know some of the things that had to be
18  done to try to prevent those losses.  I suspect when
19  I said we spent hundreds of thousands, I would say
20  that if it were -- if I knew pretty certainly it was
21  between a million and 2 million, to underestimate
22  it.  I don't remember the exact way I derived that
23  conclusion.  I am sure at the date this Affidavit
24  was signed that it is pretty simple to show it's
25  hundreds of thousands or more.

Page 237

1    Q. Did someone ever itemize for you what was
2   spent to protect the trade secrets?
3    A. No. I think I itemized it myself.
4    Q. Is there any documents that exist that
5   itemize what was done to protect the trade secrets?
6    A. I don't know.
7    Q. How was the hun -- how were the hundreds of
8   thousands of dollars spent, on what?
9    A. I'm not exactly sure. Let's see. I am
10  reading the paragraph for a second --
11   Q. Sure.
12   A. -- to see exactly what I'm referring to.
13      Okay. This talks about the trademarks and
14  the copyrights on our materials and to protect them.
15  I think I knew from Arlen, for example, that there
16  were costs even involved with his protecting,
17  trademarking the stuff, getting it registered or
18  whatever that process is, doing the litigation.
19   Q. What litigation?
20   A. Well, there's the -- way back when there
21  was a copyright action that was filed separately, I
22  believe, from the first action. I think it was a
23  second action.
24   Q. So some of that includes money that was spent
25  in this litigation?

Page 238

1    A. Let me read this to be sure that's what I was
2   referring to.
3    Q. Okay.
4    A. I think that this could easily be referring
5   to that because it says, "We have spent hundreds of
6   thousands of dollars to protect ourselves and this
7   very valuable technology that is a culmination of
8   thirty years of my life."
9       I think there had to be different -- we had
10  to hire consultants, people like that in order to
11  figure out how to protect from further attacks,
12  from further hemorrhaging from the release of this
13  copywritten (sic) information. I mean, 55 percent
14  of the Mission Statement was put out on the
15  internet. And that's the only thing that I wrote
16  so that's -- that's a difficult thing. That's not
17  good.
18   Q. So were those all expenses -- those hundreds
19  of thousands, was that all expenses that you
20  incurred between the time this was posted on the
21  internet and August 22, 2003?
22   A. If this was when the document was signed,
23  yes.
24   Q. So the hundreds of thousands of dollars was
25  what was spent between the time that information was

Page 239

1   posted on the internet and August 22, 2003? That's
2   what you were referring to?
3    A. Well, is this the date that this was filed,
4   that I signed this Affidavit?
5    Q. You can take a look I think on Page 15 to
6   refresh your recollection.
7    A. Well, whatever date this Affidavit was
8   signed. This says March 9, 2006, is that -- I'm
9   sorry. That's not when it was signed.
10      22nd day of August, yes, then that would be
11  true.
12   Q. Okay.
13   A. Are we done with this Exhibit?
14   Q. We are.
15      (A discussion was held off the record.)
16      MR. KOFMAN: Let's mark this as
17  Raniere-12.
18      (First Principles' Third Amended
19  Responses to Defendant Stephanie Franco's Second Set
20  of Interrogatories to First Principles was received
21  and marked Defendant's Exhibit Raniere-12 for
22  Identification.)
23  BY MR. KOFMAN:
24   Q. Raniere-12 is titled First Principles' Third
25  Amended Response to Defendant Stephanie Franco's

Page 240

1   Second Set of Interrogatories to First Principles,
2   and I know that's a mouthful.
3    A. Okay.
4    Q. Have you seen this document before?
5    A. I'm not sure.
6    Q. I'd like you to turn your attention to Page
7   21.
8    A. (Witness complies.)
9       Uh-huh.
10   Q. Do you see there it contains references to
11  judgments that had been entered against you?
12   A. Under "Response" second paragraph it says,
13  "Without" -- can I read this?
14   Q. Sure, of course.
15   A. I don't know if I've ever read this.
16      Okay.
17   Q. Does this refer to judgments that had been
18  entered against you personally?
19   A. I don't know. I believe so.
20   Q. What was -- was a judgment entered in favor
21  of Knox Woods Homeowners' Association against you?
22   A. I don't know about that.
23   Q. Do you recall an -- do you know who Knox
24  Woods Homeowners' Association is?
25   A. Yes.

Page 241

```
 1      Q.  Who are they?
 2      A.  They're the condo association that they sort
 3  of do lawns.  They're involved -- the sort of things
 4  that you get charges as if your dog goes and does
 5  bad business on someone else's lawn, there's a $50
 6  fine, things like that.
 7      Q.  Okay.  Did -- do you have dues that you have
 8  to pay to them?
 9      A.  Yes, there are dues.
10      Q.  Was the --
11      A.  I don't know what they are.
12      Q.  Was the judgment entered against you related
13  to unpaid dues?
14      A.  I have no idea.  I don't pay the dues.
15      Q.  Why not?
16      A.  Because it's not my responsibility.  I own
17  half of the house that I live in.  I am on the title
18  half.  I am not on the mortgage half.  I paid money
19  up front to put into the house as down payment and
20  upgrades and options so I'm not financially between
21  Karen and myself responsible for the homeowners'
22  dues.
23      Q.  That's Karen Unterreiner?
24      A.  Unterreiner, yes.  I believe that's tied into
25  the mortgage, but I'm not sure.
```

Page 242

```
 1      Q.  Okay.  Do you -- do you know what the amount
 2  of the judgment was?
 3      A.  No.  I don't know of the judgment.
 4      Q.  The first time you're hearing about the
 5  judgment was today?
 6      A.  I think so.
 7      Q.  Okay.  How about a judgment entered by New
 8  York State Tax Department dated May 11, 1998?
 9      A.  Yes.
10      Q.  Are you familiar with that?
11      A.  Yes.
12      Q.  What does that relate to?
13      A.  When I was CEO of Consumers' Buyline -- and I
14  don't know how much you know about New York State or
15  how the law works -- we had a printer, apparently,
16  and this was very remote from me within the
17  organization.  We had purchased some materials that
18  were printed in Connecticut, and there was some sort
19  of use tax due that was not filed or some such thing
20  on those printed things.  It is my understanding
21  that that generated a tax liability, and when a
22  corporation is moribund it rolls over to the
23  principals so there's a tax liability in my name.
24      Q.  Okay.  Did -- what was the amount of that?
25      A.  I think it was very high.  I think with --
```

Page 243

```
 1  you know, I think it started out like 20 or $30,000
 2  because it was probably a few hundred thousand
 3  dollars of brochures, and I think over the years
 4  it's like a hundred thousand or something,
 5  something I can't pay.
 6      Q.  Has that been paid?
 7      A.  As far as I know, it hasn't.  I don't
 8  necessarily agree with the assessment.  It was
 9  fought in audit and because we didn't have money
10  and because the company was going under, we couldn't
11  defend ourselves, and so the default was for it to
12  roll over; but it is as it is.
13      Q.  It is presently a debt of yours?
14      A.  Yes.
15      Q.  Do you consider it ethical not to have paid
16  the debt?
17      A.  Yes.
18      Q.  Why?
19      A.  Because without going into a lot of the
20  details of the debt, one, I'm not sure that the debt
21  was owed at all in the first place by Consumers'
22  Buyline.  It appeared not.  Two, we were not because
23  of lack of funds and certain incompetencies I think
24  on both sides, both the tax department and our side,
25  did not get to go through due process with it.  And
```

Page 244

```
 1  then it was rolled over unexpectedly.  I was not
 2  aware that that would even happen.  At this point
 3  in time, ethical or not, I would not have the money
 4  to pay that debt.
 5      Q.  How about -- the third thing I think
 6  identified is L.R. Credit Fine LLC, and it's a
 7  judgment dated November 14, 2005.
 8          Do you know what that relates to?
 9      A.  No.
10      Q.  You never heard of L.R. Credit Fine LLC?
11      A.  No.  I can hypothesize.
12      Q.  What's your understanding?
13      A.  There is a woman, Toni Natalie, who what I
14  believe took a credit card, actually signed
15  something in my name and ran up charges.  She -- we
16  went through bankruptcy litigation with her to try
17  to reveal that this had happened, but that debt was
18  transferred I think through a number of different
19  organizations that shuffled the paper.  At one
20  point, I had objected to it; but I think that this
21  is probably a result of that, although I'm not sure.
22      Q.  Have you made any -- were you aware of this
23  judgment before today?
24      A.  No.
25      Q.  Did you ever report to a credit card company
```

Page 245

1    that Toni Natalie had used your credit card without
2    permission?
3        A.  Yes.
4        Q.  What was their response?
5        A.  Okay.  They wanted me to send them
6    documentation.  I sent them documentation, heard
7    nothing from them for a long time and then heard
8    from another company that had purchased, whatever,
9    the paperwork; and I don't know how it went from
10   there.  Just it's an ongoing thing.
11       Q.  Okay.  That's all for that document.
12           MR. KOFMAN:  Mark this as Raniere -- is
13   it 12 or 13?
14           THE REPORTER:  13.
15           MR. KOFMAN:  13.
16           (12 Point Mission Statement Bates
17   stamped SF 00329 was received and marked Defendant's
18   Exhibit Raniere-13 for Identification.)
19   BY MR. KOFMAN:
20       Q.  Raniere-13 is a document entitled "12 Point
21   Mission Statement By Keith Raniere."
22           Do you recognize this document?
23       A.  Yes.
24       Q.  Is that the Mission Statement that you wrote?
25       A.  This appears to be the Mission Statement I

Page 246

1    wrote, yes.
2        Q.  Looking at the next-to-last Mission
3    Statement, the sentence, "I pledge to ethically
4    control as much of the money, wealth and resources
5    of the world as possible within my success plan" --
6        A.  Uh-huh.
7        Q.  -- can you explain to me what that means?
8           THE WITNESS:  Well, this is under
9    confidence; yes?
10          MR. CAMPION:  It is.
11       A.  Okay.  If you think of the value of money --
12   if you think of the value of money, and money is
13   made valuable by people's efforts, the reason why
14   money can work is if people are willing to work for
15   it.  And a metaphor that is used is if there was a
16   slave auction downtown and slaves were for sale, you
17   know, would you go and buy them?  And a lot of
18   people say, "Oh, I'd have nothing to do with it,
19   nothing to do with it."  But wouldn't you buy them
20   to set them free?
21          Now, if there's a certain amount of money in
22   the world and there's people's efforts that are used
23   to back it, if that money is controlled by people
24   who are not ethical, those efforts are being
25   harnessed in a not ethical way.  I believe that if

Page 247

1    the world -- if the monies and the efforts of the
2    people were respected in the world and that was
3    controlled ethically, the world would be a better
4    place.
5        Q.  What's the phrase, "within my success plan"
6    mean?
7        A.  That means that whatever a person sees in
8    life -- you're not saying to the person, "Look, you
9    must earn a lot of money and you must control the
10   money."
11          It is within what you think, you envision
12   yourself in the world, what your -- your vision of
13   success for yourself is.  You will hold the efforts
14   that people back money with as something sacred, and
15   that money will not be just disregarded.
16       Q.  Okay.  Do you have a success plan?
17       A.  Yes.
18       Q.  What is your success plan?
19       A.  To try to inspire joy in the world, and it
20   changes.  Right now, to try to inspire a nonviolent
21   conflict resolution in Mexico.  I devote quite a bit
22   of thought and effort to that.
23          I've worked on a program called Human
24   Essentials which are practices that all the
25   different people, classes within Mexico can do that

Page 248

1    will inspire nonviolent conflict resolution.  And I
2    can go into more detail if you want.
3        Q.  Is it fair to say your success plan doesn't
4    include getting enough money to pay the State of New
5    York tax obligation?
6           MR. CAMPION:  I object to the form of
7    that question.
8           Counsel, you know better than that.
9           MR. McGUIRE:  Join.
10          MR. KOFMAN:  I'll withdraw the question.
11   BY MR. KOFMAN:
12       Q.  Looking at the next Mission Statement -- and,
13   by the way, what is -- can you explain to me just
14   generally what the Mission Statement is?
15       A.  Originally the Mission Statement was an
16   expression.  It's more of a poem in some ways.
17   it's -- I wrote it pretty quickly, and it contains
18   numerous errors.  We've actually had not only
19   numerous suggestions but a possibility of changing
20   different things, but it's seen in itself as a --
21   more of a poetic expression.  It expresses many of
22   the ideas in ESP, but it also expresses some of the
23   legal con -- the legal concepts of confidentiality
24   that are important, and we want to be sure that
25   people not only in signing agreements but in a

Page 249

1    written sense under -- in a verbal sense understand
2    that this information is confidential and to be
3    guarded. It was our intent when we began ESP to
4    find every way possible to guard the information as
5    confidential, as our private property, and it was
6    incorporated in this.
7        Q.  Would you agree that these are fundamental
8    precepts of the organization?
9        A.  I'm not sure what you mean by "fundamental
10   precepts."
11       Q.  Okay.  Am I correct that the 12 Point Mission
12   Statement is recited before each class at NXIVM?
13       A.  Yes, unless they're in a group of classes.
14   Then it's recited once.
15       Q.  Okay.  Looking at the last --
16       A.  I need to make an amendment to that.
17       Q.  Sure.
18       A.  In certain programs.  There are certain
19   programs where it is not recited.
20       Q.  Which programs is it recited in?
21       A.  Ethos, the Intensive; but not Origins.  You
22   know, I don't know if it's recited in the Ethicist
23   training.  It won't be recited in Human Essentials.
24       Q.  Looking at the last paragraph of the Mission
25   Statement, the last sentence says, "I pledge to

Page 250

1    share and enroll people in ESP and its mission for
2    myself and to help make the world a better place to
3    live."
4        A.  Uh-huh.
5        Q.  Can someone fulfill the mission of NXIVM
6    without seeking to enroll other people in the
7    course?
8        A.  Actually, yes --
9        Q.  Where does --
10       A.  But --
11       Q.  Does it say that anywhere here?
12       A.  But it depends on how you define
13   "enrollment."
14           The word enrollment can be to go out and
15   actively try to recruit, but the enrollment in the
16   way that we use it happens naturally when you
17   believe in something.  If I go out and I -- I'm a
18   vegetarian, for example.  I enroll people in
19   vegetarianism.  Whether they become a vegetarian or
20   not -- whether my attorneys become a vegetarian or
21   not, they see me genuinely engaged in that; and
22   either I stand as an example for someone to do it or
23   not to do it or not enough of an example to change
24   where they are, but that's the nature of enrollment.
25       Q.  So in this sense, the term -- when you use

Page 251

1    the term "enroll," it can include a passive act?
2        A.  Yes, absolutely.
3            THE VIDEOGRAPHER:  Excuse me.  We have
4    to change tapes.
5            MR. KOFMAN:  Okay.
6            (A discussion was held off the record.)
7            THE VIDEOGRAPHER:  We're back on the
8    record.  The time is 11:54.
9            MR. KOFMAN:  Please mark this as
10   Raniere-14.
11           (Confidential five-page memorandum to
12   Keith Raniere, Nancy Salzman from Joseph J. O'Hara
13   dated March 1, 2004, was received and marked
14   Defendant's Exhibit Raniere-14 for Identification.)
15   BY MR. KOFMAN:
16       Q.  I'm going to show you a document that we've
17   marked as Raniere-14.  It is a four-page (sic)
18   document that was produced to us in discovery, and
19   it claims to be a Memorandum from Joseph O --
20   J. O'Hara to Keith Raniere and Nancy Salzman.
21       A.  Yes.
22       Q.  Have you seen that document before?
23       A.  I'm not exactly sure.
24       Q.  Does that mean you don't recall?
25       A.  There are two comments.  Without reading this

Page 252

1    document, was this produced by Joe O'Hara, or was
2    this produced by us?
3        Q.  It's got a Bates stamp number indicating that
4    it was pro -- strike that.
5            Would that make a difference as to whether or
6    not you've seen it before?
7        A.  That would make a difference as to whether or
8    not I would trust that the document has integrity.
9        Q.  Can you explain that?
10       A.  I believe that Joe O'Hara is not honest.
11       Q.  Okay.  Looking at that document, can you tell
12   whether you've seen it before, without knowing when
13   it was produced and whether -- who produced it?
14       A.  It's hard to tell and it's quite a long
15   document so...
16       Q.  Anything in that document ring a bell that
17   you've seen this before?
18           You can take your time and read it.
19       A.  Yes.  I've seen something I believe like this
20   before.
21       Q.  Would that have been back in 2004?
22       A.  It sounds like a possible date.  I'm not
23   sure.  Joe O'Hara had taken a VIP training program
24   with his girlfriend who at the time was, well,
25   pretty dominant of him and pretty hostile; so I

Page 253

1    think it was 2004, although I'm not positive.
2    Q. Is it -- when you bring up his girlfriend,
3    you're saying that she may have influenced his
4    perceptions of the group?
5    A. I definitely believe not only that she
6    influenced his perceptions of the group but maybe
7    influenced many of his actions.
8    Q. Did you or Ms. Salzman ask Mr. O'Hara to take
9    the class, the VIP training class?
10   A. I did not. I don't know if she did.
11   Q. Did you attend the training session that he
12   refers to which took place between February 18
13   through February 22, 2004?
14   A. No. It -- yeah -- no, I have never attended
15   a training in New York City.
16   Q. Looking at this, on Page 2 he refers to
17   Content.
18   A. Page 2, Content, yes, Number III.
19   Q. If you look --
20   A. Section III.
21   Q. And then if you look on the next page, it
22   lists a number of items. The next page, Item 4 --
23   A. Go ahead.
24   Q. -- concerns the Explorations of Meaning
25   sessions.

Page 254

1        Do you recall reading that paragraph in 2004?
2    A. No, but I may have. I have -- I agree and --
3    let's see.
4        (Witness reads to himself.)
5        I don't know. I think I had a
6    conversation with Joe at one point where he asked
7    what I thought in that, and I think that was pretty
8    resolved so I -- you know, this may have been in
9    this document. I'm not sure.
10   Q. When you say, "that was pretty resolved," let
11   me be clear. He's writing here about, "Exploration
12   of Meaning (EM) sessions may have gone over-the-line
13   in terms of what constitutes counseling/therapy."
14   A. Uh-huh.
15   Q. What's your -- how do you understand that
16   that issue was resolved?
17   A. Well, the question is in New York State and
18   different states what constitutes psychology; and
19   his ultimate advice to us after consulting the laws
20   but not just in New York State but in numerous
21   states was that it does not go over the line.
22   Q. Okay. Do you know if he put that advice in a
23   written document?
24   A. I don't know. I do know if it went over the
25   line, we would have changed it; and I don't know if

Page 255

1    we changed it, but I don't think so.
2    Q. Okay. Paragraph 6 he refers to the ESP
3    philosophy taking on too many "big time opponents"
4    at once (e.g., Professional Sports, the U.S. Tax
5    System, Labor Unions, Attorneys General, Religion,
6    et cetera.
7        What is taught in NXIVM classes about
8    professional sports?
9    A. Now, I don't know what he's talking about.
10   At times, Joe was extremely erratic. At the time
11   when I interacted with Joe, I had hoped that it was
12   just honest erraticism; but after we found out that
13   he was stealing money from us, it sheds it in a
14   different light, and I do believe he was stealing
15   money from us.
16   Q. Do you know one way or the other as to
17   whether anything was represented in NXIVM training
18   sessions about professional sports?
19   A. Probably somewhere.
20   Q. Do you know what's represented?
21   A. No.
22   Q. How about the U.S. tax system? You mentioned
23   yesterday that you had opinions about that -- about
24   the tax system. Are those expressed in the NXIVM
25   training sessions?

Page 256

1    A. I don't know if it's expressed in the
2    curriculum, but people have asked me in forums.
3    Q. How about labor unions? Were those discussed
4    either in the curriculum or in forums?
5    A. I think in Shifter, we don't necessarily talk
6    about labor unions, per se, but we may reference a
7    union or a charity. I know we referenced things
8    like that to show how, for example, a not-for-profit
9    can be used as a device to cheat by a malintended
10   person.
11   Q. And is it your -- was it represented by you
12   that labor unions are devices to cheat?
13   A. No.
14   Q. What is said about Attorneys General in NXIVM
15   training sessions, either in the curricula or the
16   forum?
17   A. Well, as far as the curriculum goes, I don't
18   think there's anything. As far as the forum goes,
19   there have probably been questions relating to
20   Attorneys General.
21   Q. Such as?
22   A. I, you know, what do I feel about government;
23   what do I feel about capitalism; what do I feel
24   about socialism, you know, the current structure.
25   What do you think about having a District Attorney

Page 257

1 prosecute crime. Should it be privatized; should it
2 not be privatized. I mean, there are many contexts
3 it can come up.
4     Q. Have you been asked specifically what about
5 -- what do you think about attorney -- State
6 Attorney Generals?
7     A. I don't know. I don't remember it.
8     Q. Have you been asked about your experience
9 with States' Attorneys General in connection with
10 Consumers' Buyline?
11     A. Yeah. I'm not -- I don't recall, but I
12 imagine I would be.
13     Q. And what was your -- what would have been
14 your response?
15     A. Well, State Attorney Generals are
16 politically-appointed positions. They normally have
17 as arms and legs people who are career people
18 working through them, so at times Attorney Generals
19 are politically motivated. Sometimes they have
20 aspirations for higher positions. Sometimes they
21 are people who have worked hard to get to the
22 position to make changes and make good changes.
23         It's interesting. There is an organization
24 of Attorney Generals called NAAG, N-A-A-G, which is
25 the National Association of Attorneys General. I --

Page 258

1 it is my belief -- I met some Attorneys General --
2 Attorney Generals that I thought were great people.
3 I thought they were great in what they did, and I
4 thought it was an important position. I think the
5 position of Attorney General is an extremely
6 important position, but I don't necessarily think
7 the people that get into that position always live
8 up to it.
9     Q. And is that understand -- is that
10 understanding based on your own experiences with
11 Consumers' Buyline?
12     A. I met some Attorneys General that it was my
13 opinion that they were great, and I met others that
14 I felt at least with respect to us were more
15 politically motivated.
16     Q. I'd like you to look on this document at
17 Paragraph 8. It's on Page 3, and it carries over to
18 Page 4.
19     A. Okay, yes.
20     Q. And he refers to a number of representations
21 that he claims to have heard at this training
22 session.
23     A. Uh-huh.
24     Q. Have you made any of those representations in
25 NXIVM training sessions?

Page 259

1     A. Except for the one "Our School," I don't find
2 any of those representations true or -- that's not
3 something I would say, and some of them I would
4 blatantly disagree with but --
5     Q. Have you ever heard anyone conducting a
6 NXIVM training session make these representations?
7     A. People that conduct NXIVM training sessions
8 have a certain degree of freedom to offer their own
9 opinions and things like that. I certainly would
10 not uphold these representations being made, and I
11 have spoken out against most of them except I don't
12 understand the representation "Our School," except
13 maybe he believes that -- I mean, I don't think
14 we're a school, per se, so if someone said the word
15 "school," it's something that I would discourage and
16 that wouldn't be correct, you know, and I slip into
17 saying things like school, also, so that's a
18 possibility. It's always a difficult thing.
19         You know, we're an organization. We provide
20 training. We provide education to a degree, but
21 certainly cancer being caused by self-esteem, I
22 would -- that would probably be cause for ethical
23 review if someone said such a thing.
24     Q. Have you heard someone say at a NXIVM
25 training session, "We could not re-build the

Page 260

1 Pyramids in Egypt" without (sic) existing
2 construction -- "with our existing construction
3 technology and techniques"?
4     A. Well, I believe it's unknown if we could.
5 They've done some actually interesting things trying
6 to do that. I don't think it's per se part of NXIVM
7 training but...
8     Q. With all due respect, that's not my question.
9 My question is have you heard someone say that at a
10 NXIVM training session?
11     A. Not that I can recall.
12     Q. Okay. Have you heard someone say that
13 Keith Raniere is the smartest man in the world --
14     A. No.
15     Q. -- at a training session?
16     A. No.
17     Q. Have you heard someone say at a training
18 session that psychotherapy doesn't work?
19     A. I might have heard students say things like
20 that.
21     Q. Okay.
22     A. By the way, I believe psychotherapy does
23 work.
24     Q. Does?
25     A. Yes.

Page 261

1    Q.  Okay.  Looking under -- on Page 4 under
2  "Miscellaneous," he says, "I think that no animals
3  should be allowed to 'sit in' on the training.  In
4  this regard, the liability potential concerning such
5  animals greatly outweighs their 'cute factor.'"
6       Ever come to your attention that animals
7  were sitting in on the NXIVM training sessions?
8    A.  There was a blind woman who had a dog, and
9  that dog sat in on NXIVM training sessions that she
10  was involved in.  She was a student.  I don't know
11  -- I don't think she ever decided to become a coach,
12  but I felt that in that case it was important.
13    Q.  Do you know if she was at this VIP training
14  center in February?
15    A.  No.  She was not, I believe.  I think she's
16  only gone to trainings in Albany.
17    Q.  Have you ever heard of any other instance in
18  which an animal was allowed to sit in on a training
19  session?
20    A.  You mean animals as in furry things, not
21  people.  I'm teasing.
22       No.
23    Q.  No?
24    A.  No.
25    Q.  Okay.  You can put that document down.

Page 262

1       MR. KOFMAN:  What time is it?  I've got
2  one more area.
3       MR. CAMPION:  Ten after.
4       MR. KOFMAN:  All right.
5       MR. McGUIRE:  After 6.
6       MR. LEONARD:  It only feels that way.
7  BY MR. KOFMAN:
8    Q.  Are you aware of any instances in which
9  individuals have had breakdowns after doing an
10  Exploration of Meaning session?
11    A.  After doing an Exploration of Meaning
12  session, no, and I would ask that you define
13  "breakdowns."
14    Q.  Have had some sort of psychotic episode
15  after taking your class.
16    A.  That's a different question.
17    Q.  I understand.
18    A.  I'm not capable of evaluating psychotic
19  episodes.  I have known of instances where one woman
20  in particular was in a training -- and, actually,
21  there were doctors in the training, too.  She was
22  brought to a hospital in Albany and evaluated by a
23  psychiatrist there.  From my understanding, the
24  psychiatrist thought she was fine.
25    Q.  Okay.

Page 263

1    A.  Then she went back to her hotel and at a
2  later point -- I think it was that same night --
3  continued and was taken and then evaluated as having
4  -- I don't know if it was a psychotic episode but it
5  may well have been.
6    Q.  Does NXIVM have medical personnel on hand at
7  its Intensives?
8    A.  At times.
9    Q.  But it's not a requirement?
10    A.  It is not a requirement.
11    Q.  Okay.  I'd like to go back.  Yesterday we
12  talked a little bit about the Student Enrollment
13  Application and I think at that time --
14    A.  Are we done with this document?
15    Q.  Yes, we are.
16       At that time, you indicated to me that you
17  were having a little difficulty reading --
18    A.  Yes.
19    Q.  -- the one I produced to you.  So I've gotten
20  a copy where the Student Terms and Conditions are
21  clearer.
22    A.  Thank you.
23    Q.  It's a different document which I'd like to
24  mark as Raniere 14 or 15?
25       MR. McGUIRE:  15.

Page 264

1       MR. KOFMAN:  15.
2       (One-page Student Enrollment Application
3  for Aaron Kassin marked Confidential was received
4  and marked Defendant's Exhibit Raniere-15 for
5  Identification.)
6  BY MR. KOFMAN:
7    Q.  Raniere-15 is a one-page document.  It says
8  Student Enrollment Application of Aaron Kassin, and
9  it was produced to us as a single page.
10       MR. McGUIRE:  You got another copy over
11  there?
12       MR. KOFMAN:  Did I not produce it over
13  on this side, or are there any extras?
14       MR. LEONARD:  We're okay.
15    Q.  Is that at least the first page of the form
16  of Student Enrollment Application that NXIVM uses?
17    A.  I can't tell.  It looks like the bottom was
18  cut off, but probably just a photocopying error.  It
19  doesn't have a revision date.
20    Q.  Taking a look under "Student Terms and
21  Conditions" at Paragraph 1 --
22    A.  Yes.
23    Q.  -- it says, "These materials, methods and
24  information cannot be copied, duplicated,
25  transmitted, taught or otherwise used" --

Page 265

1     A. Hold on.  I'm in the wrong place.
2     Okay.  I'm sorry.  Yes, I'm with you.
3     Q. What are you referring to as the "materials"
4  there in that sentence?
5     A. It says, "All materials, methods and
6  information contained in and represented through
7  Executive Success Programs (ESP) are essential
8  assets of ESP acquired at great time and expense."
9     So I guess that's all materials, methods and
10 information.
11    Q. What do you mean by the term "materials"?
12    A. When you say what do I mean, I am not the
13 person who finally wrote this.  This is a lawyer.
14    Q. Okay.  You did review it, though, with a
15 lawyer; correct?
16    A. I probably -- I -- I don't think I reviewed
17 it with a lawyer.  I believe I put in certain things
18 from my other company that went into a hopper, and
19 the lawyer came out with the final stuff.
20    Q. Did you review it after the lawyer came out
21 with the final stuff?
22    A. Doubtful.
23    Q. Okay.  Were you concerned as to that it be
24 sufficiently protective?
25    A. Yes.

Page 266

1     Q. But you didn't review it after the lawyer
2  drafted it?
3     A. I don't feel I'm good enough.
4     Q. Okay.  Do you have an understanding sitting
5  here today what's meant by the term "materials"?
6     A. I think I do.  I mean, from a layperson's
7  point of view, it appears to be everything.
8     Q. "Everything" meaning what?
9     A. Any materials, any papers that I get, any
10 pictures, any -- I don't know -- tapes, any -- it
11 says "methods" also and "information" which means
12 nonverbal, verbal; any data.
13    Q. So the information can include things that
14 are nonverbal?
15    A. I imagine.
16    Q. Such as what?
17    A. If someone, for example, was doing an
18 artistic presentation and they did a certain move,
19 that probably would be considered that information.
20    Q. And they could not disclose that move outside
21 of the walls of NXIVM?
22    A. Yeah, probably.
23    Q. Would it be safe to say that information is
24 anything that they hear during the course of a NXIVM
25 training session --

Page 267

1     A. Yes, I --
2     Q. -- or see?
3     A. From a layperson's perspective, yes.
4     Q. Okay, and it says that the infor --
5  "materials, methods and information cannot be
6  copied, duplicated, transmitted, taught or otherwise
7  used."
8     What do you understand the phrase "otherwise
9  used" to mean?
10    A. Well, on an ethical level -- if you're
11 commenting on the rule, it means that the first
12 portion of this clause, the "materials, methods and
13 information cannot be copied, duplicated,
14 transmitted, taught."  In other words, I'm taking
15 materials and somehow getting them over to you; and
16 then I'm also potentially using them, and whatever
17 is not covered in what is listed is "or otherwise
18 used."  So not only transmitted but also
19 transformed, also utilized for other purposes at
20 all.  I think it's somewhat inclusive.
21    Q. Would "use" include talking about it with
22 family members?
23    A. Certain aspects.  You know, talking about my
24 experience is one thing.  Talking -- telling my
25 family members what the materials are is another.

Page 268

1     Q. Would this paragraph prohibit me from going
2  to my wife after I took one of your training
3  sessions and saying, you know, I saw this guy named
4  Keith Raniere, and he wants me to call him Vanguard
5  and bow down to him when he walks in the room; is
6  that -- would that violate this paragraph?
7     A. In ethic or --
8        MR. CAMPION:  Object to the form of that
9  question.
10    Q. Would it be your understanding that that
11 would violate this paragraph?
12    A. In ethic or in rule?
13    Q. In rule.
14    A. Probably.
15    Q. Okay.
16    A. But we are an ethical organization, and
17 that's why and what we instruct the attorneys to do
18 is try to make these in such a way that it allows
19 for that.  When a person comes in and takes the
20 course, they sign a long form which is more explicit
21 about derivative works and things like that.  So we
22 encourage people to go and talk about their
23 experiences, both positive and negative, with their
24 families and they do.
25    Q. But that might violate the strict terms of

Page 269

1    this paragraph?
2        A.  Well, if they were to go and reveal things
3    that were trade secrets, it might.  What you said,
4    depending on a number of circumstances, might
5    violate the rule of this but certainly not the
6    ethic.
7        Q.  Would it depend upon the person's intent?
8        A.  It depends on more than that, but yes.
9        Q.  That would be one factor?
10       A.  Yes.
11       Q.  What would the other things it depends on be?
12       A.  Are they a competitor or not and have they
13   come into the program under provisional means so
14   that if they start describing this to their wife,
15   for example, who might be a therapist or might be a
16   trainer for Anthony Robbins or something like that
17   and you gave me a statement, and the actual
18   statement you gave me I suspect would not be a
19   problem under the Rules, but a generalized form of
20   that statement where someone starts to say, "This
21   question was asked.  This specifically is what
22   happened," may violate it if it is a competitor
23   trans -- or transmitting it to a competitor who
24   happens to be the person's wife.
25       Q.  So two different people can say the same

Page 270

1    thing, and in one case it would violate the rule and
2    in one case it would not?
3        A.  Yes.
4        Q.  Okay.
5            MR. KOFMAN:  I have no other questions
6    at this point.  Let's -- maybe we should take our
7    lunch break.
8            MR. CAMPION:  Sure.
9            MR. KOFMAN:  I'll check my notes and see
10   if I have anything in follow-up.
11           MR. CAMPION:  Back here at 1:15.
12           THE VIDEOGRAPHER:  Going off the record
13   at 12:20.
14
15           (Witness excused.)
16           (At this point, the luncheon recess was
17   taken.)
18
19
20
21
22
23
24
25

Page 271

1            A F T E R N O O N   S E S S I O N
2
3            THE VIDEOGRAPHER:  We're back on the
4    record at 1:17.
5
6    K E I T H   A L A N   R A N I E R E, previously
7    sworn, resumed the stand and testifies on his oath
8    as follows:
9
10   CONTINUED DIRECT EXAMINATION BY MR. KOFMAN:
11       Q.  Okay.  Mr. Raniere, I have a few more
12   questions for you before concluding my portion of
13   the deposition.
14           I want to make sure I understand a few areas.
15   Did any of your attorneys in this case ever instruct
16   you to preserve documents?
17       A.  No, I don't believe so.  Instructed that if I
18   had any e-mails they shouldn't be deleted.  I should
19   go through them or --
20       Q.  Okay.  Who gave you that instruction?
21       A.  Bob Leonard.
22       Q.  Okay.  Anybody before then?
23       A.  I didn't have any attorneys in this case
24   before then.
25       Q.  Did any of NXIVM's attorneys ever give you

Page 272

1    that information?
2        A.  No.
3        Q.  Did anybody --
4        A.  Not specifically.
5        Q.  Did anybody from NXIVM -- did anyone from
6    NXIVM itself ever ask you to preserve documents or
7    e-mails?
8        A.  No.
9        Q.  Did Kristin Keeffe ever show you copies of
10   the document production requests that were served in
11   this matter?
12       A.  She's shown me a number of different things,
13   things that related to me.  I -- I'm sure I didn't
14   see the whole document request, but I know that
15   there were -- there was a document request for
16   things from Nycap@rr.com.
17       Q.  Any other requests that you believe she
18   showed you?
19       A.  Well, there is a document request of me.
20   That's all I know.
21       Q.  How about document requests directed to
22   NXIVM?  Did she show you any of those?
23       A.  No.
24       Q.  I'm sorry.  You have to answer verbally.
25       A.  Oh, no.

Page 273

1    Q. Did she read to you over the phone or
2  communicate orally to ask you to look for documents
3  that had been requested of NXIVM?
4    A. She's requested me to look for certain
5  things, but a lot of the times she would request
6  something I don't have them, for example, audio
7  recordings or things like that.
8    Q. Did she -- when she would ask you to look for
9  certain things, how would she communicate with you?
10  Was it in person or over the phone?
11    A. Either or.
12    Q. Okay. Did anyone from -- anyone assist you
13  in looking for responsive documents or materials?
14    A. I'm not sure because there was a storage bin
15  that has my stuff in it that I allowed NXIVM people
16  to go through. So I did not, per se, look for it;
17  but anything that was in there would have been given
18  over.
19    Q. Where is the storage bin located?
20    A. I'm not the person who rents it, but it has
21  my stuff in it. I think it's Exit 9 Storage, but
22  I'm not sure. There is a few different storage
23  facilities.
24    Q. And this is -- do you know who from NXIVM
25  went through it?

Page 274

1    A. No.
2    Q. This is material that's in addition to what
3  you keep at your home?
4    A. Yes.
5    Q. Okay. Did anyone assist you in looking for
6  materials in your home?
7    A. No.
8    Q. Okay. It was you alone who did the search?
9    A. Yes.
10    Q. Where does NXIVM presently maintain offices?
11    A. I don't know all the places. There is an
12  office in Upstate New York. There's -- I think
13  there's an office near -- near the 455 New Karner
14  Road complex. I think there's an office in
15  Monterrey, Mexico. I think there's also an office
16  in Mexico City, but those are not directly NXIVM
17  offices, I believe. I think they're offices in some
18  sort of either franchise agreement or something like
19  that. I'm not sure of the nature of that agreement.
20    Q. The office in Upstate New York, where is that
21  located?
22    A. I'm not exactly sure.
23    Q. Any idea what city or county?
24    A. I think it's in Niagara. Yeah, I think it's
25  in Niagara.

Page 275

1    Q. Is that -- what's that office used for?
2    A. I don't know.
3    Q. Have you ever submitted Rational Inquiry
4  Method to peer review?
5    A. No, not that I -- not in any form.
6    Q. Have you ever written anything about it to
7  scientific journals?
8    A. To scientific journals. I don't know if
9  that's considered a scientific journal, possibly.
10    Q. What -- what are you thinking of?
11    A. There is a -- a magazine that is distributed
12  to the academic community. I would probably not
13  refer to it as a journal, but I've written articles
14  in there.
15    Q. What's the name of the magazine?
16    A. Conocimiento is it, I think. It's Spanish.
17  I don't speak Spanish.
18    Q. Somebody translated the articles into Spanish
19  for you?
20    A. Yes.
21    Q. When did you start writing articles for
22  Conocimiento?
23    A. About three years ago, I think.
24    Q. Did you get paid for these articles?
25    A. No.

Page 276

1    Q. I'm sorry. You have to speak up.
2    A. Oh, I'm sorry. No.
3    Q. And how many articles would you say you've
4  written?
5    A. Um, there are two primary ways that I write
6  an article. One, I write it directly myself; and
7  the other I write it in collaboration with someone
8  where I download the concepts, so to speak. I speak
9  with them about some of the philosophical things in
10  the article, some of the structure of the article,
11  and they write it. Sometimes I will write portions
12  of those, so that's how the articles are normally
13  written.
14    Q. Are all of the articles in your name, or do
15  you share a byline with someone on any of them?
16    A. I share a byline with people on some of them.
17    Q. Who are some of the people you share bylines
18  with?
19    A. Ivy Nevares spelled Ivy, I-v-y.
20    Q. I think you mentioned her yesterday.
21      Anyone else?
22    A. Farouk Rojas translates, and as a translator
23  he and Ivy who are both bilingual may change content
24  to some degree. So he's up in the byline, too, but
25  as a translator.

Page 277

```
 1      Q.  Where is Conocimiento published?
 2      A.  I believe it's Monterrey, Mexico.
 3      Q.  How did you come to write articles for -- on
 4  Rational Inquiry Method for Conocimiento?
 5      A.  The head of Conocimiento's name is Luis Todd
 6  who he's like the representative to UNESCO in the
 7  United Nations.  He's head of one of the major
 8  university medical schools.  He -- in front of the
 9  book, actually, there is his biography.  He opened
10  something like 60 different majors, and he is a
11  prominent person.
12      He took our course and believes very strongly
13  in what we do, so he wrote the Forward to the book
14  that I published and also allows us to have a
15  column, if you will, or an article section within
16  his magazine.
17      Q.  How many of these columns have you written?
18      A.  Oh, over three years I've written probably
19  about -- I'm guessing -- 70.
20      Q.  Have you retained copies of these articles?
21      A.  Yes.
22      MR. KOFMAN:  Okay.  I'm going to make a
23  request for copies of the articles that Mr. Raniere
24  has written for Conocimiento, and I'll follow that
25  up in the letter.
```

Page 278

```
 1      MR. CAMPION:  We'll consider it then,
 2  yes.
 3      MR. KOFMAN:  Okay.
 4      (Request.)
 5      THE WITNESS:  They are not to be
 6  distributed outside of this, yes?
 7      MR. KOFMAN:  They would be subject --
 8  your attorneys have the right to designate them as
 9  confidential pursuant to the Order entered by the
10  Court.
11      THE WITNESS:  Also the Forward?
12      MR. CAMPION:  We're going to discuss
13  that later.
14      THE WITNESS:  Thank you.
15  BY MR. KOFMAN:
16      Q.  Okay.  You mentioned that I believe that you
17  published a book.
18      A.  Yes.
19      Q.  What's the name of the book?
20      A.  The Odin and the Sphinx.
21      Q.  What is it?
22      A.  Odin and the Sphinx.
23      Q.  What's the name of the publisher?
24      A.  Ethical Publishing.
25      Q.  Is that an in print that you're involved
```

Page 279

```
 1  with?
 2      A.  I don't know what you mean by "involved
 3  with."
 4      Q.  Are you familiar with the term Vanity Press?
 5      A.  No.
 6      Q.  Does Ethical Press publish -- has Ethical
 7  Press published any books other than The Odin and
 8  the Sphinx?
 9      A.  No.
10      Q.  It's no?
11      A.  No.  That's correct.
12      Q.  Okay.  Have you received any royalties from
13  publication of this?
14      A.  No.
15      Q.  And you indicated that -- strike that.
16      Is this a work of fiction or nonfiction?
17      A.  I think it's probably both.  There are --
18  it's a compendium of articles.  Some of them are
19  more fictional.  Some of them are more academic.
20  Some of them are quite academic, and some of them
21  are quite fictional.
22      Q.  Okay.  Are these books sold at NXIVM training
23  centers?
24      A.  I imagine so.  I don't know for sure.
25      Q.  Have you received any royalties from the
```

Page 280

```
 1  book?
 2      A.  No.
 3      Q.  Do you have any agreement to receive
 4  royalties?
 5      A.  No.
 6      Q.  Does the book or any of the articles in the
 7  book discuss the Rational Inquiry Method?
 8      A.  Superficially probably.  I mean, it is
 9  mentioned.
10      Q.  Okay.  Do any of the articles that you've
11  written for Conocimiento contain what you'd consider
12  trade secrets of NXIVM?
13      A.  No.
14      Q.  Does it discuss particulars of the Rational
15  Inquiry Method?
16      A.  No.
17      Q.  How about The Odin and the Sphinx, does that
18  contain any trade secrets?
19      A.  Those are articles.  No.
20      Q.  When was the book published, Odin and the
21  Sphinx?
22      A.  A year ago, something like that.  I am not
23  sure of the exact date.
24      Q.  Do you know how many copies were published?
25      A.  I think there was -- it's a small initial run
```

Page 281

1  like 5,000 or something.
2      Q.  Do you maintain copies?
3      A.  I have a few.
4          MR. KOFMAN:  I'm going to make a request
5  for that as well.
6          MR. CAMPION:  Put it in the letter.
7          MR. KOFMAN:  Okay.
8          (Request.)
9      Q.  Who wrote the Forward to that book?  Is that
10 Mr. Todd?
11     A.  Luis Todd, yes.
12     Q.  Have you ever been -- strike that.
13         Is there a reason that you haven't submitted
14 Rational Inquiry Method to peer review?
15     A.  I think there are several reasons.  We want
16 to have more solid research into it.  The research
17 and things like that we've done is preliminary, and
18 also because of this lawsuit there are a lot of
19 restrictions and constrictions relating to that.
20     Q.  When you say the research that you've done is
21 preliminary, what do you mean?
22     A.  The psychological assay, the psych -- what
23 you call maybe the psychological study, it's just
24 sort of an entry point into research.  You know,
25 when you do research the first thing you want to

Page 282

1  find out if there's a legitimate effect, and then
2  you want to examine the legitimate effect so that's
3  the nature of it.
4      Q.  And do you have -- is it your understanding
5  the jury is still out as to whether there's a
6  legitimate effect from the Rational Inquiry Method?
7      A.  I think there's a legitimate effect.
8      Q.  But has that been demonstrated by research?
9      A.  I think it's been demonstrated by the study,
10 and the study only examines a limited portion.  We
11 do -- we are set up to do some brain research, which
12 we will do, and that will give much more hard data.
13     Q.  Is that Mr. Solomon's study?
14     A.  Mr. Solomon's study is the psychological
15 study that I'm referring to, yes.
16     Q.  And when you say it only does a limited
17 portion, what do you mean, his study?  A limited
18 portion of the modules?
19     A.  It's giving -- well, it is -- it's a limited
20 portion of the modules, limited -- there are, you
21 know, many limitations when you do something like
22 that.  It does not study various aspects of the
23 technology.
24     Q.  Okay.  Have you ever been asked to by anyone
25 at NXIVM to identify --

Page 283

1      A.  I'm sorry.  I didn't hear.
2      Q.  I'm sorry.  Have you ever been asked by
3  anyone at NXIVM to identify who NXIVM's competitors
4  are?
5      A.  I've been asked what my opinions are on that,
6  yes.
7      Q.  Who were you asked that by?
8      A.  Arlen, I think Kristin, I think I have had a
9  discussion with Nancy about it.  I think not
10 pertaining to a legal case at all various other
11 people who are marketers.
12     Q.  And what have you told those people other
13 than your attorney, or other than Arlen Olsen what
14 have you told them as to who NXIVM's competitors
15 are?
16     A.  Well, I think as a general rule, as I
17 expressed before, anyone who wants to increase joy.
18     Q.  Okay.  Have you ever made a list of who
19 specific -- who are -- what are specific entities
20 that are competitors?
21     A.  No.  I think I've spoken of people and
22 directed people on how to find -- like, for example,
23 people in the -- in the Forbes article there were a
24 number of firms that were seen as competitors to us
25 that were -- we were nestled in as far as in a list.

Page 284

1  So I directed people.  I said, "Well, you can look
2  there.  There are a bunch of those," and things like
3  that.
4      Q.  Where else did you tell people to look?
5      A.  Well, I think any -- any of those fields, any
6  of the fields that stem from them.  Any of -- we've
7  done corporate trainings.  Any of the corporations,
8  those vertical markets, things like that.
9      Q.  So corporations -- I'm sorry.  Let me make
10 sure I understand this.  A corporation that you've
11 done training for could be a competitor?
12     A.  No, people who would also train those
13 corporations.  I'm sorry.
14     Q.  Okay.  When you do a corporate training, do
15 you use the ration -- do you give them -- what
16 courses do you teach when you do corporate training?
17     A.  It depends on the corporation.
18     Q.  Would it be something different than the
19 Intensives?
20     A.  It can be.
21     Q.  You would not -- have you done any 16-day
22 Intensives for corporations?
23     A.  I'm not sure.
24         MR. KOFMAN:  Okay.  At this point, I
25 don't have any more questions.  Thank you for your

Page 285

1    time.
2         I'm sure my colleagues down the row
3    have some questions for you. I'm going to slide
4    down now.
5         THE WITNESS: Okay. Thank you.
6
7    CROSS-EXAMINATION BY MR. LANDY:
8    Q. Good afternoon, Mr. Raniere. My name is
9    Robert Landy. I am a lawyer with the firm of
10   Friedman Kaplan Seiler & Adelman LLP. We represent
11   Juval Aviv and Interfor, Incorporated.
12        I'll be asking you a few questions this
13   afternoon. I'd ask that you observe the same
14   general ground rules that Mr. Kofman explained.
15   Let's try not to speak over each other. You have to
16   answer with words as opposed to gestures or sounds.
17        A couple other quick terminology ground rules
18   just so we understand each other. When I say
19   "NXIVM," I'll be referring to NXIVM Corporation and
20   Executive Success Programs collectively. If you
21   ever have an answer that relates to only one of
22   those two, tell me.
23        If I say "the NXIVM defendants," I'm
24   referring to NXIVM Corporation, Executive Success
25   Programs, Kristin Keeffe, Nancy Salzman and yourself

Page 286

1    collectively. I understand that you have, you know,
2    certain positions with respect to what your
3    connection to NXIVM are, but this is just
4    terminology. I'm talking about all of them. If
5    your answer requires you to delineate between them,
6    please do so.
7         Again, as Mr. Kofman said, if you answer my
8    question, I'm going to assume that you understand
9    it. If you don't understand it, let me know, and
10   I'll try to rephrase it.
11        Have you ever heard of a man named
12   Phil Robertson?
13   A. The name sounds familiar.
14   Q. Do you know whether or not Mr. Robertson is
15   an actual person?
16   A. No. I -- I don't know who he is.
17        MR. McGUIRE: Did you say Robinson or
18   Robertson?
19        MR. LANDY: Robertson.
20        MR. McGUIRE: Robertson?
21        MR. LANDY: Robertson.
22        MR. McGUIRE: Thank you.
23   BY MR. LANDY:
24   Q. Have you ever heard of a gentleman by the
25   name of Frank Parlato, Jr.?

Page 287

1    A. Yes.
2    Q. Who is Frank Parlato, Jr.?
3    A. To my knowledge, he was someone that was
4    hired I think by NXIVM as -- I think he was a
5    publicist. I think he also assisted in some real
6    estate dealings.
7    Q. What do you mean when you say he was a
8    publicist?
9    A. He I believe was hired to interface with
10   like newspapers, reporters, people like that, and to
11   create positive press.
12   Q. And is it -- start that one again.
13        Was he hired to speak to the newspapers and
14   reporters on NXIVM's behalf?
15   A. I imagine so. I don't know for certain.
16   Q. Do you know whether or not Mr. Rob -- strike
17   that.
18        Do you know whether or not Mr. Parlato ever
19   used an alias when speaking to newspaper reporters?
20   A. I don't -- I don't imagine he would, but he
21   might because I don't agree with his style.
22   Q. What about his style do you not agree with?
23   A. To me, he seemed aggressive.
24   Q. Do you know if Mr. Parlato is a lawyer?
25   A. I don't believe he is.

Page 288

1    Q. Have you ever met him?
2    A. Yes.
3    Q. When did you first meet him?
4    A. I think I met him first at Nancy's house.
5    Q. "Nancy" is Ms. Salzman, I assume.
6    A. Yes, Nancy Salzman.
7    Q. The question was when.
8    A. The what?
9    Q. The question was when.
10   A. Oh, when. Maybe two years ago. Was it two?
11   Wait, maybe it's -- maybe it's as much as two years
12   ago.
13   Q. Do you recall did you speak with him at that
14   point?
15   A. Yes.
16   Q. Do you recall what you spoke about?
17   A. I think he was telling me about himself and
18   advertising himself to me.
19   Q. You said he was hired by NXIVM.
20        Do you have an understanding of whether he
21   was an employee of NXIVM?
22   A. I don't believe so.
23   Q. Do you think he was something else?
24   A. Yeah. I think he was an independent
25   contractor.

Page 289

1    Q.  Okay.  Is he still an independent contractor
2  for NXIVM?
3    A.  I doubt it.  I -- that's -- I haven't heard
4  anything from him in like a year.
5    Q.  Have you ever heard of a man named
6  Juval Aviv?
7    A.  Yes.
8    Q.  Did you ever speak to Mr. Parlato about
9  Juval Aviv?
10   A.  I'm not sure.  I imagine I might have, but I
11 can't recall any conversation.
12   Q.  Have you ever heard of a company called
13 Interfor, Incorporated?
14   A.  Yes.
15   Q.  Have you ever spoken to Mr. Parlato about
16 Interfor?
17   A.  I may have, but I don't recollect any
18 conversation.
19   Q.  Have you ever spoken to Mr. Parlato about
20 Rick Ross?
21   A.  I believe so, yes.
22   Q.  How many times did you do that?
23   A.  A handful, not many but more than two.
24   Q.  What did you discuss?
25   A.  Frank had very strong opinions about how

Page 290

1  NXIVM should respond to media and should be --
2  respond to Rick Ross' columns on the web and things
3  like that.  So in that mix that was mentioned.
4  Frank Parlato's expressed opinion towards Rick Ross
5  was not very positive.
6    Q.  What was his expressed opinion towards
7  Rick Ross?
8    A.  I won't repeat the words, per se, but just
9  he believed that Rick Ross was the lowest of the
10 low.
11   Q.  Not repeating the words to avoid the use of
12 profanity?
13   A.  In part.  In part -- if I use my version of
14 profanity, which is probably -- it's certainly not
15 Frank's version of profanity, I -- I will either
16 overstate it or understate it.  I'm not -- I'm not a
17 big user of profanity.
18   Q.  Who is Juval Aviv?
19   A.  I believe he's a private investigator.  I
20 believe he is the principal of Interfor, and I
21 believe he's someone that worked through NXIVM.
22   Q.  Worked through -- what do you mean by "worked
23 through NXIVM"?
24   A.  Was an independent contractor for NXIVM, I
25 believe it was through their attorney firm, the

Page 291

1  Heller firm -- the first name escapes me at the
2  moment -- and Joe O'Hara.
3    Q.  When did you first hear of him?
4    A.  I heard from Joe O'Hara that this attorney
5  from Nolan & Heller is the name -- Nolan is the
6  first name -- had two private investigators or
7  investigation firms that they worked with.  One of
8  them was I believe out of Washington, and the other
9  was Interfor.  They had said that Juval Aviv was in
10 the Mossad and that he had gotten back -- I think he
11 had gotten back some sort of a kidnapped child or
12 something that impressed them quite a bit for one of
13 their clients, so Joe wanted to know what I thought.
14   Q.  Did you tell Joe what you thought?
15   A.  Uh-huh.
16   Q.  What did you think?
17   A.  Hire both firms.  I don't know.  I think
18 that's what ultimately happened, but have both firms
19 work on something simple and compare the results and
20 see which one you like better.  I ultimately don't
21 think that's what they did but...
22   Q.  Have you ever spoken to Juval Aviv?
23   A.  Yes.
24   Q.  How many times?
25   A.  Once.

Page 292

1    Q.  When was that?
2    A.  He came to Nancy's house for dinner.
3    Q.  When was that?
4    A.  I don't know.  It was a few years ago.  Nancy
5  was in her other house, the Grant Hill address.
6    Q.  Do you know how long that meeting was after
7  you hired -- well, strike that.  Let me start again.
8        Was that before or after Interfor was hired?
9    A.  I believe it was after.
10   Q.  Okay.  Do you know how long after?
11   A.  No, because I don't know -- I don't know what
12 you mean by "hired."  It was -- Juval was already
13 doing work for NXIVM, for Joe O'Hara, for Nolan &
14 Heller.  I don't mean to get technical with it but
15 it is -- I don't know the nature of all those
16 interrelationships.
17   Q.  Do you know what season it was when you met
18 with him?
19   A.  I think it was fall, but I'm honestly not
20 sure.
21   Q.  Mr. Raniere, I'm going to show you a document
22 that's been previously marked as NXIVM Exhibit 14.
23 I'd ask you to briefly take a look at it.  You'll
24 notice that the text is rather small, and it's a
25 little bit blurry, but I'll direct you to a couple

Page 293

1  of fairly short parts that we can discuss.
2      A. Okay.
3          MR. CAMPION:  Is this Raniere-16?
4          MR. LANDY:  No, let's just keep it.
5  It's already -- you'll see it's got the stamp from
6  the last time --
7          MR. CAMPION:  That's good.  Thank you.
8          MR. LANDY:  So no reason to mark it
9  twice.
10         MR. CAMPION:  Okay.
11 BY MR. LANDY:
12     Q. Sir, I represent that I'm showing you a copy
13 of an article from the Village Voice.  It's not the
14 entire newspaper, just the pages on which the
15 article appears, and my first question is whether
16 you've ever seen the article before.
17     A. No.  I know of its existence.
18     Q. Did you ever speak to anyone about this
19 article?
20     A. Yes.
21     Q. Who did you speak to about this article?
22     A. I've spoken to a few people about it, but I
23 believe Frank told me that -- one of the reasons why
24 I didn't read the article was that it was a bunch of
25 mud and everyone was dirty.

Page 294

1      Q. And by "Frank" you mean Frank Parlato?
2      A. Frank Parlato, yes.
3      Q. Okay.  Were you aware that this article was
4  going to be published before it came out?
5      A. I don't think so, no.
6      Q. Okay.  So let's turn to -- I actually want to
7  find something.  Give me -- bear with me one moment.
8          THE VIDEOGRAPHER:  Excuse me.  We have
9  to change tapes.
10         MR. LANDY:  That worked out.
11         THE VIDEOGRAPHER:  Going off at 1:49.
12         We're back on the record at 1:50.
13         MR. LANDY:  We'll come back to that.
14     Q. Okay.  Can you first turn to -- count from
15 the back -- you'll get there faster.  The fourth
16 from the last page, which bears the Bates numbers
17 Interfor 0452.
18         Just for the record, NXIVM -- NXIVM 14 bears
19 the Bates number Interfor 0442 through Interfor
20 0455.
21     A. "Fitness Health" and "Beauty" at the top of
22 the page?
23     Q. Yes, that's in the advertisement section.
24     A. Yes.
25     Q. Okay.  You'll see in the very last paragraph,

Page 295

1  which does not complete on this page, the first
2  sentence starts in is, "According to NXIVM spokesman
3  Robertson, company leaders were appalled to learn
4  what Aviv was up to."
5          It's slightly cut off.
6          Do you know who "NXIVM spokesman Robertson"
7  was?
8      A. No.
9      Q. All right.  I can represent to you -- and I
10 can go back and find it in the article if your
11 attorneys think it's worth the time -- that
12 Robertson is identified as Phil Robertson is his
13 full name.
14     A. Well, no, I don't -- I don't know who that
15 is.
16     Q. I'll also represent to you that during her
17 deposition Kristin Keeffe testified that Phil
18 Robertson was, in fact, Frank Parlato by alias.
19     A. That may be so.
20     Q. Do you have any reason to believe that's not
21 true?
22     A. No.  I have reasons to believe it is true
23 because I would suspect I would know the names of
24 the NXIVM spokesperson and I never heard of this
25 person so...

Page 296

1      Q. Do you know what's meant by, "Company leaders
2  were appalled to learn what Aviv was up to"?
3      A. I can hazard a guess.  I --
4          MR. CAMPION:  Do you want him to?
5          MR. LANDY:  Yeah.
6          MR. CAMPION:  Go ahead.
7          THE WITNESS:  Excuse me.  I'm sorry.
8  Continuing...
9      A. I had heard that -- and I did not hear this
10 from Aviv himself -- that Aviv believed that the
11 Legionnaires of Christ in Mexico had paid something
12 like $5 million to Senator -- ex-Senator D'Amato to
13 go and go against us in the courts and various other
14 things and that he had a neighbor and that that
15 neighbor could talk to D'Amato and stop him from
16 doing damage to us.
17         He also supposedly was involved in a
18 government program with astro projection where they
19 sort of sit around and meditate or whatever and go
20 and spy on people and that that's how he derived
21 some of his information.
22     Q. I will direct your attention to the following
23 page, which is Interfor 053 (sic), the first full
24 non-advertising paragraph on that page.
25         MR. LEONARD:  What page?

33  (Pages 293 to 296)

Page 297

1        MR. LANDY: 0453.
2     Q. It's one page, one more page. It's Page 34
3  of the -- of the magazine?
4     A. I can't read it, but if you read it.
5     Q. The first full paragraph goes as such,
6  "Robertson says that NXIVM was barely in contact
7  with Aviv, whom O'Hara hired on its behalf for
8  entirely legal investigations. 'We knew nothing
9  about a sting,' he said. 'We had no participation
10 in any sting. We found out about it afterwards.
11 What we saw was, a corrupt attorney hires a corrupt
12 private investigator...'" There's ellipses. "'We
13 certainly didn't -- and would not -- authorize
14 illegal activities. That was his doing, and I
15 understand that's his nature. He's pretty much a
16 loose cannon.'"
17    Do you know what Robertson is talking about
18 in that paragraph?
19    A. Well, what you just --
20       MR. McGUIRE: Object to the form.
21    Q. I'll rephrase it.
22    Do you know what the person who is identified
23 as Robertson is discussing in that paragraph?
24    A. To some degree, the paragraph that you read
25 me seemed to be -- have some truth in it. I don't

Page 298

1  know is that a -- is that a quote from him? I can't
2  see the quotes.
3     Q. I read the quotes into the record.
4     A. Okay. That's --
5     Q. Some of it is a quote --
6     A. Okay.
7     Q. And some of it is the author.
8     A. Okay.
9     Q. What parts have true to it -- truth to them?
10    A. I'm going to try to read it with my
11 binoculars.
12    Q. Go ahead.
13    A. Starting with, "Robertson says" --
14    Q. Yeah.
15    A. -- "that NXIVM." Okay.
16    Q. My next series of questions will relate to
17 the following paragraph, so you might as well read
18 two paragraphs.
19    A. In other words, that and the paragraph that
20 says when?
21    Q. Yeah, it starts "when" and then jumps over
22 the picture.
23    A. Okay. Can I take it sentence by sentence?
24    Q. Uh-huh.
25    A. It says, "Robertson says that NXIVM was

Page 299

1  barely in contact with Aviv."
2     I don't know if that's true or false. I
3  believe that Kristin was friends to some degree
4  with your client, with --
5     Q. By that you mean Juval Aviv?
6     A. Juval Aviv, yes. I don't know how much they
7  had contact.
8     -- whom O'Hara hired on behalf for an
9  entirely legal investigation.
10    Yes, I've seen a paper that said that Aviv
11 would not do anything illegal.
12    "We knew nothing here about a sting."
13    I don't believe that then.
14    Joe O'Hara from the very beginning spoke of
15 things like that. I don't know what you'd call a
16 sting or not, but what I did know was that it was
17 alleged by people that have spoken to Ross that
18 Ross was saying things that were outrageous about
19 NXIVM, about myself and that Joe thought it would be
20 good to catch him doing that with someone so that it
21 could be documented.
22    He stated, "We had no participation in any
23 sting."
24    I don't know if that's true or false.
25    If you -- if you say Kristin knowing about

Page 300

1  the sting or my hearing about the sting is
2  participation, then we did, because I did know about
3  it. I don't know if I knew about it after or
4  before. From what I've read, it sounds like Kristin
5  knew before and was more intimately involved so...
6     "We found out about it afterward. What we
7  saw was, a corrupt attorney," I believe true, "hires
8  a corrupt private investigator."
9     I don't know. From what I read in the
10 contract, if Juval has done nothing illegal, then
11 that contract is valid. If he's done something
12 illegal, the contract's invalid. I don't know if
13 he's corrupt or not.
14    "We certainly didn't -- and would not --
15 authorize illegal activities."
16    That's true.
17    "That was his doing, and I understand that's
18 his nature."
19    That's his opinion.
20    "He's pretty much a loose cannon."
21    That's his opinion. If this is Frank Parlato
22 speaking for NXIVM, that's what my opinion is on
23 what I've read so far.
24    Want me to continue?
25    Q. Why don't you -- let me just pause for a

Page 301

1 moment.
2      You just testified if that's Frank Parlato
3 speaking --
4           MR. LANDY:  Reread the last half of the
5 answer, please, so I can get the quote proper.
6      "If this is Frank Parlato speaking" is
7 where you need to start unless you all want to hear
8 the whole answer.
9           (The following was read back by the
10 reporter:
11           "If this is Frank Parlato speaking for
12 NXIVM, that's what my opinion is on what I've read
13 so far.
14           Want me to continue?")
15 Q. Can you just explain that answer?  What's
16 your opinion?  Are you saying that whatever --
17 A. Each sentence that I read --
18 Q. Yeah.
19 A. Right.  I don't know if this is Frank
20 Parlato, although I have reason to believe it is,
21 considering, and I took each sentence and responded
22 to it from my perspective.
23 Q. Okay.  So what you're not saying is that if
24 this is on behalf of NXIVM, then it is also your
25 opinion?

Page 302

1 A. Correct.
2 Q. Okay.  That's -- that's all I wanted to
3 clarify.
4           MR. SKOLNIK:  I'm sorry.  Could I hear
5 the last question?
6           (The following was read back by the
7 reporter:
8           "Okay.  So what you're not saying is
9 that if this is on behalf of NXIVM, then it is also
10 your opinion?
11           ANSWER:  Correct.")
12 BY MR. LANDY:
13 Q. So let's move on to the next paragraph then,
14 or let me stop you for a second and let's just go
15 over a couple of quick things that you said.
16      You said you've seen a paper where it was
17 written that Interfor would not do anything illegal,
18 is that correct?
19 A. Yes.  I saw contract terms supposedly between
20 Interfor and NXIVM.
21 Q. Where did you see that?
22 A. At Nancy's house.
23 Q. All right.  Let's move on to the next -- also
24 -- yeah, let's move on.
25      So can we go through the next paragraph in

Page 303

1 the same manner?
2 A. Yes.
3      "When asked if he regretted hiring Aviv" --
4 am I reading that right that --
5 Q. Yeah, you want me to read it out --
6 A. -- "Robertson replied, 'How can you not
7 regret hiring the guy who would pad his own hours,
8 he'd fabricate, he'd create stories that he couldn't
9 document, and behind your back he creates fantastic
10 programs like, uh, we later found out he was going
11 to do some kind of insane sting kind of deal."
12      To comment on that, what I told you might
13 fit into this with if the astro projection thing is
14 true, that that could clearly be a fabrication and
15 something that's very difficult to verify.  As far
16 as I know, such things have never been verified in
17 science.
18      -- "insane sting kind of deal."
19      I may not know the full description of what
20 an insane sting type of deal is.  What I understood
21 did not sound particularly insane.
22      From what I understood, Juval represented he
23 had a previous relationship with Ross.  Juval said
24 that he did not want to work with Ross because Ross
25 asked him to fabricate evidence -- I don't know if

Page 304

1 that's true or not -- and that supposedly Juval said
2 he understood Ross' motives, so I don't know what
3 they concocted.
4      He says, "We're certainly not responsible,
5 nor do we condone this type of activity."
6      I don't know what "this type of activity" is.
7      "Aviv did it, there seems to be no doubt.
8 How he did, I don't know."  I don't know what it
9 is, what the sting thing is in completion.
10      "I heard that he was rummaging through
11 garbage."
12      I -- I've heard that, too.  I don't know if
13 it -- I don't think it was Aviv that was rummaging
14 through garbage from what I imagine.
15 Q. You earlier testified that Mr. O'Hara --
16 A. Am I going to need to re --
17 Q. Keep it out.  I don't think so but --
18 A. Okay, I'll just.
19 Q. If you could switch glasses.
20 A. Yeah.
21 Q. You previously testified that Mr. O'Hara had
22 suggested catching Ross in the act.
23 A. Uh-huh.
24 Q. Can you expand on that?  What did -- what did
25 Mr. O'Hara suggest?

Page 305

1    A. O'Hara and I and I think O'Hara and NXIVM
2  have a fundamental disagreement in philosophy, which
3  was always a problem.  O'Hara when we first met
4  O'Hara suggested doing things that were let's just
5  say ina -- what you might call inappropriate.  He
6  was not specific, but when I spoke to him and I
7  responded to what he said, he said, "Well, okay.
8  You don't believe in that sort of a thing."
9      He -- he believes he has stated to me that if
10  someone breaks the rules, then you can do anything.
11  I have stated back to him, "Who is to judge that?"
12  First of all, so that leaves you with a problem.  I
13  -- I thought I heard -- so I'm sorry.
14      MR. CAMPION:  If you finished the
15  answer, you finished the answer.  If you have more
16  to say, say it.
17    Q. I'm just -- you were pausing.
18    A. Yeah, okay.
19    Q. I don't know that that quite --
20      MR. LANDY:  Can you read my question
21  back, please.
22      (The following was read back by the
23  reporter:
24      "Can you expand on that?  What did --
25  what did

Page 306

1  Mr. O'Hara suggest?")
2    Q. Right, and then I believe you discussed your
3  difference of opinion but --
4    A. Inappropriate.
5    Q. -- did he suggest anything specific?
6    A. Well, he always suggested trying to observe
7  or document Ross' wrongdoings, which I think is
8  appropriate.
9    Q. Did he suggest how you should do that?
10    A. He suggested many ways.  With respect to this
11  issue, I think he wanted to get Ross documented
12  saying the slanderous things that were alleged that
13  Ross was saying.
14    Q. Did he say how he would get -- he wanted to
15  get that documented?
16    A. No.
17    Q. When did you have this conversation?
18    A. Years ago.  I had ongoing conversations with
19  Joe O'Hara.
20    Q. You can put the article aside.
21      Let me ask you a couple more questions.  You
22  won't have to actually refer to it, though.
23      Did you ever discuss this article with
24  Ms. Salzman?
25    A. Discuss this article?

Page 307

1    Q. Yes.
2    A. No.  I didn't really know about it.  I knew
3  it existed.  I never read it.
4    Q. Did you ever discuss it with Ms. Keeffe?
5    A. No.  I knew it existed.  I've never read it.
6    Q. Do you know who Chris Thompson is?
7    A. No.
8    Q. At any point, did you become aware that
9  Interfor was beginning an investigation of
10  Rick Ross?
11    A. I wasn't aware that they were beginning.  I
12  was aware that they had already investigated.
13    Q. When did you become aware of that?
14    A. When I met Juval at Nancy's house.
15    Q. Had you learned about any of the results of
16  Interfor's investigations prior to your meeting with
17  Mr. Aviv?
18    A. No.  No.  I was contemplating.  I had heard
19  from Kristin Keeffe at one point that Juval had a
20  bunch of information that she thought he had gotten
21  off the internet, and I'm quite sure that was after
22  but I'm not positive.
23    Q. After your meeting?
24    A. Or right in the proximity.  It was close in
25  proximity.

Page 308

1    Q. Do you know if anyone at NXIVM asked Interfor
2  to investigate Rick Ross?
3    A. No.
4    Q. Did you ever discuss Interfor's investigation
5  of Rick Ross with anyone at NXIVM?
6    A. Superficially, yes, with Kristin, as I
7  mentioned.  I've seen some of the documents in this
8  case which discuss it; not in detail, though.
9    Q. We discussed earlier or you testified earlier
10  that you had had some conversations with Mr. O'Hara
11  and someone from the Nolan & Heller firm about
12  hiring a private investigator.
13      Did you discuss hiring a private investigator
14  with anybody else?
15    A. I don't know if I had discussions about
16  hiring the private investigator with Nolan & Heller.
17  I gave my advice on how to select potentially a
18  private investigator.  On and off there have been
19  discussions of hiring private investigators.
20    Q. And let me rephrase the -- I should have
21  restricted that question to the year of 2004.
22    A. Okay.  I don't remember what discussions
23  happened in that year.
24    Q. In the time frame of 2004 and 2005, were you
25  made aware of an operation whereby Interfor would

Page 309

1    approach Mr. Ross and speak to him on behalf of a
2    fictitious client?
3        A. I became aware that that had happened. I
4    don't know when.
5        Q. When did -- under what circumstances did you
6    become aware that that had happened?
7        A. I think it was Joe. Joe mentioned I believe
8    that Juval had Rick Ross on tape saying he had
9    compromising pictures of me and things like in the
10   shower, something like that, and having sex with
11   many students and such things.
12       Q. Have you ever heard the tape?
13       A. No.
14       Q. Did Mr. O'Hara make any comment as to whether
15   he was pleased with the results of that -- the
16   meeting between Mr. Ross and Mr. Aviv?
17       A. No.
18       Q. Did you discuss at that point discontinuing
19   NXIVM's relationship with Interfor?
20       A. After my meeting with Juval that night at
21   Nancy's, it was my position that Juval did not --
22   did not function in a way that would be helpful to
23   us.
24       Q. What do you mean by that?
25       A. I -- I did not find Juval to be credible to

Page 310

1    me. He was talking a lot about himself. He was
2    talking a lot about his past; and when someone
3    advertises that much to me, I find them less
4    credible. So it was my position -- it sounded like
5    an awful lot of effort for things like, you know,
6    this -- the thing that I had heard, the astro
7    projection sort of stuff or whatever. And when
8    Juval spoke, it didn't sound very definite. It was
9    all very nebulous.
10       Q. Who did you discuss this with?
11       A. Which thing?
12       Q. What you just testified to, your opinion.
13       A. There were times when Joe -- I would mention
14   it to Joe. I'm sure I've mentioned it to Nancy, and
15   I certainly mentioned it to Kristin.
16       Q. Okay. Let me start with Joe. I presume
17   we're discussing Mr. O'Hara.
18           MR. SKOLNIK: Bob, I'm having trouble
19   hearing your questions.
20           MR. LANDY: Sorry.
21       A. Joe, I'm sorry.
22       Q. Yeah. We're discussing Mr. O'Hara. Did he
23   have any reaction to your position?
24       A. Joe was very friendly to me so he always took
25   my positions and seemed to agree, seemed to be

Page 311

1    pretty positive or whatever, but often with Joe
2    things did not get done so I was always wondering
3    if he was just humoring me because I'm either a
4    friend or someone who's seen as important to some
5    degree or whatever so...
6        Q. Did Ms. Salzman have any reaction when you
7    discussed this with her?
8        A. I think, yeah, Nancy takes what I say pretty
9    seriously; and I suspect she went and investigated
10   what was going on. I don't know for sure.
11       Q. Did she say anything to you?
12       A. Not directly, but the sort of things I would
13   advise in a certain circumstance like this are,
14   "What are you paying for? What are you getting as
15   a take-away product? What are you getting as an end
16   product? If you're putting money in, is it really
17   worth that money, what you're getting out the other
18   side? Are you getting just talk, or are you getting
19   specific results? Is it appropriate? Do you
20   believe in the person?" Those sort of things.
21           My impression from my memory of talking with
22   Nancy is that Nancy felt that Juval was not giving
23   results, and I don't know if that's with respect to
24   Ross because at the time the main concern was if
25   there really was some sort of money funded

Page 312

1    politically behind outside of us so that there would
2    be negative press, there would be negative politics,
3    things like that.
4        Q. How did Ms. Keeffe react to what you told
5    her?
6        A. She's more combative and -- which is fine. I
7    think it's her -- her personality. I think also she
8    was friends with Juval Aviv and upheld him often as
9    being valuable or that he really does seem credible,
10   and she thinks he's genuine and things like that.
11       Q. Do you know if there came a time when NXIVM
12   ended its relationship with Interfor?
13       A. I assume so.
14       Q. You don't know one way or the other?
15       A. No, and I don't know when if that happened.
16       Q. My next question was going to be why, not
17   when.
18       A. Oh.
19       Q. Do you know why?
20       A. No.
21       Q. I'm going to show you a document that was
22   also previously marked. This was marked as NXIVM
23   Exhibit 9. It bears the -- it bears two sets of
24   Bates numbers. It bears the Bates numbers SP0554
25   through 555 as well as JJO-000699 through 700.

Page 313

```
 1        I'd ask you to review that document.
 2     A. (Witness complies.)
 3        MR. SKOLNIK: What's the number on this?
 4        MR. LANDY: This is previously marked
 5  NXIVM-9. It's got the sticker on it.
 6  BY MR. LANDY:
 7     Q. And when you're done going through this,
 8  Mr. Raniere, my first question is going to be
 9  whether or not you recognize the document.
10     A. I don't believe this document to be true.
11     Q. We can get to that, but the first question is
12  whether you recognize it.
13     A. No. I recognize from it looking through the
14  documents in this case.
15     Q. Do you recall ever receiving this document?
16     A. No. This document says "Hand Delivered" on
17  the top.
18        If you understood my lifestyle, as certainly
19  Joe did, the only way he could hand deliver it would
20  be to hand me this document. I have never seen this
21  document.
22     Q. I direct your attention to -- one, two -- the
23  third full paragraph on the first page. There's a
24  -- the second sentence is in -- is underlined and in
25  parentheses and reads, "(Note: This specifically
```

Page 314

```
 1  includes, but is not limited to, the 'Sting
 2  Operation' that Keith has proposed Interfor
 3  undertake with" -- sorry -- "that Keith has proposed
 4  having Interfor undertake with respect to Mr.
 5  Ross)."
 6     Q. Did you propose having Interfor undertake
 7  any actions with respect to Mr. Ross?
 8     A. No.
 9     Q. Turn to the next page.
10     A. (Witness complies.)
11     Q. Who is Matthew Jones?
12     A. He's an attorney in Saratoga that is a friend
13  of Joe -- Joe O'Hara and a close friend of his
14  partner, Doug Rutnik.
15     Q. Does Mr. Jones -- has Mr. Jones ever
16  represented NXIVM?
17     A. I believe so, yes.
18     Q. Has he ever represented you?
19     A. I don't know if it -- I don't believe so.
20     Q. Was Mr. O'Hara ever your attorney?
21     A. I believe so, yes.
22     Q. I'd like to return to your meeting with
23  Mr. Aviv.
24        At that meeting or that meeting at
25  Ms. Salzman's house was -- were any plans for
```

Page 315

```
 1  Interfor's investigations in the future discussed?
 2     A. Not specifically. Juval Aviv spoke of many
 3  things that he could do for NXIVM in a very broad
 4  sense. It was more of a social dinner.
 5     Q. Did you discuss Mr. Ross' -- strike that.
 6        Did you discuss Mr. Aviv's meeting with
 7  Mr. Ross during what you said was that dinner?
 8     A. No. I don't know even if the meeting had
 9  occurred or not. He did mention I believe in that
10  meeting also that he had a preexisting relationship
11  with Ross.
12        "I know him." I think he said something
13  along those lines.
14     Q. Is this the meeting at which you learned
15  about the claim that Mr. Ross had I think you
16  described photographs of you?
17     A. No.
18     Q. When did you hear about that?
19     A. I think it was sometime after.
20     Q. Who did you hear it from?
21     A. I believe I heard it from Kristin Keeffe.
22     Q. Did you ever hear of a plan whereby Interfor
23  would arrange that Mr. Ross meet Ms. Keeffe at
24  either a resort or on a cruise with Ms. Keeffe using
25  an assumed name?
```

Page 316

```
 1     A. I've seen it in this paperwork, and I believe
 2  I heard it before I saw it in the paperwork here.
 3     Q. Who did you hear it from?
 4     A. I believe I heard it from Kristin.
 5     Q. Do you know when you dis -- when you heard it
 6  from Kristin?
 7     A. And what I heard from Kristin was not
 8  necessarily that she was to meet or whatever. I
 9  heard it in the context that -- I don't remember --
10  whoever it was claimed that there was something to
11  do with a cruise ship or she found the cruise ship
12  thing apparently ridiculous -- I don't know -- and
13  if I remember correctly, she found it to be an
14  exaggeration.
15     Q. An exaggeration of what?
16     A. It sounds like there was some planned thing
17  where they were going to get information that Ross
18  was telling people, and I don't know if it was from
19  -- with Kristin, per se, but I do believe I did hear
20  this from Kristin.
21     Q. Do you know when you heard it from Kristin?
22     A. No, not specifically.
23     Q. Do you know whether Kristin was supposed to
24  be involved in this plan?
25     A. When you say "involved" --
```

Page 317

1    Q. A participant.
2    A. Oh, that I don't know so...
3    Q. Then the second question is whether she was
4  involved in the planning of what we can refer to as
5  a sting.
6    A. That I don't know. She might have been.
7    Q. Did you ever -- I'm going to refer to that
8  meeting -- to this plan of meeting Rick Ross on a
9  cruise ship that's somewhat undefined as "the sting"
10  just for ease of --
11    A. Can you exclude the cruise ship? Just say
12  some meeting with Rick --
13    Q. Some meeting with Rick Ross somewhere --
14    A. Right.
15    Q. -- with -- well, I have to -- give me a
16  second to rephrase that.
17      Are you aware that Mr. Ross, in fact, met
18  with Mr. Aviv and one -- and an employee of Interfor
19  at some point?
20    A. Yes.
21    Q. Okay. Are you aware that there was a planned
22  second stage of this operation whereby Mr. Ross was
23  supposed to meet with someone else who would be an
24  employee or a member or a student of NXIVM?
25    A. I'm aware of that now.

Page 318

1    Q. When did you become aware of that?
2    A. Reading the paperwork. It was my impression
3  that whatever information they wanted they had
4  gotten in this tape.
5    Q. When you say "they," who are you referring
6  to?
7    A. Joe O'Hara, Interfor and that group, Nolan &
8  Heller. I don't know how they're involved in there.
9    Q. Did anyone at NXIVM ever express to you an
10  objection to the fact that Ross had or that Mr. Aviv
11  had met with Mr. Ross?
12    A. 'Cause I've read the things in this case, I
13  mean --
14    Q. Well, the question is did anyone ever express
15  to you an objection?
16    A. An objection. Not that I recall.
17    Q. Did Ms. Salzman ever discuss -- ever mention
18  any objection to the actions that Mr. Aviv had taken
19  in meeting Mr. Ross when you had a discussion with
20  her about the continuing use of Interfor's
21  services --
22    A. No.
23    Q. -- that we discussed about earlier?
24    A. No, not that I remember.
25    Q. Okay. Did Ms. Keeffe ever express an

Page 319

1  objection to you to the actions of --
2    A. No, not that I remember.
3    Q. Hold on. You got to let me finish the
4  question and then --
5    A. I haven't heard an objection to that, so I
6  was going to answer.
7    Q. I know that. I'm just -- for the transcript,
8  I got to finish the question and then you give me
9  the answer or else you got these dashes and then it
10  becomes completely muddled.
11      The question is did Ms. Keeffe ever express
12  to you any objection concerning Interfor's meeting
13  with Rick Ross?
14    A. No, not that I'm aware.
15    Q. When was the first time you saw NXIVM Exhibit
16  9?
17    A. I think when I looked through the papers
18  given me for this deposition.
19    Q. Now, correct me if I'm mischaracterizing your
20  earlier testimony, but is it your understanding that
21  Joseph O'Hara and Nolan & Heller were -- believed
22  that they had obtained the information that they
23  were seeking after Mr. Ross' first meeting with
24  Juval Aviv? Because you said "they."
25    A. Yeah. I don't know if it was after the first

Page 320

1  meeting, and I don't know exactly the whys and
2  wherefores, but what it sounded like was that
3  whatever this tape was damning and that that
4  was good.
5    Q. Did you ever -- do you know if Ms. Keeffe
6  held the same opinion?
7    A. No, I don't know.
8    Q. Did anyone actually tell you that the tape
9  was damning and that that was good? Not in those
10  specific words.
11    A. Yeah. I imagine Kristin saying some of the
12  details that I mentioned to you and in a very
13  emphatic sense said, "this, this, this." I think
14  it's my -- my opinion that it was, if you will,
15  complete, good, whatever, that that was captured.
16    MR. LANDY: Could I just have the last
17  answer read back.
18    (The following was read back by the
19  reporter:
20      "Yeah. I imagine Kristin saying some of
21  the details that I mentioned to you and in a very
22  emphatic sense said, 'this, this, this.' I think
23  it's my -- my opinion that it was, if you will,
24  complete, good, whatever, that that was captured.")
25

Page 321

1  BY MR. LANDY:
2      Q.  What do you mean by in your opinion?
3      A.  In other words, Kristin would say, you know,
4  "Oh, this, this and this."  And, you know, I had
5  heard for a long time -- we have different people
6  who have heard this from Ross and that from Ross,
7  and it's a lot of hearsay.
8          If it is indeed something that's legitimately
9  documented, that's better.  That's more reliable
10 data.  You know, no matter how much I might think
11 Ross is an opponent, there's opinion and there's
12 data, and there's a lot of hearsay.
13         MR. McGUIRE:  Mr. Landy, if such a tape
14 exists, would you produce it, please?
15         MR. LANDY:  It was produced --
16         MR. McGUIRE:  It was?
17         MR. LANDY:  -- bearing Bates numbers
18 Interfor 00001.  I have a segment with me today as
19 well as an unofficial transcript of it --
20         MR. McGUIRE:  All right.  Thank you.
21         MR. LANDY:  But we'll get to that.
22         I might have messed up the number of
23 zeroes, but I think it was four of them.
24         I'm sorry.  Now I have to hear the last
25 answer once more.

Page 322

1          (The following was read back by the
2  reporter:
3          "In other words, Kristin would say, you
4  know, 'Oh, this, this and this.'  And, you know, I
5  had heard for a long time -- we have different
6  people who have heard this from Ross and that from
7  Ross, and it's a lot of hearsay.  If it is indeed
8  something that's legitimately documented, that's
9  better.  That's more reliable data.  You know, no
10 matter how much I might think Ross is an opponent,
11 there's opinion and there's data, and there's a lot
12 of hearsay.")
13 BY MR. LANDY:
14     Q.  Were you pleased with what Ms. Keeffe told
15 you that Interfor was able to capture?
16     A.  I haven't seen the transcript of the tape, so
17 I don't know.  I mean, what she was saying sounded
18 pretty wild.
19     Q.  Do you have an understanding of where
20 Mr. Ross purportedly received the material that he
21 purported -- start that again.
22         Do you know whether or not Mr. Ross, in fact,
23 had the materials he claimed to have?
24     A.  Mr. Ross had what materials?
25     Q.  That we've been discussing, the mis --

Page 323

1      A.  The trade secret materials?
2      Q.  No, no, no.  Sorry.  Taking a broader sense to
3  shorten the conversation, that actually had the
4  materials that Ms. Keeffe had described to you?
5      A.  Like the pictures and all that?
6      Q.  Yes.
7      A.  No, I have no knowledge of that.
8      Q.  So you would have no knowledge of where he
9  got it?
10     A.  Correct.
11     Q.  Did any of the --
12     A.  I don't believe they exist.
13     Q.  My next question was did any of the things
14 that Ms. Keeffe described to you seem to be things
15 you knew actually existed?
16         MR. McGUIRE:  Let me have that read
17 back, please.
18         (The following was read back by the
19 reporter:
20         "My next question was did any of the
21 things that Ms. Keeffe described to you seem to be
22 things you knew actually existed?")
23     A.  No.
24         MR. LANDY:  All right.  Now, I actually
25 have to mark something.

Page 324

1          What are we up to?
2          THE REPORTER:  Raniere-16.
3          MR. LANDY:  Okay.  I'd ask the court
4  reporter to mark as Raniere-16 a document entitled
5  Keith Raniere's Responses to Defendant Rick Ross'
6  First Amended Set of Interrogatories to NXIVM
7  Corporation; another mouthful.
8          (Keith Raniere's Responses to Defendant
9  Rick Ross' First Amended Set of Interrogatories
10 to NXIVM Corporation was received and marked
11 Defendant's Exhibit Raniere-16 for Identification.)
12         (A discussion was held off the record.)
13 BY MR. LANDY:
14     Q.  Do you recognize this document, sir?
15     A.  Yes, I believe I do.
16     Q.  On the second-to-last page, which is Page
17 Number 13, is that your signature?
18     A.  Yes.  I am curious -- okay.  I misread
19 something where it said March 1, 2007, in the front.
20 Yeah, I have one set of things that I signed
21 February 1st but not March.
22     Q.  All right.  If you turn to Page 6, I'm going
23 to direct you to the third paragraph of the response
24 to Interrogatory Number 1.
25     A.  6?

Page 325

1  Q. Page 6.
2  A. Mr. Ran -- it starts, "Mr. Raniere does
3  recall some"?
4  Q. It starts, "Mr. Raniere does recall."
5  A. Uh-huh.
6  Q. I'll just read it for the record.
7     "Mr. Raniere does recall some communications
8  with Kristin Keeffe where the subject matter
9  generally involved a revelation that came to light
10  because of Interfor's work that Rick Ross claimed to
11  falsely possess material of a very personal nature
12  Mr. Raniere deemed inappropriate and in violation of
13  his right to privacy with which, he was informed, it
14  was Rick Ross' stated intention to coerce NXIVM."
15     Are those materials of a very personal nature
16  what we've just been discussing?
17  A. Uh-huh.
18  Q. Say "yes" or "no."
19  A. Yes.
20  Q. Okay, but you believe the -- isn't it --
21  start it again.
22     Is it true that you believe the materials
23  that Mr. Ross claimed to have don't really exist?
24  A. Correct.
25  Q. Okay. Can you explain how it is a -- what

Page 326

1  did you mean by it was a violation of -- I'm
2  paraphrasing -- your right to privacy?
3  A. Uh-huh. If such materials do exist, it's
4  either if there is a type of exaggerated hearsay going
5  on or there is slander or there is an invasion of
6  privacy. So it's my position -- and I have never
7  seen these things -- if these things exist, they are
8  a violation of my privacy. It's hard to imagine
9  they do.
10  Q. Is it your position that they violate your --
11  strike that question.
12     I'd like to direct your attention to your
13  response to Interrogatory Number 8, which is the
14  paragraph that begins on Page 9 and continues on to
15  Page 10.
16  A. Uh-huh.
17  Q. It starts with, "Without waiving these
18  objections" --
19  A. Uh-huh.
20  Q. -- but most of the paragraphs start that way.
21  A. Uh-huh.
22  Q. Just read that to yourself and then I'll ask
23  you a quick question or two.
24  A. The first line of the paragraph or
25  continuing?

Page 327

1  Q. The whole --
2  A. The full paragraph?
3  Q. Read the full paragraph.
4  A. (Witness complies.)
5     Yes.
6  Q. All right. Do you see on the -- on Page 10
7  where it says, "The details of the alleged 'plan'
8  were attended to by others, and Mr. Raniere only
9  learned of them subsequent to Interfor's attempted
10  implementation."
11  A. Yes.
12  Q. Who were the others you were referring to?
13  A. Joe O'Hara, I guess Nolan & Heller if they
14  were involved, possibly Kristin. I mean, I believe
15  she knew.
16  Q. I turn your attention to Page 11, which is
17  the response to Interrogatory Number 10.
18     Again, the paragraph starts with, "Without
19  waiving the foregoing objection," but if you would
20  read that paragraph to yourself, and then I'll have
21  a quick one or two questions about it as well.
22  A. (Witness complies.)
23     MR. McGUIRE: Interrogatory 11?
24     MR. LANDY: No. Response to 10, Page
25  11.

Page 328

1     MR. McGUIRE: I'm sorry.
2     (A discussion was held off the record.)
3  A. Uh-huh.
4  Q. On Page 11, one, two three, four -- five
5  lines down in the sentence that starts with the --
6  the last word of that sentence --
7  A. At?
8  Q. -- reads: "At some point during the course
9  of this litigation Mr. Raniere became aware of a
10  written communication from Interfor entitled 'Status
11  Report' that was a report on the status of an
12  investigation into Rick Ross."
13     When during this litigation did you become
14  aware of the Status Report?
15  A. I'm not exactly sure, but I'm trying to
16  remember if it was before or after the
17  counterclaims. I think it was before the
18  counterclaims were filed.
19  Q. By Mr. Ross? The counterclaims by Mr. Ross?
20  A. Yes.
21  Q. Okay. Did you see it?
22  A. I'm not positive. No.
23  Q. Who did you hear about it from?
24  A. I believe I heard about it from Kristin.
25  Q. All right. You can put Raniere-16 aside.

Page 329

1      Who is Toni Natalie?
2      A.  Toni Natalie is a -- she was an ex-business associate
3  of mine, someone who was involved with Consumers'
4  Buyline, someone that I was very involved with
5  personally.
6      Q.  By "personally," do you mean romantically?
7          MR. CAMPION:  None of that.
8          Are you going to press that point.
9          MR. LANDY:  Let me take a look and see
10  if I can get around it.
11          Let's go off the record for one second.
12          Can we chat for a second?
13          MR. CAMPION:  Sure.
14          THE VIDEOGRAPHER:  Going off the record
15  at 2:45.
16          (At this point, there was a short
17  recess.)
18          THE VIDEOGRAPHER:  This is the beginning
19  of Tape Number 5.  The time is 3:08.
20  BY MR. LANDY:
21      Q.  At this point, Mr. Raniere, I'd like to mark
22  an excerpt from an audio recording.  I'll represent
23  to you that this audio recording was produced in
24  discovery in this action.  It bears the Bates
25  Numbers Interfor 00001, and what I'm going to --

Page 330

1  what we will be discussing is the section on the
2  CD that runs from 55 minutes and 32 seconds to 57
3  minutes and 34 seconds.
4      I've spoken with your counsel while off the
5  record, and he's agreed to in lieu of me actually
6  playing this excerpt handing out a transcript of the
7  excerpt that was prepared by my office.  This is
8  not an official transcript.  We did our best to be
9  as accurate as possible.
10          MR. CAMPION:  Okay.  Let's go.
11          MR. LANDY:  All right, and this is going
12  to be marked as Raniere-Exhibit 17.
13          (Excerpt From Audio Recording of Meeting
14  Among Rick Ross, Juval Aviv, and Lynne Friedman on
15  November 23, 2004, consisting of two pages was
16  received and marked Defendant's Exhibit Raniere-17
17  for Identification.)
18          MR. CAMPION:  Obviously, the witness and
19  his counsel are not in a position to affirm or deny
20  the accuracy of the translation, but we accept the
21  representation you have made and believe the
22  questioning should now proceed.
23          MR. LANDY:  Okay.
24  BY MR. LANDY:
25      Q.  In the interest of time, I'm not going to go

Page 331

1  over the entire excerpt.  What we'll do is I'll
2  read a portion, and then I'll ask you a question;
3  and then I'll read a portion, and then I'll ask you
4  a question.
5          MR. SKOLNIK:  Bob, could you keep your
6  voice up?
7          MR. LANDY:  Yeah, sure.
8          MR. SKOLNIK:  I'm still having trouble
9  hearing you.
10  BY MR. LANDY:
11      Q.  So I'm starting approximately -- starting
12  about halfway down the page with Mr. Aviv where he
13  starts, "Also update your files," and it goes as
14  such.
15      "Aviv:  Also update your files, if there is,
16  find out the latest in the cult.  You have anything,
17  you know new is going on, because I think that will"
18  -- sorry -- "that what will impress her that you
19  know about them everything.  That's what is going
20  currently and things like that."
21      "Ross:  How's this for impressive:  I have
22  200 photographs of Raniere at one of his functions.
23  I have him in compromising poses with his (sic)
24  girlfriends."
25      "Aviv:  Oh, my God!

Page 332

1      Ross:  I have him in the nude.  I have, I
2  have one picture of him naked standing in front of
3  his girlfriend with a red ribbon tied around his
4  penis.
5      Aviv:  No!
6      Ross:  Which is erect.
7      Aviv:  Oh, my God!  (Laughter)."
8      Did Ms. Keeffe tell you about those
9  statements that Mr. Ross made?
10      A.  I believe she mentioned the photograph with
11  the ribbon, and I heard that there were many
12  photographs supposedly, me in the shower and such
13  things.  I don't know if it was her.
14      Q.  Moving on to the second page of the
15  transcript, the second quote from Mr. Ross says:
16      "Ross:  No, I guarantee you she hasn't.  I
17  have letter written.  I can get a copy of a letter
18  written in his own hand in which he states all of
19  these things (sic) that I am telling you and about
20  the Christ child, how you will bear my seed in your
21  womb.  Crazy stuff and court records that have
22  nothing" (sic) -- "that have to do with harassment
23  of his former girlfriend."
24      Do you know what letter he's referring to
25  here?  By "he," I mean Mr. Ross.

Page 333

1    A.  No.
2    Q.  Did Ms. Keeffe tell you about this letter?
3    A.  I don't believe she told me about the letter.
4    Q.  You can put it aside.
5        MR. McGUIRE:  Just one second, Bob.
6        (A discussion was held off the record.
7        MR. LANDY:  Go on?
8        MR. McGUIRE:  Yes.
9        MR. McGUIRE:  Okay.
10   BY MR. LANDY:
11   Q.  Do you know whether a purpose of the Ross
12   investigation was to find out about Ross' past?
13   A.  The purpose -- I suspect when you investigate
14   someone you do a dossier of some sort on them.  I
15   don't know if that was the purpose necessarily.
16   Q.  No.  I'm not asking you to speculate.  I'm
17   asking you whether you know what the purpose was.
18   A.  I don't know.
19   Q.  Do you know whether, in fact, Interfor
20   collected information about Ross -- Mr. Ross' past?
21   A.  No, I don't know.
22   Q.  I won't use the word "purpose" then.
23       Do you know whether one of the objections --
24   objections -- start again.
25       Do you know whether one of the objectives of

Page 334

1    the Ross investigation was to find out about
2    Mr. Ross' finances?
3    A.  No, I don't know that.
4    Q.  Do you know whether Interfor, in fact, did
5    learn anything about Mr. Ross' finances?
6    A.  I've heard from the Metroland article that
7    the reporter, Chet Hardin, spoke to Rick Ross on the
8    phone and identified that within the report there
9    were accurate financial transactions from Rick Ross.
10   That's as much as I know.  As much as that is true,
11   that's as much as I know.
12   Q.  Did you ever speak to Ms. Keeffe about
13   financial information that Interfor had uncovered
14   concerning Mr. Ross?
15   A.  No.
16   Q.  Did you ever speak to Ms. Salzman about it?
17   A.  No.
18   Q.  Was one of the objections -- I did it again.
19   Start again.
20       Was one of the objectives of the Ross
21   investigation to find out who Mr. Ross communicated
22   with?
23   A.  I'm not sure.  I -- I don't know that for
24   sure.
25   Q.  Do you know whether, in fact, Interfor

Page 335

1    obtained information concerning who Mr. Ross was in
2    communication with?
3    A.  No, I don't know.
4    Q.  You partially answered this yesterday, but
5    have you ever spoken with anyone who is a member of
6    the Church of Scientology?
7    A.  Yes.
8    Q.  Have you ever spoken to anyone who is a
9    member of the Church of Scientology about Rick Ross?
10   A.  No -- oh, well, maybe.  It's possible.
11   Q.  Do you know who that conversation would have
12   been with?
13   A.  Sean Bergeron.
14   Q.  Who is Mr. Bergeron?
15   A.  I play volleyball with him.  He's a student
16   at NXIVM.  He's a friend.  I tutored him in biology.
17   Q.  But you don't remember the substance of any
18   conversations concerning Mr. Ross?
19   A.  No.  It would be just something in passing or
20   general.
21   Q.  Have you ever seen any documents or
22   information -- start that again.
23       Have you ever seen any documents or
24   information concerning Mr. Ross that you understood
25   to be from the Church of Scientology or from a

Page 336

1    person affiliated with the Church of Scientology?
2    A.  Say that again.  Have I ever seen any
3    documents from --
4    Q.  Let me start the question again.
5        Have you ever seen any documents that you
6    understood to be from a representative or a member
7    of the Church of Scientology concerning Mr. Ross?
8    A.  I think so.
9    Q.  What have you seen?
10   A.  There is a woman -- I think her name is Nancy
11   Anamann or something like that -- who allegedly got
12   a whole bunch of information, and it's on a CD and
13   available on the Internet or some such thing.  I
14   have seen some things from that.  I believe it's
15   from that.
16   Q.  How did you come to see that information?
17   A.  I think --
18       THE WITNESS:  'Cause this involves an
19   attorney.
20       MR. CAMPION:  Attorney-client privileged
21   material will be waived.
22       THE WITNESS:  Okay.
23   A.  I'm not sure if I've seen it outside of that.
24   I don't know.
25   Q.  Is it your understanding that Ms. Keeffe

Page 337

1  attended to the day-to-day management of Interfor's
2  investigations?
3          MR. McGUIRE:  Object to the form of that
4  question.
5      Q.  Let me rephrase it.
6      Is it your understanding that Ms. Keeffe was
7  Interfor's primary contact at NXIVM?
8      A.  She was definitely a contact at NXIVM.  I
9  don't know if she was the primary contact because
10 she and Joe worked very closely together on such
11 matters.
12     Q.  Did Ms. Keeffe ever tell you that Interfor
13 had collected Mr. Ross' trash as part of the
14 investigation?
15     A.  I don't know if she told me.  I have heard
16 that, and I've seen it in the --
17     Q.  When did you --
18     A.  -- documentation.
19     Q.  Do you know when you first heard it?
20     A.  It may have been after Joe left I think I
21 heard that he had -- maybe he had trash or something
22 like that that had -- that had something that had to
23 be -- that had to be decided what to do with or
24 whatever.
25          Joe was saying all sorts of complaints, and I

Page 338

1  think at that point I heard that that was from
2  Rick Ross, possibly from Kristin.
3      Q.  Possibly from --
4      A.  Kristin.
5      Q.  The trash was from Rick Ross.  The
6  information was possibly from Kristin, just to --
7      A.  Correct.
8      Q.  -- be clear.
9      A.  And that's what I heard.  I never saw the
10 trash.
11     Q.  Again, the question was when.  You testified
12 around the time that --
13     A.  It was that spring.  I'm trying to think of
14 what year it was but --
15     Q.  2005?
16     A.  Yeah.  It was something like March, somewhere
17 in there.
18     Q.  Were you ever made aware of what the sources
19 of Interfor's information was?
20     A.  No.
21     Q.  Do you know whether Interfor received
22 documents from the Scientologists?
23     A.  No.
24     Q.  Do you know who Kendrick Moxon is?
25     A.  No.

Page 339

1      Q.  The answer was?
2      A.  No.
3      Q.  Okay.
4      A.  I'm sorry.
5      Q.  Was Interfor's investigation of Rick Ross
6  part of a larger public relations campaign to
7  improve NXIVM's image?
8      A.  I might classify it that way, I imagine.
9      Q.  Have you heard of a company called Sitrick &
10 Company -- Sitrick & Co.?
11     A.  Yes.
12     Q.  What is Sitrick & Co.?
13     A.  To my knowledge, they're a PR firm.
14     Q.  Okay.  Do you know whether Sitrick & Co. And
15 Interfor worked in concert on behalf of NXIVM?
16     A.  I'm not sure.
17     Q.  What was Sitrick hired to do?
18     A.  Create a branding image for NXIVM and to
19 create positive press.  In specific, I think the
20 head of Sitrick had said that he had a re -- a good
21 relationship with Forbes magazine so that an article
22 might be run to counter the other article.
23     Q.  Was part of what Sitrick was hired to do is
24 discredit Mr. Ross?
25     A.  I don't know.

Page 340

1      Q.  I'm going to ask you a couple questions
2  concerning Ms. Keeffe.
3          Do you have an understanding of what her
4  responsibilities at NXIVM were in the period of 2004
5  to 2005?
6      A.  Not completely, no.
7      Q.  Do you have a partial understanding?
8      A.  (No audible response.)
9      Q.  What is your partial understanding?
10     A.  She worked closely -- well, when Joe was
11 around, she worked closely with Joe.  She also works
12 closely with the NXIVM attorneys.  She does like
13 paperwork and things like that, and when they need
14 data, she gather data from what I understand.
15     Q.  Is it her job to hire and fire outside
16 counsel?
17     A.  No.
18     Q.  Did -- in the period of 2004 and 2005,
19 are you aware if whether -- are you aware if
20 Ms. Keeffe ever conducted investigations on her
21 own on behalf of NXIVM?
22     A.  She may have.  I don't know.  It implies --
23 when she says things relating to the internet like
24 Juval Aviv got stuff off of the internet, I mean,
25 she probably has looked on the internet so...

Page 341

1    Q.  Between 2004 or in the period of 2004 to 2005
2  -- let me start the question again.
3        Do you know whether in the time frame of 2004
4  or 2005 Ms. Keeffe conducted any surveillance on any
5  property on behalf of NXIVM?
6    A.  Surveillance on property.
7    Q.  By "property," I mean an address.
8    A.  And surveillance.  Where --
9    Q.  I mean, it's -- let me --
10   A.  I have a piece of information, and it may
11 fall in this bailiwick.  I had heard that when Rick
12 Ross first moved here, he lived in a small
13 apartment.  Now he lives in a very large apartment.
14 I don't know if she went and looked that on the
15 internet or how she knows that, but it seems
16 reasonable if she makes a trip to New Jersey to
17 drive by an address to see what it looks like.  She
18 seemed to have opinions about it.
19   Q.  What did Ms. Keeffe say when she told you
20 about Mr. Ross' apartments?  Let me back that up.
21 That assumes that Ms. Keeffe told you that.
22       How did you come to learn that Ms. Keeffe
23 knew what Mr. Ross' apart -- two apartments looked
24 like?
25   A.  How did -- I'm sorry.

Page 342

1    Q.  How did you come to learn that Ms. Keeffe had
2  an understanding of what Mr. Ross' apartments looked
3  like?
4    A.  She told me that she thinks Mr. Ross has a
5  good degree of wherewithal.
6    Q.  Did she say anything else during that
7  conversation concerning Mr. Ross?
8    A.  No.
9    Q.  Did Ms. Keeffe ever tell you that she had
10 obtained Mr. Ross' phone records?
11   A.  No.
12   Q.  Did Ms. Keeffe ever tell you that she
13 obtained Ms. Natalie's phone records?
14   A.  No.
15   Q.  Has Keith Raniere always been your legal
16 name?
17   A.  Yes.
18   Q.  I'm sorry.
19   A.  Alan --
20   Q.  Has Keith Alan Raniere always been --
21   A.  Yes.
22   Q.  -- your legal name?
23       In the period of 2004 to 2005, did you have
24 an office?
25   A.  Probably not.  No, I don't think so.

Page 343

1    Q.  Have you ever been arrested?
2    A.  I don't know.  I did a traffic infraction
3  once.
4    Q.  If that's your answer, that's fine.
5    A.  Yeah, I -- yeah.
6    Q.  Have you ever been convicted of a crime?
7    A.  No.
8    Q.  Bear with me for about two minutes.  I think
9  I'm done.  I'll just review my notes.
10       Do you know whether NXIVM and Frank Parlato,
11 Jr. Ever had a falling out?
12   A.  I believe so.
13   Q.  Do you know the circumstances of that?
14   A.  No, I don't know the complete circumstances.
15   Q.  Do you know who would?
16   A.  Kristin probably would.
17   Q.  Would Ms. Salzman?
18   A.  I suspect she would, but I'm not sure.
19       MR. LANDY:  That's a different day.
20 I'll actually ask her.
21       All right.  I think I got one follow-up.
22 Let me look at my notes from earlier.
23       Sir, thank you for your time.  I have no
24 further questions.
25       THE WITNESS:  Thank you.

Page 344

1        MR. SKOLNIK:  The record should reflect
2  that I'm going to start questioning Mr. Raniere now.
3  I have several hours of questions for Mr. Raniere,
4  and I have already been advised by counsel that
5  you're planning to cut this deposition off today at
6  5:30.  If that's the case, rest assured that I'll be
7  making an application to the Court for another --
8  another day, and I would suggest and I want it on
9  the record that I'm suggesting that before we all
10 adjourn today, since we are all here, that we try
11 to agree upon an adjourned date.
12       I'm assuming that you'll oppose the
13 application for another date, but I think that we
14 ought to agree upon a resumed date of the deposition
15 if Judge Falk or Judge Cavanaugh grants my request
16 to continue the deposition.
17       MR. CAMPION:  Mr. Skolnik, we're
18 prepared to go until 7:00 today if that will
19 conclude the deposition.
20       MR. SKOLNIK:  It will not.
21       MR. CAMPION:  Okay.
22       MR. McGUIRE:  That would take us to more
23 than two days.
24       MR. SKOLNIK:  I mean, the record -- the
25 record will reflect the amount of time that

Page 345

1 Mr. Raniere has actually been questioned when you
2 take into consideration among other things the break
3 that we all took yesterday for the best part of
4 almost two hours for our negotiation; but that
5 aside, no matter how many hours have actually been
6 placed on the record, I'm going to be applying for a
7 new amount of time.
8        MR. CAMPION:  Okay.
9
10 CROSS-EXAMINATION BY MR. SKOLNIK:
11    Q.  Mr. Raniere, I think you know I'm Peter
12 Skolnik, and I represent the Ross defendants and the
13 Martin defendants; and the same rules that have been
14 applying for the questioning by other counsel apply
15 as well.
16        You understand that?
17    A.  Yes.
18    Q.  And you understand you're still under oath?
19    A.  Yes.
20    Q.  Okay.  You testified earlier today that
21 Frank Parlato had been hired to generate positive
22 press for NXIVM, is that right?
23    A.  I believe so.
24    Q.  Why?
25    A.  I imagine because NXIVM has negative press.

Page 346

1    Q.  So what kind of press in particular was
2 Mr. Parlato hired to try to generate?
3    A.  I don't know specifically.
4    Q.  Do you know generally?
5    A.  I imagine positive articles, positive stories
6 relating to NXIVM.
7    Q.  And what is the basis for your knowledge
8 about Mr. Parlato's assignment?
9    A.  Some things that Mr. Parlato has told me.
10    Q.  Do you know about his assignment from anyone
11 other than Mr. Parlato himself?
12    A.  Somewhat from Kristin Keeffe, I believe.
13    Q.  What did Kristin Keeffe tell you?
14    A.  I think she had a great degree of belief in
15 Frank's ability to handle the media, that he was
16 strong, that he had media connections so that he
17 could get events covered and positive press.
18    Q.  How did she know Mr. Parlato?
19    A.  She worked with him quite a bit.  I think
20 they were friends.
21    Q.  When you say she worked with him, she worked
22 with him prior to her involvement with NXIVM or
23 prior to his involvement with NXIVM?
24    A.  No.  It's my understanding she met him
25 through NXIVM.  I think she met him through a NXIVM

Page 347

1 consultant.
2    Q.  Who was that consultant?
3    A.  I think it was Steve Pigeon, but I'm not
4 sure.
5    Q.  And what kind of consulting did Mr. Pigeon do
6 for NXIVM?
7    A.  I don't know exactly.  I think he's a lawyer.
8    Q.  You testified that you found Mr. Parlato to
9 be aggressive.
10    A.  Yes.
11    Q.  In what way was he aggressive?
12    A.  In the way he spoke, in the way he moved, in
13 some of the things that he said.
14    Q.  What kinds of things did he say?
15    A.  He believed that making statements to the
16 media was good and stating things that he believed
17 to be true to the media was good.  I believe that if
18 you deal with the media, they may well take what you
19 say or not.  They may take it out of context, and he
20 believed in speaking to the media, talking to the
21 media, giving interviews with the media and things
22 like that.
23    Q.  Did he ever tell you that he thought making
24 misrepresentations to the media was in NXIVM's best
25 interests?

Page 348

1    A.  No, and that's something that I would not
2 agree with.
3    Q.  But he never told you that?
4    A.  No.
5    Q.  And he never told you that he was going to
6 use aliases to represent NXIVM to the media?
7    A.  No.
8    Q.  What did you conclude when you found out
9 about that?
10    A.  Found out about?
11    Q.  That he had used an alias in talking to the
12 media.
13    A.  I found out about that today.
14    Q.  And how did you react today?
15    A.  I -- I think it's horrible.  I don't agree
16 with it.
17    Q.  Now, you told us that you and Mr. Parlato
18 discussed Mr. Ross, and I think you said that --
19 that Mr. Parlato's opinion was that Mr. Ross was
20 the lowest of the low.
21        Was that your phrase?
22    A.  Yes.
23    Q.  What was the basis for his opinion?
24    A.  I don't know.
25    Q.  Did you ask him?

Page 349

1    A.  He said to me, "I know his type."
2    I believe his basis for the opinion was
3  reading what was on the internet.
4    Q.  Did you ask him what the basis for his
5  opinion was?
6    A.  No.
7    Q.  Do you simply take people's word for that
8  kind of thing without investigating what -- what
9  they're talking about?
10   A.  I think you're assuming that I believed what
11  he said.  I believe that he believed that.  I didn't
12  think he was lying to me, that he believed Ross was
13  the lowest of the low.
14   Q.  So you didn't explore the subject with him at
15  all?  You didn't -- you didn't challenge him?
16   A.  No.
17   Q.  We need verbal answers.
18   A.  No, I did not challenge him.
19   Q.  Now, you testified that you told Joseph
20  O'Hara to hire both of the firms that had been
21  suggested by Nolan & Heller.
22   A.  I suggested.
23   Q.  Right, and that you suggested they both be
24  given a simple assignment and to compare the
25  results.

Page 350

1    A.  Uh-huh.
2    Q.  Why was O'Hara suggesting that NXIVM hire any
3  firm?
4        MR. McGUIRE:  Object to the form of the
5  question.
6    Q.  You can answer.
7    A.  I don't understand.  Oh --
8        MR. CAMPION:  You may answer.
9        THE WITNESS:  Okay.
10   A.  I think there is a suspicion -- was a
11  suspicion that there was money politically put
12  against us so that we did not get good press and
13  that we did not get a fair hearing in the media and
14  in the political arenas.  So the question has always
15  been if this is true; and then if this is true, who,
16  how, what is -- what is behind it?
17   Q.  Who had that suspicion?
18   A.  I -- I think I've shared that suspicion to a
19  degree.  I think Nancy shares that suspicion.  I
20  think Kristin shares that suspicion.  I think a
21  number of people do.
22   Q.  Who suggested to Mr. O'Hara that he try to
23  get names of investigators?
24   A.  I don't know.
25   Q.  Did he approach you about the idea of hiring

Page 351

1  investigators?
2    A.  Yes.  As a matter of fact, I think he
3  originally approached because he wanted to find
4  someone who would find Kris Snyder.
5    Q.  Why did he want to find someone who could
6  find Kris Snyder?
7    A.  Because some people believe, as I do, that
8  Kris Snyder is likely alive.
9    Q.  Were either of the simple assignments that
10  you suggested be given to the two firms suggested by
11  Nolan & Heller related to the search for Kristin
12  Snyder?
13       MR. LANDY:  I warn counsel that we're
14  now going into an area that's outside of Judge
15  Treece's opinion concerning which portion of
16  Interfor's relationship with NXIVM the
17  attorney-client privilege had been waived on.
18       THE WITNESS:  Also, I believe Joe O'Hara
19  was my attorney.
20       MR. LANDY:  I can't instruct anyone to
21  answer or not answer.  I'm just making a statement.
22       MR. CAMPION:  Could I have the question
23  again, please?
24       MR. SKOLNIK:  Could you read it back?
25       (The following was read back by the

Page 352

1  reporter:
2        "Were either of the simple assignments
3  that you suggested be given to the two firms
4  suggested by Nolan & Heller related to the search
5  for" --)
6        MR. CAMPION:  Okay.  That does not
7  involve a privilege question.
8  Continuing...
9    A.  I didn't specify the assignment.  I said it
10  should be simple and verifiable.
11   Q.  I want to ask you to call upon your powers of
12  recall and give me the best recollection you have
13  today of the sequence of your knowledge about
14  NXIVM's involvement with Interfor.
15       What did you know, when did you know it, and
16  who did you know it from?
17   A.  I knew from Joe O'Hara that there existed
18  Interfor.  They were one of two firms that Nolan &
19  Heller, an attorney firm, had used or suggested and
20  I don't know which.  I was aware I think NXIVM ended
21  up using both firms on an ongoing basis.  I don't
22  know how long the other firm was used.
23   Q.  Do you know what the other firm was used for?
24   A.  No.
25       MR. McGUIRE:  Mr. -- oh, I'm sorry.

Page 353

```
 1            Go ahead.  Finish your answer.  I beg
 2  your pardon.
 3            THE WITNESS:  Okay.
 4       A.  I do consider Joe O'Hara my attorney so I
 5  don't know what to --
 6            MR. McGUIRE:  Well, that's what I was
 7  just going to put on the record.
 8            At the last deposition -- I think it was
 9  of Ms. Keeffe -- it was agreed that we would reserve
10  our rights concerning the attorney-client
11  relationship with Mr. O'Hara.
12            So with your agreement, I will stipulate
13  or you will stipulate and the two of us will
14  stipulate that we're reserving all of those rights.
15            MR. SKOLNIK:  Agreed.
16            MR. McGUIRE:  Okay.
17            MR. CAMPION:  Continue to answer the
18  question without reference to conversations with
19  O'Hara.
20            MR. McGUIRE:  Unless they took place
21  after a point in time where in the Treece opinion
22  O'Hara conceded that he became the attorney for
23  NXIVM.  I think that was sometime in July, if I
24  recall.
25            MR. SKOLNIK:  So the record is clear --
```

Page 354

```
 1  and, Mr. Campion, for your benefit because I know
 2  you haven't been following all of this for as long
 3  as the rest of us -- it's our position that the
 4  rulings that Judge Falk has made and that Judge
 5  Treece has made make the entire Interfor
 6  investigation outside of the attorney-client
 7  privilege.
 8            There were findings about the Crime
 9  Fraud Doctrine, so it's our position that there is
10  no attorney-client privilege attaching to Mr. O'Hara
11  or to any other aspect of that investigation.
12  That's the basis upon which Mr. McGuire and I and
13  other counsel came to an agreement about such
14  questions during the Keeffe deposition.
15            MR. CAMPION:  Okay.
16            MR. McGUIRE:  That's an overstatement.
17  And let me quote from the Treece opinion, which is
18  that "Ross and O'Hara should not conclude that this
19  decision and order has opened the corral doors to
20  allow that which may be protected by the
21  attorney-client privilege be trampled.  It is very
22  limited and it does not include the whole Interfor
23  relationship."
24            MR. CAMPION:  In any event, so that we
25  can continue this, you may answer the question put
```

Page 355

```
 1  by counsel without reference to communications
 2  between you and O'Hara, okay.
 3            THE WITNESS:  Do I delete them?
 4            MR. CAMPION:  Indicate at the beginning
 5  of your answer that you are not including those
 6  conversations, okay.
 7            THE WITNESS:  Okay.
 8            How do -- if I have found factual
 9  information through O'Hara that I know, how do I
10  add that in?
11            MR. CAMPION:  There's the communication
12  that is privileged.  What you do with the result of
13  the communication may not be privileged, okay.
14            Proceed.
15            THE WITNESS:  Okay.
16  Continuing...
17       A.  I'm trying to think of what I heard next.  I
18  have heard that -- I heard that Juval had some
19  incredible stories about what was going on with us
20  politically.  I heard that Juval had said that the
21  Legions of Christ from Mexico were against us, but
22  the Masons were for us and that the Legions of
23  Christ -- some representative from there had come up
24  to New York and given Senator Alphonse D'Amato a
25  substantial portion of money to go and execute
```

Page 356

```
 1  agenda items against us.
 2       Q.  All right.  Let me interrupt you just so that
 3  we could get the sequence here --
 4            MR. McGUIRE:  Well --
 5       Q.  -- because what I'm interested in is the
 6  sequence.
 7            MR. McGUIRE:  Mr. Skolnik, let him
 8  answer the question.  You want to follow up on it,
 9  fine, but you --
10            MR. SKOLNIK:  How many lawyers are
11  making objections here?
12            MR. McGUIRE:  Wait a minute.  Just a
13  second.  I don't interrupt you.  Please don't
14  interrupt me.  We'll get along much better.
15            We can all sing together, but we can't
16  talk together.
17            You asked him a question.  The gentleman
18  was in the process of giving you an answer.  Wait
19  until he finishes his answer.  Then if you have any
20  objection, move to strike anything or have any
21  additional questions, proceed; but you do not have
22  the right unilaterally to stop this man from
23  answering a question.
24            MR. CAMPION:  Mr. Skolnik, it appeared
25  to me it was an open-ended question.
```

Page 357

```
1        MR. SKOLNIK:  It was indeed an
2  open-ended question, but I was asking for sequence;
3  and it seemed to me that we would be better able to
4  establish sequence if I occasionally asked for some
5  time frames.
6        But if you want to go and give me the
7  entire story, then we'll backtrack on it.  We're
8  just going to be here longer.
9        MR. CAMPION:  Continue with the answer.
10 Continuing...
11     A.  That was the next thing I remember now
12 hearing about it and that I also heard then that
13 Juval had a neighbor where Alphonse D'Amato and
14 that Alphonse D'Amato could be, if you will, stopped
15 as far as harassing us and that, in fact, Alphonse
16 D'Amato no longer had much interest in it because he
17 had done what he was paid for.
18     I'm not sure what time those series of events
19 that I heard from Interfor.  I am not sure if I
20 actually heard that before I met Juval Aviv, the
21 night that I met him at Nancy's.  I think I heard
22 that afterwards.  When I met Juval, he was telling
23 me at Nancy's about himself; and I think had I known
24 that information, I would have evaluated the data
25 differently.
```

Page 358

```
1        I don't remember where in the sequence of
2  events was the first time that I heard that Juval
3  had a preexisting relationship with Rick Ross.  I
4  heard that Juval had this preexisting relationship
5  and that allegedly Juval did not want to work with
6  Rick Ross because allegedly Rick Ross wanted him to
7  fabricate evidence.
8        I'm not sure about when I heard the results
9  of the sting, so to speak, or whatever you want to
10 call it.  I did hear that there was a meeting and
11 that the meeting was recorded and that there were
12 representations made in the meeting which -- some of
13 which I've said already.
14     Is there more?
15     Q.  The information that you heard about Juval
16 Aviv's statements about Senator D'Amato and the
17 Children of Christ, did you hear that information
18 about Mr. Aviv before the investigation itself of
19 Rick Ross commenced?
20     A.  I don't know.  I don't know when the
21 investigation of Rick Ross commenced.
22     Q.  So you might have heard it before the
23 investigation commenced, and you might have heard
24 it while the investigation was ongoing?
25     A.  Yes, I think that that may be so.
```

Page 359

```
1        Q.  Okay.  Did you meet Mr. Aviv at Nancy
2  Salzman's house before or after the investigation
3  had commenced?
4        A.  I think it was after, although I don't know
5  when the investigation commenced 'cause Rick --
6  because Juval mentioned Ross in conversation.  So I
7  imagine that if he was mentioning Ross like that, he
8  would have already been investigating.
9        Q.  Did he mention anything about the meeting
10 that had been conducted with Mr. Ross?
11     A.  No.
12     Q.  Were you aware at the time you met Mr. Aviv
13 that a meeting with Mr. Ross had taken place?
14     A.  No.
15     Q.  Who told you about Juval Aviv claiming to
16 have had a prior relationship with Rick Ross and had
17 been asked to fabricate evidence?
18     A.  I believe Kristin Keeffe told me that.  It
19 may have been that Juval mentioned that at Nancy's
20 house.
21     Q.  Are you saying that you either heard it from
22 Kristin Keeffe or you heard it directly from Juval?
23     A.  Or both.
24     Q.  Or both, but you can't recall today?
25     A.  No, I cannot.
```

Page 360

```
1        Q.  When you became aware of the fact that NXIVM
2  had retained Interfor to investigate Mr. Ross, you
3  knew that a lawsuit against Mr. Ross by NXIVM was
4  already pending; didn't you?
5        A.  I'm not sure of the sequence.  I think that's
6  possible.
7        Q.  But you never discussed with anyone the
8  propriety of --
9        A.  I would have had -- I believe I would have
10 had to have known because Joe O'Hara came on after
11 the lawsuit with NXIVM; and Joe O'Hara hired Nolan &
12 Heller which hired Juval's firm, so yes.
13     Q.  Okay, and did you ever discuss with anyone
14 the propriety of NXIVM arranging to interview
15 Mr. Ross through Interfor without Mr. Ross having
16 counsel present while a lawsuit against him was
17 pending?
18        MR. McGUIRE:  Object to the form of that
19 question.
20     A.  No.
21     Q.  You told us that Kristin Keeffe was friendly
22 with Juval Aviv.
23     A.  Yes.
24     Q.  How was she friendly?  How did she know him?
25     A.  Well, I think she met him professionally, but
```

Page 361

1 it was my impression that they became friends.
2     Q.  Did they become friends before he was
3 retained by NXIVM?
4     A.  I don't know for sure.  I don't think -- no,
5 it wouldn't make sense that she would have.
6     Q.  Do you have any understanding about whether
7 she had a prior relationship with Mr. Aviv while she
8 worked at NXIVM?
9     A.  In other words, did she know -- did she have
10 a relationship with Mr. Aviv before Mr. Aviv came to
11 NXIVM's attention?
12    Q.  Yes.
13    A.  Okay.  I don't know Kristin's personal life,
14 but I don't have that impression.
15    Q.  To your knowledge, has Kristin Keeffe ever
16 been arrested?
17    A.  No.  I don't know for sure.
18    Q.  You never heard that she was arrested
19 breaking into Toni Natalie's house?
20    A.  Oh, I heard that there was -- okay, then she
21 was probably arrested.  Yes, I heard that she
22 delivered a present to Toni Natalie and that Toni
23 Natalie waged a complaint against her and that they
24 went to court over it.
25    Q.  Who told you that she was delivering a

Page 362

1 present to Toni Natalie?
2     A.  Kristin did.
3     Q.  Are you under the impression that she was
4 delivering this present when Toni Natalie was home?
5     A.  Yes.
6     Q.  So it's not your understanding that she was
7 breaking into Toni Natalie's house?
8     A.  Correct.
9     Q.  Okay, and it's not your impression that she
10 was trying to uncover the very letter that is
11 referred to in the transcript that we looked at
12 earlier?
13    A.  A letter -- oh, no.  No.
14    Q.  What did you discuss with Mr. Bergeron about
15 Rick Ross?
16    A.  I don't -- you know, over time, because he's
17 a friend and I see him two, three times a week, I
18 said to him -- I tutor him -- he has read the
19 internet that Rick Ross thinks we're like
20 Scientology and different things, so I think it's
21 his opinion that we're not like Scientology.
22        He asks sometimes, you know, "How is the
23 legal stuff going, do you know?  How is the PR
24 going?"  You know, "What's going on?"  Those sort of
25 things.

Page 363

1     Q.  Whose job at NXIVM is it to hire outside
2 counsel?
3     A.  I think ultimately it's Nancy's.  She has not
4 had that job the whole time, being it was Joe's job
5 for a time.  There was also another woman at one
6 point who was acting as a counsel.  I don't know if
7 -- I think there was another man named Alan Korman
8 who also had that job.
9     Q.  When NXIVM hires outside counsel, are you
10 consulted?
11    A.  Often not.  Sometimes I have been.
12    Q.  Have you been consulted about the counsel
13 that NXIVM has hired to represent it in this
14 litigation?
15    A.  Which one?
16    Q.  Funny you should ask.
17        Have you been involved in the decisions that
18 have been made periodically to replace counsel?
19    A.  I think sometimes comments I have made have
20 fomented the replacement of counsel.  No, I am not
21 involved with that.
22    Q.  I want to clarify some of your testimony in
23 response to Mr. Kofman's questions yesterday.
24 Excuse me.
25        You have no personal knowledge that Rick Ross

Page 364

1 told Aaron Kassin or anyone else that he "wanted
2 NXIVM's confidential information," isn't that right?
3     A.  When you say "personal knowledge," did I hear
4 him say that directly?  No.
5     Q.  Well, you didn't hear him say it directly?
6     A.  No.
7     Q.  So what, if any, basis do you have for
8 believing that Rick Ross told Aaron Kassin that he
9 wanted NXIVM's personal information?
10    A.  I think I saw it in some of the papers here,
11 and I think I remember hearing it maybe from Michael
12 Sutton.
13    Q.  Okay.  But, again, you have no personal
14 knowledge about that?
15    A.  Correct.
16    Q.  And is it also true that you have no personal
17 knowledge of the actual process through which NXIVM
18 materials were given to Rick Ross?
19    A.  Correct.
20    Q.  Kristin Keeffe asked you to look for any
21 notes that you had taken either on or about the
22 three articles, is that right?
23    A.  Yes.
24    Q.  And you didn't find any?
25    A.  No written notes.  I believe there were some

Page 365

1 documents that I turned over.
2   Q.  Who did you turn them over to?
3   A.  I think I gave them to Kristin or -- I don't
4 know if Joe was involved or whatever.  I don't know
5 who I gave them to specifically.
6   Q.  And when you say you think there were some
7 documents, documents of what nature?
8   A.  Word-type files, either printouts of them or
9 the files themselves.
10   Q.  You remember there being such documents?
11   A.  Yes.
12   Q.  And you remember turning them over to
13 someone?
14   A.  I believe so.
15   Q.  And you might have turned them over to
16 Kristin Keeffe?
17   A.  Yes.
18   Q.  And you might have turned them over to who
19 else?
20   A.  Joe O'Hara.
21   Q.  To Joe O'Hara.  Anyone else that you might
22 have turned them over to?
23   A.  Not that I can think of.
24       MR. SKOLNIK:  Let me request on the
25 record those documents have never been produced in

Page 366

1 this litigation.  To the extent that NXIVM is in
2 possession of them, I'd call for their production.
3       THE WITNESS:  NXIVM wouldn't be unless
4 they turned them over.
5       MR. McGUIRE:  We've given you everything
6 we have.
7       When I say "we," we and prior counsel.
8 BY MR. SKOLNIK:
9   Q.  Were all of the requests that Kristin Keeffe
10 made to you to look for documents, specific ones
11 like look for X or look for Y, as opposed to look
12 for any documents relating to this litigation?
13   A.  No.  They're normally more general, although
14 there have been times when there have been specific
15 requests.
16   Q.  And did those requests invariably come from
17 Kristin Keeffe?
18   A.  No.
19   Q.  Who else made those requests?
20   A.  Joe O'Hara, Bob Leonard.
21   Q.  Since Joe O'Hara has no longer been involved
22 in the litigation, did anyone other than Kristin
23 Keeffe and your attorneys make those requests?
24   A.  I don't believe so.
25       When you say my attorneys, not me

Page 367

1 specifically, but NXIVM.
2   A.  NXIVM's attorneys.
3       And you may have answered this previously,
4 but I can't recall.  Did anyone ever come and search
5 through your documents?
6   A.  Search through my documents?
7   Q.  Yeah, looking for documents --
8   A.  Not at my house.  In the storage area, yes.
9   Q.  In the storage area?
10   A.  Yeah.
11   Q.  Who searched in the storage area?
12   A.  I don't know.
13   Q.  And what about documents at your house?
14   A.  I looked for them.
15   Q.  No one else came --
16   A.  No one else.
17   Q.  -- and helped you look for them?
18   A.  Right, correct.
19   Q.  Are those the only two places where you might
20 have had any documents relating to this lawsuit?
21   A.  I believe so.
22   Q.  Did anyone ever examine the e-mails on your
23 computers?
24   A.  No, just me.
25   Q.  Since this litigation began, have you deleted

Page 368

1 any e-mails whatsoever from your computer relating
2 in any way to the litigation or the issues in the
3 litigation?
4   A.  Well, I've had different computers; and I've
5 had different hard drives.  No, I haven't
6 specifically deleted them, but they have been
7 deleted as a matter of that course.
8   Q.  When you say, "as a matter of that course,"
9 the replacing of computers?
10   A.  Yes.
11   Q.  But no one ever told you that those had to be
12 preserved?
13   A.  No, and I'm not aware of that many of them.
14 I don't -- I don't think there was even anything I
15 was receiving that was important, as far as that
16 goes.
17   Q.  Well, what about -- what about documents?
18 Since this litigation has begun, have you destroyed
19 any documents that relate in any way to the issues
20 in this litigation?
21   A.  No.
22   Q.  Have you thrown away any documents that
23 relate in any way to this litigation?
24   A.  No, not that I know of.  I have not thrown
25 away documents.

Page 369

1    Q.  Well, when you say not that you know of, what
2  do you mean by that?
3    A.  My house is a mess.  I have things in piles.
4  There have been times when people have come and
5  changed my piles.  Things have been thrown out, and
6  sometimes things have been thrown out that are
7  important to me.  I do not have track of all my
8  papers.
9    Q.  You told us a few minutes ago that no one
10 came to your house to search for documents.
11   A.  Correct.
12   Q.  Have you searched through all of those piles
13 in your house for documents responsive to this
14 lawsuit?
15   A.  Yes.
16   Q.  When did you do that?
17   A.  I've done it on several occasions.  I did it
18 just recently and -- I don't know -- probably there
19 was I imagine some discovery requests in the past
20 year or two.
21   Q.  And in your -- in your more recent searches
22 through these documents, have you found other
23 documents and turned them over?
24   A.  No.  There are no other documents.
25   Q.  You testified that you took one course in

Page 370

1  neuro linguistic programming in the 1980s, is that
2  correct?
3    A.  Yes.
4    Q.  Where did you take that course?
5    A.  In my home.
6    Q.  From whom?
7    A.  A woman named Lynn Stafford Clark.
8    Q.  She came to your home and taught just you, or
9  was it a group?
10   A.  No, it was a group.
11   Q.  Did you keep any materials from her course?
12   A.  No.
13   Q.  Did she give you any materials?
14   A.  Not that I know of.
15   Q.  Did you use any of the knowledge that you
16 gained from this course in your development of the
17 Rational Inquiry Method?
18   A.  That's a very broad question.  If you believe
19 in the theory that in any one moment you use all of
20 the things that you've been exposed to, then yes.
21 Have I directly taken something from neuro
22 linguistic programming and put it into the Rational
23 Inquiry Method, no.
24       THE VIDEOGRAPHER:  Excuse me.  We have
25 to change tapes.

Page 371

1        MR. SKOLNIK:  Why don't we take five
2  minutes?
3        MR. CAMPION:  Sure.
4        (At this point, there was a short
5  recess.)
6        THE VIDEOGRAPHER:  This is the beginning
7  of Tape Number 6.  The time is 4:17.
8  BY MR. SKOLNIK:
9    Q.  Mr. Raniere, you have no personal knowledge
10 of discussions, if any, between Rick Ross and
11 Stephanie Franco relating to whether or not she had
12 a confidentiality agreement; isn't that right?
13   A.  Correct.
14   Q.  What material, if any, did the Dalai Lama's
15 representative review before agreeing to the program
16 that you're planning with the Dalai Lama?
17   A.  I don't know all the details.  He went
18 through I believe a 16-day Intensive.  I believe he
19 interviewed and spent time with people within the
20 organization.  He interviewed me.
21   Q.  When did he interview you?
22   A.  I don't know, maybe a year ago.
23   Q.  And what did you discuss?
24   A.  Um, he asked all different things; and he's
25 also been involved in a lot of the discussions I've

Page 372

1  had with the people from Mexico.  We had a bunch of
2  people come up with Mexi -- from Mexico, and he was
3  in that where we're talking about the different ways
4  of working the peace movement down there.  And I was
5  using him as an advisor in part because of his I
6  will say extreme experience.
7    Q.  In any of your discussions with the Dalai
8  Lama's representative, did you discuss any aspects
9  of the Rational Inquiry Method?
10   A.  I don't suspect so.
11   Q.  Do you recall whether you did or not?
12   A.  Not directly, but the conversations that I
13 do recall we did not.
14   Q.  But there are conversations that you don't
15 recall?
16   A.  Possibly.
17   Q.  And you testified yesterday that you're not
18 sure whether or not the Dalai Lama's representative
19 signed a confidentiality agreement, is that correct?
20   A.  Yes, but I asked Nancy, and she said she
21 believes he did.
22   Q.  She believes he did?
23   A.  Yes.
24   Q.  But you have no -- you have no knowledge of
25 that other than what Nancy told you?

Page 373

1    A. Correct.
2    Q. To your knowledge, has anyone ever been given
3    access to parts of the Rational Inquiry Method or
4    other NXIVM course material without signing a
5    confidentiality agreement?
6    A. That's correct. That's in part why I
7    answered that I don't believe I discussed any of
8    the Rational Inquiry Method with Lama Tenzin.
9    Q. Let me -- let me ask my question again.
10   To your knowledge, has anyone ever been
11   given access to parts of the Rational Inquiry Method
12   or other NXIVM materials without signing a
13   confidentiality agreement?
14   A. No.
15   Q. No one under any circumstances?
16   A. Correct.
17   Q. I'm going to refer to the Exhibit that has
18   been marked as Raniere-11.
19        MR. CAMPION: This would be the
20   Affidavit.
21        THE WITNESS: Okay. Should I just take
22   it?
23        MR. CAMPION: No, that's my copy.
24        THE WITNESS: I got it.
25        (A discussion was held off the record.)

Page 374

1    Q. And for the record, you've already identified
2    this as an Affidavit --
3    A. Uh-huh.
4    Q. -- that you signed.
5    A. Yes.
6    Q. And it's an Affidavit dated or sworn to on
7    the 22nd day of August, 2003; is that right?
8    A. Let me get to the page.
9    August 22nd, 2003, yes.
10   Q. Let me ask you to turn to Paragraph 9.
11   A. (Witness complies.)
12   Paragraph 9. I'm sorry.
13   Q. And I'm going to read you some or all of the
14   paragraph and then ask you some questions about it.
15   "I discovered I had an exceptional aptitude
16   for Mathematics and computers when I was 12. It was
17   at the age of 12 I read The Second Foundation by
18   Isaac Asimov and was inspired by the concepts on
19   optimal human communication to start to develop the
20   theory and practice of Rational Inquiry. This
21   practice involves analyzing and optimizing how the
22   mind handles data. It involves mathematical set
23   theory applied in a computer programmatic fashion to
24   processes such as memory and emotion. It also
25   involves a projective methodology that can be used

Page 375

1    for optimal communication and decision making."
2    Did I read that correctly?
3    A. I believe so.
4    Q. Is Rational Inquiry based at all on the ideas
5    of Isaac Asimov?
6    A. As I said, it's a two-handed question. You
7    would say certainly it was inspired by, but Isaac
8    Asimov did not to my knowledge exhibit Rational
9    Inquiry.
10   Q. But some of Rational Inquiry is inspired by
11   or based upon Isaac Asimov's ideas, is that correct?
12   A. I think that would be fair to say.
13   Q. How did Isaac Asimov's ideas inspire and
14   influence the theory and practice of Rational
15   Inquiry?
16   A. In Isaac Asimov's book there is a group
17   called The Second Foundation who had optimized
18   communication, so with a minimal amount of words or
19   sounds or motions they could communicate very large
20   amounts of information. I thought that was
21   interesting that one could communicate more or less
22   by how they spoke, what they -- how they moved. So
23   I started playing with that idea of what is the true
24   nature, if you will, or different nature of
25   communication other than just the words.

Page 376

1    Q. And how is that idea reflected in the
2    Rational Inquiry Method?
3    A. Well, as I started to examine human
4    communications, I started to understand more and
5    discover things. Those discoveries ultimately led
6    to things within Rational Inquiry.
7    Q. What concepts of Rational Inquiry did you
8    develop at the age of 12?
9    A. I don't know if I developed any of them at
10   the age of 12. I think the precursors to what is
11   Rational Inquiry today were started back then.
12   Q. When you say the precursors were started back
13   then, in what way were they started?
14   A. I started to experiment with human
15   communication, with the more programmatic aspects of
16   human communication and also the more expressive,
17   less programmatic aspects; examining things like
18   free will and possibly why a human would behave a
19   certain way or not. That curiosity ultimately led
20   to the codification of what is known as Rational
21   Inquiry.
22   Q. These experiments that you began to do at the
23   age of 12, did you tell anyone about them?
24   A. Well, not -- I mean, for me to say over the
25   past 30 years have I told anyone about any

Page 377

1  experiments that I do, I certainly have.
2      I had a friend that we played a game where
3  we tried to communicate optimally to each other with
4  minimal amounts of speech from the book.  We did
5  that for about a week.  He became tired of it.
6      Q.  When you say "from the book," from what book?
7      A.  The Second Foundation.
8      Q.  Did you ever write down your thoughts or your
9  experiments --
10     A.  I think over the years --
11     Q.  -- at this period?
12     A.  This period, no.
13     Q.  At some later period?
14     A.  Probably.
15     Q.  What do you remember writing down?
16     A.  I -- I mean, I've written many computer
17  programs; and I've, you know, written many notes
18  about my thoughts on different things and my
19  thoughts on mathematics in particular.
20     Q.  What about your thoughts that became parts of
21  the Rational Inquiry Method?
22     A.  You could say in some ways all of those
23  thoughts were inspirational to the Rational Inquiry
24  Method.
25     Q.  Well, beyond being inspirational, are any of

Page 378

1  them embodied in the Rational Inquiry Method?
2      A.  No, because the Rational Inquiry Method was
3  a -- a type of discovery that occurred from having
4  many different events and then drawing a specific
5  conclusion about how the basis elements of any
6  behavior and human endeavor --
7          THE WITNESS:  Is it okay that I --
8          MR. CAMPION:  Go ahead and talk.
9          THE WITNESS:  Okay.
10  Continuing...
11     A.  -- the basis elements of any human endeavor
12  can be codified and maximized and the nature of how
13  abstract mathematics could be utilized to help with
14  human endeavors and athletic endeavors and mental
15  endeavors and things like that.
16     Q.  And as you were developing Rational Inquiry,
17  did you write down any of those conclusions you were
18  drawing?
19     A.  I think it was more of a quick discovery, but
20  probably not.
21     Q.  Did you keep them a secret?
22     A.  Well, once I made that discovery, yes.
23     Q.  Once you made what discovery?
24     A.  The understanding of how to take mathematics,
25  if you will, and apply it in a practical sense to

Page 379

1  human behavior and thought.
2      Q.  And about how old were you when you did that?
3      A.  I don't know, 39 somewhere, whenever -- I had
4  just done that months before I met Nancy.
5      Q.  You had just done what?
6      A.  Made that discovery.
7      Q.  What did you study at RPI?
8      A.  I studied some mathematics, some physics,
9  some biology, some psychology, some philosophy, some
10  music, some computer programming, some language;
11  French.
12     Q.  Were any of the concepts that you learned at
13  RPI used in Rational Inquiry?
14     A.  No, not directly.
15     Q.  What about indirectly?
16     A.  Yeah.  I think RPI is a unique rec -- RPI --
17  Rational Inquiry is a unique recipe of concepts that
18  exist plus things that were discovered as
19  combinations of those concepts.
20     Q.  So some of the concepts were used in Rational
21  Inquiry?
22     A.  No.
23     Q.  Well, tell me again what you just told me.
24     A.  Okay.  It depends how you define "used in."
25         If you are -- I guess I would need you in

Page 380

1  part to define what you mean by "discovery" or "used
2  in."
3      I think that I learned to speak English and I
4  used that in Rational Inquiry; and English is used
5  in Rational Inquiry, but it's not Rational Inquiry
6  as a discovery.  English is not confidential.  So
7  like I use English, so I used things in mathematics,
8  things in philosophy, all of my background to bear
9  to create the discovery.
10     Q.  Let me ask you to look at Paragraph 11 of
11  this Affidavit.
12     A.  (Witness complies.)
13     Q.  I'm going to read the first part of the
14  paragraph.
15     "I entered RPI just after my 17th birthday
16  and started to take high level (PhD) graduate
17  courses in Mathematics.  These courses are normally
18  reserved for advanced graduate school students.  To
19  my knowledge I was the first 17 year old to take
20  advanced 600 level mathematics courses in RPI's then
21  153 year history.  I continued to develop Rational
22  Inquiry and formalized a new method of computer
23  programming which I called 'functional
24  programming.'"
25     A.  Uh-huh.

Page 381

1    Q.  Did I read that correctly?
2    Okay.  You say, "I continued to develop
3    Rational Inquiry."
4    A.  Yes.
5    Q.  What part of Rational Inquiry did you
6    continue to develop?
7    A.  I would say all of the precursor concepts.  I
8    gained a deeper and deeper understanding of this
9    mode of thinking.
10   Q.  When you say, "all of the precursor
11   concepts," what precursor concepts are you referring
12   to?
13   A.  Well, in this particular case, the things
14   relating to functional programming and information
15   processing; how input variables, first of all, in a
16   computer relate to output variables and how the
17   computer uses a set of three operations which are
18   addition, comparison, and iteration to solve all the
19   problems.  So you have a problem, and you have three
20   operations, and that starts to raise the question
21   can you create other operations to solve a problem
22   set.
23   Q.  Did you write -- well, did you tell anybody
24   about your -- your thinking on this subject?
25   A.  On functional programming, I imagine.  I know

Page 382

1    that I had actually written some functional
2    programs.
3    Q.  Did you -- did you keep those programs a
4    secret?
5    A.  No, the programs weren't kept a secret.
6    Q.  What, if anything, was kept a secret?
7    A.  My method of writing the programs.  I worked
8    for the Gammi-Pi physics group.  We had a program
9    that took 16 hours of CPU time to run and was
10   something like 4,000 lines long.  I wrote a
11   functional program that took something like 6
12   minutes and was 12 lines long.
13   Q.  And that was written down?
14   A.  The program was.
15   Q.  So what you kept a secret was how it is that
16   you reduced it down --
17   A.  Can do such a thing.
18   Q.  Moving to Paragraph 12 of this Affidavit.
19   I'm starting about four lines down, "At this time I
20   noted that a human could often 'see' a data pattern
21   quicker than a computer.  So I created a visually
22   driven computer system to allow for 'human
23   intervention' in optimal parameter selection and
24   curve fitting."
25   A.  Yes.

Page 383

1    Q.  "This successfully reduced our system's
2    search time by over 90%.  I thereby refined and
3    tested my model of how the human mind, with sense
4    capability, compared to a computer and how the human
5    mind, equipped with a motivationally driven
6    projective mechanism, 'understood' and strategically
7    made decisions."
8    Did I read that correctly?
9    A.  Yes, I believe so.
10   Q.  When you say, "I thereby refined and tested
11   my model," what model are you referring to?
12   A.  Understanding of not only how the human mind
13   creates templates but how to solve problems,
14   human-created problems.  In the Gammi-Pi physics
15   group, we had a tremendous amount of data, and we
16   had to fit a certain type of graph to that data.
17   And although it's in a 12-parameter space, you can
18   look at it on a screen as a two-dimensional
19   visualization.
20   If the computer is searching -- if you were
21   to imagine the space as a geometric object, it has
22   all sorts of bumps and saddle points and things like
23   that.  A computer blindly looks in a systematic
24   fashion.  That systematic fashion is created by
25   humans to go and find the optimal solution, but the

Page 384

1    human can look at a graph and see almost instantly
2    just like a chess player can do, can rival -- not so
3    much any more -- a computer.  A computer does 400
4    million moves in a second.  Computer -- a human mind
5    can do four moves in a second, yet the human mind
6    can work in these ways as well as a computer, so the
7    question was why.  And I started to understand that
8    more and more by working on a programmatic basis and
9    applying aspects of human perception to that
10   programmatic basis.
11   Q.  And all of that was part of your development
12   of Rational Inquiry?
13   A.  Part of the journey.
14   Q.  Paragraph 13.
15   "From 1982 to 1984 I worked as a teacher of
16   computer science and computer programming through
17   Public Management Systems, a state contractor.  I
18   created the curriculum, taught classes and
19   interviewed, evaluated, sub-contracted other
20   instructors to teach classes with my curriculum and
21   methodology in Manhattan, Albany, Saratoga and
22   Poughkeepsie.  I also worked as an independent
23   computer and business consultant.  It was during
24   this time, as a teacher of science, I studied how
25   humans processed problems and learned.  I refined my

Page 385

1   learning and teaching methodology which I embodied
2   into a business plan called 'The Concept School'
3   later changed to 'The Life Learning Institute.'"
4       Did I read that correctly?
5       A. Yes.
6       Q. Okay.
7       A. I believe so.
8       Q. Is the -- is the business plan that's called
9   The Concept School and later changed to The Life
10  Learning Institute the foundation for Rational
11  Inquiry?
12      A. No.
13      Q. Is it the foundation for NXIVM?
14      A. No.
15      Q. How does it differ from Rational Inquiry?
16      A. It doesn't use the Rational Inquiry Method
17  at all. It was merely a way of delivering course
18  material that is for adult education in a way that
19  was more efficient. What it did was -- can I
20  explain this?
21      Q. Of course.
22      A. Okay, 'cause it's a little long. I'm sorry.
23      The Socratic method is a method of teaching
24  that hasn't undergone a lot of changes over, say,
25  the past few thousand years. When a teacher teaches

Page 386

1   the class, it is incumbent upon the teacher to be
2   able to get the information across somehow; and
3   there has been an art of teaching.
4       The way curriculum and one example that I
5   gave in the concept school -- let's suppose you were
6   learning calculus, and instead of offering Calculus
7   1 in ten sections all starting at the same time,
8   suppose we were to stagger them. So you could take
9   Lecture 1, and you could take Lecture 1 again if you
10  missed it, and you could take Lecture 1 again and
11  then 2 and maybe go to 3, 4. And then if you had
12  trouble in 4, you could go to 4, back to 3.
13      This would allow you an ability to not worry
14  about -- so much about I must learn the material
15  here. If I'm stuck on this material, I can take the
16  course again. And from the teacher's perspective,
17  the teacher always has to teach to the bottom 20
18  percent of the class; and if the bottom 20 percent
19  of the class can always take the course again, the
20  teacher can actually teach in a more accelerated
21  fashion. So by allowing students the liberty to go
22  and take courses in a different organized fashion,
23  they can go and repeat things and learn better and
24  the teachers could also learn better. Additionally,
25  to teach -- to be -- to know the information well

Page 387

1   doesn't necessarily mean you're a good teacher. In
2   part, teaching is entertainment, if you will,
3   keeping the students' attention, enrolling,
4   inspiring the students' interest in the subject.
5       I know you hear often that people have been
6   inspired by great teachers. So the question is,
7   well, if you were to take teachers and instead of
8   just hiring them because they knew the subject, look
9   to see who could offer curriculum and lecture after
10  lecture keep it entertaining, more like someone who
11  had the ability to act or entertain. And if you
12  combined it with a different way of scheduling the
13  courses, you could provide a unique adult education
14  program.
15      Q. Is there any difference between The Concept
16  School and The Life Learning Institute?
17      A. No, just a difference in I think one person
18  that was involved, but it was a better name. People
19  liked the name better, Life Learning Institute.
20      Q. How many business plans did you prepare for
21  the Concept School?
22      A. One.
23      Q. And what did you do with the plan?
24      A. Showed to it some investors.
25      Q. Paragraph 17 you say, "I explored what I

Page 388

1   termed different types of learning: For example,
2   you can't really learn to ski out of a book; you
3   can't replace physical or experiential learning with
4   intellectual learning. Motivation had a strong
5   experiential learning component and I developed
6   tools to teach it."
7       A. Uh-huh.
8       Q. Did I read that correctly?
9       A. Yes, I believe so.
10      Q. What is the "it" in the last sentence? "I
11  developed tools to teach it"?
12      A. The experiential learning component of
13  motivation. I started to understand that and
14  developed tools to help isolate it and help teach
15  it.
16      Q. And are those tools components of the
17  Rational Inquiry Method?
18      A. They're precursors.
19      Q. Did you publish them in any way?
20      A. No.
21      Q. Did you tell anyone about them?
22      A. No, not directly. I have taught people, for
23  example, to be -- to do certain things that help in
24  motivation. For example, as silly as it sounds, if
25  someone wants to have a certain state and it's tied

Page 389

1    to a certain musical piece, playing that piece can
2    allow through state dependent learning to increase
3    that motivation.  But the question has always been
4    when someone does an activity what is the motivator
5    underneath it and how do you harness that
6    motivation.  So I've taught -- I've told people
7    things like that but nothing relating to the
8    Rational Inquiry Method there.
9        Q.  Well, when you -- when you told people things
10   like that, did they sign a confidentiality
11   agreement?
12       A.  Actually, most of them did, I believe, if
13   not all; but I don't consider that part of the
14   Rational Inquiry Method.
15       Q.  Why not?
16       A.  Well, 'cause it's a precursor to it.  It led
17   to the discovery and it led to this tool set that we
18   call Rational Inquiry today.  It was not that tool
19   set, similar to if I'm starting to learn about tools
20   and I have a hammer and I have a saw and I have a
21   chisel, and one day I discover the screwdriver.  I
22   cannot say that the hammer, the saw and the chisel
23   are the screwdriver.  It did lead to its discovery,
24   but the screwdriver has unique traits.
25       Q.  Does it provide a window to the hammer and

Page 390

1    the chisel?
2        A.  It can, but if they are precursors, as
3    opposed to once the discovery exists actually
4    viewing the discovery.
5        Q.  How do you define precursor?
6        A.  Something that comes before.
7        Q.  In the context that you're using it, what are
8    the precursors to the Rational Inquiry Method?
9        A.  Understandings of human emotion,
10   understandings of human motivation, understandings
11   in mathematics, how mathematics relates to human
12   thoughts.
13       Q.  What was Consumers' Buyline?
14       A.  Consumers' Buyline was a company that I was
15   the primary owner and CEO.
16       Q.  What did it do?
17       A.  It did severalfold.  It was what some people
18   termed a multi-level marketing company where people
19   had an opportunity to have home-based businesses and
20   sell a product.  On the other hand, the product was
21   a membership.  By bringing a coalition of people
22   together, and in this case quite a large coalition,
23   we were able to negotiate discount buying
24   opportunities so it was sort of the -- what a lot of
25   people can do now online and even what people know

Page 391

1    as price clubs, this was similar, but it was a 1800
2    number membership.
3        Q.  What did it sell?
4        A.  Well, Consumers' Buyline was a membership and
5    through it you were able to get -- it was over a
6    million products.  It was almost every book in
7    print, it was electronics, circuits.  You were able
8    to get groceries delivered to your door.  We had a
9    grocery catalog that came out every two months.  We
10   had special deals on things like luggage and things
11   like cassette tape recorders or the cassettes that
12   go in.
13           We had a special company called Direct
14   Buyline, which was a subsidiary which went to
15   manufacturers and got special either crate deals or
16   large discount deals which we passed on to our
17   members at no additional cost.  So what Consumers'
18   Buyline was like was the Consumer Reports -- it's as
19   if you had Consumer Reports but was also offered the
20   ability to buy the object at the price stated with
21   the lowest price guarantee.
22       Q.  Did -- did your experience with Consumers'
23   Buyline influence your development of Rational
24   Inquiry and NXIVM?
25       A.  I'm sure.

Page 392

1        Q.  How?
2        A.  I had contact with many people in many
3    different contexts as a head of a large marketing
4    organization, as a CEO of a company with many
5    employees.  For example, as a CEO of the company, I
6    had some almost 200 employees.  The question is what
7    can you do to make their work meaningful.  What can
8    you do to make the company serve the employees and
9    foster a type of community as much as possible.
10           I also had a lot of opportunity to help
11   resolve ethical disputes amongst marketers and
12   amongst different people like that.
13       Q.  So what -- what parts of your development of
14   Rational Inquiry came from Consumers' Buyline?
15       A.  I would say it probably furthered a lot of my
16   understanding.  I learned a lot about ethics.  I
17   learned a lot about business.  I learned a lot about
18   motivation of why people do things or not.  I think
19   all of my understandings on those levels were
20   furthered by this experience.
21       Q.  And are all of those understandings part of
22   the Rational Inquiry Method?
23       A.  No.  They lead up to the Rational Inquiry
24   Method.
25       Q.  How were --

Page 393

1    A.  They were necessary for me to create the
2  Rational Inquiry Method.
3    Q.  Let me ask you to turn to Paragraphs 25 and
4  26.
5    A.  (Witness complies.)
6    Q.  Let me read them into the record, and then I
7  have several questions about them.
8      Paragraph 25 says, "In Mathematics, all
9  things are proven based on axioms and a step by step
10  systematic construction.  Computers work the same
11  way.  To program a computer one must first
12  understand the axioms of the computer language, and
13  then the step by step systematic construction of the
14  problem-solution methodology.  Finally, one must
15  construct the problem-solution methodology in a
16  step by step fashion using the axioms of the
17  language.  I discovered the human mind works the
18  same way and I formalized the process."
19      "This process involved treating each word or
20  part in a communication as a mathematical set.  As
21  such, the operations of set theory and Boolean logic
22  could be utilized.  Each word is seen as both a
23  general objective representation and a highly
24  specific subjective representation."
25    A.  Uh-huh.

Page 394

1    Q.  "By precisely choosing exact words in precise
2  orders one could communicate in a far deeper and
3  measurable way.  And, similar to mathematical
4  proofs, the precise questions and their order are of
5  ultimate importance.  In some ways it is similar to
6  saying a person cannot walk before they crawl -- the
7  order is essential."
8    A.  Yes.
9    Q.  Did I read all that correctly?
10    A.  Yes.
11    Q.  Is -- are the ideas that you are expressing
12  in Paragraphs 25 and 26 the basis or foundation of
13  Rational Inquiry?
14    A.  Getting closer.
15    Q.  Are they the basis of NXIVM?
16    A.  I think NXIVM has developed not only beyond
17  that but is different than Rational Inquiry.
18    Q.  How is NXIVM different from Rational Inquiry?
19    A.  NXIVM is a company.  Rational Inquiry is a
20  method, if I were to describe it that way.  NXIVM
21  has a lot of components that are not Rational
22  Inquiry.
23    Q.  Well, referring to the courses that NXIVM
24  teaches, how -- how does Rational Inquiry differ
25  from the coursework at NXIVM?

Page 395

1    A.  Some of the coursework is a product of
2  Rational Inquiry.
3    Q.  Is there some coursework at NXIVM that is not
4  a product of Rational Inquiry?
5    A.  I think there are de -- I think there are a
6  few sections that are defined as such.
7    Q.  When you say they're defined as such, defined
8  as such by whom?
9    A.  Within the module I believe it states where
10  they came from.
11    Q.  And that they came from something other than
12  Rational Inquiry?
13    A.  Yeah.  I believe there's a Birdwhistle
14  (phon.)  Or whatever the person's name is that did a
15  study and a few things like that.
16    Q.  Well, what modules are taught by NXIVM that
17  are not based on Rational Inquiry?
18    A.  Communication/At Cause has certain parts of
19  it that have been taken -- that are based not on
20  Rational Inquiry but utilizing Rational Inquiry have
21  been enhanced.
22    Q.  But they utilize Rational Inquiry?
23    A.  Yes.
24    Q.  You testified yesterday that the Rational
25  Inquiry Method is a tool.  It's theoretical

Page 396

1  procedures involved in the creation of certain
2  results.  Do I have that right?
3    A.  Say the last few -- the last sentence again.
4    Q.  That it's theoretical procedures involved in
5  the creation of certain results.
6    A.  Yes.
7    Q.  And you told us that the results include
8  the ordering of questions and the ordering of
9  philosophical concepts, is that right?
10    A.  Uh-huh.  Yes.
11    Q.  You also testified that creating the
12  questions in a module is like assembling the pieces
13  of a puzzle, and the questions can only be
14  interlocked in a certain way.
15      Do I have that right?
16    A.  To a great extent.  In other words, often
17  they can be interlocked in only one way; but there
18  are limitations as to how the different questions
19  and words can be interlocked.
20    Q.  Okay, and -- and is it true that you believe
21  that the nature of that organization is a NXIVM
22  trade secret?
23    A.  The nature of how that organization is
24  derived.
25    Q.  Is a trade secret?

Page 397

1    A.  Yes.
2    Q.  Okay.  Do -- do the Martin or Hochman
3  articles reveal or disclose the ordering of
4  questions?
5    A.  I believe it does, especially the Martin
6  article.
7    Q.  How does it do that?
8    A.  Well, the products of Rational Inquiry can
9  also be used to determine Rational Inquiry much like
10  a -- a footprint in a sand can be used to figure out
11  what the footprint is.  The questions themselves,
12  the order of the words may not be -- they are a
13  product of Rational Inquiry, but utilizing those
14  things people can deduce Rational Inquiry, possibly
15  recreate many of the trade secrets of Rational
16  Inquiry.
17    Q.  So, once again, is it -- is it fair to say
18  that the articles themselves don't disclose the
19  actual ordering of questions in print but that you
20  think that someone might be able to infer the
21  ordering of questions based upon the things that the
22  articles do say?
23    A.  No.  The articles do disclose the ordering of
24  questions.
25    Q.  What questions -- what ordering -- what

Page 398

1  questions are disclosed?
2    A.  I believe in the Money module, the order of
3  concepts and questions, projective questions which
4  is not as order dependent but were dependent within
5  the order.  I believe those things were quoted.
6    Q.  Anything else?
7    A.  Most of the quoted stuff that has questions
8  involved and even some of the stuff that does not.
9    Q.  Do -- do the Martin and Hochman articles
10  reveal or disclose the ordering of philosophical
11  concepts?
12    A.  I believe so.
13    Q.  How?
14    A.  In the Money module I believe it specifically
15  diagrams out the different concepts addressed and
16  the order.
17    Q.  The Money module again?
18    A.  I -- I think some of the others, I believe
19  also.
20    Q.  You want to -- you want to look at the
21  articles and tell me what else you think discloses
22  the ordering of philosophical concepts?
23    A.  Okay.  Can you -- what are they?
24    Q.  I think they are 5, 6 and 8.
25    A.  5, 6 and 8.

Page 399

1    (A discussion was held off the record.)
2    A.  Do you want me to read these articles start
3  to finish and --
4    Q.  Well, you've read them pretty closely in the
5  last couple of days.  I want you to try to tell me
6  where you think the articles disclose the ordering
7  of philosophical concepts.
8    A.  Okay.  I will say that when you say "disclose
9  the ordering," there's one thing to directly
10  disclose it, which I believe they do.  There is also
11  indirectly disclose it, which are ways I may not be
12  able to contemplate sitting here reading it because
13  for some --
14    Q.  Let's -- I'm sorry.
15    A.  -- for someone who is motivated to solve the
16  problem of finding it out they well could by this
17  disclosure.
18    Q.  Let's focus on direct disclosure.
19    A.  Okay.
20    Q.  Which one are you looking at first?
21    A.  Raniere-8, A Critical Analysis of Executive
22  Success Programs.
23    So on the first article, without going into a
24  lot of detail, there are things referenced with page
25  numbers in the module -- the manual and dates.  And

Page 400

1  whenever you're copying parts of a manual and
2  putting them in, if you start to put the page
3  references of where the paragraphs came from, you
4  start to say what the order of the manual is.
5    I also know that in some of these things
6  the modules are specifically not only referenced,
7  but their order within a series is referenced.  I
8  can continue to get more direct examples, but there
9  are.
10    Q.  Well, tell me what you mean by the order is
11  referenced.
12    A.  Okay.  For example --
13    MR. McGUIRE:  We're talking about what
14  now?
15    A.  -- if you go to Raniere-6.
16    MR. McGUIRE:  6.
17    Q.  Oh, we've moved to Raniere-6?  I thought you
18  were starting with Raniere-8.
19    A.  I did.  Do you want me to go to Raniere-8
20  first?
21    Q.  No, I just wanted to know which one you were
22  talking about.
23    A.  Okay.  Raniere-6 because I think it's
24  clearer.  I'd would be a bad driver.  I shift
25  everything around.

Page 401

1        On the first page it says "Phone tree," and
2   it says 12/2000, which is the Intensive manual it
3   comes from, Page 4.
4        And the next page at the very top it says, "I
5   will not speak of them, or in any way give others
6   knowledge of them."
7        That's 12 Point Mission Statement 4th Comment
8   -- 4th Point of 12 points.
9        Next paragraph, "Arranging for Coaching
10  Support" in quotes.  It goes through specifically
11  quoting the order of the different steps.
12       And then it is Page 1, Number 2.
13       Now, the next is it has the Money module.  It
14  says "Concepts presented," and it specifically
15  delineates eight concepts in order and says this is
16  Page 2, Number 3 from the Money module.
17       Similar things like this.
18  Q.  Well, let me ask you this.  You referred to
19  the Phone tree, and you said "12/2000" refers to the
20  Intensive manual.
21       The article doesn't say that it refers to the
22  Intensive manual, does it?
23  A.  The other article does.
24  Q.  No, I'm talking about this article.
25  A.  Oh.  No, this article does not.  I don't

Page 402

1   believe it does.  It might in the back.
2   Q.  And it doesn't tell you what was on Pages 3
3   or Pages 5, does it?
4   A.  Hold on a second.  Let me see if it -- I
5   don't think he put a Bibliography on this article.
6        Right now I don't see this as saying what's
7   on 3 -- Page 3 or Page 5, that is correct.
8   Q.  And the reference to the 12 Point Mission
9   Statement, there's nothing that tells you what
10  Points 1, 2, 3 or 5 are.  It's just this is Point 4,
11  right?
12  A.  In this particular context, yes, but I
13  believe he -- out of the 12 points, I think he
14  recopies 7 of them.
15  Q.  Okay.  But this doesn't tell you also where
16  the 12 Point Mission Statement fits in relation to
17  the Intensive manual or to Rules and Regulations,
18  does it?
19  A.  No.  That's seemingly correct, yes.
20  Q.  All right.  You want to direct me to -- oh,
21  and one other -- one other point.
22       The specifications under "Arranging for
23  Coaching Support" --
24  A.  Which page?  I'm sorry.
25  Q.  Second page.

Page 403

1   A.  Yes.
2   Q.  Do you consider those philosophical concepts?
3   A.  Well, let me read them.
4        MR. McGUIRE:  Where are you, Peter?
5        MR. SKOLNIK:  I'm on Page -- the second
6   page of Raniere-6, "Arranging for Coaching Support."
7        MR. McGUIRE:  Thank you.
8   Continuing...
9   A.  I think they represent certain things that
10  are philosophical concepts in Word.  I don't think
11  -- how would you define something representing a
12  philosophical concept in Word?
13  Q.  Well, happily, I'm not answering questions
14  today.  I'm not sure that I understand your
15  question, but, anyway --
16  A.  Well, I misunderstood your question maybe.
17  Q.  Let me -- let me ask you a different question
18  about the articles.
19       Do the articles disclose how to apply the
20  tool of the Rational Inquiry Method to create
21  certain results?
22  A.  I think they might indirectly.
23  Q.  Indirectly?
24  A.  Yeah, and might directly, depending on how
25  well they were studied.

Page 404

1   Q.  Well, what do you mean that whether or not
2   they do so directly depends upon how well they're
3   studied?  Either they do so directly or they don't.
4   A.  Well, if I look at, for example, a murder
5   mystery and I --
6   Q.  Can you talk about the articles?
7        MR. McGUIRE:  Well, why don't you let
8   him finish the answer.
9        MR. SKOLNIK:  Because he's not being
10  responsive to the question.
11       MR. McGUIRE:  That is -- you wait until
12  the end of the answer, not during the answer.
13       MR. CAMPION:  Okay.  Could you have the
14  question repeated, please.
15       (The following was read back by the
16  reporter:
17       "Can you talk about the articles?")
18       THE REPORTER:  Did you want me to read
19  further back?
20       MR. CAMPION:  That's the question.
21       Okay.  You can answer the question.
22  Continuing...
23  A.  What do you want me to say about the
24  articles?
25  Q.  How they disclose directly the ways in which

Page 405

```
 1   the tools create certain results.
 2       A.  Well, depending on the level of depth
 3   with which you read an article, we all have
 4   different understandings.  A person that reads an
 5   article who is maybe not as well versed, maybe not a
 6   competitor, maybe not as intelligent, maybe not as
 7   good a reader will gather certain information from
 8   the article.  Someone who has deeper compl --
 9   comprehension will gather more and even on a deeper
10   level will gather logical implications that are
11   absolute within the article.  And what I was saying
12   before, you can see a murder mystery and although
13   the murder mystery doesn't say who did it, the
14   murder mystery implies absolutely who did it so
15   that's -- those fall in class of direct.
16       Q.  Was that sentence finished?
17       A.  Yes.  I'm sorry.  Those fall in the class of
18   direct, if you will, ascertaining or transmission of
19   the information.
20       Q.  In Paragraphs 25 and 26 that we just looked
21   at, you described the process of programming a
22   computer.
23       A.  Is this Raniere-11?
24       Q.  Yes.
25       A.  Okay.
```

Page 406

```
 1       Q.  You described the process of programming a
 2   computer.  You state that the human mind works the
 3   same way as a computer, and you claim that you
 4   formalized the process; is that right?
 5       A.  Uh-huh.
 6       Q.  So Rational Inquiry as practiced by NXIVM is
 7   a process for programming the human mind?
 8       A.  That's part.  You -- you can call it
 9   programming, deprogramming, yes.
10       Q.  So NXIVM programs its students?
11       A.  To a degree, yes.
12       Q.  Paragraph 27, "My new found mode of
13   communication, when added to my projective model,
14   allowed a person to understand others on a far
15   deeper level.  It enabled a person to find a common
16   understanding with others and to logically build a
17   belief system that matched a person's subjective
18   world -- highly individual yet consistent.  Using
19   this model people seemed to understand themselves
20   and each other better.  They understood their
21   decisions and in so doing often derived a sense of
22   self-determinism.  In short, their motivation was
23   redirected from fear generated to objective
24   generated.  Over the next 7 years I would interview
25   hundreds of people before I found the correct person
```

Page 407

```
 1   to duplicate and teach my model."
 2       Did I read that correctly?
 3       A.  I believe so.
 4       Q.  The model that you're referring to when you
 5   say I interviewed hundreds of people before I found
 6   the right person to duplicate and teach my model,
 7   what model were you referring to?
 8       A.  That was the beginnings of Rational Inquiry.
 9   I think even some of the trade secrets that now
10   exist a few of them might have been developed at
11   that time.
12       Q.  And did you discuss those trade secrets with
13   some of these hundreds of people that you
14   interviewed?
15       A.  Absolutely not.
16       Q.  Who were some of the people that you
17   interviewed?
18       A.  People that I had come in contact with
19   through a company called National Health Outlet,
20   even people I had come in contact with through
21   Consumers' Buyline, different people who I knew not
22   only who were friends but who were different
23   professionals.
24       Q.  And you were interviewing these people
25   specifically to find someone to duplicate and teach
```

Page 408

```
 1   your model?
 2       A.  To teach my model to, yes, and then to see if
 3   it was something that was duplicatable.
 4       Q.  And you were trying to find someone to whom
 5   you could teach your model and have it be duplicated
 6   without talking about your model, is that correct?
 7       A.  Yes.
 8       Q.  Who was the correct person?
 9       A.  Nancy Salzman.
10       Q.  Paragraph 28 -- well, let me go back for a
11   minute.
12       What convinced you that Nancy Salzman was the
13   correct person?
14       A.  Not only her background and her experience,
15   but I spent a number of days meeting with her.  We
16   were going to meet for an hour.  I don't know how
17   long it was.  We met many hours several days in a
18   row, and I believed that she had not only the
19   background but the personality and what I believe
20   the value set to do this and also a willingness.
21       Q.  What was the value set that you were looking
22   for?
23       A.  I believe she was honest.  I believe she was
24   hardworking.
25       Q.  Anything else?
```

Page 409

1    A.  Someone that I felt comfortable with.
2    Q.  Paragraph 28 reads in part, "In 1991, a paper
3  I wrote was circulated throughout my industry.  It
4  utilized axiomatic first principles and a logical
5  proof framework to 'debunk' many of the practices
6  within the industry."
7    A.  Uh-huh.
8    Q.  I read that correctly?
9    A.  I believe so.
10    Q.  What was the name of the paper you wrote?
11    A.  I remembered yesterday as I was saying this,
12  I believe it was referred to informally as the White
13  Paper.
14    Q.  And how was it circulated?
15    A.  Some marketers ended up copying it and
16  circulating it.
17    Q.  What ideas did the paper include?
18    A.  Relating to multi-level marketing, the
19  fallacies of multi-level marketing, and a type of
20  lay analysis of different marketing materials,
21  pyramid schemes.  I think it even went on to explain
22  the nature of a pyramid scheme of effort, Ponzi
23  schemes, although I'm not sure if those were
24  included in the initial White Paper.
25        THE VIDEOGRAPHER:  Excuse me.  We have

Page 410

1  to change tapes.
2        We're back on the record.  The time is
3  5:17.
4  BY MR. SKOLNIK:
5    Q.  Were you in the middle of an answer?
6    A.  I'm not sure.
7        MR. SKOLNIK:  Can you read back the last
8  testimony?
9        MR. McGUIRE:  Read the question, too, so
10  we'll know.  Read the question, also.
11        (The following was read back by the
12  reporter:
13        "QUESTION:  What ideas did the paper
14  include?
15        ANSWER:  Relating to multi-level
16  marketing, the fallacies of multi-level marketing,
17  and a type of lay analysis of different marketing
18  materials, pyramid schemes.  I think it even went
19  on to explain the nature of a pyramid scheme of effort,
20  Ponzi schemes, although I'm not sure if those were
21  included in the initial White Paper.")
22    A.  That's the --
23    Q.  Was that it?
24    A.  Yes.
25    Q.  Was the paper -- withdrawn.

Page 411

1        Did any part of the paper talk about your
2  model?
3    A.  No.
4    Q.  Did any part of the paper contain any aspects
5  of the Rational Inquiry Method?
6    A.  No.
7    Q.  Have a look at Paragraphs 36 and 37.
8    A.  (Witness complies.)
9    Q.  Paragraph 36 says, "The first most
10  fundamental step in creating a company is the
11  precise determination of the guiding principles on
12  which it is built -- a mission statement.
13  Everything must be based on and flow from this
14  ethic.  For our success school, I felt it was
15  necessary to start with a philosophical statement
16  of what success is (point 1 of the 12 point Mission
17  Statement) then have the rest of the Mission
18  Statement follow from there."
19        "I searched my life experience and wrote the
20  copyrighted 12 point Mission Statement that was the
21  basis of our company, technology and education.
22  When someone signs up for a program, they sign a
23  confidentiality agreement.  The first module they
24  take is 'Rules and Rituals.'  Within this module
25  they learn of the 12 point Mission Statement.  At

Page 412

1  that point, if they find any of the premises
2  disagreeable, they can have their money refunded
3  without further obligation except for the terms of
4  the confidentiality agreement."
5        Did I read that correctly?
6    A.  There is a parenthetic expression on the end
7  of Clause 36 that says in my copy, "(See Appendix D
8  for protective procedures)."
9        Is that on yours?
10    Q.  Yes, it is but I'm not -- I'm not reading.
11    A.  No.  I just wanted to be sure that it was
12  accurate.
13    Q.  But other than that, I read it correctly?
14    A.  I believe so.
15    Q.  All right.  And I think you've already told
16  us that you consider the 12 Point Mission Statement
17  to be a trade secret, is that right?
18    A.  I don't know if I said that.
19    Q.  Well, do you consider the 12 Point Mission
20  Statement to be a trade secret?
21    A.  I think that it contains windows into trade
22  secrets.  I don't know if any written expression
23  except for even maybe a formula -- I don't know
24  enough about trade secrets.  I do consider it
25  secret.  I do consider it essential.

Page 413

1    Q.  Well, using -- using your definition of trade
2  secret, the one that -- the one that you gave us
3  yesterday.  We were -- we were working with your
4  definition of trade secret yesterday, and I want to
5  be sure we're talking about the same thing today.
6        I believe you told us that a trade secret is
7  something we believe is unique that we keep as a
8  secret and if it were not kept secret would be a
9  disadvantage to us.
10   A.  I believe --
11   Q.  Do I have that right?
12   A.  I believe the Mission Statement falls into
13 that.
14   Q.  Okay.  Was the development of the 12 Point
15 Mission Statement the most fundamental step in
16 creating ESP and NXIVM?
17   A.  The most fundamental?
18   Q.  Well, in Paragraph 36 you say, "The first
19 most fundamental step in creating a company."
20   A.  Right.  That doesn't mean it's the most
21 fundamental, but when you're taking first steps, the
22 first most fundamental step -- I don't know if it's
23 the most fundamental thing of all, but it's
24 certainly very fundamental.
25   Q.  Okay.  Is -- is everything in NXIVM based on

Page 414

1  the 12 Point Mission Statement?
2    A.  No.
3    Q.  Well, what do you mean in Paragraph 36 when
4  you say, "Everything must be based on and flow from
5  this ethic"?
6    A.  It flows from this ethic.  Depending on how
7  you define "based on" --
8    Q.  Well, it's your word, Mr. Raniere.
9    A.  I understand.  As far as what I am saying
10 here is that this is the foundational principle and
11 principles from which everything else is ultimately
12 derived.  So, yes, I guess in answer to your
13 question, in some way, shape or form all ESP, NXIVM
14 flows from this.
15   Q.  Now, you told us yesterday that you
16 understood that the 12 Point Mission Statement may,
17 in fact, have been posted on NXIVM's website; right?
18   A.  Uh-huh.
19   Q.  And you testified that if it appeared on the
20 website you would acknowledge that it's not a trade
21 secret, right?
22   A.  That part of it.
23   Q.  Well, if all of it appeared on the website --
24   A.  Yes, but where -- it in itself, but there are
25 also the trade secrets which it implies and the

Page 415

1  trade secrets which have been derived after the
2  point of the Mission Statement.
3    Q.  Okay.  But referring just to the 12 Point
4  Mission Statement --
5    A.  Uh-huh.
6    Q.  -- would you agree that if the 12 Point
7  Mission Statement was posted on NXIVM's website,
8  then it as written is not a trade secret?
9    A.  Well, it's not secret in the same way if it
10 was downloaded by anyone, I imagine.
11   Q.  Let me ask you again.
12   A.  All right.  I'm being specific because when
13 you post something on the web, if nobody looks at
14 it, it hasn't been downloaded.  It hasn't been
15 viewed so -- but if it was posted on the web and if
16 it indeed was downloaded, then that becomes some
17 form of more public knowledge.
18   Q.  If it was downloaded or even if it was just
19 viewed, is that right?
20   A.  Well, what I mean by -- to view it -- in
21 my mind, to view it means you've taken the package
22 from the website and put it on your computer.  I'm
23 sorry.
24   Q.  And you testified yesterday that you don't
25 know of any other modules that have been posted on

Page 416

1  the internet.
2    A.  Correct.
3    Q.  But would you make the same acknowledgement
4  about any other NXIVM material that NXIVM or its
5  representatives posted on the internet?
6    A.  Yeah.  If people can publicly access them,
7  they've lost certainly a degree of secrecy.
8    Q.  Okay.  Would you acknowledge that you don't
9  believe that NXIVM can claim trade secret status for
10 any NXIVM materials that it has made available to
11 the public through its own actions?
12   A.  Maybe the materials.  There is a difference
13 between NXIVM's trade secrets which generate the
14 materials and the materials themselves.  If the
15 materials embody specifics of a trade secret, then
16 that is true.  It is now sort of the cat is out of
17 the bag.
18       MR. SKOLNIK:  Can I hear that answer
19 back?
20       (The following was read back by the
21 reporter:
22       "ANSWER:  Maybe the materials.  There is
23 a difference between NXIVM's trade secrets which
24 generate the materials and the materials themselves.
25 If the materials embody specifics of a trade secret,

Page 417

1   then that is true.  It is now sort of the cat is out
2   of the bag.")
3   BY MR. SKOLNIK:
4      Q.  What research did you do to come up with the
5   12 Point Mission Statement?
6      A.  I imagine in one sense it's my life.  That's
7   an expression of what my experience was.  I don't
8   know exactly I guess what you mean by research.
9      Q.  Well, did you conduct any research
10  specifically aimed at creating a 12 Point Mission
11  Statement?
12     A.  No, not a 12 Point Mission Statement.
13     Q.  Which points of the 12 points did you come up
14  with first?
15     A.  Um, I'm not sure.
16     Q.  Did you create any early drafts of the 12
17  Point Mission Statement?
18     A.  I don't believe so.
19     Q.  So you sat down to write it, and it was just
20  one draft?
21     A.  Yes.
22     Q.  Paragraph 38 says, "As part of the
23  curriculum, students recite this 12 point Mission
24  Statement before class and reflect upon its
25  contents.  The whole curriculum is based on this

Page 418

1   12 point Mission Statement and as students learn and
2   experience more, it is our hope they will gain a
3   deeper and deeper understanding of these tenets."
4          Did I read that correctly?
5      A.  I believe so.
6      Q.  What does it mean that the whole curriculum
7   is based on the 12 point Mission Statement?
8      A.  It means that if you understand the 12 point
9   Mission Statement deep enough, that at this point in
10  time, one would gain a better understanding on the
11  whole -- of the whole curriculum, that they reflect
12  each other; and the 12 point Mission Statement is
13  something that helps in gaining a deeper
14  understanding of the curriculum.
15     Q.  Is -- is the 12 point Mission Statement the
16  most important of NXIVM's trade secrets?
17     A.  I -- no.
18     Q.  What --
19     A.  Not at all.
20     Q.  What trade secrets do you consider more
21  important than the 12 point Mission Statement?
22     A.  The Rational Inquiry Method and all trade
23  secrets relating directly to that.
24     Q.  Paragraph 39 you say, "For the next several
25  months, we continued to refine the curriculum based

Page 419

1   on the 12 point Mission Statement:  Using the model
2   I had discovered, we codified the subject matter
3   into twenty 2 hour modules and refined the wording
4   and order of each question."
5      A.  Uh-huh.
6      Q.  Did I read that correctly?
7      A.  Yes.
8      Q.  Can you recall sitting here today what this
9   list of the first group of 20 modules was?
10     A.  Not completely.  I can probably run off some
11  of them.
12     Q.  Tell me what you remember.
13     A.  Um, well, there's Rules and Rituals.  There's
14  I believe it's Communication/At Cause, Honesty and
15  Disclosure, there's Work and Value, there's
16  Self-Esteem, there's Good and Bad, there is Excited
17  State, there is Persistency and Motivational State,
18  there is Intensity and Power State, there's Time and
19  Lists.  I don't know if I mentioned Parasite Module
20  I and Parasite II and Parasite Practice, which is
21  Parasite III.  There's a Tribute module.  There is a
22  Money module.  There's a Crime and Punishment
23  module.
24         Those are -- I mean, those are the ones that
25  come up off the top of my head.  I think I listed

Page 420

1   like 16 of them.
2      Q.  You say in Paragraph 39, "We continued to
3   refine the curriculum."
4          Who is the "we"?
5      A.  Nancy, myself.
6      Q.  Anyone else?
7      A.  Not that I can think of.  I -- it's my belief
8   that I learn from the people around me, from
9   students taking classes and things like that, so
10  although they are not involved in the refinement of
11  the curriculum, what I learn from them and the data
12  that I gather helps me.  So Nancy and I are the
13  people that refine the curriculum, but the students
14  provide data to some degree.
15     Q.  And when you say in Paragraph 39, "using the
16  model I had discovered," is the model you discovered
17  the Rational Inquiry Method?
18     A.  I think it is a basis for the Rational
19  Inquiry Method.  It is one of the foundational
20  things.  That model has been developed and has grown
21  over the years.
22     Q.  Were all 20 of the original modules based on
23  the Rational Inquiry Method?
24     A.  The original 20 modules were either products
25  of or based on the Rational Inquiry Method.

Page 421

1      MR. SKOLNIK: Okay. I'm going into a
2  whole new line of questioning now, and if we are not
3  going to -- well, we're not going to finish today
4  so I think we should stop for the day; and as I
5  suggested earlier, I think that we should while
6  we're all here agree upon a date to resume this
7  deposition if Judge Falk so orders it.
8      MR. CAMPION: We are disposed to
9  continuing until 7:00 this evening after a short
10  recess now and resuming tomorrow morning at 9:30.
11  That would take care of the question of checking
12  everybody's calendar and continue until 1:00
13  tomorrow if that is necessary.
14      MR. SKOLNIK: I cannot be here tomorrow.
15      MR. KOFMAN: I'm unavailable. This was
16  only noticed for a single -- for these two days.
17      MR. CAMPION: Well, the offer is there.
18  I have to accommodate my schedule to do this. I
19  believe McGuire --
20      MR. McGUIRE: So do I.
21      MR. CAMPION: -- has to do the same
22  thing. We are prepared to do so.
23      So I do want to be sure that we've made
24  a record of the same, and I throw one other factor
25  out which I think is a practical factor.

Page 422

1      We've been living with this now for two
2  days. We're familiar with the Exhibits. As you get
3  away from a deposition, any deposition, we all know
4  that you have to get back up to speed. You have to
5  start to review a transcript from the start, getting
6  into all the Exhibits again. So I do want the
7  record to be clear that that is the offer that we
8  have on the table.
9      We're prepared to go until 7:00 tonight
10  after a very short recess here, resume at 9:30
11  tomorrow and continue until 1:00.
12      MR. SKOLNIK: Unfortunately, that's not
13  possible for me; and I heard at least one other
14  counsel say that they couldn't either.
15      I mean, I take your point about the
16  Exhibits being fresh in everyone's mind, and I
17  certainly would be happy to resume this deposition
18  next week.
19      MR. CAMPION: Well, we've brought the
20  witness down here. He had to rearrange his own
21  life.
22      We have our offer on the table,
23  Mr. Skolnik.
24      MR. SKOLNIK: Well, unfortunately, it's
25  one that doesn't work so...

Page 423

1      MR. CAMPION: Okay. Then I gather this
2  will end up as the subject of some motion then. We
3  have accommodated your request that we have our
4  calendars available, and we've told you we're
5  available tomorrow.
6      MR. SKOLNIK: Okay. Let me -- let me
7  consult with my co-counsel.
8      MR. CAMPION: In any event, let's all
9  take five minutes, anyway.
10      (At this point, there was a short
11  recess.)
12      THE VIDEOGRAPHER: We're back on the
13  record at 5:44.
14      MR. SKOLNIK: We're going to adjourn the
15  deposition for the day. While I appreciate your
16  offer, it's been a long day today. Yesterday was
17  broken by the couple of hours that we spent in
18  settlement discussions, and there is no way that I
19  can finish my questioning today. And,
20  unfortunately, neither I nor Mr. Kofman nor
21  Mr. Landy are available to resume the deposition
22  tomorrow morning so we expect to make an application
23  to the Court to continue the deposition.
24      I repeat my suggestion that we should
25  try to before we all leave today find a date when

Page 424

1  everyone can make it if the Court so orders, but we
2  are going to stop for the day.
3      MR. CAMPION: Okay. Well, we have made
4  our position clear already, so thank you very much.
5  Okay.
6      MR. McGUIRE: Peter, before we go off
7  the record, you were going to give me dates for some
8  depositions.
9      MR. SKOLNIK: I do not have dates yet
10  for Mr. O'Hara, and I've already responded about
11  Paul Martin.
12      MR. McGUIRE: How about Mr. Ross? Is he
13  available on the dates we discussed? Did you send
14  me an e-mail saying something happened?
15      Maybe that was you.
16      MR. KOFMAN: I think that was me, and
17  I'll give you a call about that.
18      MR. McGUIRE: That's right. That's fair
19  enough. I just want to make sure we have some
20  dates.
21      THE VIDEOGRAPHER: We're going off the
22  record at 5:46.
23      (Witness excused.)
24      (The deposition was adjourned for the
25  day at 5:46 p.m.)

Page 425

```
 1              J U R A T
 2         I, KEITH A. RANIERE, do hereby
 3  certify that I have read the foregoing transcript of
 4  my testimony taken on March 12, 2009, and have
 5  signed it subject to the following changes:
 6  PAGE     LINE      CORRECTION
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21  DATE:          _____
22  Sworn and subscribed to before me on this     day
    of
23
24  NOTARY PUBLIC
    _____.
25
```

Page 426

```
 1
 2         C E R T I F I C A T E
 3
 4         I, CHERYL McGANN, a Certified Court
 5  Reporter and Certified Realtime Reporter of the
 6  State of New Jersey, authorized to administer
 7  oaths pursuant to R.S.41:2-2, do hereby certify
 8  that prior to the commencement of the examination,
 9  the witness was sworn by me to testify to the truth,
10  the whole truth, and nothing but the truth.
11         I DO FURTHER CERTIFY that the foregoing
12  is a true and accurate transcript of the testimony
13  that was taken stenographically by and before me at
14  the time, place, and on the date hereinbefore set
15  forth.
16         I DO FURTHER CERTIFY that I am neither
17  a relative nor employee nor attorney nor counsel
18  of any the parties to this action and that I am
19  not interested in the action.
20
21
22
    CHERYL McGANN
23  C.C.R. License No. XI000918
24
```

**A**

**aaron**
168:15 264:3,8
364:1,8
**ability**
175:15,24 346:15
386:13 387:11
391:20
**able**
172:11,14,17
179:8 181:25
185:15,21,21
193:16,19 322:15
357:3 386:2
390:23 391:5,7
397:20 399:12
**aboveentitled**
166:11
**absolute**
405:11
**absolutely**
186:23 206:4
215:22 251:2
405:14 407:15
**abstract**
186:8 378:13
**ac**
235:19
**academic**
235:13,21,22
275:12 279:19,20
**academics**
235:24
**accelerated**
386:20
**accelerator**
229:10
**accept**
330:20
**access**
373:3,11 416:6
**accommodate**
421:18
**accommodated**
423:3
**account**
219:22,22
**accruing**
226:23
**accumulating**

**201**:2
**accuracy**
330:20
**accurate**
209:21 330:9
334:9 412:12
426:12
**acknowledge**
414:20 416:8
**acknowledgement**
416:3
**acquired**
265:8
**act**
251:1 304:22
387:11
**acted**
199:1,12
**acting**
363:6
**action**
169:17,20,23
237:21,22,23
329:24 426:18,19
**actions**
217:14 253:7
314:7 318:18
319:1 416:11
**active**
224:17
**actively**
250:15
**activities**
186:7 297:14
300:15
**activity**
304:5,6 389:4
**actual**
269:17 286:15
364:17 397:19
**ad**
208:9
**add**
194:18 355:10
**added**
406:13
**addition**
274:2 381:18
**additional**
356:21 391:17

**additionally**
386:24
**address**
292:5 341:7,17
**addressed**
213:11 218:5
398:15
**adelman**
167:16 285:10
**adjourn**
344:10 423:14
**adjourned**
344:11 424:24
**administer**
426:6
**adult**
385:18 387:13
**advance**
227:5
**advanced**
228:3 380:18,20
**advancement**
197:6
**advantage**
184:1,4
**adverse**
208:1
**advertise**
226:2
**advertisement**
294:23
**advertises**
310:3
**advertising**
288:18
**advice**
254:19,22 308:17
**advise**
311:13
**advised**
344:4
**advisor**
372:5
**affidavit**
168:7 202:22
208:22 209:11,15
209:17,24 211:19
215:3 221:9 222:1
226:18 229:22
230:14 233:19

**236**:23 239:4,7
373:20 374:2,6
380:11 382:18
**affiliated**
336:1
**affirm**
330:19
**afternoon**
285:8,13
**afterward**
300:6
**age**
374:17 376:8,10
376:23
**agenda**
356:1
**agent**
225:11,16,17
**aggressive**
287:23 347:9,11
**ago**
210:1 220:9
275:23 280:22
288:10,12 292:4
306:18 369:9
371:22
**agree**
196:24 243:8
249:7 254:2
287:21,22 310:25
344:11,14 348:2
348:15 415:6
421:6
**agreed**
330:5 353:9,15
**agreeing**
371:15
**agreement**
202:11 274:18,19
280:3 353:12
354:13 371:12
372:19 373:5,13
389:11 411:23
412:4
**agreements**
248:25
**aha**
193:20
**ahead**
253:23 296:6

**298**:12 353:1
378:8
**aimed**
417:10
**alan**
168:3 342:19,20
363:7
**albany**
261:16 262:22
384:21
**alias**
287:19 295:18
348:11
**aliases**
348:6
**alive**
351:8
**alleged**
299:17 306:12
327:7
**allegedly**
336:11 358:5,6
**alliance**
233:6
**allow**
178:8 183:25
354:20 382:22
386:13 389:2
**allowed**
261:3,18 273:15
406:14
**allowing**
386:21
**allows**
197:6 268:18
277:14
**alphonse**
355:24 357:13,14
357:15
**alumni**
226:24
**amended**
168:9,16 239:18
239:25 324:6,9
**amendment**
249:16
**america**
233:7
**amount**
242:1,24 246:21

344:25 345:7
375:18 383:15
**amounts**
207:22 375:20
377:4
**analogous**
191:13
**analysis**
170:4 173:3
399:21 409:20
410:17
**analyst**
230:10
**analyzing**
374:21
**anamann**
336:11
**animal**
261:18
**animals**
261:2,5,6,20
**anna**
165:14 166:3
**announcements**
218:18,19
**answer**
171:24 206:1,17
222:15 233:4
272:24 285:16,21
286:5,7 301:5,8
301:15 302:11
305:15,15 319:6,9
320:17 321:25
339:1 343:4 350:6
350:8 351:21,21
353:1,17 354:25
355:5 356:8,18,19
357:9 404:8,12,12
404:21 410:5,15
414:12 416:18,22
**answered**
207:4 335:4 367:3
373:7
**answering**
356:23 403:13
**answers**
349:17
**anthony**
269:16
**antimysticism**

197:15
**anybody**
216:17 271:22
272:3,5 308:14
381:23
**anyway**
403:15 423:9
**apart**
341:23
**apartment**
341:13,13
**apartments**
341:20,23 342:2
**apologize**
174:3
**appalled**
295:3 296:2
**apparently**
242:15 316:12
**appeals**
203:11
**appear**
182:22 216:5
**appeared**
243:22 356:24
414:19,23
**appears**
192:17 201:25
202:1 209:11
234:5 245:25
266:7 293:15
**appendix**
235:25 412:7
**application**
168:14 194:4
263:13 264:2,8,16
344:7,13 423:22
**applied**
192:6 374:23
**apply**
345:14 378:25
403:19
**applying**
345:6,14 384:9
**appreciate**
423:15
**appreciation**
204:8
**approach**
309:1 350:25

**approached**
351:3
**appropriate**
183:8 225:19
306:8 311:19
**appropriately**
170:13
**approximately**
331:11
**aptitude**
234:2 374:15
**area**
208:16 218:17,20
262:2 351:14
367:8,9,11
**areas**
271:14
**arenas**
350:14
**arlen**
237:15 283:8,13
**arms**
257:17
**arrange**
315:23
**arranging**
360:14 401:9
402:22 403:6
**arrested**
343:1 361:16,18
361:21
**arrow**
198:5
**art**
386:3
**arti**
187:20
**article**
170:3 172:13,25
173:11,14,20,21
174:9,14,18
181:16 185:6
187:12,20,25
191:10 193:7
194:11 199:6,9,24
200:8,15 202:1,19
205:17,19,25
206:9,13 208:3
276:6,10,10
277:15 283:23

293:13,15,16,19
293:21,24 294:3
295:10 306:20,23
306:25 334:6
339:21,22 397:6
399:23 401:21,23
401:24,25 402:5
405:3,5,8,11
**articles**
170:12 171:20
172:15,18 173:21
174:17,25,25
175:3 181:25
182:2,5 185:20
188:7 198:17,21
198:25 199:1,5,10
199:13 203:14
211:7,15 212:19
212:20 275:13,18
275:21,24 276:3
276:12,14 277:3
277:20,23 279:18
280:6,10,19 346:5
364:22 397:3,18
397:22,23 398:9
398:21 399:2,6
403:18,19 404:6
404:17,24
**artistic**
266:18
**ascertain**
183:8
**ascertaining**
405:18
**aside**
192:4 306:20
328:25 333:4
345:5
**asimov**
374:18 375:5,8
**asimovs**
375:11,13,16
**asked**
170:3 188:9,13
197:21 205:10
254:6 256:2 257:4
257:8 269:21
282:24 283:2,5,7
303:3,25 308:1
356:17 357:4

359:17 364:20
371:24 372:20
**asking**
173:8 189:19
199:15 285:12
333:16,17 357:2
**asks**
362:22
**aspect**
354:11
**aspects**
176:13 186:6
267:23 282:22
372:8 376:15,17
384:9 411:4
**aspirations**
257:20
**assay**
281:22
**assembling**
396:12
**assess**
188:10,10
**assessment**
243:8
**assets**
265:8
**assignment**
346:8,10 349:24
352:9
**assignments**
351:9 352:2
**assist**
174:20 273:12
274:5
**assisted**
287:5
**associate**
329:2
**association**
240:21,24 241:2
257:25
**assume**
179:11 187:4
202:6 209:12
286:8 288:5
312:13
**assumed**
188:11 315:25
**assumes**

341:21
**assuming**
184:11 344:12
349:10
**assumptions**
197:17,18
**assured**
344:6
**astro**
296:18 303:13
310:6
**astute**
198:24
**athletic**
378:14
**attach**
233:19
**attached**
168:21 208:23
233:18
**attaching**
354:10
**attack**
219:24
**attacked**
220:3
**attacking**
219:25
**attacks**
238:11
**attempted**
327:9
**attend**
211:1 253:11
**attended**
253:14 327:8
337:1
**attention**
210:4,20 240:6
261:6 296:22
313:22 326:12
327:16 361:11
387:3
**attorney**
256:25 257:5,6,15
257:18,24 258:2,5
283:13 290:25
291:4 297:11
300:7 314:12,20
336:19 351:19

352:19 353:4,22
426:17
**attorneyclient**
336:20 351:17
353:10 354:6,10
354:21
**attorneys**
166:23 167:6,10
167:15,19 250:20
255:5 256:14,20
257:9,25 258:1,12
268:17 271:15,23
271:25 278:8
295:11 340:12
366:23,25 367:2
**auction**
246:16
**audible**
340:8
**audio**
168:18 273:6
329:22,23 330:13
**audit**
243:9
**august**
168:8 169:24
208:23 216:17
238:21 239:1,10
374:7,9
**author**
193:3 298:7
**authority**
181:11 197:6
**authorize**
297:13 300:15
**authorized**
426:6
**authors**
198:1,3,8
**automatically**
219:21
**available**
211:5 336:13
416:10 423:4,5,21
424:13
**avenue**
165:23 167:8,13
**aviv**
165:14 166:3
167:19 168:18

285:11 289:6,9
290:18 291:9,22
295:4 296:2,10,10
297:7 299:1,5,6
299:10 303:3
304:7,13 307:17
309:16 312:8
314:23 315:2
317:18 318:10,18
319:24 330:14
331:12,15,25
332:5,7 340:24
357:20 358:18
359:1,12,15
360:22 361:7,10
361:10
**avivs**
315:6 358:16
**avoid**
290:11
**aware**
177:22 203:14
206:7,12 244:2,22
262:8 294:3 307:8
307:11,12,13
308:25 309:3,6
317:17,21,25
318:1 319:14
328:9,14 338:18
340:19,19 352:20
359:12 360:1
368:13
**awful**
310:5
**axiomatic**
409:4
**axioms**
393:9,12,16

───────────────
**B**
**bachelor**
227:2
**back**
175:5 194:8,20
203:18 209:12
214:3 223:14,24
224:1,2 227:17
228:19 232:6
233:21 237:20
246:23 247:14

251:7 252:21
263:1,11 270:11
271:3 291:10,11
294:12,13,15
295:10 301:9
302:6 303:9
305:11,21,22
320:17,18 322:1
323:17,18 341:20
351:24,25 376:11
376:12 386:12
402:1 404:15,19
408:10 410:2,7,11
416:19,20 422:4
423:12
**background**
380:8 408:14,19
**backtrack**
357:7
**bad**
180:23 207:20
241:5 400:24
419:16
**bag**
416:17 417:2
**bailiwick**
341:11
**banal**
196:24 197:3
**bankruptcy**
244:16
**barbara**
225:11
**barely**
297:6 299:1
**barry**
166:21
**based**
258:10 375:4,11
393:9 395:17,19
397:21 411:13
413:25 414:4,7
417:25 418:7,25
420:22,25
**basis**
189:20 228:6
346:7 348:23
349:2,4 352:21
354:12 364:7
378:5,11 384:8,10

394:12,15 411:21
420:18
**bates**
168:11 203:22
228:24 229:7,14
245:16 252:3
294:16,19 312:24
312:24 321:17
329:24
**bear**
294:7 332:20
343:8 380:8
**bearing**
321:17
**bears**
294:16,18 312:23
312:23,24 329:24
**beauty**
294:21
**beg**
198:6 353:1
**began**
249:3 367:25
376:22
**beginning**
169:12 186:16,16
209:1 299:14
307:9,11 329:18
355:4 371:6
**beginnings**
183:7 407:8
**begins**
326:14
**begun**
368:18
**behalf**
287:14 297:7
299:8 301:24
302:9 309:1
339:15 340:21
341:5
**behave**
376:18
**behavior**
378:6 379:1
**belief**
185:11 258:1
346:14 406:17
420:7
**believe**

171:10 173:21
176:15 177:9
180:21 181:10
183:6 190:1,5,10
190:11,11,12
195:19,23,24,25
201:21 202:23
205:4 207:24,25
207:25 211:6,10
212:7 214:14
217:9 219:2
220:12 223:3,7,17
225:1,11 231:2
236:14 237:22
240:19 241:24
244:14 246:25
250:17 252:10,19
253:5 255:14
260:4,22 261:15
265:17 271:17
272:17 274:17
277:2 278:16
287:9,25 288:22
289:21 290:19,20
290:21,25 291:8
292:9 293:23
295:20,22 299:3
299:13 300:7
301:20 305:8
306:2 309:7
311:20 313:10
314:17,19,21
315:9,21 316:1,4
316:19 323:12
324:15 325:20,22
327:14 328:24
330:21 332:10
333:3 336:14
343:12 345:23
346:12 347:17
349:2,11 351:7,18
359:18 360:9
364:25 365:14
366:24 367:21
370:18 371:18,18
373:7 375:3 383:9
385:7 388:9
389:12 395:9,13
396:20 397:5
398:2,5,12,14,18

399:10 402:1,13
407:3 408:19,23
408:23 409:9,12
412:14 413:6,7,10
413:12 416:9
417:18 418:5
419:14 421:19
**believed**
290:9 296:10
319:21 347:15,16
347:20 349:10,11
349:12 408:18
**believes**
259:13 277:12
305:9 372:21,22
**believing**
202:4 364:8
**bell**
252:16
**benefit**
178:19 198:12
354:1
**bergeron**
335:13,14 362:14
**best**
330:8 345:3
347:24 352:12
**better**
217:3 218:13
221:3 247:3 248:8
250:2 291:20
321:9 322:9
356:14 357:3
386:23,24 387:18
387:19 406:20
418:10
**beyond**
197:17 377:25
394:16
**bibliography**
402:5
**biddle**
166:15 167:2
**big**
255:3 290:17
**bilingual**
276:23
**billionaire**
226:8
**bin**

273:14,19
**binoculars**
298:11
**biography**
277:9
**biology**
335:16 379:9
**birdwhistle**
395:13
**birthday**
380:15
**bit**
214:25 216:12
232:7 247:21
263:12 291:12
292:25 346:19
**black**
234:18,22,23
235:12
**blackberries**
215:9
**blatantly**
259:4
**blind**
261:8
**blindly**
383:23
**blog**
187:12 188:16
**blogs**
201:3
**blue**
234:16
**blurry**
292:25
**bob**
271:21 310:18
331:5 333:5
366:20
**book**
228:15 277:9,13
278:17,19 280:1,6
280:7,20 281:9
375:16 377:4,6,6
388:2 391:6
**books**
279:7,22
**boolean**
393:21
**bottom**

204:4,16 264:17
386:17,18
**bouchey**
225:11
**bow**
189:17 268:5
**boy**
184:17
**brain**
282:11
**branding**
339:18
**break**
208:15 270:7
345:2
**breakdowns**
262:9,13
**breaker**
180:14
**breaking**
197:18 361:19
362:7
**breaks**
305:10
**brief**
207:7
**briefly**
203:3 292:23
**bring**
198:9 253:2
**bringing**
184:9,12 390:21
**brings**
176:11 195:15
196:19
**broad**
185:10 315:3
370:18
**broader**
323:2
**broadway**
167:17
**brochures**
243:3
**broke**
170:2
**broken**
423:17
**brought**
262:22 422:19

**brown**
234:17,18,20,21
234:22
**build**
406:16
**built**
216:24 411:12
**bumps**
383:22
**bunch**
183:25 284:2
293:24 307:20
336:12 372:1
**bush**
231:16,23
**business**
178:15 185:1,2,17
185:25 189:9,10
208:11,12 241:5
384:23 385:2,8
387:20 392:17
**businesses**
390:19
**buy**
246:17,19 391:20
**buying**
390:23
**buyline**
231:8,10 242:13
243:22 257:10
258:11 329:4
390:13,14 391:4
391:14,18,23
392:14 407:21
**byline**
276:15,16,24
**bylines**
276:17

**C**

**cafritz**
231:17 232:3
**cake**
179:12,12
**calculus**
386:6,6
**calendar**
421:12
**calendars**
423:4

**call**
197:15 201:6
202:12 225:21
233:11 268:4
281:23 299:15
305:5 352:11
358:10 366:2
389:18 406:8
424:17
**called**
186:14 187:13
228:9 229:23
231:2 233:7
235:10,12,15
247:23 257:24
289:12 339:9
375:17 380:23
385:2,8 391:13
407:19
**calling**
191:14
**calls**
233:11
**campaign**
339:6
**campion**
167:4 200:19
208:17 215:20,23
233:4 246:10
248:6 262:3 268:8
270:8,11 278:1,12
281:6 293:3,7,10
296:4,6 305:14
329:7,13 330:10
330:18 336:20
344:17,21 345:8
350:8 351:22
352:6 353:17
354:1,15,24 355:4
355:11 356:24
357:9 371:3
373:19,23 378:8
404:13,20 421:8
421:17,21 422:19
423:1,8 424:3
**campus**
166:16 167:4
**cancelled**
192:25 225:3
**cancer**

259:21
**cannon**
297:16 300:20
**capability**
383:4
**capable**
189:21 262:18
**capacity**
207:18 208:1
230:8
**capitalism**
256:23
**caption**
165:16
**capture**
183:18 322:15
**captured**
198:21 320:15,24
**car**
213:16
**carbon**
178:25 179:1,2,3
179:5 196:4,6,6
**card**
208:11,12 244:14
244:25 245:1
**care**
421:11
**career**
257:17
**careful**
218:21
**carefully**
170:16 171:17
**careless**
201:6
**carries**
258:17
**carrying**
191:9
**cars**
214:20
**carve**
176:12
**case**
171:7,11 173:17
181:15 194:4
202:3,12 203:5,8
203:12 213:3
220:20 236:15

261:12 270:1,2
271:15,23 283:10
308:8 313:14
318:12 344:6
381:13 390:22
**cassette**
391:11
**cassettes**
391:11
**casually**
172:2
**cat**
416:16 417:1
**catalog**
391:9
**catch**
299:20
**catching**
304:22
**cause**
178:15 188:1
212:6 221:20
226:4 259:22
318:12 336:18
359:5 385:22
389:16 395:18
419:14
**caused**
259:21
**cavanaugh**
344:15
**cd**
330:2 336:12
**center**
165:23 166:22
261:14
**centers**
279:23
**ceo**
242:13 390:15
392:4,5
**certain**
181:6 187:10
191:19 198:7
207:18 232:22
243:23 246:21
249:18,18 259:8
265:17 266:18
267:23 273:4,9
286:2 287:15

311:13 376:19
383:16 388:23,25
389:1 395:18
396:1,5,14 403:9
403:21 405:1,7
**certainly**
171:2,3 193:23
198:2 205:5,7
209:16 210:17
216:14 236:16,20
259:9,21 269:5
290:14 297:13
300:14 304:4
310:15 313:18
375:7 377:1
413:24 416:7
422:17
**certified**
166:13,13 426:4,5
**certify**
425:3 426:7,11,16
**cetera**
255:6
**challenge**
349:15,18
**chancellor**
235:14
**change**
220:3 250:23
251:4 276:23
294:9 370:25
410:1
**changed**
254:25 255:1
369:5 385:3,9
**changes**
209:23 247:20
257:22,22 385:24
425:5
**changing**
248:19
**characteristics**
181:6
**charges**
241:4 244:15
**charity**
256:7
**chat**
329:12
**cheat**

256:9,12
**check**
270:9
**checked**
209:11
**checkerboard**
234:21
**checking**
172:25 421:11
**chemical**
178:25
**chemistry**
196:2
**cheryl**
166:12 426:4,22
**chess**
384:2
**chet**
334:7
**child**
291:11 332:20
**children**
358:17
**chisel**
389:21,22 390:1
**choosing**
394:1
**chris**
307:6
**christ**
296:11 332:20
355:21,23 358:17
**chronic**
217:21
**church**
218:17,23 219:3
335:6,9,25 336:1
336:7
**circuits**
391:7
**circulated**
232:8,15,24 409:3
409:14
**circulating**
409:16
**circumstance**
311:13
**circumstances**
207:16,21,23
269:4 309:5

343:13,14 373:15
**cite**
194:15
**city**
253:15 274:16,23
**civilization**
204:9
**claim**
194:10 197:5
228:18 233:1
315:15 406:3
416:9
**claimed**
219:25 316:10
322:23 325:10,23
**claiming**
192:23 359:15
**claims**
203:5 228:17
251:19 258:21
**clarify**
191:21 302:3
363:22
**clark**
370:7
**class**
187:13 188:17
227:20 249:12
253:9,9 262:15
386:1,18,19
405:15,17 417:24
**classes**
189:17 191:6
226:14 227:8,21
227:23 232:1,5
247:25 249:13
255:7 384:18,20
420:9
**classify**
339:8
**clause**
190:1 267:12
412:7
**clear**
184:2 204:8
254:11 338:8
353:25 422:7
424:4
**clearer**
263:21 400:24

**clearly**
303:14
**client**
181:8 299:4 309:2
**clients**
181:10 291:13
**clifton**
169:7
**close**
307:24 314:13
**closely**
337:10 340:10,11
340:12 399:4
**closer**
394:14
**clubs**
391:1
**coach**
222:23 223:3
224:17 261:11
**coaching**
401:9 402:23
403:6
**coalition**
390:21,22
**cocounsel**
423:7
**codification**
376:20
**codified**
378:12 419:2
**coerce**
325:14
**coincidence**
201:9,11,15
**collaboration**
276:7
**colleagues**
285:2
**collected**
333:20 337:13
**collectively**
285:20 286:1
**college**
227:12
**column**
277:15
**columns**
277:17 290:2
**com**

272:16
**combative**
312:6
**combination**
177:8 179:21
**combinations**
379:19
**combined**
387:12
**come**
185:11 189:4
199:17 210:20
223:24 224:1,2,5
224:6 228:19
229:20 257:3
261:6 269:13
277:3 294:13
336:16 341:22
342:1 355:23
366:16 367:4
369:4 372:2
407:18,20 417:4
417:13 419:25
**comes**
196:15 268:19
390:6 401:3
**comfortable**
409:1
**coming**
189:7 225:13
226:2
**commenced**
358:19,21,23
359:3,5
**commencement**
426:8
**commencing**
166:17
**comment**
170:8,9 303:12
309:14 401:7
**commenting**
267:11
**comments**
251:25 363:19
**commission**
228:12
**common**
197:2 406:15
**communicate**

273:2,9 375:19,21
377:3 394:2
**communicated**
334:21
**communication**
202:5,6 328:10
335:2 355:11,13
374:19 375:1,18
375:25 376:15,16
393:20 395:18
406:13 419:14
**communications**
182:8,19 325:7
355:1 376:4
**community**
275:12 392:9
**company**
200:3 228:12
231:2 233:7,16
243:10 244:25
245:8 265:18
289:12 295:3
296:1 339:9,10
390:14,18 391:13
392:4,5,8 394:19
407:19 411:10,21
413:19
**compare**
291:19 349:24
**compared**
383:4
**comparison**
381:18
**compe**
185:7
**compendium**
279:18
**compete**
187:6
**competitive**
178:5,9 184:1,4
**competitor**
172:9 177:6 178:3
178:7,13,20 179:8
181:2,5 184:15,16
184:20,22 185:7
185:24 187:19
188:20,25 189:3,4
189:11,14 190:7
190:10,11,12,13

190:16 191:23
193:17 198:12
269:12,22,23
284:11 405:6
**competitors**
173:23 177:22
178:24 179:3
181:8 187:5 189:1
189:2,22 190:3,8
192:1 199:2 283:3
283:14,20,24
**compl**
405:8
**complaint**
361:23
**complaints**
337:25
**complete**
174:4,5 189:22
295:1 320:15,24
343:14
**completely**
319:10 340:6
419:10
**completion**
304:9
**complex**
274:14
**complies**
175:6 209:7 240:8
313:2 314:10
327:4,22 374:11
380:12 393:5
411:8
**component**
388:5,12
**components**
388:16 394:21
**comprehensibility**
183:1
**comprehension**
405:9
**compromising**
309:9 331:23
**computer**
219:14 221:15
230:10 368:1
374:23 377:16
379:10 380:22
381:16,17 382:21

382:22 383:4,20
383:23 384:3,3,4
384:6,16,16,23
393:11,12 405:22
406:2,3 415:22
**computeraided**
165:22
**computers**
367:23 368:4,9
374:16 393:10
**con**
248:23
**conceded**
353:22
**concept**
175:20,21 180:16
192:18 385:2,9
386:5 387:15,21
403:12
**concepts**
195:7,8,10,24
198:9 205:4,5
248:23 276:8
374:18 376:7
379:12,17,19,20
381:7,11,11 396:9
398:3,11,15,22
399:7 401:14,15
403:2,10
**concern**
311:24
**concerned**
265:23
**concerning**
192:9 203:15
261:4 319:12
334:14 335:1,18
335:24 336:7
340:2 342:7
351:15 353:10
**concerns**
253:24
**concert**
339:15
**conclude**
344:19 348:8
354:18
**concluding**
271:12
**conclusion**

236:23 378:5
**conclusions**
378:17
**concocted**
304:3
**conditions**
263:20 264:21
**condo**
241:2
**condone**
304:5
**conduct**
259:7 417:9
**conducted**
340:20 341:4
359:10
**conducting**
259:5
**confidence**
246:9
**confidential**
165:17 193:6
202:13 249:2,5
251:11 264:3
278:9 364:2 380:6
**confidentiality**
202:15 248:23
371:12 372:19
373:5,13 389:10
411:23 412:4
**conflict**
223:10 247:21
248:1
**connecticut**
242:18
**connection**
220:19 257:9
286:3
**connections**
346:16
**conocimiento**
275:16,22 277:1,4
277:24 280:11
**conocimientos**
277:5
**consid**
181:1
**consider**
171:13 220:19
224:16 226:22

243:15 278:1
280:11 353:4
389:13 403:2
412:16,19,24,25
418:20
**consideration**
345:2
**considered**
170:6 266:19
275:9
**considering**
301:21
**consistent**
406:18
**consisting**
330:15
**constitute**
204:12
**constitutes**
254:13,18
**constrictions**
281:19
**construct**
393:15
**construction**
260:2,2 393:10,13
**constructive**
188:8
**consult**
423:7
**consultant**
347:1,2 384:23
**consultants**
238:10
**consulted**
363:10,12
**consulting**
254:19 347:5
**consumer**
211:3 391:18,19
**consumers**
210:25 231:8,9
242:13 243:21
257:10 258:11
329:3 390:13,14
391:4,17,22
392:14 407:21
**contact**
223:20 297:6
299:1,7 337:7,8,9

392:2 407:18,20
**contain**
174:1 194:1
280:11,18 411:4
**contained**
171:4 174:14
179:18 212:18
265:6
**containing**
211:24
**contains**
179:12 240:10
248:17 412:21
**contemplate**
179:7 399:12
**contemplating**
307:18
**content**
210:10 253:17,18
276:23
**contention**
210:13
**contents**
417:25
**context**
178:6 183:8 316:9
347:19 390:7
402:12
**contexts**
257:2 392:3
**continue**
300:24 301:14
344:16 353:17
354:25 357:9
381:6 400:8
421:12 422:11
423:23
**continued**
165:16 166:1
167:1 168:2
169:10 263:3
271:10 380:21
381:2 418:25
420:2
**continues**
234:6 326:14
**continuing**
169:3 205:1
215:13 231:14
296:8 318:20

326:25 352:8
355:16 357:10
378:10 403:8
404:22 421:9
**contract**
300:10,11 302:19
**contractor**
229:15 230:15
231:4 288:25
289:1 290:24
384:17
**contracts**
300:12
**control**
197:9 246:4 247:9
**controlled**
246:23 247:3
**controlling**
197:10
**conversation**
223:14 226:11
254:6 289:11,18
306:17 323:3
335:11 342:7
359:6
**conversations**
211:12 215:18
223:8,18 306:18
308:10 335:18
353:18 355:6
372:12,14
**convicted**
343:6
**convinced**
408:12
**copied**
193:5 264:24
267:6,13
**copies**
204:25 212:19
215:18 272:9
277:20,23 280:24
281:2
**copy**
193:6 204:23
212:1 222:1 234:5
263:20 264:10
293:12 332:17
373:23 412:7
**copying**

232:24 400:1
409:15
**copyright**
237:21
**copyrighted**
210:8 211:25
411:20
**copyrights**
237:14
**copywritten**
238:13
**corp**
166:24
**corporate**
284:7,14,16
**corporation**
165:2 166:6
228:12 242:22
284:10,17 285:19
285:24 324:7,10
**corporations**
284:7,9,13,22
**corral**
354:19
**correct**
199:7 213:5 218:3
234:13 249:11
259:16 265:15
279:11 302:1,11
302:18 319:19
323:10 325:24
338:7 362:8
364:15,19 367:18
369:11 370:2
371:13 372:19
373:1,6,16 375:11
402:7,19 406:25
408:6,8,13 416:2
**correction**
425:6
**correctly**
316:13 375:2
381:1 383:8 385:4
388:8 394:9 407:2
409:8 412:5,13
418:4 419:6
**corrupt**
297:11,11 300:7,8
300:13
**cost**

391:17
**costs**
236:13 237:16
**counsel**
248:8 330:4,19
340:16 344:4
345:14 351:13
354:13 355:1
360:16 363:2,6,9
363:12,18,20
366:7 422:14
426:17
**counseling**
254:13
**count**
294:14
**counter**
339:22
**counterclaimdef...**
165:15
**counterclaimplai...**
165:11
**counterclaims**
328:17,18,19
**county**
274:23
**couple**
285:17 292:25
302:15 306:21
340:1 399:5
423:17
**course**
182:1 186:25
191:15 196:2
199:18 211:1,4,8
211:15 224:10
240:14 250:7
266:24 268:20
277:12 328:8
368:7,8 369:25
370:4,11,16 373:4
385:17,21 386:16
386:19
**courses**
172:12 224:4,6
228:4 284:16
380:17,17,20
386:22 387:13
394:23
**coursework**

210:12 394:25
395:1,3
**court**
165:1 166:13
203:5,8,11,12
278:10 324:3
332:21 344:7
361:24 423:23
424:1 426:4
**courts**
296:13
**covered**
267:17 346:17
**cpu**
382:9
**craft**
179:5
**crate**
391:15
**crawl**
394:6
**crazy**
332:21
**create**
180:5,9 287:11
303:8 339:18,19
380:9 381:21
393:1 403:20
405:1 417:16
**created**
179:19 382:21
383:24 384:18
**creates**
303:9 383:13
**creating**
396:11 411:10
413:16,19 417:10
**creation**
396:1,5
**credible**
217:23,24 309:25
310:4 312:9
**credit**
244:6,10,14,25
245:1
**crime**
257:1 343:6 354:8
419:22
**criteria**
192:6

**critical**
170:4 197:16
210:11 399:21
**criticism**
181:16 186:2,21
186:25
**criticisms**
187:10
**criticizing**
181:17
**cross**
168:2
**crossclaim**
166:8,23
**crossclaimants**
166:4
**crossexamination**
285:7 345:10
**cruise**
315:24 316:11,11
317:9,11
**culmination**
236:6 238:7
**cult**
186:7,15 216:22
218:11,20 331:16
**curiosity**
376:19
**curious**
324:18
**current**
256:24
**currently**
210:8 219:19
331:20
**curricula**
256:15
**curriculum**
180:20 196:14,15
204:19 256:2,4,17
384:18,20 386:4
387:9 417:23,25
418:6,11,14,25
420:3,11,13
**cursed**
214:20
**curve**
382:24
**cut**
264:18 295:5

**critical** — *see above*
344:5
**cute**
261:5

_____
**D**
_____
**daily**
214:16
**dalai**
371:14,16 372:7
372:18
**damage**
173:24 181:19
225:22,23 226:5
296:16
**damaged**
183:19
**damaging**
192:3
**damato**
296:12,15 355:24
357:13,14,16
358:16
**damning**
320:3,9
**danzig**
167:7
**dashes**
319:9
**data**
266:12 282:12
321:10,12 322:9
322:11 340:14,14
357:24 374:22
382:20 383:15,16
420:11,14
**date**
165:19 169:1
220:6 236:23
239:3,7 252:22
264:19 280:23
344:11,13,14
421:6 423:25
425:21 426:14
**dated**
242:8 244:7
251:13 374:6
**dates**
399:25 424:7,9,13
424:20
**dave**

231:16,23
**day**
169:2 216:11,16
239:10 343:19
344:8 374:7
389:21 421:4
423:15,16 424:2
424:25 425:22
**days**
173:7 344:23
399:5 408:15,17
421:16 422:2
**daytoday**
337:1
**de**
395:5
**deal**
303:11,18,20
347:18
**dealing**
225:9,10
**dealings**
287:6
**deals**
391:10,15,16
**debt**
243:13,16,20,20
244:4,17
**debunk**
409:5
**decide**
227:14
**decided**
261:11 337:23
**decision**
227:16 354:19
375:1
**decisions**
363:17 383:7
406:21
**deduce**
206:4 397:14
**deduced**
206:6
**deemed**
325:12
**deep**
182:25 196:16
418:9
**deeper**

170:11 172:24
381:8,8 394:2
405:8,9 406:15
418:3,3,13
**default**
243:11
**defend**
243:11
**defendant**
168:9,16 239:19
239:25 324:5,8
**defendants**
165:9 166:8,24
208:24 239:21
245:17 251:14
264:4 285:23
324:11 330:16
345:12,13
**define**
174:24 184:22
190:7,8 223:25
230:1 250:12
262:12 379:24
380:1 390:5
403:11 414:7
**defined**
395:6,7,7
**defining**
184:19
**definite**
310:8
**definitely**
196:13 253:5
337:8
**definition**
185:13 186:11
195:21 204:8
413:1,4
**degree**
207:22 226:5,22
226:23,25 227:9
227:15 259:8,20
276:24 297:24
299:3 311:5 342:5
346:14 350:19
406:11 416:7
420:14
**degrees**
226:21 227:3,6
228:16

**delete**
355:3
**deleted**
271:18 367:25
368:6,7
**delineate**
286:5
**delineates**
401:15
**deliver**
313:19
**delivered**
313:16 361:22
391:8
**delivering**
361:25 362:4
385:17
**demonstrable**
221:7
**demonstrated**
282:8,9
**dentist**
191:14
**deny**
330:19
**department**
230:9 242:8
243:24
**depend**
269:7
**dependent**
389:2 398:4,4
**depending**
178:6 184:6
193:22 269:4
403:24 405:2
414:6
**depends**
172:8 188:22
190:7 234:1
250:12 269:8,11
284:17 379:24
404:2
**deposition**
165:18 169:3,12
172:2 217:10
271:13 295:17
319:18 344:5,14
344:16,19 353:8
354:14 421:7

422:3,3,17 423:15
423:21,23 424:24
**depositions**
228:11 424:8
**deprogramming**
406:9
**depth**
405:2
**derivative**
268:21
**derive**
178:17 179:9
**derived**
200:2 236:22
296:20 396:24
406:21 414:12
415:1
**describe**
394:20
**described**
215:21 315:16
323:4,14,21
405:21 406:1
**describing**
269:14
**description**
168:6 303:19
**designate**
278:8
**desire**
211:1
**destroy**
189:4 192:1
**destroyed**
368:18
**detail**
248:2 308:8
399:24
**detailed**
173:3
**details**
243:20 320:12,21
327:7 371:17
**detective**
199:15
**determination**
411:11
**determine**
209:20 236:8
397:9

**develop**
374:19 376:8
380:21 381:2,6
**developed**
376:9 388:5,11,14
394:16 407:10
420:20
**developing**
378:16
**development**
370:16 384:11
391:23 392:13
413:14
**device**
256:9
**devices**
256:12
**devote**
247:21
**diagrams**
398:15
**differ**
385:15 394:24
**difference**
183:20 206:16
252:5,7 306:3
387:15,17 416:12
416:23
**different**
170:10 174:1
176:18 184:11
190:15 194:16
203:1 207:21
226:21 228:14,22
230:13 238:9
244:18 247:25
248:20 254:18
255:14 262:16
263:23 269:25
272:12 273:22
277:10 284:18
321:5 322:5
343:19 362:20
368:4,5 371:24
372:3 375:24
377:18 378:4
386:22 387:12
388:1 392:3,12
394:17,18 396:18
398:15 401:11

403:17 405:4
407:21,22 409:20
410:17
**differently**
357:25
**difficult**
238:16 259:18
303:15
**difficulty**
263:17
**dinner**
292:2 315:4,7
**direct**
168:2 169:10
194:23 218:14
271:10 292:25
296:22 313:22
324:23 326:12
391:13 399:18
400:8 402:20
405:15,18
**directed**
272:21 283:22
284:1
**directly**
176:22 177:24
185:12 205:2
236:16 274:16
276:6 311:12
359:22 364:4,5
370:21 372:12
379:14 388:22
399:9 403:24
404:2,3,25 418:23
**dirty**
293:25
**dis**
316:5
**disadvantage**
178:5,10 413:9
**disagree**
259:4
**disagreeable**
412:2
**disagreement**
305:2
**disclose**
176:14 189:13
266:20 397:3,18
397:23 398:10

399:6,8,10,11
403:19 404:25
**disclosed**
172:6 173:4
174:24 191:18
194:11 206:8,13
223:12 398:1
**discloses**
183:21 398:21
**disclosing**
189:18
**disclosure**
177:25 178:3,19
179:13 196:22
399:17,18 419:15
**discontinued**
229:9
**discontinuing**
309:18
**discount**
390:23 391:16
**discourage**
259:15
**discover**
177:7 376:5
389:21
**discovered**
374:15 379:18
393:17 419:2
420:16,16
**discoveries**
376:5
**discovery**
213:23 251:18
329:24 369:19
378:3,19,22,23
379:6 380:1,6,9
389:17,23 390:3,4
**discredit**
169:18,21,25
339:24
**discuss**
278:12 280:7,14
289:24 293:1
306:23,25 307:4
308:4,8,13 309:18
310:10 315:5,6
318:17 360:13
362:14 371:23
372:8 407:12

**discussed**
186:15,16,17
256:3 306:2 308:9
311:7 315:1
318:23 348:18
360:7 373:7
424:13
**discussing**
297:23 310:17,22
322:25 325:16
330:1
**discussion**
239:15 251:6
283:9 318:19
324:12 328:2
333:6 373:25
399:1
**discussions**
308:15,19,22
371:10,25 372:7
423:18
**dishonesty**
190:23
**dismissed**
203:5,8,9
**disposed**
421:8
**disputes**
392:11
**disregarded**
247:15
**distribute**
232:17
**distributed**
275:11 278:6
**distributor**
233:6
**district**
165:1,1 203:4
256:25
**divine**
197:5
**division**
230:11
**dmc**
165:4
**doctor**
191:15
**doctors**
262:21

**doctrine**
354:9
**document**
201:21 205:23
206:20 209:5,8,10
221:4,21 238:22
240:4 245:11,20
245:22 251:16,18
251:22 252:1,8,11
252:15,16 254:9
254:23 258:16
261:25 263:14,23
264:7 272:10,14
272:15,19,21
292:21 303:9
306:7 312:21
313:1,9,10,15,16
313:20,21 324:4
324:14
**documentation**
245:6,6 337:18
**documented**
299:21 306:11,15
321:9 322:8
**documents**
202:18 210:21
221:1,2,5,18
235:1,3 237:4
271:16 272:6
273:2,13 308:7
313:14 335:21,23
336:3,5 338:22
365:1,7,7,10,25
366:10,12 367:5,6
367:7,13,20
368:17,19,22,25
369:10,13,22,23
369:24
**doe**
165:14
**dog**
241:4 261:8,9
**doing**
170:10 174:19
185:22 189:12
237:18 262:9,11
266:17 292:13
296:16 297:14
299:20 300:17
305:4 406:21

**dolan**
167:13
**dollars**
236:5,9 237:8
238:6,24 243:3
**dominant**
252:25
**door**
391:8
**doors**
354:19
**dossier**
333:14
**dot**
200:25
**double**
235:7
**doubt**
222:1 289:3 304:7
**doubtful**
265:22
**doug**
314:14
**download**
219:20,21 276:8
**downloaded**
415:10,14,16,18
**downtown**
246:16
**draft**
209:15 417:20
**drafted**
266:2
**drafting**
209:16
**drafts**
417:16
**drawing**
378:4,18
**drew**
197:5
**drinker**
166:15 167:2
**drive**
166:16 167:4
219:14 341:17
**driven**
382:22 383:5
**driver**
400:24

**drives**
220:4 368:5
**driving**
213:16
**drove**
214:19
**due**
242:19 243:25
260:8
**dues**
241:7,9,13,14,22
**duly**
169:8
**duplicatable**
408:3
**duplicate**
407:1,6,25
**duplicated**
264:24 267:6,13
408:5

**E**

**earlier**
304:15 308:9,9
318:23 319:20
343:22 345:20
362:12 421:5
**early**
186:3 417:16
**earn**
189:2 247:9
**earning**
188:22 189:12
**ease**
317:10
**easily**
238:4
**education**
259:20 385:18
387:13 411:21
**effect**
169:13 182:7,11
184:11 218:18,19
282:1,2,6,7
**effective**
191:22
**effectively**
189:7
**efficient**
385:19

**effort**
223:23 224:1
247:22 310:5
409:22 410:19
**efforts**
246:13,22,24
247:1,13
**eggs**
179:13,15,16
**egregious**
221:6
**egypt**
260:1
**eight**
192:6 401:15
**either**
176:22 180:23
181:9,10 183:15
183:17 184:12,13
185:12 200:11
213:25 250:22
256:4,15 273:11
274:18 290:15
311:3 315:24
326:4 351:9 352:2
359:21 364:21
365:8 391:15
404:3 420:24
422:14
**electronics**
391:7
**elements**
210:18 378:5,11
**ellipses**
297:12
**elses**
241:5
**em**
254:12
**email**
211:20 213:11
218:5,7 220:18
424:14
**emails**
218:9 219:7,13,16
219:19,20 220:10
220:11,17 271:18
272:7 367:22
368:1
**embodied**

378:1 385:1
**embody**
416:15,25
**emotion**
207:17 374:24
390:9
**emotional**
207:12
**emphatic**
320:13,22
**employed**
229:12
**employee**
288:21 317:18,24
426:17
**employees**
392:5,6,8
**enabled**
406:15
**encourage**
268:22
**endeavor**
378:6,11
**endeavors**
378:14,14,15
**ended**
312:12 352:20
409:15
**engaged**
250:21
**engagement**
225:3
**english**
182:15 380:3,4,6
380:7
**enhanced**
395:21
**enroll**
250:1,6,18 251:1
**enrolling**
387:3
**enrollment**
168:14 250:13,14
250:15,24 263:12
264:2,8,16
**entered**
240:11,18,20
241:12 242:7
278:9 380:15
**entertain**

387:11
**entertaining**
387:10
**entertainment**
387:2
**entire**
174:23 210:12,21
293:14 331:1
354:5 357:7
**entirely**
297:8 299:9
**entirety**
205:14,16,24
206:9,13 208:7
210:15,17
**entities**
283:19
**entitled**
245:20 324:4
328:10
**entrance**
190:15
**entry**
187:12 188:16
281:24
**envision**
247:11
**episode**
262:14 263:4
**episodes**
262:19
**equation**
171:23,23 178:22
178:24
**equipped**
383:5
**erect**
332:6
**erratic**
255:10
**erraticism**
255:12
**error**
200:5,5 201:5,6,7
264:18
**errors**
199:21 201:23,24
248:18
**escapes**
291:1

**esp**
200:6,9 248:22
249:3 250:1 255:2
265:7,8 413:16
414:13
**especially**
179:14 181:9
184:7 198:12
200:1 221:4 397:5
**esq**
166:21 167:3,4,7
167:12,13,17
**essay**
171:3 232:21
**essential**
265:7 394:7
412:25
**essentials**
247:24 249:23
**establish**
357:4
**estate**
287:6
**et**
255:6
**ethic**
268:7,12 269:6
411:14 414:5,6
**ethical**
243:15 244:3
246:24,25 259:22
267:10 268:16
278:24 279:6,6
392:11
**ethically**
246:3 247:3
**ethicist**
249:22
**ethics**
392:16
**ethos**
249:21
**evaluate**
189:20
**evaluated**
262:22 263:3
357:24 384:19
**evaluating**
262:18
**evaluation**

189:22 190:23
**evening**
421:9
**event**
354:24 423:8
**events**
197:7 346:17
357:18 358:2
378:4
**eventually**
181:21
**everybodys**
421:12
**everyones**
422:16
**evidence**
199:12,16 220:19
303:25 358:7
359:17
**evil**
218:11
**exact**
236:22 280:23
394:1
**exactly**
237:9,12 251:23
274:22 320:1
328:15 347:7
417:8
**exaggerated**
326:4
**exaggeration**
316:14,15
**examination**
169:10 207:4
271:10 426:8
**examine**
282:2 367:22
376:3
**examines**
282:10
**examining**
376:17
**example**
171:19 190:14
201:13 214:5
237:15 250:18,22
250:23 256:8
266:17 269:15
273:6 283:22

386:4 388:1,23,24
392:5 400:12
404:4
**examples**
186:8 400:8
**exbusiness**
329:2
**exceptional**
374:15
**excerpt**
168:18 329:22
330:6,7,13 331:1
**excited**
419:16
**exclude**
317:11
**excuse**
251:3 294:8 296:7
363:24 370:24
409:25
**excused**
270:15 424:23
**execute**
355:25
**executive**
165:3 170:4 192:7
231:20 265:7
285:20,24 399:21
**exhibit**
168:6 200:17
204:23 208:24
235:25 239:13,21
245:18 251:14
264:4 292:22
312:23 319:15
324:11 330:16
373:17 375:8
**exhibits**
168:8,21 208:23
233:19 422:2,6,16
**exist**
181:17,20 191:3,4
214:13 237:4
323:12 325:23
326:3,7 379:18
407:10
**existed**
307:3,5 323:15,22
352:17
**existence**

177:20 293:17
**existing**
260:1,2
**exists**
214:11 321:14
390:3
**exit**
273:21
**expand**
304:24 305:24
**expect**
423:22
**expense**
265:8
**expenses**
238:18,19
**experience**
207:17 257:8
267:24 372:6
391:22 392:20
408:14 411:19
417:7 418:2
**experiences**
258:10 268:23
**experiential**
388:3,5,12
**experiment**
376:14
**experiments**
376:22 377:1,9
**explain**
181:13 235:1,4
246:7 248:13
252:9 301:15
325:25 385:20
409:21 410:19
**explained**
285:14
**explanation**
207:7
**explicit**
268:20
**exploration**
254:11 262:10,11
**explorations**
253:24
**explore**
349:14
**explored**
387:25

**exposed**
370:20
**express**
318:9,14,25
319:11
**expressed**
255:24 256:1
283:17 290:4,6
**expresses**
248:21,22
**expressing**
394:11
**expression**
248:16,21 412:6
412:22 417:7
**expressive**
376:16
**exsenator**
296:12
**extent**
174:5 366:1
396:16
**external**
207:16
**extras**
264:13
**extreme**
372:6
**extremely**
255:10 258:5
**extremes**
207:9

---

**F**

**fabricate**
303:8,25 358:7
359:17
**fabrication**
303:14
**face**
210:10,14
**facilitator**
194:12 233:23
**facilities**
235:22 273:23
**fact**
177:25 178:3,15
183:22 190:13
192:22 204:15
228:21 295:18

317:17 318:10
322:22 333:19
334:4,25 351:2
357:15 360:1
414:17
**factor**
261:5 269:9
421:24,25
**facts**
211:24
**factual**
355:8
**fair**
248:3 350:13
375:12 397:17
424:18
**fairly**
196:24 293:1
**falk**
344:15 354:4
421:7
**fall**
292:19 341:11
405:15,17
**fallacies**
409:19 410:16
**falling**
343:11
**fallon**
223:1,6 224:22,23
**fallons**
223:2
**falls**
413:12
**false**
183:16,21,23
184:10,12 211:24
225:4 299:2,24
**falsely**
325:11
**familiar**
242:10 279:4
286:13 422:2
**families**
268:24
**family**
175:15,24 186:3
267:22,25
**fantastic**
303:9

far
  172:24 221:6,6
  243:7 256:17,18
  283:25 300:23
  301:13 303:15
  357:15 368:15
  394:2 406:14
  414:9
farouk
  276:22
fashion
  374:23 383:24,24
  386:21,22 393:16
faster
  294:15
favor
  240:20
favorable
  203:14
fax
  165:25
fear
  406:23
fearful
  226:3
february
  253:12,13 261:14
  324:21
feedback
  175:15,24
feel
  180:18 189:21
  217:22,24,24
  256:22,23,23
  266:3
feeling
  180:13
feels
  262:6
felt
  258:14 261:12
  311:22 409:1
  411:14
fiction
  279:16
fictional
  279:19,21
fictitious
  309:2
fields

284:5,6
figure
  172:10 238:11
  397:10
filed
  213:25 237:21
  239:3 242:19
  328:18
files
  331:13,15 365:8,9
filing
  169:17,21,24
final
  193:23 198:15
  265:19,21
finally
  265:13 393:14
finances
  334:2,5
financial
  334:9,13
financially
  241:20
find
  177:1,2 178:11
  182:10 200:14
  201:8,10 218:25
  249:4 259:1 282:1
  283:22 294:7
  295:10 309:25
  310:3 331:16
  333:12 334:1,21
  351:3,4,5,6
  364:24 383:25
  406:15 407:25
  408:4 412:1
  423:25
finding
  175:22 399:16
findings
  354:8
fine
  187:10 241:6
  244:6,10 262:24
  312:6 343:4 356:9
fingerprints
  199:14
finish
  319:3,8 353:1
  399:3 404:8 421:3

423:19
finished
  191:14 305:14,15
  405:16
finishes
  356:19
fire
  340:15
firm
  285:9 290:25
  291:1 308:11
  339:13 350:3
  352:19,22,23
  360:12
firms
  283:24 291:7,17
  291:18 349:20
  351:10 352:3,18
  352:21
first
  165:3 168:9,10,16
  175:13 181:14
  182:12,13 187:19
  195:8 210:7
  211:22 226:22
  227:12 228:3,20
  233:11 237:22
  239:18,20,24
  240:1 242:4
  243:21 264:15
  267:11 281:25
  288:3,4 291:1,3,6
  293:15 294:14
  295:1 296:23
  297:5 305:3,12
  313:8,11,23
  319:15,23,25
  324:6,9 326:24
  337:19 341:12
  358:2 380:13,19
  381:15 393:11
  399:20,23 400:20
  401:1 409:4 411:9
  411:23 413:18,21
  413:22 417:14
  419:9
fit
  182:16 303:13
  383:16
fitness

294:21
fits
  402:16
fitting
  382:24
fitzsimmons
  165:23
five
  190:2 206:24
  328:4 371:1 423:9
fivepage
  168:13 251:11
flintlock
  169:7
florham
  166:16 167:5
flow
  411:13 414:4
flows
  414:6,14
focus
  399:18
follow
  222:8 277:24
  356:8 411:18
followers
  201:1
following
  165:16 296:22
  298:17 301:9
  302:6 305:22
  320:18 322:1
  323:18 351:25
  354:2 404:15
  410:11 416:20
  425:5
follows
  169:8 271:8
followup
  270:10 343:21
fomented
  363:20
footprint
  397:10,11
forbes
  283:23 339:21
forced
  181:18
foregoing
  327:19 425:3

426:11
forensic
  205:19
forgot
  204:16
form
  206:10 248:6
  264:15 268:8,20
  269:19 275:5
  297:20 337:3
  350:4 360:18
  414:13 415:17
formalized
  380:22 393:18
  406:4
formally
  172:3
former
  332:23
formerly
  165:2
formula
  170:22,23 178:24
  178:25 179:2,3,5
  196:2,3,6 412:23
formulas
  179:1
forth
  426:15
forum
  214:6,6,7,8
  256:16,18
forums
  256:2,4
forward
  277:13 278:11
  281:9
foster
  392:9
fought
  243:9
found
  255:12 297:10
  300:6 303:10
  316:11,13 347:8
  348:8,10,13 355:8
  369:22 406:12,25
  407:5
foundation
  374:17 375:17

377:7 385:10,13
394:12
**foundational**
414:10 420:19
**founded**
229:25 230:1
**founder**
226:8
**founding**
231:8,20,24
**four**
231:9 321:23
328:4 382:19
384:5
**fourpage**
251:17
**fourstripe**
223:3
**fourth**
206:21 294:15
**fragment**
191:20
**frame**
308:24 341:3
**frames**
357:5
**framework**
409:5
**franchise**
274:18
**franco**
165:7 169:23
194:13 208:4,6,8
371:11
**francos**
168:10 239:19,25
**frank**
286:25 287:2
289:25 290:4
293:23 294:1,1,2
295:18 300:21
301:2,6,11,19
343:10 345:21
**franks**
290:15 346:15
**fraud**
354:9
**free**
211:5 246:20
376:18

**freedom**
259:8
**freely**
211:2
**french**
379:11
**frequently**
214:24
**fresh**
422:16
**friedman**
167:16 168:19
285:10 330:14
**friend**
219:2 223:4 311:4
314:12,13 335:16
362:17 377:2
**friendly**
224:19 310:24
360:21,24
**friends**
175:15,24 186:3
231:9 299:3 312:8
346:20 361:1,2
407:22
**front**
203:2 220:2
241:19 277:8
324:19 332:2
**fulfill**
250:5
**full**
170:14 182:13
202:21 295:13
296:23 297:5
303:19 313:23
327:2,3
**function**
224:18 309:22
**functional**
380:23 381:14,25
382:1,11
**functions**
331:22
**fund**
233:7
**fundamental**
249:7,9 305:2
411:10 413:15,17
413:19,21,22,23

413:24
**funded**
229:17 311:25
**funding**
229:19
**funds**
243:23
**funny**
363:16
**furry**
261:20
**further**
197:18 210:24
213:9 238:11,12
343:24 404:19
412:3 426:11,16
**furthered**
392:15,20
**future**
315:1

---
**G**
---

**gain**
418:2,10
**gained**
370:16 381:8
**gaining**
418:13
**game**
224:5 377:2
**gammipi**
382:8 383:14
**garbage**
304:11,14
**gateway**
166:22
**gather**
340:14 405:7,9,10
420:12 423:1
**general**
255:5 256:14,20
257:9,25 258:1,5
258:12 283:16
285:14 335:20
366:13 393:23
**generalized**
269:19
**generally**
248:14 325:9
346:4

**generals**
257:6,15,18,24
258:2
**generate**
345:21 346:2
416:13,24
**generated**
242:21 406:23,24
**generously**
188:12
**gentleman**
231:15 286:24
356:17
**genuine**
312:10
**genuinely**
250:21
**geometric**
383:21
**gestures**
285:16
**getting**
203:18 210:24
237:17 248:4
267:15 311:14,15
311:17,18,18
394:14 422:5
**gibberish**
183:14,23 185:17
185:19,22 187:15
188:2
**girlfriend**
252:24 253:2
332:3,23
**girlfriends**
331:24
**gist**
182:4
**give**
170:16,18,23
171:19 184:5,5
193:7,9 196:1,7,8
200:13 203:20
204:8 214:6 219:8
225:24 232:21
271:25 282:12
284:15 294:7
317:15 319:8
352:12 357:6
370:13 401:5

424:7,17
**given**
187:7,7 191:1
194:12 204:9
211:2 217:20
273:17 319:18
349:24 351:10
352:3 355:24
364:18 366:5
373:2,11
**gives**
184:3 196:5
204:18
**giving**
189:21 214:6
282:19 311:22
347:21 356:18
**glasses**
304:19
**go**
170:15,22 175:5
176:25 187:25
190:15 192:5
197:17,19 207:9
208:15 214:3,5,6
218:13 227:17
230:20 234:24
235:13 243:25
246:17 248:2
250:14,17 253:23
254:21 263:11
268:22 269:2
271:19 273:16
295:10 296:6,13
296:13,19 298:12
302:14,25 329:11
330:10,25 333:7
344:18 353:1
355:25 357:6
378:8 383:25
386:11,12,21,23
391:12 400:15,19
408:10 422:9
424:6
**god**
331:25 332:7
**goes**
214:7 241:4
256:17,18 297:5
331:13 368:16

401:10
**going**
  173:17 174:16
  182:24 194:8
  203:11 208:15,18
  209:4,14 213:9
  217:4 218:15
  228:11 232:6
  233:20 243:10,19
  251:16 268:1
  270:12 277:22
  278:12 281:4
  285:3 286:8
  292:21 294:4,11
  298:10 303:10
  304:16 311:10
  312:16,21 313:7,8
  316:17 317:7
  319:6 324:22
  326:4 329:8,14,25
  330:11,25 331:17
  331:19 340:1
  344:2 345:6 348:5
  351:14 353:7
  355:19 357:8
  362:23,24,24
  373:17 374:13
  380:13 399:23
  408:16 421:1,3,3
  423:14 424:2,7,21
**goldie**
  225:3,13,16,17,18
  226:1
**good**
  169:11 226:5
  238:17 257:22
  266:3 285:8 293:7
  299:20 320:4,9,15
  320:24 339:20
  342:5 347:16,17
  350:12 387:1
  405:7 419:16
**gotten**
  235:11 263:19
  291:10,11 307:20
  318:4
**government**
  256:22 296:18
**gradations**
  235:2,4

**graduate**
  226:18 380:16,18
**grant**
  292:5
**grants**
  344:15
**graph**
  383:16 384:1
**great**
  258:2,3,13 265:8
  346:14 387:6
  396:16
**greatly**
  261:5
**green**
  234:16
**groceries**
  391:8
**grocery**
  391:9
**ground**
  285:14,17
**group**
  171:2 182:16
  183:11 184:7
  185:8,14 186:2,5
  197:10 219:24
  223:2 229:8
  249:13 253:4,6
  318:7 370:9,10
  375:16 382:8
  383:15 419:9
**groups**
  186:6
**growing**
  233:16
**grown**
  420:20
**growth**
  233:12
**guarantee**
  332:16 391:21
**guard**
  249:4
**guarded**
  249:3
**guess**
  212:20,21 213:6
  265:9 296:3
  327:13 379:25

414:12 417:8
**guessing**
  277:19
**guiding**
  411:11
**guilt**
  180:19 181:3
**guilty**
  180:13,18
**guinness**
  228:15
**guy**
  189:17 268:3
  303:7
**guys**
  217:3

        **H**

**half**
  174:16 241:17,18
  241:18 301:4
**halfway**
  186:4 194:21,23
  200:24 331:12
**hammer**
  389:20,22,25
**hand**
  176:24 263:6
  313:16,19,20
  332:18 390:20
**handful**
  289:23
**handing**
  330:6
**handle**
  346:15
**handled**
  180:20
**handles**
  374:22
**happen**
  244:2
**happened**
  244:17 269:22
  291:18 308:23
  309:3,6 312:15
  424:14
**happens**
  214:24 250:16
  269:24

**happily**
  403:13
**happy**
  422:17
**harassing**
  357:15
**harassment**
  332:22
**hard**
  194:14,17 198:19
  198:24 219:14
  220:4 252:14
  257:21 282:12
  326:8 368:5
**hardin**
  334:7
**hardworking**
  408:24
**harm**
  178:16
**harness**
  389:5
**harnessed**
  246:25
**harold**
  167:7 202:9 204:1
**hate**
  207:9
**hawn**
  225:3,6,13,18
  226:1
**hawns**
  225:16,17
**hazard**
  296:3
**head**
  178:21 180:4
  212:17 230:11
  233:5 277:5,7
  339:20 392:3
  419:25
**heading**
  175:14,23 211:20
**headquarters**
  167:8
**health**
  294:21 407:19
**hear**
  215:3,7 219:1
  266:24 283:1

291:3 296:9 301:7
  302:4 315:18,20
  315:22 316:3,19
  321:24 328:23
  358:10,17 364:3,5
  387:5 416:18
**heard**
  218:18 224:25
  236:15 244:10
  245:6,7 258:21
  259:5,24 260:9,12
  260:17,19 261:17
  286:11,24 289:3,5
  289:12 291:4
  295:24 296:9
  304:10,12 305:13
  307:18 309:12
  310:6 315:21
  316:2,4,5,7,9,21
  319:5 321:5,6
  322:5,6 328:24
  332:11 334:6
  337:15,19,21
  338:1,9 339:9
  341:11 355:17,18
  355:18,20 357:12
  357:19,20,21
  358:2,4,8,15,22
  358:23 359:21,22
  361:18,20,21
  422:13
**hearing**
  242:4 300:1
  310:19 331:9
  350:13 357:12
  364:11
**hearsay**
  321:7,12 322:7,12
  326:4
**heart**
  210:11
**held**
  166:14 219:23
  239:15 251:6
  320:6 324:12
  328:2 333:6
  373:25 399:1
**heller**
  291:1,5 292:14
  308:11,16 318:8

help
250:2 378:13
388:14,14,23
392:10

helped
367:17

helpful
309:22

helps
418:13 420:12

hemorrhaging
238:12

hereinbefore
426:14

hesitant
188:5

high
242:25 380:16

higher
234:14 257:20

highest
234:12 235:7

highlighted
192:8

highly
191:22 393:23
406:18

hill
292:5

hint
176:22

hints
178:16

hire
238:10 291:17
340:15 349:20
350:2 363:1

hired
287:4,9,13 288:19
292:7,8,12 297:7
299:8 339:17,23
345:21 346:2
360:11,12 363:13

hires
297:11 300:7
363:9

hiring

319:21 327:13
349:21 351:11
352:4,19 360:12

history
228:4 233:16
380:21

hochman
176:18 190:11,17
199:9,11,24 200:4
200:11,12 201:7
201:13,16,18
202:18 203:6,8,9
203:10 212:19
397:2 398:9

hold
182:10 226:4
227:5 247:13
265:1 319:3 402:4

holds
207:23

home
274:3,6 362:4
370:5,8

homebased
390:19

homeowners
240:21,24 241:21

honest
201:23,24 252:10
255:12 408:23

honestly
189:21 292:19

honesty
190:23 419:14

hope
217:4 418:2

hoped
255:11

hopper
265:18

horrible
348:15

hospital
262:22

hostile
214:21 252:25

hotel
263:1

hour
174:16 408:16

419:3

hours
173:7 303:7 344:3
345:4,5 382:9
408:17 423:17

house
216:24 241:17,19
288:4 292:2,5
302:22 307:14
314:25 359:2,20
361:19 362:7
367:8,13 369:3,10
369:13

howard
233:8

hows
331:21

human
184:25 196:17
247:23 249:23
374:19 376:3,14
376:16,18 378:6
378:11,14 379:1
382:20,22 383:3,4
383:12 384:1,4,5
384:9 390:9,10,11
393:17 406:2,7

humancreated
383:14

humankind
207:15

humankinds
204:10

humans
207:25 383:25
384:25

humoring
311:3

hun
237:7

hundred
221:5 243:2,4

hundreds
198:23 236:4,9,19
236:25 237:7
238:5,18,24
406:25 407:5,13

hung
189:9

hurt

184:13

hyland
167:7

hypothesis
201:15

hypothesize
244:11

I

idea
184:15 192:14
195:18,19,24
196:25 241:14
274:23 350:25
375:23 376:1

ideas
181:2 197:3
248:22 375:4,11
375:13 394:11
409:17 410:13

identification
168:6 208:25
239:22 245:18
251:14 264:5
324:11 330:17

identified
171:9 244:6
295:12 297:22
334:8 374:1

identify
170:5 172:6 173:4
173:12,18 174:10
174:13 282:25
283:3

identifying
174:21

identities
226:4

idiosyncratic
182:8 187:16

ignored
217:15

ii
165:18 419:20

iii
253:18,20 419:21

illegal
297:14 299:11
300:10,12,15
302:17

image
339:7,18

imagine
257:12 266:15
279:24 287:15,20
289:10 304:14
320:11,20 326:8
339:8 345:25
346:5 359:7
369:19 381:25
383:21 415:10
417:6

impact
232:25

implementation
327:10

implications
405:10

implies
340:22 405:14
414:25

importance
394:5

important
180:21 182:23
183:1,2 197:14
210:17 248:24
258:4,6 261:12
311:4 368:15
369:7 418:16,21

impress
331:18

impressed
291:12

impression
311:21 318:2
361:1,14 362:3,9

impressive
331:21

improbable
201:8

improperly
198:9,10

improve
339:7

ina
305:5

inappropriate
305:5 306:4
325:12

incident
  211:10
include
  215:20 236:13
  248:4 251:1
  266:13 267:21
  354:22 396:7
  409:17 410:14
included
  409:24 410:21
includes
  237:24 314:1
including
  355:5
inclusive
  267:20
incompetencies
  243:23
incomprehensible
  182:20
incorporated
  202:2 249:6
  285:11 289:13
incorrectly
  234:11
increase
  185:5,8,11 207:25
  283:17 389:2
increasing
  185:3,15 188:18
incredible
  355:19
incumbent
  386:1
incurred
  238:20
independent
  207:13,22 230:15
  288:24 289:1
  290:24 384:22
indicate
  223:11 224:22
  355:4
indicated
  224:23 263:16
  279:15
indicates
  202:19
indicating
  197:12 252:3

indictment
  217:14
indirectly
  176:15 379:15
  399:11 403:22,23
individual
  179:25 180:1
  217:21 406:18
individuals
  231:18,19,25
  232:1 262:9
industry
  232:8 233:14
  409:3,6
infer
  397:20
influence
  375:14 391:23
influenced
  253:3,6,7
infor
  267:4
informally
  409:12
information
  168:22 177:18
  178:1 179:6
  193:12,22 196:9
  199:21 211:4,22
  212:1,4,12,15,23
  213:4,8 219:6
  222:7 228:9
  238:13,25 249:2,4
  264:24 265:6,10
  266:11,13,19,23
  267:5,13 272:1
  296:21 307:20
  316:17 318:3
  319:22 333:20
  334:13 335:1,22
  335:24 336:12,16
  338:6,19 341:10
  355:9 357:24
  358:15,17 364:2,9
  375:20 381:14
  386:2,25 405:7,19
informed
  186:20 224:8
  325:13
infraction

343:2
initial
  280:25 409:24
  410:21
input
  381:15
inquiry
  172:12 275:3
  277:4 280:7,15
  281:14 282:6
  370:17,23 372:9
  373:3,8,11 374:20
  375:4,9,10,15
  376:2,6,7,11,21
  377:21,23 378:1,2
  378:16 379:13,17
  379:21 380:4,5,5
  380:22 381:3,5
  384:12 385:11,15
  385:16 388:17
  389:8,14,18 390:8
  391:24 392:14,22
  392:23 393:2
  394:13,17,18,19
  394:22,24 395:2,4
  395:12,17,20,20
  395:22,25 397:8,9
  397:13,14,16
  403:20 406:6
  407:8 411:5
  418:22 420:17,19
  420:23,25
insane
  303:11,18,20,21
inspirational
  377:23,25
inspire
  207:16 247:19,20
  248:1 375:13
inspired
  374:18 375:7,10
  387:6
inspiring
  387:4
installed
  217:1
instance
  261:17
instances
  211:10,11 217:16

222:14,17 229:11
  262:8,19
instantly
  384:1
institute
  165:7 167:15
  229:23 230:3
  385:3,10 387:16
  387:19
instruct
  268:17 271:15
  351:20
instructed
  220:25 271:17
instruction
  271:20
instructors
  384:20
integrates
  195:11
integration
  204:18
integrity
  252:8
intellectual
  388:4
intelligent
  405:6
intensity
  419:18
intensive
  175:9,19 176:6
  177:14,14 179:18
  179:19 187:11
  249:21 371:18
  401:2,20,22
  402:17
intensives
  263:7 284:19,22
intent
  249:3 269:7
intention
  325:14
interacted
  255:11
interaction
  214:23
interest
  330:25 357:16
  387:4

interested
  356:5 426:19
interesting
  180:24 257:23
  260:5 375:21
interests
  347:25
interface
  287:9
interfacing
  211:23 224:20
interfor
  165:13 166:3
  167:19 285:11
  289:13,16 290:20
  291:9 292:8
  294:17,19,19
  296:23 302:17,20
  307:9 308:1,25
  309:19 312:12
  314:2,4,6 315:22
  317:18 318:7
  321:18 322:15
  328:10 329:25
  333:19 334:4,13
  334:25 337:12
  338:21 339:15
  352:14,18 354:5
  354:22 357:19
  360:2,15
interfors
  307:16 308:4
  315:1 318:20
  319:12 325:10
  327:9 337:1,7
  338:19 339:5
  351:16
interlocked
  396:14,17,19
international
  231:1
internet
  187:21 210:9,15
  210:22 211:5
  238:15,21 239:1
  307:21 336:13
  340:23,24,25
  341:15 349:3
  362:19 416:1,5
interrelationships

292:16
**interrogatories**
168:10,17 239:20
240:1 324:6,9
**interrogatory**
324:24 326:13
327:17,23
**interrupt**
356:2,13,14
**intervention**
382:23
**interview**
360:14 371:21
406:24
**interviewed**
371:19,20 384:19
407:5,14,17
**interviewing**
407:24
**interviews**
347:21
**intimately**
300:5
**invalid**
300:12
**invariably**
366:16
**invasion**
326:5
**investigate**
308:2 333:13
360:2
**investigated**
307:12 311:9
**investigating**
349:8 359:8
**investigation**
291:7 299:9 307:9
308:4 328:12
333:12 334:1,21
337:14 339:5
354:6,11 358:18
358:21,23,24
359:2,5
**investigations**
297:8 307:16
315:1 337:2
340:20
**investigator**
290:19 297:12

300:8 308:12,13
308:16,18
**investigators**
291:6 308:19
350:23 351:1
**investors**
387:24
**involve**
352:7
**involved**
201:14 209:16
214:1 225:25
231:19,24 237:16
241:3 261:10
278:25 279:2
296:17 300:5
316:24,25 317:4
318:8 325:9
327:14 329:3,4
363:17,21 365:4
366:21 371:25
387:18 393:19
396:1,4 398:8
420:10
**involvement**
224:20 346:22,23
352:14
**involves**
336:18 374:21,22
374:25
**involving**
170:22
**ipac**
228:9
**isaac**
374:18 375:5,7,11
375:13,16
**isolate**
388:14
**issue**
170:11 254:16
306:11
**issues**
199:2 201:14
368:2,19
**item**
229:19 230:12
253:22
**itemize**
237:1,5

**itemized**
237:3
**items**
253:22 356:1
**iteration**
381:18
**ivy**
276:19,19,19,23

_____ **J** _____

**jane**
165:14
**janitor**
219:3
**jay**
192:5
**jersey**
165:1,24 166:14
166:16,23 167:5,9
167:14 341:16
426:6
**jjo000699**
312:25
**job**
340:15 363:1,4,4
363:8
**joe**
217:15 252:1,10
252:23 254:6
255:10,11 291:2,4
291:13,14 292:13
299:14,19 306:19
309:7,7 310:13,14
310:16,21,24
311:1 313:19
314:13,13 318:7
327:13 337:10,20
337:25 340:10,11
351:18 352:17
353:4 360:10,11
365:4,20,21
366:20,21
**joes**
363:4
**john**
165:14 190:11,17
199:9,11,24 200:4
200:11,12 201:18
**johnson**
226:9,11

**join**
248:9
**joint**
229:18
**jones**
314:11,15,15
**joseph**
251:12,19 319:21
349:19
**journal**
275:9,13
**journals**
275:7,8
**journey**
384:13
**joy**
185:3,5,8,12,15
188:1,18 207:19
207:22 208:1
247:19 283:17
**jr**
286:25 287:2
343:11
**judge**
305:11 344:15,15
351:14 354:4,4
421:7
**judgment**
240:20 241:12
242:2,3,5,7 244:7
244:23
**judgments**
240:11,17
**july**
353:23
**jumps**
298:21
**jury**
282:5
**just**
172:2,25 174:15
187:15 188:14,24
189:10,23 191:25
192:22 193:7
194:8 195:25
196:9 197:1
199:22 201:15
202:10 205:9
206:2,17 221:21
232:6 245:10

247:15 248:13
254:20 255:12
264:18 281:23
285:18 286:3
290:8 293:4,14
294:18 297:19
300:25 301:2,15
302:14 304:18
305:4,17 310:12
311:3,18 317:10
317:11 319:7
320:16 325:6,16
326:22 333:5
335:19 338:6
343:9 351:21
353:7 356:2,12
357:8 367:24
369:18 370:8
373:21 375:25
379:4,5,23 380:15
384:2 387:8,17
400:21 402:10
405:20 412:11
415:3,18 417:19
424:19
**justice**
170:14
**juval**
165:14 166:3
167:19 168:18
285:11 289:6,9
290:18 291:9,22
292:12 299:5,6
300:10 303:22,23
304:1 307:14,19
309:8,20,21,25
310:8 311:22
312:8 315:2
319:24 330:14
340:24 355:18,20
357:13,20,22
358:2,4,5,15
359:6,15,19,22
360:22
**juvals**
360:12

_____ **K** _____

**kaplan**
167:16 285:10

**karen**
241:21,23
**karl**
167:22
**karner**
274:13
**kassin**
168:15 264:3,8
364:1,8
**keeffe**
165:13 166:7,24
231:15 232:3
272:9 285:25
295:17 307:4,19
312:4 315:21,23
315:24 318:25
319:11 320:5
322:14 323:4,14
323:21 325:8
332:8 333:2
334:12 336:25
337:6,12 340:2,20
341:4,19,21,22
342:1,9,12 346:12
346:13 353:9
354:14 359:18,22
360:21 361:15
364:20 365:16
366:9,17,23
**keep**
177:17,18 193:8
213:23,24 214:4
215:5,6 225:23
274:3 293:4
304:17 331:5
370:11 378:21
382:3 387:10
413:7
**keeping**
387:3
**keith**
165:13,18 166:6
167:6 168:3,7,16
169:3 173:2
200:23,25 208:22
245:21 251:12,20
260:13 268:4
314:2,3 324:5,8
342:15,20 425:2
**kendrick**

338:24
**kept**
178:1,4 382:5,6
382:15 413:8
**key**
210:17 211:23
222:20 225:2
**kidnapped**
291:11
**kill**
218:15
**killed**
216:23 217:4
**killing**
216:22
**kind**
303:11,11,18
346:1 347:5 349:8
**kinds**
347:14
**knew**
236:16,20 237:15
297:8 299:12
300:3,5 307:2,5
323:15,22 327:15
341:23 352:17
357:13 360:3
387:8 407:21
**know**
169:19,22 172:23
173:9,10,16
174:16 175:1
178:21,22 179:4
179:10 180:3
181:23 182:6
187:13 188:6,14
188:16,17,17
189:5,8,22 190:3
190:20,22 191:2,4
191:21 196:1
200:6 201:4
205:15,18,21
206:1,2 207:15
208:11 210:16
211:9,11 212:15
212:18,22,25
213:22 215:5
216:4 218:10,11
218:24 219:7,17
220:1,6 221:15

224:13,14,16,17
225:8 229:18,21
233:13,24 235:3
236:17 237:6
240:2,15,19,22,23
241:11 242:1,3,14
242:14 243:1,7
244:8 245:9
246:17 248:8
249:22,22 253:10
254:5,8,22,24,24
254:25 255:9,16
255:20 256:1,7,22
256:24 257:7
259:16,19 261:10
261:13 263:4
266:10 267:23
268:3 272:14,20
273:24 274:11
275:2,8 279:2,24
280:24 281:24
282:21 286:1,9,14
286:16 287:15,16
287:18,24 291:13
291:17 292:4,6,10
292:11,11,15,17
293:17 295:6,14
295:23 296:1
297:17,22 298:1
299:2,6,15,16,24
300:2,3,9,12
301:19 303:16,19
303:25 304:2,6,8
304:8,12 305:19
307:2,6 308:1,15
309:4 310:5
311:10,23 312:11
312:14,15,19
314:19 315:8,12
316:5,12,18,21,23
317:2,6 318:8
319:7,25 320:1,5
320:7 321:3,4,10
322:4,4,9,17,22
331:17,19 332:13
332:24 333:11,15
333:17,18,19,21
333:23,25 334:3,4
334:10,11,23,25
335:3,11 336:24

337:9,15,19
338:21,24 339:14
339:25 340:22
341:3,14 343:2,10
343:13,14,15
345:11 346:3,4,10
346:18 347:7
348:24 349:1
350:24 352:15,15
352:16,20,22,23
353:5 354:1 355:9
358:20,20 359:4
360:24 361:4,9,13
361:17 362:16,22
362:23,24 363:6
365:4,4 367:12
368:24 369:1,18
370:14 371:17,22
376:9 377:17
379:3 381:25
386:25 387:5
390:25 400:5,21
408:16 410:10
412:18,22,23
413:22 415:25
417:8 419:19
422:3
**knowing**
173:6 252:12
299:25
**knowledge**
228:2,6 287:3
323:7,8 339:13
346:7 352:13
361:15 363:25
364:3,14,17
370:15 371:9
372:24 373:2,10
375:8 380:19
401:6 415:17
**known**
165:2 226:3
262:19 357:23
360:10 376:20
**knows**
191:3 341:15
**knox**
240:21,23
**kofman**
167:7 168:3

169:10 202:17
204:2 208:14
209:3 215:11,17
215:22 216:1
221:17 222:4,10
231:12 239:16,23
245:12,15,19
248:10,11 251:5,9
251:15 262:1,4,7
264:1,6,12 270:5
270:9 271:10
277:22 278:3,7,15
281:4,7 284:24
285:14 286:7
421:15 423:20
424:16
**kofmans**
363:23
**korman**
363:7
**kris**
351:4,6,8
**kristin**
165:13 166:7,24
231:15 232:3
272:9 283:8
285:25 295:17
299:3,25 300:4
307:19 308:6
310:15 315:21
316:4,6,7,19,20
316:21,23 320:11
320:20 321:3
322:3 325:8
327:14 328:24
338:2,4,6 343:16
346:12,13 350:20
351:11 359:18,22
360:21 361:15
362:2 364:20
365:3,16 366:9,17
366:22
**kristins**
361:13
**kunterre**
219:22

----------

**L**

**labor**
230:10 255:5

256:3,6,12
**laboratory**
228:25 229:7,14
**lack**
243:23
**lama**
371:16 373:8
**lamas**
371:14 372:8,18
**landy**
167:17 168:4
285:7,9 286:19,21
286:23 293:4,8,11
294:10,13 296:5
297:1 301:4
302:12 305:20
310:20 313:4,6
320:16 321:1,13
321:15,17,21
322:13 323:24
324:3,13 327:24
329:9,20 330:11
330:23,24 331:7
331:10 333:7,9,10
343:19 351:13,20
423:21
**lane**
169:7
**language**
379:10 393:12,17
**large**
341:13 375:19
390:22 391:16
392:3
**larger**
339:6
**latest**
331:16
**laughter**
332:7
**law**
242:15
**lawn**
241:5
**lawns**
241:3
**laws**
254:19
**lawsuit**
169:17,21,24

281:18 360:3,11
360:16 367:20
369:14
**lawyer**
185:9 213:21
265:13,15,17,19
265:20 266:1
285:9 287:24
347:7
**lawyers**
215:2,3,7 356:10
**lay**
409:20 410:17
**laypersons**
266:6 267:3
**lead**
389:23 392:23
**leader**
197:7
**leaders**
182:17 295:3
296:1
**leads**
193:13 201:21
**learn**
175:9,19 176:5
295:3 296:2 334:5
341:22 342:1
386:14,23,24
388:2 389:19
411:25 418:1
420:8,11
**learned**
174:19 182:1
228:22 307:15
315:14 327:9
379:12 380:3
384:25 392:16,17
392:17
**learning**
178:18 229:23
230:2 385:1,3,10
386:6 387:16,19
388:1,3,4,5,12
389:2
**learns**
178:7
**leased**
193:25
**leave**

229:5,7 423:25
**leaves**
305:12
**leaving**
188:13 223:6,12
224:24 226:12
**lecture**
386:9,9,10 387:9
387:10
**led**
376:5,19 389:16
389:17
**left**
224:10 226:8
337:20
**legal**
230:23 248:23,23
283:10 297:8
299:9 342:15,22
362:23
**legionnaires**
296:11
**legions**
355:21,22
**legitimate**
282:1,2,6,7
**legitimately**
321:8 322:8
**legs**
257:17
**leonard**
167:3 262:6
264:14 271:21
296:25 366:20
**letter**
196:3 215:21
222:8 277:25
281:6 332:17,17
332:24 333:2,3
362:10,13
**letters**
197:2
**level**
173:25 174:18
224:20 228:3
230:13 267:10
380:16,20 405:2
405:10 406:15
**levels**
219:5 392:19

**liability**
242:21,23 261:4
**liberty**
232:23 386:21
**license**
426:23
**lieu**
330:5
**life**
173:15 223:10
229:23 230:2
236:7 238:8 247:8
361:13 385:3,9
387:16,19 411:19
417:6 422:21
**lifes**
198:20
**lifestyle**
313:18
**lifton**
197:23
**liftons**
192:5
**light**
255:14 325:9
**lightly**
194:6
**liked**
387:19
**likelihood**
200:10 201:10
**limitations**
175:14,23 282:21
396:18
**limited**
282:10,16,17,19
282:20 314:1
354:22
**linda**
231:17,23 232:4
**line**
254:21,25 326:24
421:2 425:6
**lines**
197:5 315:13
328:5 382:10,12
382:19
**linguistic**
370:1,22
**list**

283:18,25 419:9
**listed**
267:17 419:25
**lists**
253:22 419:19
**litigation**
220:22 222:6
236:13 237:18,19
237:25 244:16
328:9,13 363:14
366:1,12,22
367:25 368:2,3,18
368:20,23
**little**
198:5 200:25
210:24 213:9
232:7 263:12,17
292:25 385:22
**live**
216:5 218:12
241:17 250:3
258:7
**lived**
341:12
**lives**
341:13
**living**
230:5 422:1
**livingston**
165:24 167:13
**llc**
244:6,10
**llp**
166:15,21 167:2,7
167:16 285:10
**located**
273:19 274:21
**logic**
393:21
**logical**
405:10 409:4
**logically**
406:16
**long**
172:5 173:2,8,12
209:25 219:15
228:24 245:7
252:14 268:20
292:6,10 321:5
322:5 352:22

354:2 382:10,12
385:22 408:17
423:16
**longer**
211:1 357:8,16
366:21
**look**
173:22 180:23
187:25 189:23
196:3 199:19
203:19 209:6
226:23 233:20
236:1 239:5 247:8
253:19,21 258:16
264:20 273:2,4,8
273:16 284:1,4
292:23 329:9
343:22 364:20
366:10,11,11,11
367:17 380:10
383:18 384:1
387:8 398:20
404:4 411:7
**looked**
205:23 319:17
340:25 341:14,23
342:2 362:11
367:14 405:20
**looking**
178:11 179:8
184:15,24 185:4
185:15 190:4,9
194:20 195:14
199:20 206:20
226:7,17 231:7
234:8 235:25
246:2 248:12
249:15,24 252:11
253:16 261:1
273:13 274:5
313:13 367:7
399:20 408:21
**looks**
185:8 264:17
341:17 383:23
415:13
**loose**
231:5 297:16
300:20
**loss**

**losses**
236:16,17,18
**lost**
220:4 222:22
224:17 416:7
**lot**
179:2,9 193:14
199:2 218:12
220:4 234:25
243:19 246:17
247:9 273:5
281:18 310:1,2,5
321:7,12 322:7,11
371:25 385:24
390:24 392:10,15
392:16,17,17
394:21 399:24
**low**
290:10 348:20
349:13
**lowenstein**
167:11
**lowest**
290:9 348:20
349:13 391:21
**luggage**
391:10
**luis**
277:5 281:11
**lunch**
270:7
**luncheon**
270:16
**lying**
349:12
**lynn**
370:7
**lynne**
168:18 330:14
_____
**M**
**magazine**
275:11,15 277:16
297:3 339:21
**mail**
211:20
**main**
233:6 311:24
**maintain**

**maintains**
206:24
**major**
220:7 233:6 277:7
**majors**
228:19 277:10
**making**
344:7 347:15,23
351:21 356:11
375:1
**malintended**
191:23 256:9
**man**
260:13 286:11
289:5 356:22
363:7
**management**
337:1 384:17
**manhattan**
384:21
**manipulation**
197:4
**manipulative**
186:7,14
**manner**
303:1
**manual**
193:3,7,9,11,12
205:3,8,9,9,10
399:25 400:1,4
401:2,20,22
402:17
**manuals**
192:17
**manufacturers**
391:15
**march**
165:19 166:17
239:8 251:13
324:19,21 338:16
425:4
**march12**
169:1
**mark**
170:3 171:12,13
171:15 204:16,20
204:21 215:19
239:16 245:12
251:9 263:24

293:8 323:25
324:4 329:21
**marked**
170:3,13,13
171:16,17 208:24
209:5 239:21
245:17 251:13,17
264:3,4 292:22
312:22,22 313:4
324:10 330:12,16
373:18
**market**
183:18 189:5
**marketers**
283:11 392:11
409:15
**marketing**
230:15,24 390:18
392:3 409:18,19
409:20 410:16,16
410:17
**markets**
284:8
**marking**
171:8 172:3
174:20
**martin**
165:7 167:15
190:12 193:3
199:6,10,10 200:8
200:11,12 201:7
202:7 212:20
234:11 345:13
397:2,5 398:9
424:11
**masons**
355:22
**masters**
227:5,9,14,18,21
**matched**
406:17
**material**
194:6 200:2 211:2
211:25 274:2
322:20 325:11
336:21 371:14
373:4 385:18
386:14,15 416:4
**materials**
183:13 187:14

194:12 210:8
224:11,15 237:14
242:17 264:23
265:3,5,9,11
266:5,9 267:5,12
267:15,25 273:13
274:6 322:23,24
323:1,4 325:15,22
326:3 364:18
370:11,13 373:12
409:20 410:18
416:10,12,14,14
416:15,22,24,24
416:25
**math**
170:22 171:23
**mathematical**
374:22 393:20
394:3
**mathematician**
171:24
**mathematics**
227:25 228:4
374:16 377:19
378:13,24 379:8
380:7,17,20
390:11,11 393:8
**matol**
231:1
**matter**
166:12 190:13
204:15 207:20
272:11 321:10
322:10 325:8
345:5 351:2 368:7
368:8 419:2
**matters**
198:8 337:11
**matthew**
314:11
**maximized**
378:12
**mcgann**
166:12 426:4,22
**mcguire**
166:21,21 192:10
202:13,16 206:10
206:14 231:11,13
248:9 262:5
263:25 264:10

286:17,20,22
297:20 321:13,16
321:20 323:16
327:23 328:1
333:5,8 337:3
344:22 350:4
352:25 353:6,16
353:20 354:12,16
356:4,7,12 360:18
366:5 400:13,16
403:4,7 404:7,11
410:9 421:19,20
424:6,12,18
**mean**
184:19 189:1,3
207:2,5,7,9 214:4
223:25 224:4,4,5
230:18 236:11
238:13 247:6
249:9 251:24
257:2 259:13
261:20 265:11,12
266:6 267:9 279:2
280:8 281:21
282:17 287:7
290:22 292:12,14
294:1 299:5
309:24 318:13
321:2 322:17
326:1 327:14
329:6 332:25
340:24 341:7,9
344:24 369:2
376:24 377:16
380:1 387:1
400:10 404:1
413:20 414:3
415:20 417:8
418:6 419:24
422:15
**meaning**
253:24 254:12
262:10,11 266:8
**meaningful**
392:7
**meanings**
182:16,24
**means**
200:10 207:18
246:7 247:7

266:11 267:11
269:13 415:21
418:8
**meant**
202:23 266:5
296:1
**measurable**
394:3
**measure**
229:10
**mechanism**
383:6
**media**
290:1 346:15,16
347:16,17,18,20
347:21,21,24
348:6,12 350:13
**medical**
263:6 277:8
**meditate**
296:19
**meet**
288:3 315:23
316:8 317:23
359:1 408:16
**meeting**
168:18 292:6
307:16,23 309:16
309:20 314:22,24
314:24 315:6,8,10
315:14 317:8,8,12
317:13 318:19
319:12,23 320:1
330:13 358:10,11
358:12 359:9,13
408:15
**meetings**
214:17,18
**member**
317:24 335:5,9
336:6
**members**
197:10 267:22,25
391:17
**membership**
390:21 391:2,4
**memorandum**
168:13 251:11,19
**memory**
208:13 311:21

374:24
**mental**
378:14
**mention**
222:2 310:13
315:9 318:17
359:9
**mentioned**
215:16 255:22
276:20 278:16
280:9 290:3 308:7
309:7 310:14,15
320:12,21 332:10
359:6,19 419:19
**mentioning**
359:7
**mentions**
199:24 200:3,9,14
**mentor**
235:12,13,14
**merely**
177:10 385:17
**mess**
369:3
**message**
195:25
**messages**
213:10,13,15,15
213:18 214:9
**messed**
321:22
**met**
258:1,12,13 288:1
288:4 292:17
305:3 307:14
317:17 318:11
346:24,25 357:20
357:21,22 359:12
360:25 379:4
408:17
**metaphor**
246:15
**method**
202:20 275:4
277:4 280:7,15
281:14 282:6
370:17,23 372:9
373:3,8,11 376:2
377:21,24 378:1,2
380:22 382:7

385:16,23,23
388:17 389:8,14
390:8 392:22,24
393:2 394:20
395:25 403:20
411:5 418:22
420:17,19,23,25
**methodologies**
210:11
**methodology**
374:25 384:21
385:1 393:14,15
**methods**
175:10,19 176:6,9
176:10,11,12,13
176:14,23 177:2,2
177:11,14,15
178:4 264:23
265:5,9 266:11
267:5,12
**metroland**
334:6
**mexi**
372:2
**mexico**
247:21,25 274:15
274:16 277:2
296:11 355:21
372:1,2
**mf**
165:4
**michael**
364:11
**microcomputer**
230:12
**middle**
197:22 410:5
**miles**
214:16 216:15
**million**
236:21,21 296:12
384:4 391:6
**millions**
236:12
**mind**
174:2 184:19
196:17 212:8
374:22 383:3,5,12
384:4,5 393:17
406:2,7 415:21

422:16
**mine**
329:3
**minimal**
375:18 377:4
**minute**
356:12 408:11
**minutes**
174:16 330:2,3
343:8 369:9 371:2
382:12 423:9
**mis**
322:25
**miscellaneous**
261:2
**mischaracterizing**
319:19
**mislead**
180:12,13
**misread**
324:18
**misrepresentatio...**
347:24
**missed**
386:10
**mission**
168:11 193:4
210:9,13 238:14
245:16,21,24,25
246:2 248:12,14
248:15 249:11,24
250:1,5 401:7
402:8,16 411:12
411:16,17,20,25
412:16,19 413:12
413:15 414:1,16
415:2,4,7 417:5
417:10,12,17,23
418:1,7,9,12,15
418:21 419:1
**mistakes**
199:20
**misunderstood**
403:16
**mit**
228:24 229:5,6,7
229:12,18
**mix**
290:3
**mode**

381:9 406:12
**model**
  197:16 383:3,11
  383:11 406:13,19
  407:1,4,6,7 408:1
  408:2,5,6 411:2
  419:1 420:16,16
  420:20
**modeled**
  235:23
**module**
  179:25 180:1
  195:13 196:13,14
  204:19 205:3
  395:9 396:12
  398:2,14,17
  399:25 401:13,16
  411:23,24 419:19
  419:21,22,23
**modules**
  179:18,21,23
  180:5 181:22
  182:22 282:18,20
  395:16 400:6
  415:25 419:3,9
  420:22,24
**moment**
  202:9 291:2 294:7
  301:1 370:19
**monetary**
  225:12
**money**
  185:15 188:23
  194:22 195:5,15
  195:15 196:19
  237:24 241:18
  243:9 244:3 246:4
  246:11,12,12,14
  246:21,23 247:9
  247:10,14,15
  248:4 255:13,15
  311:16,17,25
  350:11 355:25
  398:2,14,17
  401:13,16 412:2
  419:22
**monies**
  247:1
**monterrey**
  274:15 277:2

**months**
  233:22 379:4
  391:9 418:25
**moody**
  165:14 166:3
**moribund**
  189:8 242:22
**morning**
  169:11 421:10
  423:22
**morris**
  165:6 167:10
  169:16
**morristown**
  167:9
**mortgage**
  241:18,25
**mossad**
  291:10
**motion**
  423:2
**motions**
  375:19
**motivated**
  172:8,9,22 234:3
  257:19 258:15
  399:15
**motivation**
  388:4,13,24 389:3
  389:6 390:10
  392:18 406:22
**motivational**
  419:17
**motivationally**
  383:5
**motivator**
  389:4
**motives**
  304:2
**mount**
  165:23
**mouthful**
  240:2 324:7
**move**
  266:18,20 302:13
  302:23,24 356:20
**moved**
  230:11 341:12
  347:12 375:22
  400:17

**movement**
  372:4
**moves**
  384:4,5
**movie**
  206:3
**moving**
  332:14 382:18
**moxon**
  338:24
**mud**
  293:25
**muddled**
  319:10
**mulberry**
  166:22
**multilevel**
  390:18 409:18,19
  410:15,16
**murder**
  404:4 405:12,13
  405:14
**music**
  379:10
**musical**
  389:1
**mystery**
  206:3 404:5
  405:12,13,14
**mystical**
  197:4

_____
## N
_____
**naag**
  257:24,24
**naked**
  332:2
**name**
  218:23 232:10,11
  233:8 242:23
  244:15 275:15
  276:14 277:5
  278:19,23 285:8
  286:13,25 291:1,5
  291:6 295:13
  315:25 336:10
  342:16,22 387:18
  387:19 395:14
  409:10
**named**

189:17 231:16,16
  231:17 268:3
  286:11 289:5
  363:7 370:7
**names**
  216:4 219:8,10
  230:16 295:23
  350:23
**nancy**
  165:13 166:7,24
  167:21 216:24
  217:6,10 251:12
  251:20 283:9
  285:25 288:5,6
  292:4 310:14
  311:8,22,22
  336:10 350:19
  359:1 372:20,25
  379:4 408:9,12
  420:5,12
**nancys**
  217:10 288:4
  292:2 302:22
  307:14 309:21
  357:21,23 359:19
  363:3
**nashika**
  231:2
**natalie**
  244:13 245:1
  329:1,2 361:22,23
  362:1,4
**natalies**
  342:13 361:19
  362:7
**national**
  257:25 407:19
**nations**
  277:7
**naturally**
  250:16
**nature**
  195:16 196:8,20
  250:24 274:19
  282:3 292:15
  297:15 300:18
  325:11,15 365:7
  375:24,24 378:12
  396:21,23 409:22
  410:19

**near**
  182:19 274:13,13
**nebulous**
  310:9
**necessarily**
  173:19 179:10
  188:21 216:5
  243:8 256:5 258:6
  316:8 333:15
  387:1
**necessary**
  393:1 411:15
  421:13
**need**
  169:14 170:15
  181:25 182:2
  191:21 211:8,14
  217:4 233:15
  249:16 301:7
  304:16 340:13
  349:17 379:25
**needed**
  228:13,14,15,17
**needs**
  188:15
**negative**
  202:2,4 223:9
  224:24 225:1
  268:23 312:2,2
  345:25
**negotiate**
  390:23
**negotiation**
  345:4
**neighbor**
  213:11 218:5
  296:14,15 357:13
**neighbors**
  214:21 216:3
  218:10 219:8,11
**neither**
  423:20 426:16
**nestled**
  283:25
**network**
  226:8
**neuro**
  370:1,21
**neutralization**
  186:1

nevares
276:19
never
192:2 215:16
222:7 226:2 229:6
244:10 253:14
295:24 303:16
307:3,5 313:20
326:6 338:9 348:3
348:5 360:7
361:18 365:25
new
165:1,24 166:14
166:16,23 167:5,9
167:14,18,18
169:7 230:7 242:7
242:14 248:4
253:15 254:17,20
274:12,13,20
331:17 341:16
345:7 355:24
380:22 406:12
421:2 426:6
newark
166:23
news
220:7
newspaper
187:21 287:19
293:14
newspapers
287:10,13
nexttolast
246:2
niagara
274:24,25
nice
233:12
night
172:23 174:11
200:8,16,18
205:23 263:2
309:20 357:21
nolan
291:5,5 292:13
308:11,16 318:7
319:21 327:13
349:21 351:11
352:4,18 360:11
non

175:8
nonadvertising
296:24
noncompete
187:6 190:1
noncompetitors
187:7
nonfiction
279:16
nonparticipants
175:18 176:5
nonsense
183:25 184:17
188:19
nonverbal
266:12,14
nonviolent
247:20 248:1
normal
202:24
normally
218:10,14 234:1
257:16 276:12
366:13 380:17
notary
425:24
note
313:25
noted
382:20
notes
166:11 270:9
343:9,22 364:21
364:25 377:17
notforprofit
256:8
notice
292:24
noticed
421:16
november
168:19 244:7
330:15
nude
332:1
number
195:14 196:19
200:17 201:3
203:22 205:22
206:24 209:2

212:12 214:19
218:9 230:19
244:18 252:3
253:18,22 258:20
269:4 272:12
283:24 294:19
313:3 321:22
324:17,24 326:13
327:17 329:19
350:21 371:7
391:2 401:12,16
408:15
numbers
294:16 312:24,24
321:17 329:25
399:25
numerous
223:18 248:18,19
254:20
nxivm
165:2 166:6,24
168:17 169:18,21
169:25 170:6
172:12 173:17,24
174:24 175:20
176:8 177:18
178:1,4,5,7,15,16
178:18 179:18,19
179:23 180:16
181:6,7 184:1,18
185:1,2,7,11,21
186:21 187:4,6,13
188:17 189:8,8,10
192:15,19,20,23
193:20 195:7,18
195:20 197:14
201:19 203:7,15
204:13 205:13
211:4 219:22
220:15,16 223:23
224:11,25 225:12
226:14 232:1
235:1 249:12
250:5 255:7,17,24
256:14 258:25
259:6,7,24 260:6
260:10 261:7,9
263:6 264:16
266:21,24 272:5,6
272:22 273:3,15

273:24 274:10,16
279:22 280:12
282:25 283:3
285:19,19,23,24
286:3 287:4
288:19,21 289:2
290:1,21,23,24
292:13,22 294:18
294:18 295:2,6,24
297:6 298:15,25
299:19 300:22
301:12,24 302:9
302:20 305:1
308:1,5 312:11,22
314:16 315:3
317:24 318:9
319:15 324:6,10
325:14 335:16
337:7,8 339:15,18
340:4,12,21 341:5
343:10 345:22,25
346:6,22,23,25,25
347:6 348:6 350:2
351:16 352:20
353:23 360:1,3,11
360:14 361:3,8
363:1,9,13 364:17
366:1,3 367:1
373:4,12 385:13
391:24 394:15,16
394:18,19,20,23
394:25 395:3,16
396:21 406:6,10
413:16,25 414:13
416:4,4,9,10
nxivm9
313:5
nxivms
176:11 182:4,22
185:17 189:16
197:13 198:14
203:5 271:25
283:3,14 287:14
309:19 339:7
347:24 352:14
361:11 364:2,9
367:2 414:17
415:7 416:13,23
418:16
nycap

272:16

### O

oath
169:8 271:7
345:18
oaths
426:7
object
206:10 248:6
268:8 297:20
337:3 350:4
360:18 383:21
391:20
objected
244:20
objection
206:14,18 318:10
318:15,16,18
319:1,5,12 327:19
356:20
objections
326:18 333:23,24
334:18 356:11
objective
207:14,15,17
393:23 406:23
objectives
333:25 334:20
obligation
248:5 412:3
observe
285:13 306:6
observed
233:23
obtained
319:22 335:1
342:10,13
obviously
330:18
occasion
214:23
occasionally
357:4
occasions
214:19 217:19
369:17
occurred
202:7 315:9 378:3
odd

228:10
**odin**
278:20,22 279:7
280:17,20
**offer**
259:8 387:9
421:17 422:7,22
423:16
**offered**
391:19
**offering**
386:6
**offhand**
218:8
**office**
228:7 274:12,13
274:14,15,20
275:1 330:7
342:24
**offices**
166:15 274:10,17
274:17
**official**
330:8
**officially**
226:19,20
**oh**
182:11 189:24,24
193:18 203:23
206:19 217:2
221:25 222:16
229:8 232:4 234:7
234:10 246:18
272:25 276:2
277:18 288:10
312:18 317:2
321:4 322:4
331:25 332:7
335:10 350:7
352:25 361:20
362:13 400:17
401:25 402:20
**ohara**
168:13 217:15
251:12,20 252:1
252:10,23 253:8
291:2,4 292:13
297:7 299:8,14
304:15,21,25
305:1,1,3,4 306:1

306:19 308:10
309:14 310:17,22
314:13,20 318:7
319:21 327:13
349:20 350:2,22
351:18 352:17
353:4,11,19,22
354:10,18 355:2,9
360:10,11 365:20
365:21 366:20,21
424:10
**okay**
169:16,20 173:2
174:5 175:23
179:16 184:15,24
185:4,14 191:9
192:4 193:24
194:20 195:5
196:24 199:17
204:22 205:22
206:20 208:14
209:4,14,23
210:20,24 211:17
213:9 214:13
215:15 217:8
218:4 223:4
224:10 225:2
226:17 227:2,20
227:24 228:1,24
230:5 231:18
232:6 233:9,18
234:10 237:13
238:3 239:12
240:3,16 241:7
242:1,7,24 245:5
245:11 246:11
247:16 249:11,15
251:5 252:11
254:22 255:2
258:19 260:12,21
261:1,25 262:25
263:11 264:14
265:2,14,23 266:4
267:4 268:15
270:4 271:11,20
271:22 273:12
274:5,8 277:22
278:3,16 279:12
279:22 280:10
281:7 282:24

283:18 284:14,24
285:5 289:1
292:10 293:2,10
294:3,6,14,25
298:4,6,8,15,23
301:23 302:2,8
304:18 305:7,18
308:22 310:16
317:21 318:25
324:3,18 325:20
325:25 328:21
330:10,23 333:9
336:22 339:3,14
344:21 345:8,20
350:9 352:6 353:3
353:16 354:15
355:2,6,7,13,15
359:1 360:13
361:13,20 362:9
364:13 373:21
378:7,9 379:24
381:2 385:6,22
396:20 397:2
398:23 399:8,19
400:12,23 402:15
404:13,21 405:25
413:14,25 415:3
416:8 421:1 423:1
423:6 424:3,5
**old**
228:3 379:2
380:19
**olsen**
283:13
**once**
214:15 217:21
249:14 255:4
291:25 321:25
343:3 378:22,23
390:3 397:17
**onepage**
264:2,7
**ones**
200:5 230:20
366:10 419:24
**ongoing**
213:20 245:10
306:18 352:21
358:24
**online**

390:25
**opened**
189:9 277:9
354:19
**openended**
356:25 357:2
**operation**
308:25 314:2
317:22
**operational**
230:3
**operations**
381:17,20,21
393:21
**opinion**
183:24 258:13
290:4,6 300:19,21
300:22 301:12,16
301:25 302:10
306:3 310:12
320:6,14,23 321:2
321:11 322:11
348:19,23 349:2,5
351:15 353:21
354:17 362:21
**opinions**
255:23 259:9
283:5 289:25
341:18
**opponent**
321:11 322:10
**opponents**
255:3
**opportunities**
390:24
**opportunity**
390:19 392:10
**oppose**
344:12
**opposed**
183:21 188:12
285:16 366:11
390:3
**optimal**
374:19 375:1
382:23 383:25
**optimally**
377:3
**optimized**
375:17

**optimizing**
374:21
**options**
241:20
**orally**
273:2
**orange**
234:12,15
**order**
195:10,11,24
196:8,10,11,13,14
202:15 205:5
233:23 238:10
278:9 354:19
394:4,7 397:12
398:2,4,5,16
400:4,7,10 401:11
401:15 419:4
**ordering**
396:8,8 397:3,19
397:21,23,25
398:10,22 399:6,9
**orders**
196:12 394:2
421:7 424:1
**organic**
196:2
**organization**
178:12,13 200:1
211:24 223:9
224:21 225:8,25
228:8 242:17
249:8 257:23
259:19 268:16
371:20 392:4
396:21,23
**organizations**
230:16,17 244:19
**organized**
386:22
**original**
420:22,24
**originally**
248:15 351:3
**origins**
249:21
**ought**
344:14
**outlet**
407:19

**output**
381:16
**outrageous**
299:18
**outside**
199:19 266:20
278:6 312:1
336:23 340:15
351:14 354:6
363:1,9
**outsiders**
182:20 186:6
**outweighs**
261:5
**overinclusive**
174:6
**oversees**
235:14,16
**oversight**
225:20
**oversights**
199:23
**overstate**
290:16
**overstatement**
354:16
**overtheline**
254:12
**overview**
174:15
**owed**
243:21
**owner**
390:15

——————
**P**
**p3658**
203:22 204:2
**p3677**
206:21
**pack**
211:23 212:2,5,8
212:10,15,23
213:4 222:7
**package**
415:21
**packs**
212:4,12 213:8
**pad**
303:7

**page**
165:16 168:23,23
168:24,24,25
175:12,13,25
176:1 180:11
182:7,11 191:9,10
192:10,11,12
194:24,25 195:1
200:23 203:19
204:14,15 205:8
206:22 234:4,5,6
234:9 236:2 239:5
240:6 253:16,18
253:21,22 258:17
258:18 261:1
264:9,15 294:16
294:22 295:1
296:23,24,25
297:2,2,2 313:23
314:9 324:16,16
324:22 325:1
326:14,15 327:6
327:16,24 328:4
331:12 332:14
374:8 399:24
400:2 401:1,3,4
401:12,16 402:7,7
402:24,25 403:5,6
425:6
**pages**
293:14 330:15
402:2,3
**paid**
225:16 241:18
243:6,15 275:24
296:11 357:17
**pam**
231:16
**paper**
214:2 216:25
232:7,10,12,20,21
233:12,13 244:19
299:10 302:16
409:2,10,13,17,24
410:13,21,25
411:1,4
**papers**
213:24 266:9
319:17 364:10
369:8

**paperwork**
245:9 316:1,2
318:2 340:13
**paragraph**
175:7,14 176:2
180:11 182:11,12
182:13 186:1
187:3 192:8
193:16,19,23,24
194:1 197:4,22
206:20 210:5,25
211:19 212:2,16
216:21 222:19,19
226:7,17 228:1
229:22 230:14
231:7,11,12 232:6
233:2,22 234:4,5
237:10 240:12
249:24 254:1
255:2 258:17
264:21 268:1,6,11
269:1 294:25
296:24 297:5,18
297:23,24 298:17
298:19 302:13,25
313:23 324:23
326:14,24 327:2,3
327:18,20 374:10
374:12,14 380:10
380:14 382:18
384:14 387:25
393:8 401:9
406:12 408:10
409:2 411:9
413:18 414:3
417:22 418:24
420:2,15
**paragraphs**
298:18 326:20
393:3 394:12
400:3 405:20
411:7
**parameter**
382:23
**paraphrasing**
326:2
**parasite**
419:19,20,20,21
**pardon**
353:2

**parentheses**
313:25
**parenthetic**
412:6
**parish**
219:4
**parishioners**
218:21
**park**
166:16 167:5
169:7
**parlato**
286:25 287:2,18
287:24 289:8,15
289:19 294:1,2
295:18 300:21
301:2,6,11,20
343:10 345:21
346:2,9,11,18
347:8 348:17
**parlatos**
290:4 346:8
348:19
**parole**
230:11
**part**
176:3 178:16
180:1,4,8 183:3,6
183:15 184:6
187:5 188:13
193:1 195:23
196:8 219:4 260:6
290:13,13 337:13
339:6,23 345:3
372:5 373:6 380:1
380:13 381:5
384:11,13 387:2
389:13 392:21
393:20 406:8
409:2 411:1,4
414:22 417:22
**partial**
213:7 340:7,9
**partially**
335:4
**participant**
317:1
**participants**
175:8,9,17 176:4
178:8 180:12,13

180:18 186:2
191:13
**participation**
297:9 299:22
300:2
**particle**
229:11
**particular**
181:16 193:3
236:15 262:20
346:1 377:19
381:13 402:12
**particularly**
303:21
**particulars**
280:14
**parties**
426:18
**partner**
314:14
**parts**
192:3 193:5 293:1
298:9 373:3,11
377:20 392:13
395:18 400:1
**partway**
179:14
**passages**
211:1
**passed**
391:16
**passing**
335:19
**passive**
251:1
**pattern**
382:20
**paul**
165:7 167:15
190:12 193:3
199:6,10,10 200:8
200:11,11 202:7
424:11
**pause**
300:25
**pausing**
305:17
**pay**
241:8,14 243:5
244:4 248:4

**paying**
311:14
**payment**
241:19
**pc**
167:11
**peace**
372:4
**peculiar**
182:16
**peddled**
191:13
**peer**
275:4 281:14
**peerreviewed**
202:25
**pending**
360:4,17
**penis**
332:4
**people**
170:23 171:20
183:12 184:8
185:11 187:4
188:24 189:2,7
195:16 196:20
198:25 199:4,18
199:20,25 200:4,7
200:9 201:3,5
206:4 207:10
211:6,23 213:16
214:18,18,19
216:5,8,22 217:2
217:17 219:8
222:20 223:19
225:2,24,24 226:2
232:11,16 233:1
234:2 238:10
246:14,18,23
247:2,14,25
248:25 250:1,6,18
256:2 257:17,17
257:21 258:2,7
259:7 261:21
268:22 269:25
273:15 276:16,17
283:11,12,21,22
283:23 284:1,4,12
287:10 293:22
296:20 299:17

316:18 321:5
322:6 350:21
351:7 369:4
371:19 372:1,2
387:5,18 388:22
389:6,9 390:17,18
390:21,25,25
392:2,12,18
397:14 406:19,25
407:5,13,16,18,20
407:21,24 416:6
420:8,13
**peoples**
246:13,22 349:7
**perceive**
186:6
**percent**
193:5 238:13
386:18,18
**perception**
384:9
**perceptions**
253:4,6
**perform**
173:3
**period**
340:4,18 341:1
342:23 377:11,12
377:13
**periodically**
363:18
**permission**
225:24 245:2
**perretti**
167:7
**persistency**
419:17
**person**
170:24,25 171:22
178:11,12 179:7
183:10 186:13
207:10,12 212:6
217:1,20 233:3,5
234:1 247:7,8
256:10 265:13
268:19 273:10,20
277:11 286:15
295:25 297:22
311:20 336:1
387:17 394:6

405:4 406:14,15
406:25 407:6
408:8,13
**personal**
207:13 220:18
325:11,15 361:13
363:25 364:3,9,13
364:16 371:9
**personality**
312:7 408:19
**personally**
240:18 329:5,6
**personnel**
263:6
**persons**
269:7,24 395:14
406:17
**perspective**
183:11 267:3
301:22 386:16
**pertaining**
283:10
**peter**
167:12 223:1
345:11 403:4
424:6
**petry**
167:22
**ph**
165:8 227:22
**phd**
380:16
**phil**
286:12 295:12,17
**philosophical**
276:9 396:9
398:10,22 399:7
403:2,10,12
411:15
**philosophy**
180:5,8 255:3
305:2 379:9 380:8
**phon**
395:14
**phone**
165:24 192:9,14
192:18,22,24
193:18 213:15
223:7 233:11,11
273:1,10 334:8

342:10,13 401:1
401:19
**photocopied**
232:16
**photocopying**
264:18
**photograph**
332:10
**photographs**
315:16 331:22
332:12
**phrase**
182:9,15 207:2
247:5 267:8
348:21
**physical**
388:3
**physicist**
229:4
**physics**
227:25 229:8
379:8 382:8
383:14
**picture**
216:25 298:22
332:2
**pictures**
266:10 309:9
323:5
**piece**
193:23 198:15
341:10 389:1,1
**pieces**
194:17 396:12
**pigeon**
347:3,5
**piles**
369:3,5,12
**place**
204:19 243:21
247:4 250:2
253:12 265:1
353:20 359:13
426:14
**placed**
345:6
**places**
274:11 367:19
**plain**
234:17

**plaintiffs**
165:4 166:23
**plan**
181:21 246:5
247:5,16,18 248:3
315:22 316:24
317:8 327:7 385:2
385:8 387:23
**planned**
316:16 317:21
**planning**
317:4 344:5
371:16
**plans**
314:25 387:20
**play**
223:19 335:15
**played**
377:2
**player**
384:2
**playing**
330:6 375:23
389:1
**plaza**
167:8
**pleasant**
165:23
**please**
175:21 202:12
209:6 223:25
251:9 286:6 301:5
305:21 321:14
323:17 351:23
356:13 404:14
**pleased**
309:15 322:14
**pledge**
246:3 249:25
**plus**
178:22,23 379:18
**poem**
248:16
**poetic**
248:21
**point**
168:11 208:20
210:13 222:11
228:19 233:7
236:11 244:2,20

245:16,20 249:11
254:6 263:2 266:7
270:6,16 281:24
284:24 288:14
307:8,19 309:18
317:19 328:8
329:8,16,21 338:1
353:21 363:6
371:4 401:7,8
402:8,10,16,21
411:16,16,20,25
412:1,16,19
413:14 414:1,16
415:2,3,6 417:5
417:10,12,17,23
418:1,7,8,9,12,15
418:21 419:1
422:15 423:10

**points**
383:22 401:8
402:10,13 417:13
417:13

**police**
217:12,14,18
218:2 222:17

**political**
350:14

**politically**
257:19 258:15
312:1 350:11
355:20

**politicallyappoin...**
257:16

**politics**
312:2

**ponzi**
409:22 410:20

**portion**
195:13 210:18
234:8 267:12
271:12 282:10,17
282:18,20 331:2,3
351:15 355:25

**portions**
276:11

**poses**
331:23

**position**
176:18 181:9
183:17 189:3

257:22 258:4,5,6
258:7 309:21
310:4,23 326:6,10
330:19 354:3,9
424:4

**positions**
257:16,20 286:2
310:25

**positive**
221:14 253:1
268:23 287:11
290:5 307:22
311:1 328:22
339:19 345:21
346:5,5,17

**possess**
325:11

**possession**
215:6 366:2

**possibility**
214:12 248:19
259:18

**possible**
202:6 206:4 224:8
246:5 249:4
252:22 330:9
335:10 360:6
392:9 422:13

**possibly**
206:5 275:9
327:14 338:2,3,6
372:16 376:18
397:14

**post**
415:13

**posted**
187:12 210:8,15
210:16,19,21
238:20 239:1
414:17 415:7,15
415:25 416:5

**potential**
181:8,24 184:25
261:4

**potentially**
192:20 193:13
205:6 267:16
308:17

**poughkeepsie**
384:22

**power**
419:18

**powers**
352:11

**pr**
339:13 362:23

**practical**
378:25 421:25

**practice**
204:7 374:20,21
375:14 419:20

**practiced**
406:6

**practices**
247:24 409:5

**precepts**
249:8,10

**precise**
394:1,4 411:11

**precisely**
394:1

**precision**
174:18

**precursor**
381:7,10,11
389:16 390:5

**precursors**
376:10,12 388:18
390:2,8

**preemptive**
186:1

**preexisting**
315:10 358:3,4

**prefect**
235:10,16

**prefects**
235:17

**preliminary**
281:17,21

**premises**
412:1

**prepaid**
230:23

**prepare**
387:20

**prepared**
165:22 330:7
344:18 421:22
422:9

**present**

167:20 221:5
360:16 361:22
362:1,4

**presentation**
266:18

**presented**
196:10 401:14

**presently**
243:13 274:10

**preserve**
220:25 271:16
272:6

**preserved**
368:12

**preserving**
206:17

**press**
225:1,4 279:4,6,7
287:11 312:2
329:8 339:19
345:22,25 346:1
346:17 350:12

**presume**
310:16

**pretty**
200:5 201:5
203:13 236:20,24
248:17 252:25,25
254:7,10 297:15
300:20 311:1,8
322:18 399:4

**prevent**
236:18

**previous**
170:12 205:19
303:23

**previously**
222:6 271:6
292:22 304:21
312:22 313:4
367:3

**price**
391:1,20,21

**primary**
276:5 337:7,9
390:15

**prime**
235:15

**principal**
222:23 290:20

**principals**
242:23

**principle**
414:10

**principles**
165:3 168:9,10
239:18,20,24
240:1 409:4
411:11 414:11

**print**
220:10,17 278:25
391:7 397:19

**printed**
220:13,16 242:18
242:20

**printer**
242:15

**printout**
221:16

**printouts**
365:8

**prior**
307:16 346:22,23
359:16 361:7
366:7 426:8

**privacy**
325:13 326:2,6,8

**private**
207:13 249:5
290:19 291:6
297:12 300:8
308:12,13,16,18
308:19

**privatized**
257:1,2

**privilege**
351:17 352:7
354:7,10,21

**privileged**
336:20 355:12,13

**pro**
252:4

**probab**
220:16

**probably**
171:15 179:1
188:25 194:2
198:23 200:2
204:16 212:19
218:25 219:15

220:8 222:1
226:10 234:24
243:2 244:21
255:19 256:19
259:22 264:18
265:16 266:19,22
268:14 275:12
277:18 279:17
280:8 290:14
340:25 342:25
343:16 361:21
369:18 377:14
378:20 392:15
419:10
**problem**
173:9 194:5
269:19 305:3,12
381:19,21 399:16
**problems**
381:19 383:13,14
384:25
**problemsolution**
393:14,15
**procedures**
396:1,4 412:8
**proceed**
330:22 355:14
356:21
**proceedings**
166:11
**process**
172:4,24 202:24
237:18 243:25
356:18 364:17
393:18,19 405:21
406:1,4,7
**processed**
384:25
**processes**
374:24
**processing**
381:15
**produce**
264:12 321:14
**produced**
202:11 222:7
251:18 252:1,2,13
252:13 263:19
264:9 321:15
329:23 365:25

**product**
179:21 311:15,16
390:20,20 395:1,4
397:13
**production**
202:12 272:10
366:2
**products**
391:6 397:8
420:24
**profanity**
290:12,14,15,17
**professional**
255:4,8,18
**professionally**
360:25
**professionals**
407:23
**program**
188:1 224:3
229:17 235:23
247:23 252:23
269:13 296:18
371:15 382:8,11
382:14 387:14
393:11 411:22
**programmatic**
374:23 376:15,17
384:8,10
**programmer**
229:4 230:10
**programming**
370:1,22 379:10
380:23,24 381:14
381:25 384:16
405:21 406:1,7,9
**programs**
165:3 170:5 182:4
192:7 231:20
249:18,19,20
265:7 285:20,25
303:10 377:17
382:2,3,5,7
399:22 406:10
**prohibit**
268:1
**prohibits**
178:18
**project**
229:9,18

**projection**
296:18 303:13
310:7
**projective**
374:25 383:6
398:3 406:13
**prominent**
277:11
**promise**
175:8,18 176:4
177:13,17,21
180:14 207:23
**promises**
177:23
**pronouncements**
197:8
**proof**
409:5
**proofs**
394:4
**proper**
301:5
**property**
249:5 341:5,6,7
**prophesies**
197:8
**propose**
314:6
**proposed**
314:2,3
**propriety**
360:8,14
**prosecute**
257:1
**protect**
236:5,9 237:2,5
237:14 238:6,11
**protected**
205:3 354:20
**protecting**
237:16
**protective**
265:24 412:8
**proven**
393:9
**provide**
198:18 259:19,20
387:13 389:25
420:14
**provides**

171:5 173:14
205:7,7
**provisional**
269:13
**proximity**
307:24,25
**psych**
205:20 281:22
**psychiatrist**
190:15,17 262:23
262:24
**psychological**
281:22,23 282:14
**psychology**
254:18 379:9
**psychotherapy**
260:18,22
**psychotic**
262:14,18 263:4
**public**
181:18,20,22
184:9,13 339:6
384:17 415:17
416:11 425:24
**publication**
181:15,19 279:13
**publicist**
287:5,8
**publicized**
225:23
**publicly**
416:6
**publish**
180:25 279:6
388:19
**published**
203:15 232:13
277:1,14 278:17
279:7 280:20,24
294:4
**publisher**
278:23
**publishing**
278:24
**punishment**
419:22
**purchased**
242:17 245:8
**purple**
234:17

**purported**
322:21
**purportedly**
322:20
**purpose**
197:9,10 204:10
232:20 333:11,13
333:15,17,22
**purposes**
267:19
**pursuant**
278:9 426:7
**pursue**
227:14
**put**
181:8 188:16
192:4 193:2 198:3
198:5 200:24
213:15 215:2
221:8 222:4
238:14 241:19
254:22 261:25
265:17 281:6
306:20 328:25
333:4 350:11
353:7 354:25
370:22 400:2
402:5 415:22
**puts**
183:16
**putting**
187:20 311:16
400:2
**puzzle**
198:16,18 396:13
**pyramid**
409:21,22 410:18
410:19
**pyramids**
260:1

**Q**

**question**
171:21 174:1
176:12 180:17,22
184:23 196:11
197:25 198:7
206:2,11,15
209:14 233:4
248:7,10 254:17

260:8,9 262:16
268:9 269:21
286:8 288:7,9
293:15 302:5
305:20 308:21
312:16 313:8,11
317:3 318:14
319:4,8,11 323:13
323:20 326:11,23
331:2,4 336:4
337:4 338:11
341:2 350:5,14
351:22 352:7
353:18 354:25
356:8,17,23,25
357:2 360:19
370:18 373:9
375:6 381:20
384:7 387:6 389:3
392:6 403:15,16
403:17 404:10,14
404:20,21 410:9
410:10,13 414:13
419:4 421:11
**questioned**
218:25 345:1
**questioning**
330:22 344:2
345:14 421:2
423:19
**questions**
196:12 228:10
256:19 270:5
271:12 284:25
285:3,12 298:16
306:21 310:19
327:21 340:1
343:24 344:3
354:14 356:21
363:23 374:14
393:7 394:4 396:8
396:12,13,18
397:4,11,19,21,24
397:25 398:1,3,3
398:7 403:13
**quick**
185:13 285:17
302:15 326:23
327:21 378:19
**quicker**

382:21
**quickly**
172:3 194:8
248:17
**quite**
206:4 209:25
214:25 216:12
247:21 252:14
279:20,21 291:12
305:19 307:21
346:19 390:22
**quote**
171:21 192:16
193:2,8,8,10
194:3,4,21 195:9
195:15 198:2
203:2 204:5,7,17
204:18 205:10
298:1,5 301:5
332:15 354:17
**quoted**
196:18 197:23
205:9 398:5,7
**quotes**
171:19 172:1
193:15 194:2
197:25 204:15
205:2,8,12 298:2
298:3 401:10
**quoting**
198:8 401:11

---

**R**
**raise**
180:17 381:20
**raises**
180:22
**ran**
244:15 325:2
**random**
199:22
**raniere**
165:13,18 166:6
167:6 168:3,7,13
169:3,11,16 173:3
173:11 174:23
186:20 200:23,25
202:10 205:22
208:22 209:4
245:12,21 251:12

251:20 260:13
263:24 268:4
271:11 277:23
285:8 292:21
313:8 325:2,4,7
325:12 327:8
328:9 329:21
331:22 342:15,20
344:2,3 345:1,11
371:9 414:8 425:2
**raniere11**
168:7 208:24
209:5 373:18
405:23
**raniere12**
168:9 239:17,21
239:24
**raniere13**
168:11 245:18,20
**raniere14**
168:13 251:10,14
251:17
**raniere15**
168:14 264:4,7
**raniere16**
168:16 293:3
324:2,4,11 328:25
**raniere17**
168:18 330:16
**raniere5**
171:9 172:7 173:5
175:5,13 192:4
194:9 205:20
**raniere6**
171:9 192:5
194:20 195:3
203:18,20 204:2
400:15,17,23
403:6
**raniere8**
170:4 174:11,21
399:21 400:18,19
**raniereexhibit**
330:12
**ranieres**
168:16 324:5,8
**rank**
223:2 234:12,14
235:7,9
**ranks**

234:14 235:5,11
235:11,13
**rapidly**
201:2
**ration**
284:15
**rational**
172:11 275:3
277:4 280:7,14
281:14 282:6
370:17,22 372:9
373:3,8,11 374:20
375:4,8,10,14
376:2,6,7,11,20
377:21,23 378:1,2
378:16 379:13,17
379:20 380:4,5,5
380:21 381:3,5
384:12 385:10,15
385:16 388:17
389:8,14,18 390:8
391:23 392:14,22
392:23 393:2
394:13,17,18,19
394:21,24 395:2,4
395:12,17,20,20
395:22,24 397:8,9
397:13,14,15
403:20 406:6
407:8 411:5
418:22 420:17,18
420:23,25
**react**
312:4 348:14
**reaction**
310:23 311:6
**read**
181:25 183:13
184:17 187:14
193:16 200:7,16
200:17 201:12
208:3,5,8 210:25
211:7 238:1
240:13,15 252:18
273:1 293:24
297:4,4,24 298:3
298:10,17 300:4,9
300:23 301:9,12
301:17 302:6
303:5 305:20,22

307:3,5 318:12
320:17,18 322:1
323:16,18 325:6
326:22 327:3,20
331:2,3 351:24,25
362:18 374:13,17
375:2 380:13
381:1 383:8 385:4
388:8 393:6 394:9
399:2,4 403:3
404:15,18 405:3
407:2 409:8 410:7
410:9,10,11 412:5
412:13 416:20
418:4 419:6 425:3
**reader**
405:7
**reading**
172:25 182:5
185:5,16 198:25
212:11 237:10
251:25 254:1
263:17 303:4
318:2 349:3
399:12 412:10
**reads**
254:4 313:25
328:8 405:4 409:2
**real**
287:5
**realize**
190:25
**really**
188:1 307:2
311:16,25 312:9
325:23 388:2
**realtime**
166:13 426:5
**rearrange**
422:20
**reason**
185:10 188:4
193:2 202:4
223:12 224:23
246:13 281:13
293:8 295:20
301:20
**reasonable**
201:14 341:16
**reasons**

281:15 293:23
295:22
**reath**
166:15 167:2
**rebuild**
259:25
**rec**
379:16
**recall**
209:23 210:2,3
211:16 212:8
213:4,7 240:23
251:24 254:1
257:11 260:11
288:13,16 289:11
313:15 318:16
325:3,4,7 352:12
353:24 359:24
367:4 372:11,13
372:15 419:8
**receive**
280:3
**received**
208:23 212:25
213:10,13 218:4
221:22 233:13
239:20 245:17
251:13 264:3
279:12,25 322:20
324:10 330:16
338:21
**receiving**
313:15 368:15
**recess**
208:21 270:16
329:17 371:5
421:10 422:10
423:11
**recipe**
179:15,16 379:17
**recite**
417:23
**recited**
249:12,14,19,20
249:22,23
**recognize**
209:8 245:22
313:9,12,13
324:14
**recognized**

191:15 219:10
**recollect**
289:17
**recollection**
239:6 352:12
**recopies**
402:14
**record**
169:4 208:19
215:11,19 222:5
239:15 251:6,8
270:12 271:4
294:12,18 298:3
324:12 325:6
328:2 329:11,14
330:5 333:6 344:1
344:9,24,25 345:6
353:7,25 365:25
373:25 374:1
393:6 399:1 410:2
421:24 422:7
423:13 424:7,22
**recorded**
358:11
**recorders**
391:11
**recording**
168:18 329:22,23
330:13
**recordings**
273:7
**records**
228:15 332:21
342:10,13
**recreate**
397:15
**recruit**
250:15
**red**
332:3
**redefine**
187:15
**redefined**
182:16
**redirect**
168:2
**redirected**
406:23
**reduced**
382:16 383:1

**refer**
212:2 229:22
231:7 232:7
240:17 275:13
306:22 317:4,7
373:17
**reference**
256:6 353:18
355:1 402:8
**referenced**
216:21 256:7
399:24 400:6,7,11
**references**
240:10 400:3
**referred**
232:12 362:11
401:18 409:12
**referring**
201:17 212:16
213:14 222:25
226:8 237:12
238:2,4 239:2
265:3 282:15
285:19,24 318:5
327:12 332:24
381:11 383:11
394:23 407:4,7
415:3
**refers**
253:12,16 255:2
258:20 401:19,21
**refine**
418:25 420:3,13
**refined**
383:2,10 384:25
419:3
**refinement**
420:10
**reflect**
344:1,25 417:24
418:11
**reflected**
376:1
**reform**
192:6
**refresh**
239:6
**refunded**
412:2
**regard**

261:4
**registered**
237:17
**registrars**
228:7
**regret**
303:7
**regretted**
303:3
**regulations**
402:17
**reinterpret**
197:7
**relate**
242:12 298:16
368:19,23 381:16
**related**
177:2 179:23
241:12 272:13
351:11 352:4
**relates**
244:8 285:21
390:11
**relating**
170:25 171:1,2
181:6,7 186:12
191:19 256:19
281:19 340:23
346:6 366:12
367:20 368:1
371:11 381:14
389:7 409:18
410:15 418:23
**relation**
402:16
**relations**
339:6
**relationship**
303:23 309:19
312:12 315:10
339:21 351:16
353:11 354:23
358:3,4 359:16
361:7,10
**relative**
426:17
**release**
173:22 191:25
192:2 193:14
238:12

**released**
193:9,11,13
**releasing**
193:8
**relevant**
219:18 221:2,8,11
**reliable**
321:9 322:9
**religion**
255:5
**remember**
212:5 213:1,3
218:8,24 230:21
236:22 257:7
308:22 316:9,13
318:24 319:2
328:16 335:17
357:11 358:1
364:11 365:10,12
377:15 419:12
**remembered**
409:11
**remote**
242:16
**renting**
229:10
**rents**
273:20
**repeat**
169:14 175:21
180:7 189:19
222:8 290:8
386:23 423:24
**repeated**
404:14
**repeating**
290:11
**rephrase**
286:10 297:21
308:20 317:16
337:5
**replace**
363:18 388:3
**replacement**
363:20
**replacing**
368:9
**replicate**
172:11,14,17
177:7 193:20

**replied**
303:6
**report**
202:25 212:20
217:12,13,16
218:1 222:14,17
244:25 328:11,11
328:14 334:8
**reported**
223:15 231:4
**reporter**
166:13,14 245:14
301:10 302:7
305:23 320:19
322:2 323:19
324:2,4 334:7
352:1 404:16,18
410:12 416:21
426:5,5
**reporters**
287:10,14,19
**reporting**
165:23
**reports**
391:18,19
**represent**
285:10 293:12
295:9,16 329:22
345:12 348:6
363:13 403:9
**representation**
259:12 330:21
393:23,24
**representations**
258:20,24 259:2,6
259:10 358:12
**representative**
277:6 336:6
355:23 371:15
372:8,18
**representatives**
416:5
**represented**
173:20 255:17,20
256:11 265:6
303:22 314:16,18
**representing**
403:11
**reps**
232:22

**request**
168:23,23,24,24
168:25 215:17,24
221:17,19 222:8,9
272:14,15,19
273:5 277:23
278:4 281:4,8
344:15 365:24
423:3
**requested**
168:22 222:6
273:3,4
**requests**
272:10,17,21
366:9,15,16,19,23
369:19
**requirement**
263:9,10
**requires**
178:1,4 286:5
**reread**
301:4
**research**
228:10 229:3,3
281:16,16,20,24
281:25 282:8,11
417:4,8,9
**reserve**
353:9
**reserved**
380:18
**reserving**
353:14
**residing**
169:6
**resolution**
247:21 248:1
**resolve**
392:11
**resolved**
254:8,10,16
**resort**
315:24
**resources**
246:4
**respect**
224:20 228:18
258:14 260:8
286:2 306:10
311:23 314:4,7

**respected**
247:2
**respond**
221:24 290:1,2
**responded**
301:21 305:7
424:10
**response**
239:25 240:12
245:4 257:14
324:23 326:13
327:17,24 340:8
363:23
**responses**
168:9,16 239:19
324:5,8
**responsibilities**
230:13 340:4
**responsibility**
241:16
**responsible**
241:21 304:4
**responsive**
273:13 369:13
404:10
**rest**
344:6 354:3
411:17
**restricted**
308:21
**restrictions**
281:19
**result**
182:19 225:13
244:21 355:12
**results**
203:1 291:19
307:15 309:15
311:19,23 349:25
358:8 396:2,5,7
403:21 405:1
**resume**
421:6 422:10,17
423:21
**resumed**
271:7 344:14
**resuming**
421:10
**retained**
277:20 360:2

361:3
**retreat**
165:8 167:15
**return**
224:10,15 225:17
226:14 314:22
**reveal**
170:24 171:1,3,22
171:24 178:8
180:24 181:12
183:17 187:18,23
188:3 198:1,11,14
205:13 210:10
244:17 269:2
397:3 398:10
**revealed**
186:19,19 205:17
205:25 206:8
226:4
**revealing**
186:21 187:1
188:8
**reveals**
183:14,15 205:10
**revelation**
325:9
**review**
209:17 259:23
265:14,20 266:1
275:4 281:14
313:1 343:9
371:15 422:5
**reviewed**
265:16
**reviewing**
175:3
**revision**
264:19
**ribbon**
332:3,11
**rick**
165:7,10 167:15
167:22 168:16,18
190:10 200:13
202:2,4,8 220:1
223:8 289:20
290:2,4,7,9
307:10 308:2,5
309:8 317:8,12,13
319:13 324:5,9

325:10,14 328:12
330:14 334:7,9
335:9 338:2,5
339:5 341:11
358:3,6,6,19,21
359:5,16 362:15
362:19 363:25
364:8,18 371:10
**ricky**
165:7
**ridiculous**
316:12
**right**
176:9,25 181:14
192:16 199:8
207:15 213:1
217:10 233:17
235:8 247:20
262:4 278:8 295:9
301:19 302:23
303:4 306:2
307:24 317:14
321:20 323:24
324:22 325:13
326:2 327:6
328:25 330:11
343:21 345:22
349:23 356:2,22
364:2,22 367:18
371:12 374:7
396:2,9,15 402:6
402:11,20 406:4
407:6 412:15,17
413:11,20 414:17
414:21 415:12,19
424:18
**rights**
353:10,14
**riker**
167:7
**ring**
252:16
**rituals**
191:20 411:24
419:13
**rival**
384:2
**road**
274:14
**rob**

287:16
**robbins**
190:13,18,23
191:7 193:17
269:16
**robert**
167:3,17 192:5
285:9
**robertson**
286:12,14,18,19
286:20,21 295:3,6
295:12,12,18
297:6,17,23
298:13,25 303:6
**robes**
235:19
**robinson**
286:17
**rochelle**
165:6 167:10
169:20
**rojas**
276:22
**roll**
243:12
**rolled**
244:1
**rolls**
242:22
**romantically**
329:6
**room**
268:5
**roseland**
167:14
**ross**
165:7,7,7,10
167:15,15,22
168:16,18 190:10
200:13 202:2,4,8
220:1 223:8
289:20 290:2,4,7
290:9 299:17,18
303:23,24,24
304:2,22 306:7,11
306:13 307:10
308:2,5 309:1,8
309:16 311:24
314:5,7 315:5,7
315:11,15,23

316:17 317:8,13
317:17,22 318:10
318:11,19 319:13
319:23 321:6,6,11
322:6,7,10,20,22
322:24 324:5,9
325:10,14,23
328:12,19,19
330:14 331:21
332:1,6,9,15,16
332:25 333:11,12
333:20,20 334:1,2
334:5,7,9,14,20
334:21 335:1,9,18
335:24 336:7
337:13 338:2,5
339:5,24 341:12
341:20,23 342:2,4
342:7,10 345:12
348:18,19 349:12
354:18 358:3,6,6
358:19,21 359:6,7
359:10,13,16
360:2,3,15,15
362:15,19 363:25
364:8,18 371:10
424:12
**row**
285:2 408:18
**royalties**
279:12,25 280:4
**rpi**
226:18 228:7,16
228:19 229:16,19
379:7,13,16,16
380:15
**rpis**
228:4 380:20
**rr**
272:16
**ruff**
233:8
**rule**
267:11 268:12,13
269:5 270:1
283:16
**rules**
169:11 191:20
269:19 285:14,17
305:10 345:13

402:17 411:24
419:13
**rulings**
354:4
**rummaging**
304:10,13
**rumor**
218:18
**run**
216:6 280:25
339:22 382:9
419:10
**runs**
330:2
**rutnik**
314:14

---

**S**

**sacred**
247:14
**saddle**
383:22
**safe**
266:23
**sale**
246:16
**sales**
230:16
**salzman**
165:13 166:7,24
167:21 168:13
235:9 251:12,20
253:8 285:25
288:5,6 306:24
311:6 318:17
334:16 343:17
408:9,12
**salzmans**
314:25 359:2
**sand**
397:10
**sandler**
167:11
**saratoga**
314:12 384:21
**sash**
234:12,15,16,16
234:17,17,18,20
234:21,23 235:7,9
235:12,12

**sashes**
234:14
**sat**
261:9 417:19
**save**
188:18 213:18
221:11,13
**saw**
202:2 203:3 208:9
208:10,12 268:3
297:11 300:7
302:19 316:2
319:15 338:9
364:10 389:20,22
**saying**
172:24 179:12
183:13,24 198:20
199:4 207:19
230:24 247:8
253:3 259:17
268:3 299:18
301:16,23 302:8
306:12,13 309:8
320:11,20 322:17
337:25 359:21
394:6 402:6
405:11 409:11
414:9 424:14
**says**
175:17 177:12
180:11 183:22
191:12 193:19
195:15 206:24
207:20 210:7,25
211:22 218:4
221:3 222:22
225:3 226:7 228:2
230:14 236:4
238:5 239:8
240:12 249:25
261:2 264:7,23
265:5 266:11
267:4 297:6
298:13,20,25,25
304:4 313:16
327:7 332:15
340:23 393:8
401:1,2,4,14,15
411:9 412:7
417:22

**schedule**
421:18
**scheduling**
387:12
**scheme**
409:22 410:19
**schemes**
409:21,23 410:18
410:20
**scherer**
167:7
**school**
192:25 259:1,12
259:14,15,17
380:18 385:2,9
386:5 387:16,21
411:14
**schools**
235:15,17 277:8
**science**
227:3 303:17
384:16,24
**scientific**
197:16 202:1,20
202:24,25 275:7,8
275:9
**scientologists**
338:22
**scientology**
219:25 220:2
335:6,9,25 336:1
336:7 362:20,21
**screamed**
214:20
**screen**
383:18
**screwdriver**
389:21,23,24
**se**
172:16 256:6
259:14 260:6
273:16 290:8
316:19
**sean**
335:13
**search**
219:15 274:8
351:11 352:4
367:4,6 369:10
383:2

**searched**
367:11 369:12
411:19
**searches**
369:21
**searching**
383:20
**season**
292:17
**second**
168:10 169:2
182:7,11 185:23
195:9 228:1
237:10,23 239:19
240:1,12 302:14
313:24 317:3,16
317:22 329:11,12
332:14,15 333:5
356:13 374:17
375:17 377:7
384:4,5 402:4,25
403:5
**seconds**
200:14,22 330:2,3
**secondtolast**
324:16
**secrecy**
416:7
**secret**
170:6,21,23 171:3
171:4,22,24
172:14,18 173:4
173:13,18,19
174:2,14,23
176:17,20,21
177:15,17,18
178:1,4,23 179:1
179:4,11,13,24
180:2,21,24
181:12,13 183:4,5
183:7,10,14,16,18
183:22 184:5,7
185:23,25 186:10
187:18 188:3
189:13,18 191:17
193:12,14 194:1,5
195:20,21 196:1,7
196:22 197:1,13
198:1,4,14,22
204:13 205:3,11

205:13 226:1,5
323:1 378:21
382:4,5,6,15
396:22,25 412:17
412:20,25 413:2,4
413:6,8,8 414:21
415:8,9 416:9,15
416:25
**secretive**
194:6
**secrets**
171:10,14 172:6
173:22,23 174:7
174:21 176:24
177:3,7 178:9,12
178:14,14,19
179:20 181:7
183:3,9 184:8,13
184:14 186:18,19
186:22 187:1,8,9
187:24 188:8
189:23 190:4,9,19
190:21,24,25
191:24,25 193:10
194:10,19 196:9
197:3,20 198:10
205:6,16,24 206:5
206:7,12 223:12
236:10 237:2,5
269:3 280:12,18
397:15 407:9,12
412:22,24 414:25
415:1 416:13,23
418:16,20,23
**section**
194:22 253:20
277:15 294:23
330:1
**sections**
386:7 395:6
**security**
217:1,3
**see**
176:2 181:14
187:22 202:16,21
204:4,14 212:1,10
230:24 233:18
237:9,12 240:10
250:21 254:3
267:2 270:9

272:14 291:20
293:5 294:25
298:2 302:21
327:6 328:21
329:9 336:16
341:17 362:17
382:20 384:1
387:9 402:4,6
405:12 408:2
412:7
**seed**
332:20
**seeing**
175:25 212:5
221:21
**seeking**
250:6 319:23
**seemingly**
402:19
**seen**
206:3 212:3,12
240:4 248:20
251:22 252:6,12
252:17,19 283:24
293:16 299:10
302:16 308:7
311:4 313:20
316:1 322:16
326:7 335:21,23
336:2,5,9,14,23
337:16 393:22
**sees**
247:7
**segment**
171:5 321:18
**seiler**
167:16 285:10
**select**
308:17
**selection**
382:23
**selfdeterminism**
406:22
**selfesteem**
259:21 419:16
**sell**
390:20 391:3
**selling**
188:22
**senator**

296:12 355:24
358:16
**send**
245:5 424:13
**senior**
235:14,17
**sense**
185:10 207:6
249:1,1 250:25
315:4 320:13,22
323:2 361:5
378:25 383:3
406:21 417:6
**sent**
211:23 212:5,12
212:15 220:11,15
245:6
**sentence**
174:1 176:3,8
177:6,8,10 181:1
181:4 182:21,21
185:16 186:5
189:19,24 191:12
191:18 198:13
210:7 211:22
213:10 228:2,2
236:1 246:3
249:25 265:4
295:2 298:23,23
301:17,21 313:24
328:5,6 388:10
396:3 405:16
**sentencebysente...**
189:20
**sentences**
186:18 198:2,3
**separate**
233:11
**separately**
237:21
**sequence**
352:13 356:3,6
357:2,4 358:1
360:5
**series**
204:14 298:16
357:18 400:7
**seriously**
311:9
**serve**

392:8
**served**
272:10
**server**
219:23 220:3,8,15
**service**
228:10
**services**
208:10 230:12
318:21
**session**
204:7 253:11
258:22 259:6,25
260:10,15,18
261:19 262:10,12
266:25
**sessions**
253:25 254:12
255:18,25 256:15
258:25 259:7
261:7,9 268:3
**set**
168:10,16 239:19
240:1 246:20
282:11 324:6,9,20
374:22 381:17,22
389:17,19 393:20
393:21 408:20,21
426:14
**sets**
312:23
**settled**
203:10
**settlement**
201:13,16,18,20
202:11,18 203:2
423:18
**severalfold**
390:17
**sex**
309:10
**sf**
168:12 245:17
**shape**
414:13
**share**
250:1 276:15,16
276:17
**shared**
350:18

**shares**
  350:19,20
**sheds**
  255:13
**sheila**
  226:9
**shift**
  400:24
**shifter**
  186:9,13,14 256:5
**shingle**
  189:9
**ship**
  316:11,11 317:9
  317:11
**short**
  208:20 293:1
  329:16 371:4
  406:22 421:9
  422:10 423:10
**shorten**
  323:3
**show**
  175:11 209:4
  234:2 236:24
  251:16 256:8
  272:9,22 292:21
  312:21
**showed**
  272:18 387:24
**shower**
  309:10 332:12
**showing**
  293:12
**shown**
  272:12
**shuffled**
  244:19
**shut**
  220:7
**sic**
  231:7 238:13
  251:17 260:1
  296:23 331:23
  332:19,22
**side**
  197:5 243:24
  264:13 311:18
**sides**
  243:24

**sign**
  268:20 389:10
  411:22
**signature**
  209:12 324:17
**signed**
  168:7 208:22
  209:18 236:24
  238:22 239:4,8,9
  244:14 324:20
  372:19 374:4
  425:5
**significant**
  179:4
**signing**
  209:24 248:25
  373:4,12
**signs**
  411:22
**silly**
  221:4 388:24
**similar**
  177:23 178:22
  235:19 389:19
  391:1 394:3,5
  401:17
**simple**
  236:24 291:19
  349:24 351:9
  352:2,10
**simply**
  172:12 349:7
**sing**
  356:15
**single**
  172:17 189:24
  264:9 421:16
**sir**
  194:20 293:12
  324:14 343:23
**sit**
  189:24 261:3,18
  296:19
**site**
  220:1
**sites**
  226:24
**sitrick**
  339:9,10,12,14,17
  339:20,23

**sitting**
  172:2 261:7 266:4
  399:12 419:8
**situation**
  197:22
**situations**
  208:2
**ski**
  388:2
**skolnik**
  167:12 168:4
  202:9,14 204:1
  302:4 310:18
  313:3 331:5,8
  344:1,17,20,24
  345:10,12 351:24
  353:15,25 356:7
  356:10,24 357:1
  365:24 366:8
  371:1,8 403:5
  404:9 410:4,7
  416:18 417:3
  421:1,14 422:12
  422:23,24 423:6
  423:14 424:9
**slander**
  326:5
**slanderous**
  306:12
**slave**
  246:16
**slaves**
  246:16
**slide**
  285:3
**slightly**
  295:5
**slip**
  259:16
**small**
  205:7 280:25
  292:24 341:12
**smartest**
  260:13
**smith**
  231:17,23 232:4
**snyder**
  351:4,6,8,12
**social**
  315:4

**socialism**
  256:24
**socratic**
  385:23
**soft**
  191:13
**sold**
  279:22
**sole**
  186:8
**solid**
  281:16
**solomons**
  282:13,14
**solution**
  173:9 383:25
**solutions**
  206:5
**solve**
  173:9 381:18,21
  383:13 399:15
**somebody**
  179:12 183:13,22
  184:21,24 185:4
  185:14 186:24
  275:18
**somebodys**
  183:24
**somewhat**
  235:19 267:20
  317:9 346:12
**son**
  192:24
**sorry**
  177:5 180:7
  192:12 194:24
  203:24 232:4
  239:9 265:2
  272:24 276:1,2
  283:1,2 284:9,13
  296:7 302:4
  305:13 310:20,21
  314:3 321:24
  323:2 328:1
  331:18 339:4
  341:25 342:18
  352:25 374:12
  385:22 399:14
  402:24 405:17
  415:23

**sort**
  170:20,21 176:25
  177:1 197:19
  198:5 202:5
  225:22 233:11
  241:2,3 242:18
  262:14 274:18
  281:24 291:11
  296:19 305:8
  310:7 311:12,20
  311:25 333:14
  362:24 390:24
  416:16 417:1
**sorts**
  201:4 202:22
  337:25 383:22
**sound**
  303:21 310:8
**sounded**
  310:4 320:2
  322:17
**sounds**
  252:22 285:16
  286:13 300:4
  316:16 375:19
  388:24
**sources**
  338:18
**sp0554**
  312:24
**space**
  193:7 383:17,21
**spanish**
  275:16,17,18
**speak**
  176:21 197:19
  212:13 225:6
  275:17 276:1,8,8
  285:15 287:13
  288:13 289:8
  293:18,21 309:1
  334:12,16 358:9
  380:3 401:5
**speaking**
  174:12 287:19
  300:22 301:3,6,11
  347:20
**special**
  234:2 391:10,13
  391:15

**specific**
170:18 195:10
207:16 212:8
283:19,19 305:6
306:5 311:19
320:10 339:19
366:10,14 378:4
393:24 415:12
**specifically**
171:25 173:20
196:11 198:6
211:11 257:4
269:21 272:4
313:25 315:2
316:22 346:3
365:5 367:1 368:6
398:14 400:6
401:10,14 407:25
417:10
**specifications**
402:22
**specifics**
170:17 416:15,25
**specify**
352:9
**speculate**
333:16
**speech**
377:4
**speed**
422:4
**speedwell**
167:8
**spelled**
276:19
**spent**
174:16 175:2
236:4,8,11,19
237:2,8,24 238:5
238:25 371:19
408:15 423:17
**spew**
184:17
**sphinx**
278:20,22 279:8
280:17,21
**spiritual**
197:6
**spoke**
288:16 299:14

305:6 310:8 315:2
334:7 347:12
375:22
**spoken**
259:11 283:21
289:15,19 291:22
293:22 299:17
330:4 335:5,8
**spokesman**
295:2,6
**spokesperson**
295:24
**sports**
255:4,8,18
**spout**
185:17,19
**spouting**
185:22
**spring**
338:13
**spy**
296:20
**stafford**
370:7
**stage**
317:22
**stagger**
386:8
**stamp**
203:22 252:3
293:5
**stamped**
168:12 245:17
**stand**
250:22 271:7
**standing**
198:13 204:12
205:13 332:2
**start**
169:2 176:19
180:23 187:23
188:3,4 193:21
269:14 275:21
287:12 292:7
301:7 310:16
322:21 325:21
326:20 333:24
334:19 335:22
336:4 341:2 344:2
374:19 399:2

400:2,4 411:15
422:5,5
**started**
230:9 231:9 243:1
375:23 376:3,4,11
376:12,13,14
380:16 384:7
388:13
**starting**
176:25 196:7
227:12 298:13
331:11,11 382:19
386:7 389:19
400:18
**starts**
172:1 174:15
176:12,15,21
179:5 183:2 184:4
196:8 197:19
198:6 200:23
269:20 295:2
298:21 325:2,4
326:17 327:18
328:5 331:13
381:20
**state**
166:14 207:12,14
228:12 230:7
242:8,14 248:4
254:17,20 257:5
257:15 384:17
388:25 389:2
406:2 419:17,17
419:18 426:6
**stated**
299:22 305:9,11
325:14 391:20
**statement**
168:11 180:22
184:3,6,10,12
188:9 193:5
194:21 204:12
210:9,14 212:7
238:14 245:16,21
245:24,25 246:3
248:12,14,15
249:12,25 269:17
269:18,20 351:21
401:7 402:9,16
411:12,15,17,18

411:20,25 412:16
412:20 413:12,15
414:1,16 415:2,4
415:7 417:5,11,12
417:17,24 418:1,7
418:9,12,15,21
419:1
**statements**
188:7 203:13
209:20 332:9
347:15 358:16
**states**
165:1 234:11
254:18,21 257:9
332:18 395:9
**stating**
347:16
**status**
328:10,11,14
416:9
**steal**
190:24
**stealing**
255:13,14
**stem**
284:6
**stenographic**
166:10
**stenographically**
426:13
**step**
233:15 393:9,9,13
393:13,16,16
411:10 413:15,19
413:22
**stephanie**
165:7 168:9
169:23 194:12
208:3,5,8 239:19
239:25 371:11
**steps**
401:11 413:21
**steve**
347:3
**sticker**
313:5
**sticks**
233:14
**sting**
297:9,10 299:12

299:16,23 300:1,1
303:11,18,20
304:9 314:1 317:5
317:9 358:9
**stinks**
188:2
**stipulate**
353:12,13,14
**stop**
296:15 302:14
356:22 421:4
424:2
**stopped**
189:7 357:14
**storage**
273:14,19,21,22
367:8,9,11
**stories**
303:8 346:5
355:19
**story**
357:7
**strange**
200:5
**strategically**
383:6
**strategies**
186:13
**strategy**
191:22
**street**
166:22 233:6
**strict**
268:25
**strike**
177:21 178:2
185:6 206:8 208:4
211:17 223:13
224:22 252:4
279:15 281:12
287:16 292:7
315:5 326:11
356:20
**strong**
203:13 289:25
346:16 388:4
**strongly**
277:12
**struck**
200:7

**structure**
182:24,25 196:16
196:16 256:24
276:10
**structures**
231:6
**stuck**
386:15
**student**
168:14 181:24
229:19 261:10
263:12,20 264:2,8
264:16,20 317:24
335:15
**studentrun**
228:9
**students**
199:17 260:19
309:11 380:18
386:21 387:3,4
406:10 417:23
418:1 420:9,13
**studied**
379:8 384:24
403:25 404:3
**study**
191:15 202:1,3,24
281:23 282:9,10
282:13,14,15,17
282:22 379:7
395:15
**studying**
200:2
**stuff**
237:17 265:19,21
273:15,21 310:7
332:21 340:24
362:23 398:7,8
**style**
287:21,22
**subcontracted**
384:19
**subject**
198:7 213:6 278:7
325:8 349:14
381:24 387:4,8
419:2 423:2 425:5
**subjective**
393:24 406:17
**submitted**

275:3 281:13
**subscribed**
425:22
**subsequent**
169:24 327:9
**subsidiary**
391:14
**substance**
335:17
**substantial**
355:25
**success**
165:3 170:5 192:7
231:20 246:5
247:5,13,16,18
248:3 265:7
285:20,24 399:22
411:14,16
**successful**
184:18
**successfully**
383:1
**suffer**
225:12
**suffering**
207:11
**sufficiently**
265:24
**suggest**
304:25 306:1,5,9
344:8
**suggested**
304:22 305:4
306:6,10 349:21
349:22,23 350:22
351:10,10 352:3,4
352:19 421:5
**suggesting**
344:9 350:2
**suggestion**
423:24
**suggestions**
248:19
**superficially**
188:11 280:8
308:6
**supervisor**
231:3
**support**
401:10 402:23

403:6
**suppose**
196:1 386:5,8
**supposed**
193:13 210:19
316:23 317:23
**supposedly**
296:17 302:19
304:1 332:12
**sure**
170:1 177:24
188:21 189:1
191:5 192:16
194:3 206:19
208:12,17 212:3
213:19,22 214:11
224:12,19 226:16
229:17 236:23
237:9,11 238:1
240:5,14 241:25
243:20 244:21
248:24 249:9,17
251:23 252:23
254:9 270:8
271:14 272:13
273:14,22 274:19
274:22 279:24
280:23 284:10,23
285:2 289:10
292:20 307:21
310:14 311:10
328:15 329:13
331:7 334:23,24
336:23 339:16
343:18 347:4
357:18,19 358:8
360:5 361:4,17
371:3 372:18
391:25 403:14
409:23 410:6,20
412:11 413:5
417:15 421:23
424:19
**surface**
182:24 196:16
**surveillance**
341:4,6,8
**suspect**
186:17 189:5,10
190:21 221:25

236:18 269:18
295:23 311:9
333:13 343:18
372:10
**suspicion**
350:10,11,17,18
350:19,20
**sutton**
165:6,6 167:10,10
169:16,20 364:12
**switch**
304:19
**sworn**
169:8 271:7 374:6
425:22 426:9
**system**
217:1,3 255:5,22
255:24 382:22
406:17
**systematic**
383:23,24 393:10
393:13
**systems**
229:4 383:1
384:17
_____
**T**
**table**
422:8,22
**tails**
234:22
**take**
172:5,9,21,23
173:2,8,12 177:6
178:15 179:9
182:1 185:17,25
187:4 188:9,19
189:16,23,23
190:4,9,18,20
191:6 197:17
202:14 203:19
208:14 209:6
211:4,8,15 224:4
224:6 226:14
228:3 232:1 239:5
252:18 253:8
270:6 292:23
298:23 329:9
344:22 345:2
347:18,19 349:7

370:4 371:1
373:21 378:24
380:16,19 386:8,9
386:10,15,19,22
387:7 411:24
421:11 422:15
423:9
**takeaway**
311:15
**taken**
165:19 166:12
169:16,20,23
184:8 198:17
227:8 232:4
252:23 263:3
270:17 318:18
359:13 364:21
370:21 395:19
415:21 425:4
426:13
**takes**
268:19 311:8
**talk**
181:9 200:23
211:12 256:5
268:22 296:15
311:18 356:16
378:8 404:6,17
411:1
**talked**
263:12
**talking**
176:23 198:7
255:9 267:21,23
267:24 286:4
297:17 310:1,2
311:21 347:20
348:11 349:9
372:3 400:13,22
401:24 408:6
413:5
**talks**
177:13,13 237:13
**tape**
169:2 209:2 214:7
214:11,14,18
215:1,4,8 309:8
309:12 318:4
320:3,8 321:13
322:16 329:19

371:7 391:11
**taped**
  214:23
**tapes**
  213:24 214:3,4,8
  214:9 215:6,18
  251:4 266:10
  294:9 370:25
  410:1
**taught**
  255:7 264:25
  267:6,14 370:8
  384:18 388:22
  389:6 395:16
**tax**
  242:8,19,21,23
  243:24 248:5
  255:4,22,24
**teach**
  284:16 384:20
  386:17,20,25
  388:6,11,14 407:1
  407:6,25 408:2,5
**teacher**
  384:15,24 385:25
  386:1,17,20 387:1
**teachers**
  386:16,24 387:6,7
**teaches**
  385:25 394:24
**teaching**
  385:1,23 386:3
  387:2
**teasing**
  261:21
**technical**
  292:14
**techniques**
  260:3
**technology**
  236:6 238:7 260:3
  282:23 411:21
**tell**
  172:15 175:8,18
  176:4 181:2
  194:14,17 198:3
  198:19 223:6
  252:11,14 264:17
  284:4 285:22
  291:14 320:8

332:8 333:2
  337:12 342:9,12
  346:13 347:23
  376:23 379:23
  381:23 388:21
  398:21 399:5
  400:10 402:2,15
  419:12
**telling**
  267:24 288:17
  316:18 332:19
  357:22
**tells**
  402:9
**templates**
  383:13
**ten**
  262:3 386:7
**tend**
  213:23,24
**tenets**
  418:3
**tens**
  236:11
**tenzin**
  373:8
**term**
  174:24 186:12
  250:25 251:1
  265:11 266:5
  279:4
**termed**
  388:1 390:18
**terminology**
  285:17 286:4
**terms**
  186:9 254:13
  263:20 264:20
  268:25 302:19
  412:3
**tested**
  383:3,10
**testified**
  202:10 295:17
  301:2 304:15,21
  308:9 310:12
  338:11 345:20
  347:8 349:19
  369:25 372:17
  395:24 396:11

414:19 415:24
**testifies**
  169:8 271:7
**testify**
  426:9
**testimony**
  202:22 319:20
  363:22 410:8
  425:4 426:12
**text**
  292:24
**thank**
  182:14 203:23,24
  215:23 231:13
  263:22 278:14
  284:25 285:5
  286:22 293:7
  321:20 343:23,25
  403:7 424:4
**theoretical**
  395:25 396:4
**theory**
  184:4 370:19
  374:20,23 375:14
  393:21
**therapist**
  190:14 269:15
**therapy**
  208:10 254:13
**thing**
  180:25 183:4
  193:4 196:18
  202:21 213:20
  217:21 222:3
  230:24 238:15,16
  242:19 244:5
  245:10 259:18,23
  267:24 270:1
  281:25 303:13
  304:9 305:8 310:6
  310:11 316:12,16
  336:13 349:8
  357:11 382:17
  399:9 413:5,23
  421:22
**things**
  170:25 171:1,2,9
  171:13,16,18,20
  176:19 177:9,17
  181:4 182:23

185:20 186:12,14
  186:15 191:19
  192:2,3 194:16
  195:12,13 196:13
  197:14,17,19
  201:4,4 212:14
  213:17 214:20,21
  216:2,3 217:13,17
  218:10,13 221:6
  222:11 224:9,24
  228:13,14 231:5
  235:18 236:15,17
  241:3,6 242:20
  248:20 256:7
  259:9,17 260:5,19
  261:20 265:17
  266:13 268:21
  269:2,11 272:12
  272:13,16 273:5,7
  273:9 276:9
  281:17 284:2,8
  290:2 296:14
  299:15,18 302:15
  303:16 305:4
  306:12 309:9,11
  310:5 311:2,12,20
  312:3,10 315:3
  318:12 323:13,14
  323:21,22 324:20
  326:7,7 331:20
  332:13,19 336:14
  340:13,23 345:2
  346:9 347:13,14
  347:16,21 362:20
  362:25 369:3,5,6
  370:20 371:24
  376:5,6,17 377:18
  378:15 379:18
  380:7,8 381:13
  382:22 386:23
  388:23 389:7,9
  391:10,10 392:18
  393:9 395:15
  397:14,21 398:5
  399:24 400:5
  401:17 403:9
  420:9,20
**think**
  170:14,15 171:6,8
  172:5,8 176:17

179:24 180:4,18
  180:19,22 181:4
  183:2,7 185:9,19
  188:6 189:3,11,15
  189:25,25 190:24
  191:4,19,21
  192:20 193:6,8
  194:3 198:23,23
  198:25 199:6
  201:12 203:16,17
  203:17 205:6
  206:21 207:3
  208:9,11 210:18
  212:6 214:22,25
  219:16 221:2
  223:18 224:7,12
  225:10,19 226:19
  226:22,25 230:18
  233:14 235:6
  236:14 237:3,15
  237:22 238:4,9
  239:5 242:6,25,25
  243:1,3,23 244:5
  244:18,20 246:11
  246:12 247:11
  253:1 254:5,7
  255:1 256:5,18,25
  257:5 258:4,6
  259:13 260:6
  261:2,11,15 263:2
  263:13 265:16
  266:6 267:20
  273:21 274:12,14
  274:15,17,24,24
  275:16,23 276:20
  279:17 280:25
  281:15 282:7,9
  283:8,8,9,16,21
  284:5 287:4,4,5
  288:4,17,23,24
  291:10,16,17,21
  292:19 294:5
  295:11 304:13,17
  305:1 306:7,11
  309:7 311:8 312:7
  312:7 315:12,15
  315:19 319:17
  320:13,22 321:10
  321:23 322:10
  328:17 331:17

336:8,10,17
337:20 338:1,13
339:19 342:25
343:8,21 344:13
345:11 346:14,19
346:25 347:3,7
348:15,18 349:10
349:12 350:10,18
350:19,20,20
351:2 352:20
353:8,23 355:17
357:21,23 358:25
359:4 360:5,25
361:4 362:20
363:3,7,19 364:10
364:11 365:3,6,23
368:14 375:12
376:10 377:10
378:19 379:16
380:3 387:17
392:18 394:16
395:5,5 397:20
398:18,21,24
399:6 400:23
402:5,13 403:9,10
403:22 407:9
409:21 410:18
412:15,21 419:25
420:7,18 421:4,5
421:25 424:16

**thinkers**
197:16

**thinking**
275:10 381:9,24

**thinks**
312:10 342:4
362:19

**third**
168:9 174:9
203:19,20 204:4
228:2 239:18,24
244:5 313:23
324:23

**thirty**
236:7 238:8

**thomas**
167:4,13

**thompson**
307:6

**thought**

172:4 188:15
190:21 192:6
247:22 254:7
258:2,3,4 262:24
291:13,14 299:19
305:13 307:20
347:23 375:20
379:1 400:17

**thoughts**
377:8,18,19,20,23
390:12

**thousand**
243:2,4 385:25

**thousands**
211:10 236:4,9,19
236:25 237:8
238:6,19,24

**threat**
217:20

**threatened**
233:2

**threatening**
213:11,16 214:9
217:17 218:5,9
220:11

**threats**
217:22 218:1,12
218:16

**three**
182:2,5 190:1
198:17,21 210:7
226:21 228:16
232:5 275:23
277:18 328:4
362:17 364:22
381:17,19

**threepage**
173:11,14

**threw**
214:20

**throw**
421:24

**thrown**
222:12 368:22,24
369:5,6

**thursday**
165:19 166:17

**tied**
241:24 332:3
388:25

**time**
169:3 170:16
175:2 179:9
189:11 209:2
213:1 216:11
217:15 219:24
228:8 229:10
233:5 238:20,25
242:4 244:3 245:7
251:8 252:18,24
255:3,10 262:1
263:13,16 265:8
285:1 293:6
295:11 308:24
311:24 312:11
319:15 321:5
322:5 329:19
330:25 338:12
341:3 343:23
344:25 345:7
353:21 357:5,18
358:2 359:12
362:16 363:4,5
371:7,19 382:9,19
383:2 384:24
386:7 407:11
410:2 418:10
419:18 426:14

**times**
214:17 217:13
224:8,9 232:11
255:10 257:18
263:8 273:5
289:22 291:24
310:13 362:17
366:14 369:4

**tired**
377:5

**title**
191:15 229:2
241:17

**titled**
239:24

**today**
242:5 244:23
266:5 321:18
344:5,10,18
345:20 348:13,14
352:13 359:24
376:11 389:18

403:14 413:5
419:8 421:3
423:16,19,25

**todays**
169:1

**todd**
277:5 281:10,11

**told**
169:12 175:8,17
176:4 211:3
283:12,14 293:23
303:12 312:4
322:14 333:3
337:15 341:19,21
342:4 346:9 348:3
348:5,17 349:19
359:15,18 360:21
361:25 364:1,8
368:11 369:9
372:25 376:25
379:23 389:6,9
396:7 412:15
413:6 414:15
423:4

**tomorrow**
421:10,13,14
422:11 423:5,22

**tompkins**
166:21

**toni**
244:13 245:1
329:1,2 361:19,22
361:22 362:1,4,7

**tonight**
422:9

**tony**
190:12,18,23
191:6 193:17

**tool**
179:22,22 389:17
389:18 395:25
403:20

**tools**
388:6,11,14,16
389:19 405:1

**top**
178:21 180:3
182:7 212:17
234:22 294:21
313:17 401:4

419:25

**tortured**
207:10

**total**
213:7

**track**
215:5 369:7

**trade**
170:6,21,23 171:3
171:4,10,14 172:6
172:14,18 173:4
173:12,18,19,22
173:23 174:2,7,13
174:21,23 176:17
176:20,21,24
177:2,7,15 178:8
178:12,14,14,19
178:23 179:1,4,11
179:13,20,24
180:2,24 181:6,12
181:13 183:2,4,5
183:6,9,10,14,15
183:17,22 184:5,6
184:8,13,14
185:23,24 186:10
186:18,19,21
187:1,8,9,18,24
188:3,8 189:13,18
189:23 190:4,9,18
190:20,24,25
191:17,24,24
193:10,11,14
194:1,5,10,19
195:20,21 196:1,7
196:9,22 197:1,2
197:12,20 198:1,4
198:10,14,22
204:13 205:3,6,11
205:12,13,16,24
206:5,7,12 223:11
236:9,10 237:2,5
269:3 280:12,18
323:1 396:22,25
397:15 407:9,12
412:17,20,21,24
413:1,4,6 414:20
414:25 415:1,8
416:9,13,15,23,25
418:16,20,22

**trademarking**

237:17
**trademarks**
237:13
**traffic**
343:2
**train**
284:12
**trained**
200:24 201:1
**trainer**
269:16
**training**
184:25 249:23
252:23 253:9,11
253:15 255:17,25
256:15 258:21,25
259:6,7,20,25
260:7,10,15,17
261:3,7,9,13,18
262:20,21 266:25
268:2 279:22
284:11,14,16
**trainings**
261:16 284:7
**traits**
389:24
**trampled**
354:21
**trans**
269:23
**transactions**
334:9
**transcript**
165:22 319:7
321:19 322:16
330:6,8 332:15
362:11 422:5
425:3 426:12
**transferred**
244:18
**transformed**
267:19
**translated**
275:18
**translates**
276:22
**translation**
330:20
**translator**
276:22,25

**transmission**
405:18
**transmitted**
264:25 267:6,14
267:18
**transmitting**
269:23
**trash**
337:13,21 338:5
338:10
**treat**
190:16
**treating**
393:19
**tree**
192:9,14,18,22,24
193:18 401:1,19
**treece**
353:21 354:5,17
**treeces**
351:15
**tremendous**
207:11 383:15
**tribute**
204:17 419:21
**tried**
217:13 228:17
377:3
**trim**
234:18
**trip**
341:16
**triple**
228:19
**trouble**
175:22 310:18
331:8 386:12
**true**
183:16,21,23
184:3,12 193:1
195:16 196:20
220:2 228:21
239:11 259:2
295:21,22 298:9
299:2,13,24 300:7
300:16 303:14
304:1 313:10
325:22 334:10
347:17 350:15,15
364:16 375:23

396:20 416:16
417:1 426:12
**trust**
252:8
**truth**
297:25 298:9
426:9,10,10
**try**
236:18 244:16
247:19,20 250:15
268:18 285:15
286:10 298:10
344:10 346:2
350:22 399:5
423:25
**trying**
182:10 190:18,20
203:16 212:6
225:10 260:5
306:6 328:15
338:13 355:17
362:10 408:4
**turn**
205:22 210:4
213:21 215:9
240:6 294:6,14
314:9 324:22
327:16 365:2
374:10 393:3
**turned**
219:17 365:1,15
365:18,22 366:4
369:23
**turning**
365:12
**tutor**
362:18
**tutored**
335:16
**tvc**
230:23
**twenty**
419:3
**twice**
293:9
**two**
181:7 186:8
199:10,10 207:10
216:14,15 225:18
225:21 232:2

233:10,25 243:22
251:25 269:25
276:5 285:22
288:10,10,11
289:23 291:6
298:18 312:23
313:22 326:23
327:21 328:4
330:15 341:23
343:8 344:23
345:4 351:10
352:3,18 353:13
362:17 367:19
369:20 391:9
421:16 422:1
**twodimensional**
383:18
**twohanded**
375:6
**twominute**
208:15
**type**
181:18 303:20
304:5,6 326:4
349:1 378:3
383:16 392:9
409:19 410:17
**types**
388:1

———————————
**U**
———————————

**uh**
303:10
**uhhuh**
175:16 176:7
177:25 180:15
182:18 187:17
191:16 192:18
193:1 195:17,23
196:21 197:11,24
204:3,6 207:1
210:6 211:21
213:12 216:10
221:23 222:13
232:9 234:19
236:3 240:9 246:6
250:4 254:14
258:23 291:15
298:24 304:23
325:5,17 326:3,16

326:19,21 328:3
350:1 374:3
380:25 388:7
393:25 396:10
406:5 409:7
414:18 415:5
419:5
**ultimate**
206:25 207:6,19
207:24 254:19
394:5
**ultimately**
170:14 185:12
207:12,20 235:16
291:18,20 363:3
376:5,19 414:11
**um**
170:1 276:5
371:24 417:15
419:13
**unavailable**
421:15
**uncover**
362:10
**uncovered**
334:13
**undefined**
317:9
**underestimate**
236:21
**undergone**
385:24
**underinclusive**
174:6
**underline**
188:11,12 198:5
**underlined**
175:10 176:3
180:12 182:9,15
187:3 191:12
193:25 313:24
**underneath**
389:5
**understand**
173:17,24 180:19
181:5 182:23
199:5 207:5
221:20 232:22
249:1 254:15
258:9 259:12

262:17 267:8
271:14 284:10
285:18 286:1,8,9
297:15 300:17
340:14 345:16,18
350:7 376:4 384:7
388:13 393:12
403:14 406:14,19
414:9 418:8
**understanding**
170:11 173:25
183:1 184:16
193:21 195:6
203:4,7 206:16
242:20 244:12
258:10 262:23
266:4 268:10
282:4 288:20
319:20 322:19
336:25 337:6
340:3,7,9 342:2
346:24 361:6
362:6 378:24
381:8 383:12
392:16 406:16
418:3,10,14
**understandings**
390:9,10,10
392:19,21 405:4
**understate**
290:16
**understood**
196:16 303:20,22
304:2 313:18
335:24 336:6
383:6 406:20
414:16
**undertake**
314:3,4,6
**unesco**
277:6
**unexpectedly**
244:1
**unfortunately**
232:23 422:12,24
423:20
**unilaterally**
356:22
**union**
256:7

**unions**
255:5 256:3,6,12
**unique**
175:20 176:8,10
177:17,18 180:16
180:19,20 192:14
192:19,23 195:7
195:18,20,22,23
195:25 196:3,4
379:16,17 387:13
389:24 413:7
**united**
165:1 277:7
**universally**
191:14
**universe**
210:10,14
**universities**
212:13 235:20
**university**
277:8
**unknown**
260:4
**unofficial**
321:19
**unpaid**
241:13
**unprobable**
201:6
**unprobablistic**
199:23
**unraveling**
194:18
**unsure**
194:6
**unterreiner**
241:23,24
**untrue**
180:22
**update**
331:13,15
**upgrades**
241:20
**upheld**
312:8
**uphold**
259:10
**upset**
225:19
**upstate**

274:12,20
**use**
171:21,23 178:14
178:16 184:23
186:9 191:1 192:2
197:16,25 235:22
242:19 250:16,25
267:21 284:15
290:11,13 318:20
333:22 348:6
370:15,19 380:7
385:16
**user**
290:17
**uses**
186:13 192:23
264:16 381:17
**utilize**
198:11 395:22
**utilized**
267:19 378:13
393:22 409:4
**utilizing**
177:8 185:20
198:8 395:20
397:13

_____
**V**
_____
**valid**
300:11
**valuable**
180:9 190:21
236:6 238:7
246:13 312:9
**value**
204:5,10 210:9,14
246:11,12 408:20
408:21 419:15
**vanguard**
189:18 225:13
268:4
**vanity**
279:4
**variables**
381:15,16
**various**
233:19 282:22
283:10 296:13
**vegetarian**
250:18,19,20

**vegetarianism**
250:19
**verbal**
218:15 249:1
266:12 349:17
**verbally**
213:16 221:24
272:24
**verifiable**
352:10
**verified**
303:16
**verify**
228:13,14,16,17
303:15
**versed**
405:5
**version**
290:13,15
**vertical**
284:8
**veteran**
222:22
**victim**
207:5,6
**victims**
206:25 207:20,24
**videoconference**
165:23
**videographer**
167:22 169:1
208:18 209:1
215:9,12 251:3,7
270:12 271:3
294:8,11 329:14
329:18 370:24
371:6 409:25
423:12 424:21
**videotaped**
165:18
**view**
201:25 202:2,4,19
266:7 415:20,21
**viewed**
220:2 415:15,19
**viewing**
390:4
**village**
293:13
**violate**

268:6,11,25 269:5
269:22 270:1
326:10
**violation**
325:12 326:1,8
**vip**
252:23 253:9
261:13
**virus**
219:23
**vision**
247:12
**visualization**
383:19
**visually**
382:21
**vocabulary**
182:8
**voice**
293:13 331:6
**volleyball**
223:19 224:5
335:15
**volume**
165:18
**voluntary**
207:18
**vs**
165:5,12 166:5

_____
**W**
_____
**wachenfeld**
166:21
**waged**
361:23
**wait**
200:22 288:11
356:12,18 404:11
**waiting**
216:6,8
**waived**
336:21 351:17
**waiving**
326:17 327:19
**walk**
214:15,16,16
216:6,9,11,12
394:6
**walked**
214:25 216:13

**walking**
216:15
**walks**
214:17 268:5
**walls**
266:21
**want**
183:18 190:22
207:7 217:11
222:2 223:9
230:20 234:24
236:1 248:2,24
271:14 281:15,25
282:2 294:6 296:4
300:24 301:7,14
303:5,24 344:8
351:5 352:11
356:8 357:6 358:5
358:9 363:22
398:20,20 399:2,5
400:19 402:20
404:18,23 413:4
421:23 422:6
424:19
**wanted**
184:21 188:12
224:8 245:5
291:13 302:2
306:11,14 318:3
351:3 358:6 364:1
364:9 400:21
412:11
**wants**
268:4 283:17
388:25
**warn**
189:1 351:13
**warning**
188:24 218:22
**washington**
291:8
**watch**
218:13,21 221:3
233:15
**way**
173:6 179:17,24
180:18,19 182:25
184:11 188:13,18
189:3 191:2
192:20 194:8

212:22 218:16
224:13,14,18
232:22 236:22
237:20 246:25
248:13 249:4
250:16 255:16
260:22 262:6
268:18 309:22
312:14 313:19
326:20 339:8
347:11,12,12
368:2,19,23
376:13,19 385:17
385:18 386:4
387:12 388:19
393:11,18 394:3
394:20 396:14,17
401:5 406:3
414:13 415:9
423:18
**ways**
187:16 248:16
276:5 306:10
372:3 377:22
384:6 394:5
399:11 404:25
**wealth**
201:2 246:4
**web**
290:2 415:13,15
**website**
200:3 208:10
414:17,20,23
415:7,22
**week**
225:4,13 362:17
377:5 422:18
**weigh**
171:25
**weighed**
171:17
**wellspring**
165:8 167:15
**went**
174:2 188:14
213:22 227:12
229:6 244:16
245:9 254:24
263:1 265:18
273:25 311:9

341:14 361:24
371:17 391:14
409:21 410:18
**west**
165:23
**weve**
170:3 199:17,18
199:25 200:9
201:3 236:11
248:18 251:16
281:17 284:6
322:25 325:16
366:5 400:17
421:23 422:1,19
423:4
**whatsoever**
368:1
**wherefores**
320:2
**wherewithal**
342:5
**white**
232:12 235:7
409:12,24 410:21
**whys**
320:1
**wife**
223:7,8 224:24
268:2 269:14,24
**wild**
322:18
**william**
166:21
**willing**
246:14
**willingness**
408:20
**window**
171:5 173:15
205:7,7 389:25
**windows**
412:21
**wishes**
197:7
**withdraw**
248:10
**withdrawn**
410:25
**witness**
168:2 175:6

203:24 204:24
209:7 233:3 240:8
246:8 254:4
270:15 278:5,11
278:14 285:5
296:7 313:2
314:10 327:4,22
330:18 336:18,22
343:25 350:9
351:18 353:3
355:3,7,15 366:3
373:21,24 374:11
378:7,9 380:12
393:5 411:8
422:20 424:23
426:9
**woman**
231:16,17 244:13
261:8 262:19
336:10 363:5
370:7
**womb**
332:21
**won**
203:9,10,12
**wondering**
311:2
**woods**
240:21,24
**word**
176:10 193:24
195:22 221:21
250:14 259:14
328:6 333:22
349:7 393:19,22
403:10,12 414:8
**wording**
419:3
**words**
182:15,24 186:8
187:15 188:2
196:11 214:5
267:14 285:16
290:8,11 298:19
320:10 321:3
322:3 361:9
375:18,25 394:1
396:16,19 397:12
**wordtype**
365:8

**work**
173:15 178:5,9
198:21 199:15
204:5,8 210:9,14
228:24 246:14,14
260:18,23 279:16
291:19 292:13
303:24 325:10
358:5 384:6 392:7
393:10 419:15
422:25
**worked**
219:3 230:7
232:23 247:23
257:21 290:21,22
290:22 291:7
294:10 337:10
339:15 340:10,11
346:19,21,21
361:8 382:7
384:15,22
**working**
229:9 257:18
372:4 384:8 413:3
**works**
242:15 268:21
340:11 393:17
406:2
**workstudy**
229:16
**world**
199:19 204:11
228:15 246:5,22
247:1,2,3,12,19
250:2 260:13
406:18
**worlds**
201:2
**worry**
386:13
**worth**
295:11 311:17
**write**
187:25 189:16
213:25 232:19,19
276:5,6,7,11,11
277:3 377:8
378:17 381:23
417:19
**writing**

183:11 187:20
199:13 232:20
254:11 275:21
377:15 382:7
**written**
208:6 213:15,18
249:1 254:23
275:6,13 276:4,13
277:17,18,24
280:11 302:17
328:10 332:17,18
364:25 377:16,17
382:1,13 412:22
415:8
**wrong**
265:1
**wrongdoings**
306:7
**wrongfully**
181:11
**wrote**
187:10,12 193:4
199:1,5,6,9,10
208:4 212:7 232:7
232:21 238:15
245:24 246:1
248:17 265:13
277:13 281:9
382:10 409:3,10
411:19

**X**

**xi000918**
426:23

**Y**

**yeah**
189:24 191:5,11
195:2 220:24
222:24 229:24
230:22 236:14
253:14 257:11
266:22 274:24
288:24 296:5
298:14,21 301:18
302:24 303:5
304:20 305:18
310:22 311:8
319:25 320:11,20
324:20 331:7

338:16 343:5,5
367:7,10 379:16
395:13 403:24
416:6
**year**
172:9,19,21
216:13,15 222:22
226:18 228:3,4
229:1 280:22
289:4 308:21,23
338:14 369:20
371:22 380:19,21
**yearandahalf**
220:9
**yearbooks**
226:24
**years**
173:15 190:1,2
198:20 216:14,15
225:18,21 236:7
238:8 243:3
275:23 277:18
288:10,11 292:4
306:18 376:25
377:10 385:25
406:24 420:21
**yell**
216:17,20
**yelled**
216:3 217:17
**yesterday**
169:13 170:2
175:3 215:21
255:23 263:11
276:20 335:4
345:3 363:23
372:17 395:24
409:11 413:3,4
414:15 415:24
423:16
**york**
167:18,18 169:7
230:7 242:8,14
248:5 253:15
254:17,20 274:12
274:20 355:24

**Z**

**zeroes**
321:23

**0**

**00**
344:18 421:9,12
422:9,11
**000**
199:17,25 200:4,7
200:9 201:1
225:16,17,21
243:1 281:1
382:10
**00001**
321:18 329:25
**00329**
168:12 245:17
**04**
168:13
**0442**
294:19
**0452**
294:17
**0453**
297:1
**0455**
294:20
**053**
296:23
**06cv01051**
165:4
**07039**
165:24
**07068**
167:14
**07102**
166:23
**079321047**
167:5
**079621981**
167:9
**08**
329:19

**1**

**1**
168:13 169:2
175:25 176:1
192:10,11,12
251:13 264:21
270:11 271:4
294:11,12 324:19
324:24 386:7,9,9

386:10 401:12
402:10 411:16
421:12 422:11
**10**
208:19 209:2
326:15 327:6,17
327:24
**100**
166:22
**100196708**
167:18
**11**
228:1 242:8 251:8
327:16,23,25
328:4 380:10
**110**
165:14
**12**
165:19 166:17
168:11 210:13
214:16 216:12,15
234:5 245:13,16
245:20 249:11
270:13 374:16,17
376:8,10,23
382:12,18 401:2,7
401:8,19 402:8,13
402:16 411:16,20
411:25 412:16,19
413:14 414:1,16
415:3,6 417:5,10
417:12,13,16,23
418:1,7,8,12,15
418:21 419:1
425:4
**12065**
169:7
**12parameter**
383:17
**12point**
210:9
**13**
229:22 245:13,14
245:15 324:17
384:14
**14**
234:4,6,9 244:7
263:24 292:22
294:18
**15**

174:16 239:5
263:24,25 264:1
270:11
**153**
228:4 380:21
**16**
382:9 420:1
**1633**
167:17
**169**
168:3
**16day**
187:11 284:21
371:18
**17**
227:13 228:3
271:4 330:12
371:7 380:19
387:25 410:3
**17th**
380:15
**18**
230:14 253:12
**1800**
391:1
**1980**
226:23
**1980s**
370:1
**1982**
384:15
**1984**
230:6 384:15
**1987**
230:6
**1991**
409:2
**1998**
242:8
**1st**
324:21

**2**

**2**
165:4 194:25
195:1 209:2
236:21 253:16,18
329:15 386:11
401:12,16 402:10
419:3

**20**
243:1 270:13
386:17,18 419:9
420:22,24
**200**
331:22 392:6
**2000**
401:2,19
**2003**
168:8 169:25
208:23 216:18
223:21 238:21
239:1 374:7,9
**2004**
168:19 251:13
252:21 253:1,13
254:1 308:21,24
330:15 340:4,18
341:1,1,3 342:23
**2005**
244:7 308:24
338:15 340:5,18
341:1,4 342:23
**2006**
239:8
**2007**
324:19
**2009**
165:19 166:17
169:1 425:4
**208**
168:8
**21**
236:2 240:7
**212**
167:18
**215**
168:23
**22**
168:8 208:23
238:21 239:1
253:13 426:7
**221**
168:23
**222**
168:24
**22nd**
239:10 374:7,9
**23**
168:19 330:15

**239**
168:10
**245**
168:12
**25**
393:3,8 394:12
405:20
**251**
168:13
**26**
393:4 394:12
405:20
**264**
168:15
**27**
406:12
**278**
168:24
**28**
232:6 233:2
408:10 409:2
**281**
168:25
**285**
168:4

___

**3**

**3**
168:13 169:7
258:17 329:19
386:11,12 401:16
402:2,7,7,10
**30**
173:15 198:20
231:7,12 243:1
344:6 376:25
421:10 422:10
**32**
330:2
**324**
168:17
**330**
168:19
**34**
297:2 330:3
**345**
168:4
**36**
411:7,9 412:7
413:18 414:3

**37**
411:7
**38**
417:22
**39**
379:3 418:24
420:2,15

___

**4**

**4**
166:22 210:5
222:22 253:22
258:18 261:1
371:7 382:10
386:11,12,12
401:3 402:10
**40**
208:19
**400**
199:25 200:4,7,9
201:1 384:3
**41**
426:7
**43**
233:22
**44**
166:18 169:4
234:4,5 423:13
**45**
329:15
**455**
274:13
**46**
424:22,25
**49**
294:11
**4th**
401:7,8

___

**5**

**5**
200:23 211:19
212:16 222:19
226:7 281:1
296:12 329:19
344:6 398:24,25
402:3,7,10 410:3
423:13 424:22,25
**50**
225:16,17,21

241:5 294:12
**500**
166:16 167:4
**5380800**
167:9
**54**
251:8
**5497370**
167:5
**55**
193:5 238:13
330:2
**555**
312:25
**56**
209:2
**57**
330:2
**570**
165:23
**5972508**
167:14
**5th**
204:17

___

**6**

**6**
200:22 255:2
262:5 324:22,25
325:1 371:7
382:11 398:24,25
400:16
**60**
277:10
**600**
228:3 380:20
**65**
167:13

___

**7**

**7**
344:18 402:14
406:24 421:9
422:9
**70**
277:19
**700**
312:25
**7500**
188:18

___

**8**

**8**
195:14 196:19
199:17 200:19,20
200:22 205:22
214:16 216:12,15
226:17 258:17
326:13 398:24,25
**80**
226:25
**81**
227:1
**82**
226:19 227:1
**8331100**
167:18

___

**9**

**9**
166:18 169:4
239:8 273:21
312:23 319:16
326:14 374:10,12
421:10 422:10
**90**
383:2
**973**
165:24,25 167:5,9
167:14
**9943510**
165:24
**9943621**
165:25