

Robert D. Crockett
23929 Valencia Boulevard No. 303
Valencia, California 91355
323-487-1101 | 323-843-9711 fax
bob@bobcrockettlaw.com

October 1, 2019

**<u>Via Federal Express</u>**

Honorable Katharine S. Hayden, U.S.D.J.
United States District Court
U.S. Post Office and Courthouse
1 Federal Square
Newark, NJ  07102

      Re:   <u>NXIVM Corporation, et. al. v. The Ross Institute, et. al.</u>
             Civil Action No.: 06-cv-1051 (KSH/CLW)

Dear Judge Hayden:

    This firm is counsel for NXIVM Corporation, First Principles, Inc. (referred to collectively as "NXIVM"), and Nancy Salzman in the above-referenced case.  Currently pending before Your Honor is Crockett & Associates' motion to withdraw as counsel for NXIVM and Ms. Salzman which is returnable on October 7, 2019.

    Enclosed for the Court's convenience, please find two copies each of the following motion papers filed on behalf of Crockett & Associates:

    1.    Notice of Motion to Withdraw as Counsel
    2.    Declaration of Robert D. Crockett in Support of Motion to Withdraw as Counsel
    3.    Declaration of Chase T. Tajima in Support of Motion to Withdraw as Counsel
    4.    [Proposed] Order Granting Motion to Withdraw as Counsel

    We thank the Court for your consideration of these matters.

Respectfully submitted,

*[signature]*

Robert D. Crockett
Crockett & Associates

cc:    All Counsel (Via ECF, w/o enclosures)
4822-2002-1416, v. 1