Brian M. English
**TOMPKINS, McGUIRE, WACHENFELD & BARRY LLP**
3 Becker Farm Road, Fourth Floor
Roseland, NJ 07068
(973) 622-3000
*Attorneys for Plaintiffs/Counterclaim Defendants/Crossclaim Defendants NXIVM Corporation and First Principles, Inc.; and Third-Party Defendant Nancy Salzman*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

### CIVIL ACTION NO. 06-01051 (KSH/CLW)

| | |
|---|---|
| NXIVM CORPORATION, (formerly known as EXECUTIVE SUCCESS PROGRAMS, INC.) and FIRST PRINCIPLES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MORRIS SUTTON, ROCHELLE SUTTON, THE ROSS INSTITUTE, RICK ROSS (a/k/a "RICKY" ROSS), STEPHANIE FRANCO, PAUL MARTIN, Ph.D., AND WELLSPRING RETREAT, INC.,<br><br>Defendants. | **NOTICE OF MOTION TO WITHDRAW AS COUNSEL AND APPLY FUNDS TO OUTSTANDING BILLS** |
| RICK ROSS,<br>             Counterclaim-Plaintiff,<br><br>   -against-<br><br>KEITH RANIERE, NANCY SALZMAN, KRISTIN KEEFFE, INTERFOR, INC., JUVAL AVIV, JANE DOE, AND JOHN DOES 1-10,<br><br>            Counterclaim-Defendants. | |
| INTERFOR, INC. and JUVAL AVIV,<br>        Crossclaimants,<br>   v.<br><br>NXIVM CORPORATION, KEITH RANIERE, NANCY SALZMAN and KRISTIN KEEFFE,<br>        Crossclaim Defendants. | |

TO:

Nancy Salzman
c/o
Robert Soloway, Esq.
Rothman Schneider Soloway & Stern P.C.
100 Lafayette Street, Suite 501
New York, NY 10013

Anthony J. Sylvester, Esq.
SHERMAN WELLS SYLVESTER &
STAMELMAN LLP
210 Park Avenue, 2nd Floor
Florham Park, NJ 07932

*Attorneys for Defendants the Estate of Morris Sutton, Rochelle Sutton, and Stephanie Franco*

Robert J. Lack
FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
One Gateway Center, 25th Floor
Newark, NJ 07102-5311
(973) 877-6400

*Attorneys for Cross-Claimants Interfor, Inc. and Juval Aviv*

NXIVM Corp.
5 Southside Drive, Unit 11
Clifton Park, NY 12065

Matthew J. Fedor, Esq.
DRINKER BIDDLE & REATH LLP
500 Campus Drive
Florham Park, NJ 07932-1047

*Attorneys for Cross-Defendant Keith Raniere*

**PLEASE TAKE NOTICE** that on April 6, 2020, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiffs/Counterclaim Defendants/ Crossclaim Defendants NXIVM Corporation, f/k/a Executive Success Programs, Inc., and First Principles, Inc. (referred to collectively as "NXIVM") and Third-Party Defendant Nancy Salzman shall move before the Honorable Cathy L. Waldor, U.S.M.J., seeking an Order: (1) permitting Tompkins, McGuire, Wachenfeld & Barry LLP to withdraw as counsel for NXIVM and Ms.

Salzman; and (2) authorizing Tompkins, McGuire, Wachenfeld & Barry LLP to apply $50,000 currently being held in a trust account towards legal fees and costs owed to the firm by NXIVM.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Tompkins, McGuire, Wachenfeld & Barry LLP shall rely upon the Declaration of Brian M. English submitted herewith. A proposed form of Order is also enclosed.

           **TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP**
*Attorneys for Plaintiffs/Counterclaim-Defendants/Crossclaim Defendants NXIVM Corporation and First Principles, Inc.; and Third-Party Defendant Nancy Salzman*

By: /s/Brian M. English
      Brian M. English

Dated: March 13, 2020