



2021 FEB 25 A 3:59

**ANDREW ENGLANDER**
aenglander@fklaw.com
212.833.1173

February 18, 2021

BY MAIL

Clerk of Court
United States District Court
District of New Jersey
50 Walnut Street #4015
Newark, New Jersey 07102

Re:   *Interfor Inc. v. NXIVM Corporation*
      Case No. 2:06-cv-01051-KSH-CLW

To whom it may concern:

We enclose a Writ of Execution and USM-285 form for the Court's consideration. If the Writ of Execution is acceptable, we respectfully ask that Your Honor execute and enter it on the docket.

Respectfully submitted,

s/Andrew Englander

7 Times Square, New York, NY 10036-6516   212 833 1100   fklaw.com

3570755.1