Robert J. Lack
Andrew M. Englander
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
One Gateway Center, 25th Floor
Newark, NJ 07102-5311
(973) 877-6400
*Attorneys for Crossclaim Plaintiff Interfor, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------x
NXIVM CORPORATION, formerly known as EXECUTIVE SUCCESS PROGRAMS, INC. and FIRST PRINCIPLES, INC.,

                Plaintiffs,

- against -

MORRIS SUTTON, ROCHELLE SUTTON, THE ROSS INSTITUTE, RICK ROSS a/k/a "RICKY" ROSS, STEPHANIE FRANCO, PAUL MARTIN, Ph.D., and WELLSPRING RETREAT, INC.,

                Defendants.
---------------------------------------------------------------x
RICK ROSS,

                Counterclaim Plaintiff,

- against -

KEITH RANIERE, NANCY SALZMAN, KRISTIN KEEFFE, INTERFOR, INC., JUVAL AVIV, JANE DOE and JOHN DOES 1-10,

                Counterclaim Defendants.
---------------------------------------------------------------x
INTERFOR, INC. and JUVAL AVIV,

                Crossclaimants,

- against -

NXIVM CORPORATION, KEITH RANIERE, NANCY SALZMAN and KRISTIN KEEFFE,

                Crossclaim Defendants.
---------------------------------------------------------------x

Civil Action No. 2:06-cv-01051 (KSH/CLW)

Hon. Katharine S. Hayden, U.S.D.J.
Hon. Cathy L. Waldor, U.S.M.J.

Motion Day: April 19, 2021

**NOTICE OF CROSSCLAIM PLAINTIFF INTERFOR, INC.'S CROSS-MOTION TO COMPEL COMPLIANCE WITH WRIT OF EXECUTION, OR, ALTERNATIVELY, FOR AN ORDER DIRECTING TOMPKINS MCGUIRE TO TURN OVER NXIVM FUNDS TO INTERFOR**

(*Interfor, Inc. v. NXIVM Corp.*)

3578912.1

| | | |
|---|---|---|
| TO: | Brian English, Esq.<br>TOMPKINS MCGUIRE<br>WACHENFELD & BARRY LLP<br>3 Becker Farm Road, Fourth Floor<br>Roseland, NJ 07068-1726<br><br>*Pro Se Movant* | Matthew J. Fedor, Esq.<br>DRINKER BIDDLE & REATH LLP<br>500 Campus Drive<br>Florham Park, NJ 07932-1047<br><br>*Attorneys for Cross-Defendant Keith Raniere* |
| | Anthony J. Sylvester, Esq.<br>SHERMAN WELLS SYLVESTER<br>& STAMELMAN LLP<br>210 Park Avenue, 2nd Floor<br>Florham Park, NJ 07932<br><br>*Attorneys for Defendants the Estate of Morris Sutton, Rochelle Sutton, and Stephanie Franco* | Nancy Salzman<br>c/o Robert Soloway, Esq.<br>ROTHMAN SCHNEIDER SOLOWAY<br>& STERN P.C.<br>100 Lafayette Street, Suite 501<br>New York, NY 10013 |
| | NXIVM Corp.<br>5 Southside Drive, Unit 11<br>Clifton Park, NY 12065 | |

**PLEASE TAKE NOTICE** that on April 19, 2021, at 9:00 a.m., or as soon thereafter as counsel may be heard, crossclaim plaintiff Interfor, Inc. ("Interfor") shall cross-move before the Honorable Cathy L. Waldor, U.S.M.J., seeking an Order: (1) directing *pro se movant* Tompkins, McGuire, Wachenfeld & Barry LLP ("Tompkins McGuire") to comply with the Writ of Execution served on Tompkins McGuire by Interfor, or, alternatively, (2) directing Tompkins McGuire to transfer $50,000 in funds belonging to its former client, crossclaim defendant NXIVM Corp. ("NXIVM"), to Interfor (through the below-signed counsel) in partial satisfaction of a final judgment entered by this Court in favor of Interfor and against NXIVM.

The grounds for this motion are set forth in the following documents filed herewith: (i) Crossclaim Plaintiff Interfor, Inc.'s Brief in Opposition to Tompkins McGuire's Motion to Quash Writ of Execution and to Apply Funds to Outstanding Bills and in Support of Cross-Motion to Compel Compliance with Writ or Transfer Funds to Interfor, dated April 5,

3578912.1

2021; and (ii) the Declaration of Andrew M. Englander, dated April 5, 2021, and the exhibits thereto.

        A proposed form of Order is attached.

Dated:  Newark, New Jersey
        April 5, 2021

                                      FRIEDMAN KAPLAN SEILER &
                                          ADELMAN LLP

                                      s/ Andrew M. Englander
                                      Robert J. Lack
                                      Andrew M. Englander
                                      One Gateway Center, 25th Floor
                                      Newark, NJ 07102-5311
                                      (973) 877-6400

                                      *Attorneys for Crossclaim Plaintiff Interfor, Inc*

3578912.1