

**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**

**ANDREW M. ENGLANDER**
aenglander@fklaw.com
973.877.6473

November 10, 2021

<u>BY REGULAR MAIL AND ECF</u>

Hon. Katharine S. Hayden, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room PO 05
Newark, NJ 07101

          Re:   *Interfor, Inc. v. NXIVM Corp.*,
                <u>Civil Action No. 06-cv-1051 (KSH/CLW)</u>

Dear Judge Hayden:

       This firm represents crossclaim plaintiff Interfor, Inc. ("Interfor") in the above-referenced matter. Enclosed for the Court's convenience, please find courtesy copies of the following papers filed today via ECF on Interfor's behalf:

(1) Notice of Interfor, Inc.'s Rule 72(a) Appeal from the October 26, 2021 Letter Order of Magistrate Judge Cathy L. Waldor (D.E. 890);

(2) Interfor Inc.'s Memorandum of Law in Support of Its Rule 72(a) Appeal from the October 26, 2021 Letter Order of Magistrate Judge Cathy L. Waldor (D.E. 890-1);

(3) A proposed form of Order (D.E. 890-2); and

(4) A certificate of service (D.E. 890-3).

       We thank the Court for your consideration of this matter.

                                            Respectfully submitted,

                                            Andrew M. Englander

Enclosures

cc:   All counsel of record (via ECF, without enclosures)

One Gateway Center, 25th Floor, Newark, NJ 07102-5311   973.877.6400   fklaw.com
A Limited Liability Partnership Formed in the State of New York

3628501.1