Robert J. Lack
Andrew M. Englander
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
One Gateway Center, 25th Floor
Newark, NJ 07102-5311
(973) 877-6400
*Attorneys for Crossclaim Plaintiff Interfor, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------------x
NXIVM CORPORATION, formerly known as EXECUTIVE : 
SUCCESS PROGRAMS, INC. and FIRST PRINCIPLES, INC., :
: 
Plaintiffs, : Civil Action No. 2:06-cv-01051
: (KSH/CLW)
- against - :
:
MORRIS SUTTON, ROCHELLE SUTTON, THE ROSS :
INSTITUTE, RICK ROSS a/k/a "RICKY" ROSS, STEPHANIE : Hon. Katharine S. Hayden, U.S.D.J.
FRANCO, PAUL MARTIN, Ph.D., and WELLSPRING RETREAT, : Hon. Cathy L. Waldor, U.S.M.J.
INC., :
: Motion Day: <u>November 7, 2022</u>
Defendants. :
--------------------------------------------------------------------- x
RICK ROSS, : **NOTICE OF MOTION FOR**
: **TURNOVER OF FUNDS**
Counterclaim Plaintiff, :
: (*Interfor, Inc. v. NXIVM Corp.*)
- against - :
:
KEITH RANIERE, NANCY SALZMAN, :
KRISTIN KEEFFE, INTERFOR, INC., :
JUVAL AVIV, JANE DOE and JOHN DOES 1-10, :
:
Counterclaim Defendants. :
--------------------------------------------------------------------- x
:
INTERFOR, INC. and JUVAL AVIV, :
:
Crossclaimants, :
:
- against - :
:
NXIVM CORPORATION, KEITH RANIERE, :
NANCY SALZMAN and KRISTIN KEEFFE, :
:
Crossclaim Defendants. :
---------------------------------------------------------------------x

3659446.1

| | | | |
|---|---|---|---|
| TO: | Brian O'Malley, Esq.<br>TOMPKINS MCGUIRE<br>WACHENFELD & BARRY LLP<br>3 Becker Farm Road, Fourth Floor<br>Roseland, NJ 07068-1726<br><br>*Pro Se Movant* | | Matthew J. Fedor, Esq.<br>DRINKER BIDDLE & REATH LLP<br>500 Campus Drive<br>Florham Park, NJ 07932-1047<br><br>*Attorneys for Cross-Defendant Keith Raniere* |

Anthony J. Sylvester, Esq.
SHERMAN WELLS SYLVESTER
& STAMELMAN LLP
210 Park Avenue, 2nd Floor
Florham Park, NJ 07932

*Attorneys for Defendants the Estate of Morris Sutton, Rochelle Sutton, and Stephanie Franco*

NXIVM Corp.
5 Southside Drive, Unit 11
Clifton Park, NY 12065

Nancy Salzman
c/o Robert Soloway, Esq.
ROTHMAN SCHNEIDER SOLOWAY
& STERN P.C.
100 Lafayette Street, Suite 501
New York, NY 10013

**PLEASE TAKE NOTICE** that on November 7, 2022, or as soon thereafter as counsel may be heard, the undersigned counsel for crossclaim plaintiff Interfor, Inc. ("Interfor") shall move before this Court, at the United States Courthouse and Federal Building, 50 Walnut Street, Newark, New Jersey 17102, for entry of an Order for the Turnover of Funds.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Interfor shall rely solely upon this Notice of Motion and the Certification of Andrew M. Englander, together with Exhibits, submitted herewith. As there are no novel issues of law before this Court, no brief is required.

**PLEASE TAKE FURTHER NOTICE** that a form of Order has been submitted herewith pursuant to the Rules of this Court.

3659446.1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 7.1, this motion may be deemed uncontested and the proposed form of Order may be signed by the Court unless responsive papers are timely filed and served in opposition to the relief sought.

Dated:   Newark, New Jersey
             October 11, 2022

                                        FRIEDMAN KAPLAN SEILER &
                                              ADELMAN LLP

                                        s/ Andrew M. Englander
                                        Robert J. Lack
                                        Andrew M. Englander
                                        One Gateway Center, 25th Floor
                                        Newark, NJ 07102-5311
                                        (973) 877-6400

                                        *Attorneys for Crossclaim Plaintiff Interfor, Inc*