# Exhibit D



**ANDREW M. ENGLANDER**
aenglander@fklaw.com
973.877.6473

November 24, 2021

BY REGULAR MAIL

NXIVM Corporation
5 Southside Drive, Unit 11
Clifton Park, New York 12065

*Registered Agent*:
Business Filings Incorporated
108 West 13th Street
Wilmington, Delaware 19801

      Re:    *Interfor, Inc. v. NXIVM Corporation*,
                  Civil Action No. 06-cv-1051 (KSH/CLW)

To Whom It May Concern:

        This firm represents crossclaim plaintiff and judgment creditor Interfor, Inc. ("Interfor") in the above-referenced matter. In accordance with N.J. Ct. R. 4:59-1, please find enclosed (1) a copy of a fully endorsed writ of execution (the "Writ") concerning a money judgment entered against crossclaim defendant and judgment debtor NXIVM Corporation ("NXIVM") in favor of Interfor in this matter; and (2) a process receipt from the U.S. Marshal's office indicating that the Writ has been served on TD Bank, National Association in Newark, New Jersey concerning certain NXIVM funds in a IOLTA account held by NXIVM's former counsel in this matter, Tompkins, McGuire, Wachenfeld & Barry, LLP.

                                            Sincerely,

                                            Andrew M. Englander

Enclosure

cc:   Matthew P. O'Malley, Tompkins, McGuire, Wachenfeld & Barry, LLP (by email)

Case 2:06-cv-01051-KSH-CLW   Document 894   Filed 11/24/21   Page 1 of 1 PageID: 21282

**ORIGINAL**

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Interfor, Inc. (Crossclaim Plaintiff) | 06-cv-01051 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| NXIVM Corporation (Crossclaim Defendant) | Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
TD Bank, National Association
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
105 Mulberry Street #109, Newark, NJ 07102

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Andrew M. Englander
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Seizure of $50,000 in Attorney IOLTA Trust Account held by Tompkins McGuire Wachenfeld & Barry LLP. Account is located at TD Bank (address listed above). ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Contact information for account holder, if needed: Matthew P. O'Malley, 973-623-7791, momalley@tompkinsmcguire.com

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 212-833-1173
DATE: 11/10/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 5· | No. 5· | Dan Ahl | 11/10/21 |

I hereby certify and return that I [✓] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 11/24/21   Time: 09:00 [✓] am [ ] pm
Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**
ON 11/24/21 09:00 TO 09:30 ONE PIECE OF PROCESS SERVED AT 105 MULBERRY ST NEWARK NJ TD BANK. PROCESS EXCEPTED BY BANK REPRESENTATIVE. TOTAL MILEAGE: 2 MILES

SERVES FEE: 65.00   MILEAGE TOTAL: 1.12

2021 NOV 12 P 12:40
RECEIVED
DISTRICT OF NEW JERSEY
DISTRICT COURT

Clerk Office Copy

Form USM-285
Rev. 03/21

**Service of Process:**

2:06-cv-01051-KSH-CLW NXIVM CORPORATION et al v. ROSS INSTITUTE et al **CASE CLOSED on 03/09/2020**

CLOSED,MEDIATION-PRIVATE,PATENT/TRADEM,PRETRL,SCHEDO

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 11/12/2021 at 3:12 PM EST and filed on 11/12/2021
**Case Name:** NXIVM CORPORATION et al v. ROSS INSTITUTE et al
**Case Number:** 2:06-cv-01051-KSH-CLW
**Filer:**
**WARNING: CASE CLOSED on 03/09/2020**
**Document Number:** No document attached

**Docket Text:**
**Writ of Execution Issued recorded in Book N21 Page 72 of Executions (Sent to USM). (jd,)**

2:06-cv-01051-KSH-CLW No electronic notice will be sent.

## Other Documents

2:06-cv-01051-KSH-CLW NXIVM CORPORATION et al v. ROSS INSTITUTE et al **CASE CLOSED on 03/09/2020**

CLOSED,MEDIATION-PRIVATE,PATENT/TRADEM,PRETRL,SCHEDO

### U.S. District Court

### District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 11/12/2021 at 3:10 PM EST and filed on 11/12/2021
**Case Name:**     NXIVM CORPORATION et al v. ROSS INSTITUTE et al
**Case Number:**   2:06-cv-01051-KSH-CLW
**Filer:**
**WARNING: CASE CLOSED on 03/09/2020**
**Document Number:** 892

**Docket Text:**
**Letter request to issue Writ of Execution from FRIEDMAN KAPLAN SEILER &ADELMAN LLP. (jd,)**

**2:06-cv-01051-KSH-CLW** No electronic notice will be sent.

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=11/12/2021] [FileNumber=15633058
-0] [36adc07bcc462e47f24a22fac3f4bfff11264c9cc1ffd4ad6a178cbbbe3a0c2d0
6e952761ab1cad019142ea097b40ddc93808c2fea6fe1efb6fa39132ec635c8]]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

CIVIL NO. 06-cv-01051
**WRIT OF EXECUTION**

TO THE MARSHAL OF THE UNITED STATE DISTRICT COURT, DISTRICT OF NEW JERSEY:

