# Exhibit F

TD Secure Email

| | |
|---|---|
| **From:** | "Kang, Eun Sook" <EunSook.Kang@td.com> |
| **Sent:** | Thursday, April 28, 2022 9:12:59 AM EDT |
| **To:** | "Englander, Andrew M." <aenglander@fklaw.com> |
| **Subject:** | td_secure |

Secure Reply

HI, Andrew,

Please see the attached response letter to that levy we discussed.

Sookie

Eun Sook (Sookie) Kang
Levy Phone Rep
Mailstop: NJ5-302-175
TD Bank America's Most Conveient Bank
1100 Atrium Way, Mt Laurel, NJ 08054
Tel. 856-380-3704 Fz. 856-914-3704

Internal
From: Englander, Andrew M. <aenglander@fklaw.com>
Sent: Wednesday, April 27, 2022 4:55 PM
To: AMCB Levy Dept <LEVYDEPT@TD.COM>
Subject: FW: Writ of execution as served in Nov. 2021

CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST
ATTENTION : COURRIEL EXTERNE. NE CLIQUEZ PAS SUR DES LIENS ET N'OUVREZ PAS DE PIÈCES JOINTES AUXQUELS VOUS NE FAITES PAS CONFIANCE

If you have questions about TD Secure Email, please call 1-855-452-9586 (inside U.S. or Canada) or if you're located internationally call 647-252-9599 (collect calls accepted).



TD Secure Email

Hi, this is Andrew Englander from our conversation concerning the attached/below.

Andrew M. Englander

[Cropped FKSA_pms188]

Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036-6516
aenglander@fklaw.com<mailto:aenglander@fklaw.com>
212.833.1173
fklaw.com<https://clicktime.symantec.com/386DyNW8Eic1BXbkau6cLQW7VN?u=http%3A%2F%2Fwww.fklaw.com%2F>

This transmission may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy, or re-transmit this communication. If you have received this communication in error, please notify us by replying to the sender of this message, and delete this message (and your reply) and any attachments.


From: Englander, Andrew M.
Sent: Friday, February 11, 2022 9:48 AM
To: 'rajan.battle@td.com' <rajan.battle@td.com<mailto:rajan.battle@td.com>>
Subject: RE: Writ of execution as served in Nov. 2021

Mr. Battle,

I'm reaching out to follow up on the below/attached.  Can you please let me know of any status updates or give me a ring to discuss (number in signature block below)?

Many thanks,

Andrew

Andrew M. Englander

If you have questions about TD Secure Email, please call 1-855-452-9586 (inside U.S. or Canada) or if you're located internationally call 647-252-9599 (collect calls accepted).

Case 2:06-cv-01051-KSH-CLW   Document 897-8   Filed 10/11/22   Page 4 of 6 PageID: 21333



TD Secure Email

[Cropped FKSA_pms188]

Friedman Kaplan Seiler & Adelman LLP

7 Times Square

New York, NY 10036-6516

aenglander@fklaw.com<mailto:aenglander@fklaw.com>

212.833.1173

fklaw.com<https://clicktime.symantec.com/386DyNW8Eic1BXbkau6cLQW7VN?u=http%3A%2F%2Fwww.fklaw.com%2F>

This transmission may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy, or re-transmit this communication. If you have received this communication in error, please notify us by replying to the sender of this message, and delete this message (and your reply) and any attachments.

From: Englander, Andrew M.

Sent: Wednesday, February 2, 2022 11:06 AM

To: rajan.battle@td.com<mailto:rajan.battle@td.com>

Subject: Writ of execution as served in Nov. 2021

Mr. Battle,

Per our discussion, please see the attached Writ of Execution as served by the US Marshal's office on a TD Bank brank in Newark, NJ on or around Nov. 24, 2021.  I look forward to your response.

Best regards,

Andrew M. Englander

[Cropped FKSA_pms188]

Friedman Kaplan Seiler & Adelman LLP

7 Times Square

If you have questions about TD Secure Email, please call 1-855-452-9586 (inside U.S. or Canada) or if you're located internationally call 647-252-9599 (collect calls accepted).

 TD Secure Email

New York, NY 10036-6516

aenglander@fklaw.com<mailto:aenglander@fklaw.com>

212.833.1173

fklaw.com<https://clicktime.symantec.com/386DyNW8Eic1BXbkau6cLQW7VN?u=http%3A%2F%2Fwww.fklaw.com%2F>

This transmission may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy, or re-transmit this communication. If you have received this communication in error, please notify us by replying to the sender of this message, and delete this message (and your reply) and any attachments.

If you have questions about TD Secure Email, please call 1-855-452-9586 (inside U.S. or Canada) or if you're located internationally call 647-252-9599 (collect calls accepted).

April 28, 2022

Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036-6516

Re: Levy served on or about Monday, February 28, 2022,  2:06-cv-01051-KSH-CLW, Tompkins Mcguire, Wachenfeld, & Barry LLP Iolta
TD Bank reference number: 1039665

After a review, pursuant to 31 CFR Part 212 and after the assessment of our processing fee, TD Bank, N.A.'s records indicate the following funds which have been set aside for the above levy: $49,882.39.

TD Bank, N.A.
Levy Department
P.O. Box 1880
Cherry Hill, NJ 08034