# Exhibit G

From: Payne, Tanisha (USANYE) <Tanisha.Payne@usdoj.gov>
Sent: Monday, September 26, 2022 3:37 PM
To: Englander, Andrew M. <aenglander@fklaw.com>
Subject: US v. Keith Raniere, et al 18-CR-204

Hello Mr. Englander,

Consistent with what AUSA Tanya Hajjar previously advised, EDNY is not seeking the forfeiture of these funds in the amount of $50,000 referred to below, and these funds were not included in the forfeiture orders in our case.

Thank you.

Tanisha R. Payne
Assistant United States Attorney
United States Attorney's Office – Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201
(718) 254-6358 (office)


From: Englander, Andrew M. <aenglander@fklaw.com>
Sent: Tuesday, September 20, 2022 4:43 PM
To: Payne, Tanisha (USANYE) <TPayne@usa.doj.gov>
Subject: [EXTERNAL] DNJ NXIVM matter

Ms. Payne,

With apologies for emailing again, I've been attempting to follow up with you about the below for several months. For reasons that I am sure you understand, my client is seeking finality with respect to the $50,000 in NXIVM funds that we have previously discussed, related to satisfaction of its judgment against NXIVM in the DNJ matter and the potential for forfeiture. Could you please let me know when you have a minute or two reconnect? Happy to try you by phone if easier. If so, let me know how best to reach you.

Best regards,

Andrew

**Andrew M. Englander**

1


**Friedman Kaplan Seiler & Adelman LLP**
7 Times Square
New York, NY 10036-6516
aenglander@fklaw.com
212.833.1173
**fklaw.com**

This transmission may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy, or re-transmit this communication. If you have received this communication in error, please notify us by replying to the sender of this message, and delete this message (and your reply) and any attachments.

**From:** Englander, Andrew M.
**Sent:** Tuesday, July 19, 2022 7:44 PM
**To:** Payne, Tanisha (USANYE) <Tanisha.Payne@usdoj.gov>
**Subject:** RE: Voicemail

Tanisha – checking in again to see if you're in a position to reconnect on the issue below re: the DNJ judgment issued against NXIVM. Please let me know at your earliest convenience.

Thank you,

Andrew

**Andrew M. Englander**



**Friedman Kaplan Seiler & Adelman LLP**
7 Times Square
New York, NY 10036-6516
aenglander@fklaw.com
212.833.1173
**fklaw.com**

This transmission may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy, or re-transmit this communication. If you have received this communication in error, please notify us by replying to the sender of this message, and delete this message (and your reply) and any attachments.

**From:** Englander, Andrew M.
**Sent:** Tuesday, June 14, 2022 2:36 PM
**To:** Payne, Tanisha (USANYE) <Tanisha.Payne@usdoj.gov>
**Subject:** RE: Voicemail

Hi Tanisha. just following up from our last conversation on this. Let me know if there's a convenient time to reconnect.

Thank you,

Andrew

**Andrew M. Englander**



**Friedman Kaplan Seiler & Adelman LLP**
7 Times Square
New York, NY 10036-6516
aenglander@fklaw.com
212.833.1173
**fklaw.com**

This transmission may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy, or re-transmit this communication. If you have received this communication in error, please notify us by replying to the sender of this message, and delete this message (and your reply) and any attachments.


**From:** Payne, Tanisha (USANYE) <Tanisha.Payne@usdoj.gov>
**Sent:** Thursday, June 2, 2022 4:16 PM
**To:** Englander, Andrew M. <aenglander@fklaw.com>
**Subject:** RE: Voicemail

May I give you a call at your office now to discuss?

**From:** Englander, Andrew M. <aenglander@fklaw.com>
**Sent:** Wednesday, June 1, 2022 8:30 PM
**To:** Payne, Tanisha (USANYE) <TPayne@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Voicemail

I am free any time tomorrow after 12:00 pm. Let me know what works best for you.

Thank you,

Andrew

**Andrew M. Englander**

3



**Friedman Kaplan Seiler & Adelman LLP**
7 Times Square
New York, NY 10036-6516
aenglander@fklaw.com
212.833.1173
**fklaw.com**

This transmission may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy, or re-transmit this communication. If you have received this communication in error, please notify us by replying to the sender of this message, and delete this message (and your reply) and any attachments.

