Robert J. Lack
Andrew M. Englander
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
One Gateway Center, 25th Floor
Newark, NJ 07102-5311
(973) 877-6400
*Attorneys for Crossclaim Plaintiff Interfor, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NXIVM CORPORATION, formerly known as EXECUTIVE SUCCESS PROGRAMS, INC. and FIRST PRINCIPLES, INC.,<br><br>Plaintiffs,<br><br>- against -<br><br>MORRIS SUTTON, ROCHELLE SUTTON, THE ROSS INSTITUTE, RICK ROSS a/k/a "RICKY" ROSS, STEPHANIE FRANCO, PAUL MARTIN, Ph.D., and WELLSPRING RETREAT, INC.,<br><br>Defendants. | Civil Action No. 2:06-cv-01051 (KSH/CLW)<br><br>Hon. Katharine S. Hayden, U.S.D.J.<br>Hon. Cathy L. Waldor, U.S.M.J. |
| RICK ROSS,<br><br>Counterclaim-Plaintiff,<br><br>- against -<br><br>KEITH RANIERE, NANCY SALZMAN, KRISTIN KEEFFE, INTERFOR, INC., JUVAL AVIV, JANE DOE and JOHN DOES 1-10,<br><br>Counterclaim-Defendants. | **<u>CERTIFICATE OF SERVICE</u>**<br><br>**(*Interfor, Inc. v. NXIVM Corp.*)** |
| INTERFOR, INC. and JUVAL AVIV,<br><br>Crossclaimants,<br><br>- against -<br><br>NXIVM CORPORATION, KEITH RANIERE, NANCY SALZMAN and KRISTIN KEEFFE,<br><br>Crossclaim Defendants. | |

I, Andrew M. Englander, hereby certify that:

1. I am a partner at the law firm of Friedman Kaplan Seiler & Adelman LLP, counsel to crossclaim plaintiff Interfor, Inc. ("Interfor") in the above-captioned matter. I am admitted to the Bar of the State of New Jersey and of this Court.

2. On November 7, 2022, I caused copies of the Order for Turnover of Funds entered by the Court on November 7, 2022 [ECF No. 899] to be served on crossclaim defendant NXIVM Corporation by regular mail to its last known business address and registered agent at the following addresses:

> NXIVM Corporation
> 5 Southside Drive, Unit 11
> Clifton Park, New York 12065
>
> *Registered Agent*:
> Business Filings Incorporated
> 108 West 13th Street
> Wilmington, Delaware 19801

Dated: November 8, 2022

<div style="text-align:right">
s/ Andrew M. Englander<br>
Andrew M. Englander
</div>