# STATE OF DELAWARE
# CERTIFICATE OF RESIGNATION OF
# REGISTERED AGENT WITHOUT APPOINTMENT
# OF A SUCCESSOR REGISTERED AGENT

Pursuant to the provisions of Section 136 of Title 8 of the Delaware General Corporation Law, the undersigned agent for service of process, in order to resign as agent without appointment of a successor agent, hereby certifies that:

1. The name of the Corporation is **NXIVM Corporation**.

2. The name of the resigning agent is **Business Filings Incorporated**.

3. That written notice of resignation was given to the affected Corporation at least 30 days prior to the filing of the certificate by mailing or delivering such notice to the Corporation at its address last known to the registered agent on **1/14/2022**.

4. The undersigned registered agent has submitted the last provided communications contact information to the Secretary of State as required by Section 136 of Title 8.

By: *Brenna Lutter* (signature)
Registered Agent
Name: Business Filings Incorporated
Print or Type
Title: Asst Secretary

Brenna Lutter

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:34 PM 08/03/2022
FILED 03:34 PM 08/03/2022
SR 20223168878 - File Number 2922183