**WHEREAS**, judgment was entered on the 9 day of March, 20 20 in an action in the United States District Court, District of New Jersey between Interfor, Inc. plaintiff(s) and NXIVM Corporation defendant(s) in favor of said Interfor, Inc. and against said NXIVM Corporation for the sum of $ 2,774,862.12 and costs taxed in the sum of $ _____ as appears by the judgment filed in the Office of the Clerk of the United States District Court, District of New Jersey; **and**

**WHEREAS**, the said judgment was duly entered in the Office of the Clerk of the United States District Court, District of New Jersey, and the sum of $ 2,774,862.12 plus taxed costs in the sum of $ _____ is now actually due thereon;

**THEREFORE**, you are hereby commanded to satisfy the said judgment out of the personal property of the said judgment debtor, as set forth in the attached affidavit, and if sufficient personal property cannot be found, then out of the real property belonging to such judgment debtor at the time said judgment was entered in the Office of the Clerk of this Court, or at any time thereafter, in whosoever hands the same may be, as set forth in the attached affidavit and that you do pay the moneys realized by you from such property directly to said Interfor, Inc. or to their attorney in the said action, and return this execution and your proceedings thereon within one (1) year after date of its issuance to the Clerk of the United States District Court, District of New Jersey.

**WE FURTHER COMMAND YOU**, that in case of a sale, you make return of this writ with your proceedings thereon before said Clerk and pay to the Clerk of this Court any surplus in your hands within thirty (30) days after said sale.

**WITNESS**, the Honorable Katharine S. Hayden, a Judge of the United States District Court, District of New Jersey this 2 day of November, 20 21

William T. Walsh, Clerk
United States District Court

by: _____
Deputy Clerk

Prepared By:
Andrew M. Englander
Attorney at Law

Address: _____
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036-6516

LEVY:
Damages..........$ _____
Costs..........$ _____
Interest thereon from
_____

**Besides Marshal's Execution Fees**

CIVIL NO. 06-cv-01051
Writ of Execution

COUNTY OF New York :
STATE OF New York :

**AFFIDAVIT**

Andrew M. Englander _____ being duly sworn, says:

1. I am the attorney for judgment creditor in the matter of
Interfor, Inc. (Crossclaim Plaintiff) vs. NXIVM Corporation (Crossclaim Defendant)
Civil Action No. 06-cv-01051, and in that capacity and in conformance with N.J.S. 2A:17-1, et. seq., as made applicable to this case by Rule 69(a), Fed. R. Civ. P., I have caused to be conducted an examination of the assets of judgment debtor NXIVM Corporation.

2. I have determined the following non-exempt personal property of the judgment debtor is subject to execution in satisfaction of the judgment therein:

**PROPERTY DESCRIPTION**          **PROPERTY LOCATION**
See attached.

3. I have determined the following non-exempt real property of the judgment debtor is subject to execution in satisfaction of the judgment therein:

**PROPERTY DESCRIPTION**          **PROPERTY LOCATION**

_____
(Signature)

Subscribed and Sworn before me this
_10th_ day of November

Notary of _____
My Commission Expires _____

**RETURNABLE ON OR BEFORE**
November 12, 2022

Recorded in the Clerk's Office of the United States District Court for the District of New Jersey in Book _N21_ of Executions, Page _72_.

William T. Walsh, Clerk
by: _____
Deputy Clerk

## Writ of Execution Affidavit, Question 2 (cont.)

**Property Description**

$50,000 in Tompkins McGuire Wachenfeld & Barry LLP Attorney IOLTA Trust Account

**Property Location**

TD Bank, National Association
105 Mulberry Street #109
Newark, NJ 07102
Phone: 973-733-9370

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Interfor, Inc. (Crossclaim Plaintiff) | 06-cv-01051 |
| DEFENDANT | TYPE OF PROCESS |
| NXIVM Corporation (Crossclaim Defendant) | Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
TD Bank, National Association
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
105 Mulberry Street #109, Newark, NJ 07102

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Andrew M. Englander
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:
Seizure of $50,000 in Attorney IOLTA Trust Account held by Tompkins McGuire Wachenfeld & Barry LLP. Account is located at TD Bank (address listed above). ▮▮▮▮▮▮▮▮▮▮. Contact information for account holder, if needed: Matthew P. O'Malley, 973-623-7791, momalley@tompkinsmcguire.com

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 212-833-1173
DATE: 11/10/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Date | Time | [ ] am [ ] pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

**CLERK**
**UNITED STATES DISTRICT COURT**
**NEWARK, NEW JERSEY 07101**

OFFICIAL BUSINESS



neopost
11/15/2021
US POSTAGE $00.73⁰

FIRST CLASS MAIL



ZIP 07102
041L11246772

ANDREW M. ENGLANDER
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 TIMES SQUARE 28TH FLR
NEW YORK, NY 10036

10036$6516 C027





7 Times Square
New York, NY 10036-6516

>   NXIVM Corporation
>   5 Southside Drive, Unit 11
>   Clifton Park, New York 12065

FIRST-CLASS US POSTAGE $001.56
02 1P
0001200328   NOV 24 2021
MAILED FROM ZIP CODE 10036



**FRIEDMAN KAPLAN** FRIEDMAN KAPLAN SEILER & ADELMAN LLP

7 Times Square
New York, NY 10036-6516

Business Filings Incorporated
108 West 13th Street
Wilmington, Delaware 19801