**From:** Payne, Tanisha (USANYE) <Tanisha.Payne@usdoj.gov>
**Sent:** Wednesday, June 1, 2022 7:26 PM
**To:** Englander, Andrew M. <aenglander@fklaw.com>
**Subject:** RE: Voicemail

Please let me know of a good time tomorrow to speak by telephone. Thank you.

**From:** Englander, Andrew M. <aenglander@fklaw.com>
**Sent:** Tuesday, May 31, 2022 7:06 PM
**To:** Hajjar, Tanya (USANYE) <THajjar@usa.doj.gov>
**Cc:** Payne, Tanisha (USANYE) <TPayne@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Voicemail

Tanisha,

Just following up re: the below. Please let me know if there's a time this week when you'd be free to discuss.

Many thanks,

Andrew

**Andrew M. Englander**



**Friedman Kaplan Seiler & Adelman LLP**
7 Times Square
New York, NY 10036-6516
aenglander@fklaw.com
212.833.1173
**fklaw.com**

4

This transmission may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy, or re-transmit this communication. If you have received this communication in error, please notify us by replying to the sender of this message, and delete this message (and your reply) and any attachments.

**From:** Englander, Andrew M.
**Sent:** Tuesday, May 17, 2022 7:23 PM
**To:** Hajjar, Tanya (USANYE) <Tanya.Hajjar@usdoj.gov>
**Cc:** Payne, Tanisha (USANYE) <Tanisha.Payne@usdoj.gov>
**Subject:** RE: Voicemail

Thank you, Tanya. Tanisha – please let me know if it'd be helpful to discuss.

Best,

Andrew

**Andrew M. Englander**



**Friedman Kaplan Seiler & Adelman LLP**
7 Times Square
New York, NY 10036-6516
aenglander@fklaw.com
212.833.1173
**fklaw.com**

This transmission may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy, or re-transmit this communication. If you have received this communication in error, please notify us by replying to the sender of this message, and delete this message (and your reply) and any attachments.

**From:** Hajjar, Tanya (USANYE) <Tanya.Hajjar@usdoj.gov>
**Sent:** Tuesday, May 17, 2022 3:37 PM
**To:** Englander, Andrew M. <aenglander@fklaw.com>
**Cc:** Payne, Tanisha (USANYE) <Tanisha.Payne@usdoj.gov>
**Subject:** RE: Voicemail

Hi Andrew,

Sorry for the delay in getting back to you. My impression is that the funds are not subject to criminal forfeiture, but I've copied Tanisha Payne, the AUSA handling forfeiture in this case, who can follow up.

Thanks,
Tanya

5

**From:** Englander, Andrew M. <aenglander@fklaw.com>
**Sent:** Wednesday, May 4, 2022 2:20 PM
**To:** Hajjar, Tanya (USANYE) <THajjar@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Voicemail

Tanya:

Thanks again for your time this morning. As discussed, attached is a copy of the declaration by NXIVM's former local counsel re: the $50,000 in question. The discussion of the funds is brief and begins at paragraph 21.

Best,

Andrew

**Andrew M. Englander**



**Friedman Kaplan Seiler & Adelman LLP**
7 Times Square
New York, NY 10036-6516
aenglander@fklaw.com
212.833.1173
**fklaw.com**

This transmission may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy, or re-transmit this communication. If you have received this communication in error, please notify us by replying to the sender of this message, and delete this message (and your reply) and any attachments.

**From:** Hajjar, Tanya (USANYE) <Tanya.Hajjar@usdoj.gov>
**Sent:** Monday, May 2, 2022 9:23 PM
**To:** Englander, Andrew M. <aenglander@fklaw.com>
**Subject:** RE: Voicemail

Yes, it does. Talk to you then.

**From:** Englander, Andrew M. <aenglander@fklaw.com>
**Sent:** Monday, May 2, 2022 9:17 PM
**To:** Hajjar, Tanya (USANYE) <THajjar@usa.doj.gov>
**Subject:** [EXTERNAL] Re: Voicemail

Thanks Tanya. I could talk at 930 on Wednesday morning if it works for you.

**From:** Hajjar, Tanya (USANYE) <Tanya.Hajjar@usdoj.gov>
**Sent:** Monday, May 2, 2022 8:28:16 PM

**To:** Englander, Andrew M. <aenglander@fklaw.com>
**Subject:** Voicemail

Hi Andrew,

I received your voicemail. Are you available Wednesday morning to discuss?

Thanks,
Tanya

Tanya Hajjar
Deputy Chief, Organized Crime and Gangs Section
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
(718) 254-6109